UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 3:22-cv-00055-REP<br><br><u>CLASS ACTION</u> |

**ORDER APPROVING JOINT STIPULATION OF**
<u>**AMENDED SETTLEMENT AGREEMENT**</u>

This matter is before the Court on the Parties' Joint Stipulation of Amended Settlement Agreement (ECF No. 33) (the "Joint Stipulation"). The Parties have entered into an Amended Joint Stipulation of Class Action Settlement and Release (the "Amended Settlement Agreement"). Having considered the Joint Stipulation, the Amended Settlement Agreement together with all appendices thereto, the record, and the briefs and oral argument in the Action, it is hereby ORDERED that:

(1) Unless otherwise defined herein, all terms that are capitalized herein shall have the same meaning ascribed to those terms in the Amended Settlement Agreement.

(2) The modifications to the April 1, 2022 Settlement Agreement as reflected in the Amended Settlement Agreement (ECF No. 33-1) do not negatively impair, alter, or otherwise adversely affect the Class Members and do not materially alter the terms of the April 1,

2022 Settlement Agreement preliminarily approved by the Court.

(3) The Court therefore applies its reasoning from the May 2, 2022 Order Granting Preliminary Approval of Settlement and Directing Notice to Class (ECF No. 31) for the April 1, 2022 Settlement Agreement and finds that the terms of the Amended Settlement Agreement do not improperly grant preferential treatment to any individual or segment of the Class, and are fair, reasonable, and adequate, and the Court is likely to grant final approval of the Settlement.

(4) The Amended Settlement Agreement shall supersede and replace the April 1, 2022 Settlement Agreement and is the operative Settlement Agreement for all purposes.

(5) The Court directs that notice be sent to the Class in the manner prescribed in the Amended Settlement Agreement and in the form of the Class Notice attached thereto as Appendix E.

It is so ORDERED.

Dated: July 7, 2022

/s/ REP
ROBERT E. PAYNE
UNITED STATES DISTRICT JUDGE

2