# EXHIBIT 2

Case 3:22-cv-00055-REP Document 81-2 Filed 11/03/22 Page 2 of 18 PageID# 2059



SPECIAL FOCUS





**CLAUDE THAU**

*FSA, MAAA, is president of Thau, Inc. He can be reached by telephone at 913-403-5824. Fax: 913-384-3781. Email: cthau@targetins.com.*



**DAWN HELWIG**

*FSA, MAAA, is a principal and consulting actuary in the Chicago office of Milliman, Inc. She can be reached at Milliman, Inc., 71 South Wacker Drive, 31st Floor, Chicago, IL 60606. Telephone: 312-499-5578. Email: dawn.helwig@milliman.com.*



**ALLEN SCHMITZ**

*FSA, MAAA, is a principal and consulting actuary in the Milwaukee office of Milliman, Inc. He can be reached at 15800 Bluemound Road, Suite 400, Brookfield, WI 53005. Telephone: 262-796 3477. Email: allen.schmitz@milliman.com.*

# 2012 Long Term Care Insurance Survey

*T*he 2012 Long Term Care Insurance Survey is the 14th consecutive annual review of long term care insurance (LTCI) published by BROKER WORLD magazine. The survey compares products, reports sales distributions and analyzes the changing marketplace.

Unless otherwise indicated, references are solely to the U.S. stand-alone LTCI market and exclude the exercise of future purchase options or other changes to existing coverage. **Stand-alone** *refers to LTCI policies that* do not *include death, annuity or disability income benefits (other than returning premiums upon death or waiving a surviving spouse's premiums). The data includes* multi-life groups, *which are certificates or individual policies sold with discounts and/or underwriting concessions, but not guaranteed issue, to groups of people based on common employment or affinity relationships. Except where* true group *is specifically mentioned, comments and data* do not *include sales of certificates to groups on a guaranteed issue basis. Note: Comparisons of worksite sales characteristics to overall sales characteristics will be discussed in the August issue of BROKER WORLD magazine.*

**Highlights from This Year's Survey**
• **Sales**
  ✓ The 14 carriers that contributed statistical data to this survey sold 195,288 policies for $453,530,347 of new annualized premium in 2011 (plus $5.5 million from 123 single premium policies), 1.3 percent more policies for 7.1 percent more annualized premium in 2011 than in 2010, not counting single premium cases.

considerations:

Most *shared care* policies allow a claimant to dip into their spouse's policy, after exhausting their own policy. If two four-year BP policies are shared, each is counted as a four-year BP policy in this study. While the combined benefit period is limited to eight years, either insured could use more than four years, added value that is not reflected in our 4.32 statistic.

Some *shared care* policies maintain independent coverage for each insured, but add a third pool that either insured could use. If the base coverage is four years, the survey classifies them as four-year policies, but either person has access to eight years of benefit, and the total maximum is 12 years.

Partly offsetting these understatements of protection, there is an overstatement when an eight-year *joint shared* policy is sold; each insured is counted as having an eight-year benefit period, but together they have only eight years. Such sales started to decrease in the latter part of 2011.

*Maximum Daily or Monthly Benefit.* As indicated in Table 7 the average maximum daily benefit continued to increase slightly, to about $156 per day. Although the table displays maximum daily benefit, 72.8 percent of 2011 policies were sold with a monthly or weekly maximum, which is superior. Because of higher prices, some buyers are beginning to select lower benefits, focusing on covering meaningful home care coverage and co-insuring some of the cost of nursing home care, should that become necessary.

More than 10 percent of the policies each year have had lower than $100 a day (or $3,000 a month) initial maximum benefits. One spouse might not really want coverage or might already have coverage, but buys a minimal policy to obtain a both-buy discount for the other spouse. Sometimes small policies are purchased as core/buy-up multi-life programs or to satisfy minimum number-of-lives requirements.

*Benefit Increase Features.* Benefit increases were as robust in 2011 as in 2010, which is surprising given some carriers' slogans that "3 percent is the new 5 percent." Applying the distribution of benefit increase features (and making some assumptions according to the consumer price index (CPI) and election rates) to project the age 80 maximum benefit for a 58-year-old purchaser, we conclude that 2011 purchasers will have 5 percent more benefit available at age 80 than 2010 purchasers, mainly due to the higher initial maximum daily benefit in 2011. *That's encouraging!*

Three percent compound increases enlarged market share by 8.3 percent at the expense of CPI indexed increases, which were minus 6.3 percent, and 5 per-

### Table 7
### Sales By Maximum Daily Benefit

| Maximum Daily Benefit | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|---|
| Less Than $100 | 11.7% | 12.0% | 12.1% | 10.6% | 10.6% | 10.7% |
| $100 - $149 | 33.5 | 32.4 | 33.6 | 34.0 | 37.0 | 39.9 |
| $150 - $199 | 31.8 | 31.0 | 31.3 | 32.9 | 32.2 | 31.7 |
| $200 - $249 | 16.1 | 17.4 | 23.0 | 22.5 | 20.2 | 17.7 |
| $250 - $299 | 4.1 | 3.9 | | | | |
| $300 and Above | 2.8 | 3.3 | | | | |

For 2006-2009, policies of $250 and more are included above with $200-$249.

### Table 8
### Sales by Benefit Increase Type

| Benefit Increase Type | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|---|
| **Level Premium Benefit Increases** | | | | | | |
| 5% Compound for Life | 35.3% | 34.9% | 41.2% | 47.6% | 47.7% | 47.6% |
| 5% Compound for 20 Years | 0.9* | — | — | — | — | — |
| 4% Compound | 0.5 | 0.4 | — | — | — | — |
| 3% Compound | 17.1 | 8.8 | — | — | — | — |
| Other Compound | 3.5 | 3.6 | 6.8 | 6.1 | 4.5 | 5.3 |
| 5% Simple for Life | 9.7 | 12.2 | 14.6 | 18.3 | 20.2 | 19.4 |
| Other Simple | 0.0 | 0.0 | 0.0 | 0.5 | 0.6 | 0.7 |
| Indexed Level Premium | 8.1 | 14.4 | 10.9 | 6.0 | 3.7 | — |
| **Increasing Premium Benefit Increases** | | | | | | |
| Step-Rated | 0.0 | 0.0 | 0.0 | 2.3 | 2.6 | — |
| Deferred Compound Op | 2.0 | 1.3 | — | — | — | — |
| FPO: Indexed | 0.0 | 0.6 | 0.4 | 0.7 | 0.0 | Incl Below |
| FPO: Fixed | 12.8 | 15.6 | 16.8 | 10.1 | 9.1 | 12.6 |
| **No Benefit Increases** | 9.2* | 7.9 | 9.0 | 8.3 | 11.6 | 14.3 |
| **Other** | 0.5 | 0.3 | 0.4 | 0.1 | 0.0 | 0.2 |

*Adjusted downward to make the total equal 100.0 percent.*

*SPECIAL FOCUS*

# 2012 Annual Long

The abbreviations in the exhibit include the following.

Row-by-row product details continue on page 14.

### Table 17
### Description of Abbreviations

| Abbreviation | Meaning | Abbreviation | Meaning |
|---|---|---|---|
| AAW | Actively-at-Work | K; KK | One Thousand; One Million |
| ADL | Activities of Daily Living | LT | Lifetime Benefit Period |
| Amt(s) | Amount(s) | Max | Maximum |
| APC | Alternate Plan of Care | MDB | Maximum Daily Benefit |
| App(s) | Application(s) | MGI | Modified Guaranteed Issue |
| Alt | Alternate | | |
| Avail | Available | Mo(s) | Month(s) |
| Ben | Benefit | Orig MDB* | Original Maximum Daily Benefit |
| BIO* | Benefit Increase Option *(Inflation Protection)* | | |
| BP | Benefit Period | NA | Not Applicable |
| CBIO* | Compound Benefit Increase Option *(Inflation Protection)* | NB | New Business |
| | | NH | Nursing Home |
| | | NS | Non-Smoker/Non-User of Tobacco |
| Comp* | Compound | | |
| Coord | Coordination | Pfd | Preferred Risk Class |
| CPI* | Consumer Price Index | Prem | Premium |
| Ee(s) | Employee(s) | Reimb | Reimbursement |
| Elim or EP | Elimination Period | Rec'd | Received |
| Er-Pd | Employer-Paid | Reqt | Requirement |
| Extra $ | Feature Costs Extra | SUW | Simplified Underwriting |
| FC | Facility Care | Svc | Service Days |
| FO | Facility Only | To 2x* | Until Benefit Doubles |
| FPO | Future Purchase Option | TQ | Tax-Qualified |
| HC | Home Care | UW | Underwriting |
| HC 25%/1Yr | 25% of Home Care Benefit for Maximum of 1 Year | WP | Waiver of Premium |
| | | w/ | With |
| NH 75%/4Yrs | 75% of Nursing Home Benefit for Maximum of 4 Years | x; 2x | Multiplied By; Two Times |
| | | Yr(s) | Year(s) |
| HCA | Home Care Agency | $ | Money *(Premium)* |
| HCBC | Home and Community Based Care | < | Less Than |
| | | > | Greater Than |
| HCO | Home Care Only *(No Facility Coverage)* | $75/Trip x 4x/Yr | $75 Per Trip, Limited to Four Times Per Year |
| Incl | Included | | |
| Incr | Increasing | | |
| IR | Independent Review *(Of Claims)* | | |

*See page 26, last paragraph under "Benefit Increase Features."

| | |
|---|---|
| 1 | **COMPANY NAME** |
| 2 | Policy Type |
| 3 | Product Marketing Name |
| 4 | Policy Form Number |
| 5 | Year First LTCI Policy Offered |
| 6 | Year Current LTCI Policy Was Priced |
| 7 | Jurisdictions LTCI Available |
| 8 | State Partnerships *(as of January 1, 2012)* |
| 9 | **Financial Ratings** *(as of December 31, 2011)* |
| 10 | A.M. Best |
| 11 | Standard & Poor's |
| 12 | Moody's |
| 13 | Fitch |
| 14 | COMDEX Ranking *(as of May 1, 2012)* |
| 15 | **Financials** *(Millions)* |
| 16 | Assets *(December 31, 2011)* |
| 17 | Surplus *(December 31, 2011)* |
| 18 | Percent Increase *(Assets, Surplus)* |
| 19 | **LTCI Premium** *(Millions)* |
| 20 | 2011 First Year Premium |
| 21 | 2011 End of Year In-Force Premium |
| 22 | Percent Increase *(New Business, In-Force)* |
| 23 | **LTCI Lives Insured** |
| 24 | 2011 First Year Issued |
| 25 | 2011 End of Year In-Force |
| 26 | Percent Increase *(New Business, In-Force)* |
| 27 | **Policy Ranges and Elimination Period Terms** |
| 28 | Issue Age Range |
| 29 | Daily, Weekly or Monthly Benefit Range |
| 30 | Benefit Periods and/or Pools |
| 31 | Elimination Periods |
| 32 | Vanishing, Cumulative |
| 33 | Elimination Period Crediting |
| 34 | Zero-Day HCBC EP with Longer NH EP |
| 35 | **Policy Benefits** |
| 36 | Number of Benefit Pools, EPs |
| 37 | HCBC Payment Basis |
| 38 | Indemnity Facility, Indemnity HCBC |
| 39 | Full Cash *(Disability)* Benefit |
| 40 | Partial Cash *(Disability)* Alternative |
| 41 | Additional Cash Benefit |
| 42 | Assisted Living *(Percent of NH Max)* |
| 43 | Home Care Health Aide *(Percent of NH Max)* |
| 44 | Independent Professional, Non-Professional |
| 45 | Homemaker Services |
| 46 | Informal Care *(Other Than Family)* |
| 47 | Informal Family Care |
| 48 | **Benefit Increase Features** |
| 49 | Lifetime Compound Increases *(Level Premium)* |
| 50 | Lifetime Simple Increases *(Level Premium)* |
| 51 | Other Increases *(Level Premium)* |
| 52 | Increased Before Claims Deducted? |
| 53 | Future Purchase Options *(FPO)* |
| 54 | Benefit Increase Comments |
| 55 | **Other Comments** |

# Term Care Insurance Survey

*See page 12 for description of abbreviations.*

| AMERICAN GENERAL | BANKERS LIFE & CASUALTY | | COUNTRY LIFE | |
|---|---|---|---|---|
| Comprehensive | Comprehensive | Comprehensive | Facility Only | Comprehensive |
| American General LTC | GR-N620 *(Standard Package)* | GR-N650 *(Premier Package)* | Facility Only LTC | Comprehensive LTC |
| 8000 | GR-N620 | GR-N650 | LTC-520 | LTC-500 |
| 2010 | 1985 | | 1989 | |
| 2009 | 2009 | | 2004 | |
| All But FL, MA, NY, & VT | All States Except NY | | 23 States, No Northeast | |
| 30 | 36 *(Incl CA, CT, IN)* | | 17 | |
| | | | | |
| A | B+ | | A+ | |
| A+ | BB+ | | Not Rated | |
| A2 | Ba1 | | Not Rated | |
| A | BBB- | | Not Rated | |
| 82 | 52 | | 88 | |
| | | | | |
| $43,532 | $14,516 | | $8,947 | |
| $7,394 | $817 | | $1,001 | |
| 10%, 26% | 6%, 5% | | 4%, 2% | |
| | | | | |
| $0.3 | $16.9 | | $1.8 | |
| $0.3 | $554.5 | | $24.0 | |
| 100%, 73% | -20%, -3% | | -11%, 5% | |
| | | | | |
| 121 | 10,374 | | 977 | |
| 104 | 313,140 | | 16,868 | |
| 75%, 70% | -22%, -5% | | -7%, 4% | |
| | | | | |
| 21 - 84 | 18 - 89 | | 18 - 84 | |
| $2,000 - $12,000/Month | $40 - $400 | | $50 - $350 | |
| 7 Pools: $100K - $1KK | 1, 2, 3, 4, 5, 6, 8, L (500 - 2,500 Day BP Also Available) | | 2, 3, 4, 5, L | |
| 30, 90, 180, 365 | 0, 15, 30, 60, 90, 180, 365, 730, 1095, 1460 | | 30, 90, 180, 365 | |
| Yes, Yes | Yes, Yes | | Yes, Yes | |
| Calendar Days | 3 HC/Week=7 | | Service Days | |
| Extra Cost; HC Days Retire FC EP | No | | Facility Only | No |
| | | | | |
| 1, 1 | 1, 1 | | Facility Only | 1, 1 |
| Monthly | Weekly | Monthly | Facility Only | Daily (Monthly Extra $) |
| No, No | No, No | | No, NA | Both Extra Cost |
| NA | NA | | NA | NA |
| 40% (Automatic) | NA | | NA | NA |
| NA | 25% (Extra Cost) | | NA | NA |
| 100% | 50% | 100% | 100% | |
| 100% | 50% | 50%, 100% | Facility Only | 50%, 100% |
| Same, See Cash Alternative | Same, Not Covered | | Facility Only | Both Same As Above |
| Same As Custodial Care | Must Be Incidental | | Facility Only | Must Be Incidental |
| Use Cash Alt (Included) | Not Covered | | Facility Only | Use Excess Indemnity Over Qualified Cost |
| Use Cash Alt (Included) | Not Covered | | Facility Only | |
| | | | | |
| 3%, 5% | 2%, 3%, 4%, 5% | | 5% | |
| NA | 5% | | 5% | |
| NA | 2 Decreasing Inflation Options Are Also Offered (See Other Comments) | | NA | |
| Yes | No | | No | |
| NA | 15% Every 3 Years | | NA | |
| NA | FPO: To 89 If No Declines or Claims | | NA | |
| 3% & 5% Compound with Graded Premium to Age 65 or For Life | 5% Compound Through Age 60. Then Either 3% Compound or 5% Simple Through Age 75. Then 0%; HCO; FO | | | |

*SPECIAL FOCUS*

**2012 Annual Long**

| 56 | **COMPANY NAME** |
|---|---|
| 57 | Product Marketing Name |
| 58 | Sales Rep/Source for More Info |
| 59 | **Ancillary Benefits** |
| 60 | Bed Reserve Days/Year, Respite during EP? |
| 61 | Alternative Plan of Care *(APC)* |
| 62 | Home Modification |
| 63 | Caregiver Training Benefit |
| 64 | Emergency Alert |
| 65 | Equipment Benefit |
| 66 | Drug, Ambulance Benefit |
| 67 | **Claims Issues** |
| 68 | Conditional Receipt Protection |
| 69 | Coverage Beyond USA |
| 70 | Provider Discounts *(Directly or Indirectly)* |
| 71 | Care Coordination Available From |
| 72 | Third Party Limits |
| 73 | Independent Review |
| 74 | **Premiums and Discounts** |
| 75 | Preferred Discount |
| 76 | Substandard Extra Ratings |
| 77 | Two-Spouse, Two-Partner Discounts |
| 78 |   Requires Identical Coverage? |
| 79 |   If Spouse is a Surprise Decline? |
| 80 |   If Spouse Answers Yes to KnockOut Question? |
| 81 | One-Spouse Discount *(Only 1 Spouse Applies)* |
| 82 | Maximum Best UW Class & Spouse Discount |
| 83 | Later Marriage Earns Discount For |
| 84 | Most Common Employer, Affinity Discount |
| 85 | Minimum Size Employer Group, Number Apps |
| 86 | Minimum Size Affinity Group, Number Apps |
| 87 | Credit Card: Frequencies Accepted |
| 88 | **Non-Level Premiums** |
| 89 | Fixed Periods |
| 90 | Paid Up at Ages |
| 91 |   Other Options |
| 92 | **Waiver of Premium** |
| 93 | First Premium Waived *(Days)* |
| 94 | HCBC Waiver |
| 95 | Joint Waiver |
| 96 | **Return of Premium Upon Death** *(ROP)* |
| 97 | ROP Design 1 |
| 98 | ROP Design 2 |
| 99 | **Other Riders and Features** |
| 100 | Paid Up Survivor Benefit |
| 101 |   Both People Must Survive Number of Years |
| 102 |   Claim-Free Requirement? |
| 103 | Shared Care Benefit |
| 104 |   Other Shared Care Aspects |
| 105 | Restoration of Benefits |
| 106 | **Other Comments** |
| | |
| 107 | **Non-Tax-Qualified Policies** *(NTQ)* |
| 108 | NTQ: Percent of Sales, Extra Cost |
| 109 | NTQ: Facility and Home Care Triggers |
| 110 | Combination Policies Offered |

• **Company Name** *(rows 1 and 56)* lists the participating insurers in alphabetical order at the top of each page (Knights of Columbus and John Hancock were reversed for better column readability). Each company may display as many as three products.

• **Policy Type** *(row 2)* distinguishes between comprehensive, home care only and facility only products, indicating if the product is especially focused for worksite. In row 2 and the "Comment" rows *(55 and 106)*, we identify five insurers which offer facility only coverage and three insurers which offer home care only. Four insurers display worksite only products and one displays a product aimed at the substandard market.

One insurer has a "disability" product (pays the full benefit based only if the insured is chronically ill). Four insurers have products which allow a portion of their home care benefit (ranging from 33 to 40 percent) to be used as a cash alternative. One product offers indemnity coverage (full benefit if someone is chronically ill and incurs a qualified cost) for a higher premium *(row 38)*.

Where appropriate, we have inserted indicators such as "Disability," "Facility Only" to indicate why a particular row might not apply to that product.

• **Product Marketing Name** *(rows 3 and 57)* is the product's common brand name.

• **Policy Form Number** *(row 4)* is generic and may vary by state.

• **Year First LTCI Policy Offered** *(row 5)* is the year the insurer first offered individual LTCI coverage.

• **Year Current LTCI Policy Was Priced** *(row 6)* is the year the current product was most recently priced.

• **Jurisdictions LTCI Available** *(row 7)* generally shows the jurisdictions in which the insurer sells, or intends to sell, LTCI. *A displayed product may not be available in all of these states.*

• **State Partnerships** *(row 8)* identifies the number of state partnerships in which the insurer participated as of January 1, 2012, and specifically identifies any of the original four state partnerships (CA, CT, IN and NY) in which the insurer participates.

• **Financial Ratings and Ranking** *(rows 9-14)* lists each company's ratings from the four major rating agencies (A.M. Best, Standard & Poor's, Moody's, and Fitch). Row 14 shows Ebix's COMDEX ranking as of May 1, 2012.

The COMDEX ranking is from *VitalSigns,* a publication of EbixLife, Inc. EbixLife converts each company's A.M. Best, Standard & Poor's, Moody's, and Fitch ratings into a percentile ranking. For insurers rated by at least two of these rating agencies, EbixLife produces a COMDEX ranking by averaging that insurer's percentile rankings.

The COMDEX ranking has two key advantages: it combines the evaluations of several rating agencies and its percentile ranking makes it easier to understand how a company compares to its peers.

• **Financials** *(rows 15-18)* reflect the insurer's statutory assets and surplus (in millions) for year-end 2011, and the percentage changes from the previous year. These figures do not include assets and surplus of related companies nor do they reflect assets under management.

• **LTCI Premium** *(rows 19-22)* lists (1) the annualized premiums *(in millions)* for policies sold in 2011, and separately, of (2) policies in-force on December 31, 2011, and (3) the percentage changes from the previous year. Single premium sales are excluded from the annualized premium, but the amount of single premium is disclosed parenthetically.

• **LTCI Lives Insured** *(rows 23-26)* shows the number of lives covered by new policies and by year-end in-force policies, as well as the year-to-year percentage changes.

• **Policy Ranges and Elimination Period Terms** *(rows 27-34)* shows the product's issue age, daily benefit, benefit period (BP) and elimination period (EP) ranges. It also explains how the EP works.

*Issue Age Range* shows that only two participants issue LTCI to people older than age 85.

*Daily, Weekly or Monthly Benefit Range*

# Term Care Insurance Survey

*See page 12 for description of abbreviations.*

| AMERICAN GENERAL | BANKERS LIFE & CASUALTY | | COUNTRY LIFE | |
|---|---|---|---|---|
| American General LTC | GR-N620 *(Standard Package)* | GR-N650 *(Premier Package)* | Facility Only LTC | Comprehensive LTC |
| 877-399-7747 | www.bankerslife.com | | 866-856-4760 | |
| | | | | |
| 30+Other, Incl Below* | 60+Other, No | 60+Other, 21 | 30, 30 | |
| Contractual | No | Contractual After EP | Contractual After EP | |
| 10% Lifetime Max* | NA | 30 x MDB | Facility Only | 50 x MDB |
| Included Above* | NA | 25% of Monthly HC | Facility Only | 3 x MDB |
| APC | NA | 5% HC MDB; Max 12 Months | Facility Only | 50 x MDB |
| Included Above* | NA | 5% HC MDB; Max 12 Months | Facility Only | 50 x MDB |
| NA | NA, $75/Trip x 4x/Year | | Facility Only | NA |
| | | | | |
| Full, After UW Reqt | No | | No | |
| International (= Cash Alt For 2 Yrs) | Canada (Other = 30 Days) | | No | |
| No | No | | No | |
| Client's Choice | Through Network | | Through Network | |
| None | None | | None | |
| As Required By Law | As Required By Law | | Extended to In Force in States with IR | |
| | | | | |
| 10% | 10% | | 10% | |
| Rarely and Case Specific | 25%, 50%, 100% | | None | |
| 30%, 30% | 35%, 10% | | 30%, 0% | |
| No | No | | No | |
| Reduced | Reduced | | Reduced | |
| Reduced | Reduced | | Reduced | |
| 15% | 15% | | 15% | |
| 40% | 41.50% | | 40% | |
| Current & New Spouse | Current & New Spouse | | Current & New Spouse | |
| 5%, 5% | NA, 5% | | NA | |
| 10, 10 | NA | | NA | |
| 10, 5 | Varies | | NA | |
| M, Q, SA, A | None | | None | |
| | | | | |
| NA | 10, 20 | | 10 | |
| 65 (10 Years If Longer) | NA | | 65 | |
| See Line 54 | NA | | NA | |
| | | | | |
| Elimination | Elimination | | Elimination | |
| Yes | Yes | | Facility Only | Yes |
| Extra Cost | Extra Cost | Automatic | Extra Cost | |
| | | | | |
| Net, 100% | Net; Grades from 10% @4th Year to 100% @Year 20+ | | Net, Decrease to $0 @Age 80 | |
| NA | NA | | NA | |
| | | | | |
| Extra Cost | Extra Cost | | Extra Cost | |
| 10 | 10 | | 10 | |
| Yes, No | No | | No | |
| Permanent Extra $, Third Pool | Permanent Extra $, Third Pool | | NA | Permanent Extra $ |
| | | | | |
| Extra Cost | Extra Cost | Included | Extra Cost | |
| Electronic Submission Available From Proposal System | Extra-Cost Rider Ups Survivor's Daily Benefit 50% But Survivor's Prem is Unchanged; Return of Premium Applies on Lapse Also | | | |
| | | | | |
| 100% TQ | 8%, 6% | | 100% TQ | |
| NA | Double/2 ADL, Double/2 ADL | | NA | |
| None | Life, Annuities | | Life | |

# 2012 Annual Long Term Care Insurance Survey

| # | | GENWORTH | | KNIGHTS OF COLUMBUS | |
|---|---|---|---|---|---|
| 1 | **COMPANY NAME** | | | | |
| 2 | Policy Type | Comprehensive | Comprehensive Worksite | Facility Only | Comprehensive |
| 3 | Product Marketing Name | Privileged Choice Flex | LTC Business Solutions | K of C Care | K of C Care |
| 4 | Policy Form Number | 7052 | 7050 | NHC01 | LTC01 |
| 5 | Year First LTCI Policy Offered | 1974 | | 2000 | |
| 6 | Year Current LTCI Policy Was Priced | 2011 | 2008 | 1999 | |
| 7 | Jurisdictions LTCI Available | All States & DC | | All States & DC | |
| 8 | State Partnerships *(as of January 1, 2012)* | 31 *(Incl CA, CT, IN, NY)* | | None | |
| 9 | **Financial Ratings** *(as of December 31, 2011)* | | | | |
| 10 | A.M. Best | A | | A++ | |
| 11 | Standard & Poor's | A | | AAA | |
| 12 | Moody's | A2 | | Not Rated | |
| 13 | Fitch | A- | | Not Rated | |
| 14 | COMDEX Ranking *(as of May 1, 2012)* | 78 | | 100 | |
| 15 | **Financials** *(Millions)* | | | | |
| 16 | Assets *(December 31, 2011)* | $35,784 | | $18,027 | |
| 17 | Surplus *(December 31, 2011)* | $3,205 | | $1,687 | |
| 18 | Percent Increase *(Assets, Surplus)* | 7%, 5% | | 7%, -1% | |
| 19 | **LTCI Premium** *(Millions)* | | | | |
| 20 | 2011 First Year Premium | $206.5 | | $3.6 | |
| 21 | 2011 End of Year In-Force Premium | $2,195.5 | | $44.5 | |
| 22 | Percent Increase *(New Business, In-Force)* | 45%, 11% | | 6%, 10% | |
| 23 | **LTCI Lives Insured** | | | | |
| 24 | 2011 First Year Issued | 90,190 | | 2,946 | |
| 25 | 2011 End of Year In-Force | 1,149,410 | | 37,071 | |
| 26 | Percent Increase *(New Business, In-Force)* | 42%, 5% | | 1%, 8% | |
| 27 | **Policy Ranges and Elimination Period Terms** | | | | |
| 28 | Issue Age Range | 18 - 79 | | 30 - 85 | |
| 29 | Daily, Weekly or Monthly Benefit Range | $50 - $400 | | $50 - $400 | |
| 30 | Benefit Periods and/or Pools | 2, 3, 4, 5, 6, 8, 10, L | | 3, 5, L | |
| 31 | Elimination Periods | 30, 90, 180 | | 30, 60, 90, 180 | |
| 32 | Vanishing, Cumulative | Yes, Yes | | Yes, No | |
| 33 | Elimination Period Crediting | Choice of Service Days; or Calendar Days After 1st Expense | | Calendar Days | |
| 34 | Zero-Day HCBC EP with Longer NH EP | Extra Cost; HC Days Retire FC EP | | No | |
| 35 | **Policy Benefits** | | | | |
| 36 | Number of Benefit Pools, EPs | 1, 1 | | 1, 1 | |
| 37 | HCBC Payment Basis | Monthly | | Facility Only | Monthly |
| 38 | Indemnity Facility, Indemnity HCBC | No, No | | No, NA | No, No |
| 39 | Full Cash *(Disability)* Benefit | NA | | NA | |
| 40 | Partial Cash *(Disability)* Alternative | NA | | NA | |
| 41 | Additional Cash Benefit | NA | | NA | |
| 42 | Assisted Living *(Percent of NH Max)* | 50%, 100% | 100% | 100% | |
| 43 | Home Care Health Aide *(Percent of NH Max)* | 50%, 100% | 50%, 75%, 100% | Facility Only | 100% |
| 44 | Independent Professional, Non-Professional | Both Same As Above | | Facility Only | Both Same As Above |
| 45 | Homemaker Services | Same As Custodial Care | | Facility Only | Same As Custodial Care |
| 46 | Informal Care *(Other Than Family)* | Same As Above | | Facility Only | Same As Above |
| 47 | Informal Family Care | Family Members Only If Normal Compensation as HC Provider Employee | | Facility Only | Not Covered |
| 48 | **Benefit Increase Features** | | | | |
| 49 | Lifetime Compound Increases *(Level Premium)* | 3%, 5% | | 5% | |
| 50 | Lifetime Simple Increases *(Level Premium)* | 5% | | NA | |
| 51 | Other Increases *(Level Premium)* | NA | | NA | |
| 52 | Increased Before Claims Deducted? | Yes | | No | |
| 53 | Future Purchase Options *(FPO)* | NA | 15.76% Every 3 Years | 10% of Orig MDB Every 2 Yrs Until 2 Straight Declines or On Clm | |
| 54 | Benefit Increase Comments | NA | | | |
| 55 | **Other Comments** | Same Generation Relatives Can Qualify for Spousal Discounts; Coordinates Benefits with All Other LTCI | | | |

*See page 12 for description of abbreviations.*

| JOHN HANCOCK | MASSMUTUAL | MEDAMERICA | | MUTUAL OF OMAHA | |
|---|---|---|---|---|---|
| Comprehensive | Comprehensive | Comprehensive | Comprehensive with Cash Rider | Comprehensive | Worksite |
| Custom Care III | SignatureCare 500 | Simplicity II | FlexCare | Mutual Care My Way | Mutual Care at Work |
| LTC-11 | MM500-P-1 | SPL2-336 | FC-336 | LTC09M | |
| 1987 | 2000 | 1987 | | 1987 | |
| 2010 | 2011 | 2007 | 2011 | 2011 | |
| All States & DC | All States & DC & Puerto Rico | All States & DC | | All States & DC | |
| 28 (Incl CA,CT,IN,NY) | 33 (Including CT,IN,NY) | 16 (Including CT, NY) | | 32 | |
| | | | | | |
| A+ | A++ | B++ | | A+ | |
| AA- | AA+ | A- | | A+ | |
| A1 | Aa2 | Not Rated | | A1 | |
| AA- | AA+ | Not Rated | | Not Rated | |
| 93 | 99 | 50 | | 91 | |
| | | | | | |
| $218,287 | $148,600 | $1,126 | | $5,247 | |
| $4,971 | $11,417 | $61 | | $2,315 | |
| 2%, -4% | 5%, 10% | 18%, -12% | | 0%, -10% | |
| | | | | | |
| $51.8 | $20.4 | $7.6 | | $25.7 | |
| $1,514.4 | $178.7 | $128.4 | | $160.7 | |
| -64%, 1% | 34%, 10% | 23%, 11% | | 80%, 17% | |
| | | | | | |
| 20,585 | 6,181 | 4,676 | | 11,944 | |
| 724,257 | 69,329 | 80,846 | | 88,698 | |
| -66%, 0% | 35%, 8% | 16%, 1% | | 59%, 11% | |
| | | | | | |
| 18 - 79 | 18 - 84 | 18 - 85 | | 18 - 79 | |
| $50 - $500 | $50 - $400 | $1,500 - $16,000/Mo | $1,500 - $15,000/Mo | $1,500 - $15,000/Month | |
| 2, 3, 4, 5, 6, 10 | 2, 3, 4, 5, 6 | 5 Pools: $100K-$500K,$1KK | 1, 2, 3, 4, 5, 6, 7, 8, 10 | 2, 3, 4, 5, 6, 8, L | 2, 3, 4, 5, 6, 8 |
| 30, 60, 90, 180, 365 | 30, 60, 90, 180 | 30, 60, 90, 180 | 30, 60, 100, 180, 365 | 0, 30, 60, 90, 180, 365 | 90, 180, 365 |
| Yes, Yes | Yes, Yes | Yes, Yes | | Yes, Yes | |
| Service Days | Service Days | Calendar Days | | Each Calendar Day, Starting with the First Day of Paid Qualified Services | |
| Extra Cost; HC Days Retire FC EP | Extra Cost; HC Days Retire FC EP | No | Extra Cost | Extra Cost | |
| | | | | | |
| 1, 1 | 1, 1 | 1, 1 | | 1, 1 | |
| Daily (Monthly Extra $) | Daily (Monthly Extra $) | Monthly | | Monthly | |
| No, No | No, No | Disability, Disability | NA, NA | No, No | |
| NA | NA | Automatic | Extra Cost | NA | |
| NA | NA | Disability | NA | 35% of HC (Automatic)* | |
| 15% (Extra Cost) | NA | NA | | NA | |
| 100% | 100% | 100% | 50%, 75%, 100%, 125% | 50%, 75%, 100% | |
| 100% | 100% | 75%, 100% | 50%, 75%, 100%, 125% | 50%, 75%, 100% | |
| Up to 75% If No HCA in 40 Miles | Same, Not Covered | Disability | Cash Rider Can Cover This | Same, See Cash Alternative | |
| Must Be Incidental | Same As Custodial Care | Disability | Same As Custodial Care | Same As Custodial Care | |
| Not Covered | Not Covered | | | Cash Alternative Has 0 Day Elim; If Used It Delays Satisfying the EP Requirements | |
| Family Members Only If Normal Compensation as HC Provider Ee | Not Covered | Disability (Cash) Benefit Can Be Used for Any Purpose | With Cash Rider, Benefit Can Be Used for Any Purpose | | |
| | | | | | |
| 5%, CPI | 3%, 5% | 3%, 5% | | 3%, 4%, 5% | |
| NA | NA | 5% | 3%, 5% | 5% | |
| CPI to Age 75 | NA | 5% Compound to 2x | 5% CBIO to 2x; Tiered; MDB Incr | 5% Compound 20 Years | |
| No | No | No | | No | |
| 10%/3 Yrs If No BIO (5%/3 Yrs w/CPI BIO) | NA | NA | 10% Every 2 Years Until Declined 2x or On Claim | Can Add 3% or 5% to No-Incr Pol in 1st 5 Yrs If (1) Not Waiving Prem (2) Not Chronically Ill & Rec'd No Bens in Past 2 Yrs | |
| | NA | NA | | | |
| FPO Lost if 2 Declines, Above Age 75 or On Claim in Past 2 Yrs. Option to Convert from FPO to CPI at 65. | Participating Policy: Dividends Payable | Pays Monthly Cash Ben w/o Regard to Svcs or Amts Used; HCO & FO Available | Tiered BIO=5% Comp thru 60, 5% of Age 60 MDB thru 75, Then 0. MDB Incr Doesn't Incr Pool | Up to 2x Monthly Maximum for Injury, Before 65 Additional Amount Not +/- from Pool | |

# 2012 Annual Long Term Care Insurance Survey

| | COMPANY NAME | GENWORTH | | KNIGHTS OF COLUMBUS | |
|---|---|---|---|---|---|
| 56 | | | | | |
| 57 | Product Marketing Name | Privileged Choice Flex | LTC Business Solutions | K of C Care | K of C Care |
| 58 | Sales Rep/Source for More Info | www.genworth.com | | Paul Ochs 203-752-4069 | |
| 59 | **Ancillary Benefits** | | | | |
| 60 | Bed Reserve Days/Year, Respite during EP? | 60+Other, 30 | | 21, 21 | |
| 61 | Alternative Plan of Care *(APC)* | Contractual After EP | | By Company Practice | Contractual After EP |
| 62 | Home Modification | 3 x Monthly Max* | | Facility Only | $1,000/Calendar Year |
| 63 | Caregiver Training Benefit | Included Above* | | Facility Only | $500/Calendar Year |
| 64 | Emergency Alert | Included Above* | | LifePlans Provider Discount Program* | |
| 65 | Equipment Benefit | Included Above* | | Facility Only | $1,000/Calendar Year |
| 66 | Drug, Ambulance Benefit | NA | | NA, $250/Year | |
| 67 | **Claims Issues** | | | | |
| 68 | Conditional Receipt Protection | Limited, After Application | NA | No | |
| 69 | Coverage Beyond USA | NH 75%/4 Yrs; HC 25%/1 Yr | NH 75%/4 Years | No | |
| 70 | Provider Discounts *(Directly or Indirectly)* | Yes, for Relatives Too | Yes | Yes | |
| 71 | Care Coordination Available From | Through Network | | Client's Choice* | |
| 72 | Third Party Limits | None | | $500/Calendar Year | |
| 73 | Independent Review | Initiates IR for Client | | Extended to All States and All In Force | |
| 74 | **Premiums and Discounts** | | | | |
| 75 | Preferred Discount | 20% (10% for Both-Buy) | | None | |
| 76 | Substandard Extra Ratings | None | | None | |
| 77 | Two-Spouse, Two-Partner Discounts | 40%, 40% | | 15%, 0% | |
| 78 | Requires Identical Coverage? | No | | No | |
| 79 | If Spouse is a Surprise Decline? | Reduced | | Unchanged | |
| 80 | If Spouse Answers Yes to KnockOut Question? | Lost | | Unchanged | |
| 81 | One-Spouse Discount *(Only 1 Spouse Applies)* | 25% If Second Spouse Applies and Is Not Rejected for a Knockout Reason | | 10% | |
| 82 | Maximum Best UW Class & Spouse Discount | 50% | | 15% | |
| 83 | Later Marriage Earns Discount For | Current (If Within 12 Months) & New Spouse | | New Spouse | |
| 84 | Most Common Employer, Affinity Discount | 5%, NA | About 13%, NA | NA | |
| 85 | Minimum Size Employer Group, Number Apps | 4 Insured Lives (At Least 2 Ees) | 7 Issued* Lives | NA | |
| 86 | Minimum Size Affinity Group, Number Apps | NA | | NA | |
| 87 | Credit Card: Frequencies Accepted | M, Q, SA, A (First Payment Only) | | None | |
| 88 | **Non-Level Premiums** | | | | |
| 89 | Fixed Periods | 10 | | NA | |
| 90 | Paid Up at Ages | 65 | | NA | |
| 91 | Other Options | NA | | NA | |
| 92 | **Waiver of Premium** | | | | |
| 93 | First Premium Waived *(Days)* | Elimination | | Elimination | |
| 94 | HCBC Waiver | Yes | | Yes | |
| 95 | Joint Waiver | Automatic w/Shared Care; Otherwise No | | Not Offered | |
| 96 | **Return of Premium Upon Death** *(ROP)* | | | | |
| 97 | ROP Design 1 | Net, 100% Starts @10th Year | | Net, 100% Starts @10th Year | |
| 98 | ROP Design 2 | Net, Decreasing to $0 @Age 75 | | NA | |
| 99 | **Other Riders and Features** | | | | |
| 100 | Paid Up Survivor Benefit | Extra Cost | | Not Offered | |
| 101 | Both People Must Survive Number of Years | 7 or 10 | | NA | |
| 102 | Claim-Free Requirement? | Yes (Alt = No) | | NA | |
| 103 | Shared Care Benefit | Extra Cost Ends If Partner Dies | | Permanent Extra $ | |
| 104 | Other Shared Care Aspects | Joint WP; Survivor Protected for At Least 1/2 Original Bucket | | | |
| 105 | Restoration of Benefits | Extra Cost | | NA | |
| 106 | Other Comments | Online Live+Well Program Developed by Mayo Clinic | *Full UW: Insurable NS Ees Upgraded to Pfd Rates; SUW: Er-Pd Ees & AAW Spouses | | |
| 107 | **Non-Tax-Qualified Policies** *(NTQ)* | | | | |
| 108 | NTQ: Percent of Sales, Extra Cost | 100% TQ | | Only in CA: 0%, 10% | |
| 109 | NTQ: Facility and Home Care Triggers | NA | | More Than 6 ADLs, Same As TQ | |
| 110 | Combination Policies Offered | Life | | None | |

*See page 12 for description of abbreviations.*

| JOHN HANCOCK | MASSMUTUAL | MEDAMERICA | | MUTUAL OF OMAHA | |
|---|---|---|---|---|---|
| Custom Care III | SignatureCare 500 | Simplicity II | FlexCare | Mutual Care My Way | Mutual Care at Work |
| 800-270-1700 | 800-767-1000 | http://agents.yourlongtermcare.com/ | | 800-693-6083 | |
| | | | | | |
| 60+Other, No | 60+Other, No | Disability, No (Disability After EP) | 30+Other, 30 | 30+Other, 30 | |
| Contractual After EP | Contractual After EP | Disability | Contractual After EP | Contractual After EP | |
| 30 x MDB* | APC | Disability | Same As Emergency Alert | 2x Mo Max If Care Coord Is Used* | |
| Included Above* | 5 x MDB | Disability | 10x MDB* | Included Above* | |
| Included Above* | 50% of MDB/Month | Disability | Covered Up to MDB, MedAmerica | Included Above* | |
| Included Above* | APC | Disability | May Agree to Pay More Via APC | Included Above* | |
| NA | 1 x MDB/Mo,4 x MDB/Yr | Disability | NA | NA | |
| | | | | | |
| Full, After UW Reqt | Full, After UW Reqt | No | | Full, After UW Reqt | NA |
| International (365) | 1/2 MDB to 1/4 Max LT Benefit | International: Disability | International: Reimbursement | Canada & UK; Indemnity for Other (365) | |
| Yes, for Relatives Too | No | Yes | | No | |
| Client's Choice | Through Network | Company Staff | Company Staff* | Client's Choice* | |
| Up to 10 x MDB (1/3 Monthly Max) | None | None | | None | |
| Extended to All States for NB | As Required By Law | Extended to All States and All In Force | | As Required By Law | |
| | | | | | |
| 10% | 10% | 10% | | 15% | |
| 25%, 50% | 25%, 100%, 400% | None | | 25%, 50% | |
| 30%, 30% | 30%, 30% | 40%, 40% | 30%, 30% | 35%, 35% | |
| No | No | No | | No | |
| Lost | Reduced | Reduced | | Reduced | |
| Lost | Reduced | Reduced | | Reduced | |
| 0% | 15% | 20% | 15% | 15% | |
| 35% | 37% | 46% | 37% | 44.75% | 44.75% (Full UW); 35% (SUW); 15% (MGI) |
| Current & New Spouse | Current & New Spouse (Sometimes) | Current & New Spouse | | Current & New Spouse | |
| 5%, 5% | 10%, 10% | 5%, 5% | 10%, 10% | NA, 5% | 10%, NA |
| 5, 3 | 3, 3 | 3, 1 | 3, 1 | NA | SUW/MGI: 10, 10; Full UW: 3, 3 |
| 10, 3 | 10, 3 | 1, 1 | 3, 1 | 150 (250 If Not Local), 5 | NA |
| None | None | Q, SA, A | | None | |
| | | | | | |
| 20 | NA | 10 | | 10, 20 | |
| 75 | NA | 65 | | 65 | |
| NA | NA | NA | | NA | |
| | | | | | |
| Elimination | Elimination | Elimination | | Elimination | |
| Yes | Yes | Yes | | Yes, With 8 Days of Care/Month | |
| Extra Cost | Extra Cost | Extra Cost | | Extra Cost | |
| | | | | | |
| Incl: Death Before 65 | NA | Full, 100% | Net, 100% to 65, Grades to 0 @75 | Net, 100% to Age 65,  Then None | |
| NA | NA | Net, 100% | Net, 100% to 80, Then 0 | Either Net or Full, 100% | |
| | | | | | |
| Extra Cost | Extra Cost | Extra Cost | | Extra Cost | |
| 10 | 10 | 10 | | 10 | |
| Yes | No | No | | No | |
| Extra Cost Ends If Partner Dies. If Pool Depleted, Spouse <91 & No Claim in 2 Yrs, Can Buy 2 Yr BP | Permanent Extra $, Third Pool Avail Only w/2Yr & 3Yr BPs | Permanent Extra $ Must Keep 2 Years for Spouse | Permanent Extra $, Third Pool That Can Differ Crom Client-Specific Pools | Extra Cost Ends If Partner Dies Must Leave 1 Year for Living Spouse | |
| NA | Extra Cost | Extra Cost | | Extra Cost | |
| Independent Review of Claims Is Binding on JH | Loyal Customer Discount 5% All Yrs; FO Coverage Avail | Claims Paid Beginning of Month; No Need to Prove Amt of Claim | With Cash Benefit Rider, Claims PD Beginning of Month; No Need to Prove Amt of Claim | Spouse Security Benefit Pays 60% of Reimbursement Benefit; Benefits for Injury - Reimburement Up to 2x Monthly Max | |
| | | | | | |
| 100% TQ | 100% TQ | 100% TQ | | 100% TQ | |
| NA | NA | NA | | NA | |
| Life, Annuities | None | None | | Annuities | |

# 2012 Annual Long Term Care Insurance Survey

| 1 | COMPANY NAME | STATE FARM | TRANSAMERICA | |
|---|---|---|---|---|
| 2 | Policy Type | Comprehensive | Comprehensive | Worksite |
| 3 | Product Marketing Name | Long Term Care Insurance | TC II | TC II Worksite |
| 4 | Policy Form Number | 97062 | ICC10 TLC-3 | |
| 5 | Year First LTCI Policy Offered | 1997 | 1987 | |
| 6 | Year Current LTCI Policy Was Priced | 2011 | 2011 | |
| 7 | Jurisdictions LTCI Available | All But MA, NJ, RI | All States & DC | |
| 8 | State Partnerships *(as of January 1, 2012)* | 26 *(Incl CT, IN)* | 35 *(Incl CT, IN)* | |
| 9 | **Financial Ratings** *(as of December 31, 2011)* | | | |
| 10 | A.M. Best | A++ | A+ | |
| 11 | Standard & Poor's | AA | AA- | |
| 12 | Moody's | Not Rated | A1 | |
| 13 | Fitch | AA+ | AA- | |
| 14 | COMDEX Ranking *(as of May 1, 2012)* | 98 | 93 | |
| 15 | **Financials** *(Millions)* | | | |
| 16 | Assets *(December 31, 2011)* | $108,097 | $102,718 | |
| 17 | Surplus *(December 31, 2011)* | $60,791 | $5,122 | |
| 18 | Percent Increase *(Assets, Surplus)* | 1%, -1% | -4%, 19% | |
| 19 | **LTCI Premium** *(Millions)* | | | |
| 20 | 2011 First Year Premium | $13.2 | $14.4 (Plus $4.5 of Single Premium) | |
| 21 | 2011 End of Year In-Force Premium | $199.0 | $471.1 | |
| 22 | Percent Increase *(New Business, In-Force)* | 17%, 15% | 293%, 1% | |
| 23 | **LTCI Lives Insured** | | | |
| 24 | 2011 First Year Issued | 6,617 | 7,095 | |
| 25 | 2011 End of Year In-Force | 128,072 | 264,020 | |
| 26 | Percent Increase *(New Business, In-Force)* | 13%, 3% | 198%, -1% | |
| 27 | **Policy Ranges and Elimination Period Terms** | | | |
| 28 | Issue Age Range | 30 - 79 | 18 - 79 | |
| 29 | Daily, Weekly or Monthly Benefit Range | $100 - $500 (Weekly for HC) | $50 - $400 | |
| 30 | Benefit Periods and/or Pools | 2, 3, 5, 10 | 10 pools $75K - $1KK, Also 1, 2, 3, 4, 5, 6, L | |
| 31 | Elimination Periods | 30, 90, 180 | 0, 30, 60, 90, 180 | |
| 32 |    Vanishing, Cumulative | Yes, Yes | Yes, Yes | |
| 33 |    Elimination Period Crediting | Service Days | Service Days | |
| 34 |    Zero-Day HCBC EP with Longer NH EP | No | Included | |
| 35 | **Policy Benefits** | | | |
| 36 | Number of Benefit Pools, EPs | 1, 1 | 1, 2 (0-day HC) | |
| 37 | HCBC Payment Basis | Weekly | Daily (Monthly Extra $) | |
| 38 | Indemnity Facility, Indemnity HCBC | No, No | No, No | |
| 39 | Full Cash *(Disability)* Benefit | NA | NA | |
| 40 | Partial Cash *(Disability)* Alternative | NA | 33% (Automatic) | |
| 41 | Additional Cash Benefit | NA | NA | |
| 42 | Assisted Living *(Percent of NH Max)* | 100% | 100% | |
| 43 | Home Care Health Aide *(Percent of NH Max)* | 100% | 100% | |
| 44 | Independent Professional, Non-Professional | Same, Not Covered | Same, See Cash Alternative | |
| 45 | Homemaker Services | Same As Custodial Care | Same As Custodial Care | |
| 46 | Informal Care *(Other Than Family)* | Not Covered | Use 33% Cash Alternative (Included) for Any Use | |
| 47 | Informal Family Care | Not Covered | | |
| 48 | **Benefit Increase Features** | | | |
| 49 | Lifetime Compound Increases *(Level Premium)* | 5% | 3%, 5% | |
| 50 | Lifetime Simple Increases *(Level Premium)* | 5% | NA | |
| 51 | Other Increases *(Level Premium)* | NA | NA | |
| 52 | Increased Before Claims Deducted? | No | No | |
| 53 | Future Purchase Options *(FPO)* | Yes | No, but Deferred 3% or 5% (See Below) | |
| 54 | Benefit Increase Comments | $25 of MDB Every 5 Years From Ages 45-65 If Not Claim-Eligible | If no BIO is Purchased, It Can Be Bought at the 1st, 3rd or 5th Anniversary If Haven't Been Claim-Eligible | |
| 55 | Other Comments | | 3% or 5% Step-Rated: Prems & Maximums Incr Same % Each Year | |

*See page 12 for description of abbreviations.*

| | UNITED OF OMAHA | | | UNITED SECURITY | | |
|---|---|---|---|---|---|---|
| | Comprehensive | Comprehensive | Worksite | Comprehensive | Comprehensive Substandard | Home Care Only |
| | Assured Solutions Gold Plan | Cash First Plan | Workplace Solutions Flex Plan | LifeStyle Solutions | LifeStyle Solutions Select | Clear Advantage |
| | | LTC09U | | CCL3000-TQ | CCL3000TQSelect | HHC-01 |
| | | 1987 | | | 1983 | |
| | | 2011 | | 2011 | 2010 | 2001 |
| | | All States & DC | | FL, IL, IA, KS, KY, LA, MD, MN, MS, MO, MT, NE, ND, OH, OK, PA, SC, SD, TX, WA & WV | | |
| | | 32 | | | 10 | |
| | | | | | | |
| | | A+ | | | B | |
| | | A+ | | | Not Rated | |
| | | A1 | | | Not Rated | |
| | | Not Rated | | | Not Rated | |
| | | 91 | | | Not Ranked | |
| | | | | | | |
| | | $15,738 | | | $122 | |
| | | $1,036 | | | $20 | |
| | | 4%, -14% | | | 6%, 2% | |
| | | | | | | |
| | | $19.5 | | | $3.7 | |
| | | $44.5 | | | $29.1 | |
| | | 90%, 73% | | | 13%, -1% | |
| | | | | | | |
| | | 9,676 | | | 1,635 | |
| | | 22,992 | | | 18,253 | |
| | | 81%, 68% | | | 26%, 4% | |
| | | | | | | |
| | 18 - 79 | | | 40 - 85 | 40 - 85 | 18 - 99 |
| | $1,500 - $15,000/Mo | $1,500 - $9,000/Mo | $1,500 - $15,000/Mo | $50 - $350 | $50 - $150 | $20 - $250 |
| | 2, 3, 4, 5, 6, 8, L | $50K - $500K, Lifetime | $50K - $500K | 1, 2, 3, 4, 5, L | 1, 2, 3 | 1, 2, 3, 4, 5, L |
| | 0, 30, 60, 90, 180, 365 | 0, 30, 60, 90,180, 365 | 90, 180, 365 | 0, 40, 90, 120, 180 | 90, 120, 180 | 0, 20, 100, 180, 365 |
| | Yes, Yes | | | Yes, Yes | Yes, Yes | No, No |
| | Each Calendar Day, Starting with the First Day of Paid Qualified Services | | | Each Calendar Day, Starting with the First Day of Paid Qualified Services | | |
| | Extra Cost | | | | No | |
| | | | | | | |
| | 1, 1 | | | 1, 1 | | Home Care Only |
| | Monthly | | | Monthly | | Daily |
| | No, No | | | No, No | | |
| | NA | | | NA | | |
| | 40% of HC (Automatic)* (50% Option) | | | NA | | |
| | NA | | | NA | | |
| | 50%, 75%, 100% | 6: 50% to 100% | 50%, 75%, 100% | 100% | | Home Care Only |
| | 50%, 75%, 100% | 100%, 2x If Prof | 50%, 75%, 100% | 100% | 50% | Home Care Only |
| | Same, See Cash Alternative | | | Both Same As Above | | Not Covered, Not Covered |
| | Same As Custodial Care | | | Same As Custodial Care | | |
| | Cash Alternative Has 0 Day Elim; | | | Not Covered | | |
| | The Cash Alternative Does Not Satisfy the EP Requirements | | | Not Covered | | |
| | | | | | | |
| | 3%, 3.5%, 4%, 4.5%, 5% | | | 3%, 5% | | 5% |
| | 5% | | | 3%, 5% | | NA |
| | 5% Compound 20 Years; 5% to 2x, 3x or 4x | | | NA | | |
| | No | | | No | | |
| | Can Add 3% or 5% to No-Incr Pol in 1st 5 Years If (1) Not Waiving Prem (2) Not Waiving Prem (2) Not Chronically Ill & Rec'd No Bens in Past 2 Yrs | | | NA | | |
| | | | | NA | | |
| | Reimburses Up to 2x Monthly Maximum for Injury Before 65. Additional Amount Not Added or Subtracted from Pool | | | 4 Partnership-Certified UW Classes; Includes Programs to Delay Disability & Prolong Independence | Partnership Secured Risk Product. Pre-Existing Exclusion, Incl Programs to Delay Disability & Prolong Independence | |

# 2012 Annual Long Term Care Insurance Survey

| 56 | COMPANY NAME | STATE FARM | TRANSAMERICA | |
|---|---|---|---|---|
| 57 | Product Marketing Name | Long Term Care Insurance | TC II | TC II Worksite |
| 58 | Sales Rep/Source for More Info | | Carroll Golden 817-285-3451, Carroll.Golden@Transamerica.com | |
| 59 | **Ancillary Benefits** | | | |
| 60 | Bed Reserve Days/Year, Respite during EP? | 30+Other, 30 | 60+Other, 30 | |
| 61 | Alternative Plan of Care *(APC)* | Contractual After EP | Contractual After EP | |
| 62 | Home Modification | 50 x MDB* | 60 x MDB If Care Coord Is Used* | |
| 63 | Caregiver Training Benefit | 5 x MDB/Plan of Care | Included Above* | |
| 64 | Emergency Alert | 25% MDB; Max 12 Months | Included Above* | |
| 65 | Equipment Benefit | Included Above* | Included Above* | |
| 66 | Drug, Ambulance Benefit | NA | NA | |
| 67 | **Claims Issues** | | | |
| 68 | Conditional Receipt Protection | Full, After App | Full, After App | |
| 69 | Coverage Beyond USA | No | Full in Canada; 75% (365) Elsewhere | |
| 70 | Provider Discounts *(Directly or Indirectly)* | No | No | |
| 71 | Care Coordination Available From | Through Network | Through Network | |
| 72 | Third Party Limits | None | None | |
| 73 | Independent Review | As Required By Law | As Required By Law | |
| 74 | **Premiums and Discounts** | | | |
| 75 | Preferred Discount | 10% | 15% Single, 10% Married | |
| 76 | Substandard Extra Ratings | None | 25%, 50%, 75%, 100% | |
| 77 | Two-Spouse, Two-Partner Discounts | 30%, 0% | 30%, 30% | |
| 78 | Requires Identical Coverage? | No | Yes | |
| 79 | If Spouse is a Surprise Decline? | Unchanged | Reduced | |
| 80 | If Spouse Answers Yes to KnockOut Question? | Lost | Reduced | |
| 81 | One-Spouse Discount *(Only 1 Spouse Applies)* | 0% | 15% | |
| 82 | Maximum Best UW Class & Spouse Discount | 37% | 37% | |
| 83 | Later Marriage Earns Discount For | Current & New Spouse | Current & New Spouse If Same Policy Form & Benefits | |
| 84 | Most Common Employer, Affinity Discount | NA | 10%, 5% | |
| 85 | Minimum Size Employer Group, Number Apps | NA | 5, Varies with SUW and MGI Concessions | |
| 86 | Minimum Size Affinity Group, Number Apps | NA | 5, 5 | |
| 87 | Credit Card: Frequencies Accepted | M, Q, SA, A | M, Q, SA, A (First Payment Only) | |
| 88 | **Non-Level Premiums** | | | |
| 89 | Fixed Periods | NA | 1, 10 | |
| 90 | Paid Up at Ages | NA | 65 | |
| 91 | Other Options | NA | NA | |
| 92 | **Waiver of Premium** | | | |
| 93 | First Premium Waived *(Days)* | 90 Service | Elimination | |
| 94 | HCBC Waiver | Yes | Automatic but NA if Substandard Class | |
| 95 | Joint Waiver | Not Offered | Extra Cost | |
| 96 | **Return of Premium Upon Death** *(ROP)* | | | |
| 97 | ROP Design 1 | NA | Incl: Death Before Age 67 | |
| 98 | ROP Design 2 | NA | Net, 100% | |
| 99 | **Other Riders and Features** | | | |
| 100 | Paid Up Survivor Benefit | Not Offered | Not Offered | |
| 101 | Both People Must Survive Number of Years | NA | NA | |
| 102 | Claim-Free Requirement? | NA | NA | |
| 103 | Shared Care Benefit | NA | Extra Cost Ends If Partner Dies. If Pool Depleted, Spouse <91 & No Claim | |
| 104 | Other Shared Care Aspects | | in 2 Years, Can Buy 2 Year BP | |
| 105 | Restoration of Benefits | Included | Extra Cost | |
| 106 | Other Comments | | No War Exclusion; Reimburses Up to 2x Monthly Maximum for Injury Until Age 67. Additional Amount Not +/- from Pool | |
| 107 | **Non-Tax-Qualified Policies** *(NTQ)* | | | |
| 108 | NTQ: Percent of Sales, Extra Cost | 100% TQ | 100% TQ | |
| 109 | NTQ: Facility and Home Care Triggers | NA | NA | |
| 110 | Combination Policies Offered | None | Life | |

*See pages 12 for description of abbreviations.*

| UNITED OF OMAHA | | | UNITED SECURITY | | |
|---|---|---|---|---|---|
| Assured Solutions Gold Plan | Cash First Plan | Workplace Solutions Flex Plan | LifeStyle Solutions | LifeStyle Solutions Select | Clear Advantage |
| 800-693-6083 | | | 800-872-3044 or www.usa-cal.com | | |
| | | | | | |
| 30+Other, 30 | | | 20, 20 | | Home Care Only, No |
| Contractual After EP | | | Contractual Up to 50 x MDB | | Contractual After EP |
| 2x Monthly Max If Care Coordination Is Used* | | | APC up to 50 x MDB* | | APC up to 50 x MDB* |
| Included Above* | | | 5 x HC MDB | | 5 x HC MDB* |
| Included Above* | | | Included Above* | | NA |
| Included Above* | | | Included Above* | | Included Above* |
| NA | | | Included Above* | | NA |
| | | | | | |
| Full, After UW Reqt | | NA | No | | |
| Canada & UK; Indemnity for Other (365) | | | No | | |
| No | | | No | | |
| Client's Choice* | | | Through Network | | |
| None | | | None | | |
| As Required By Law | | | As Required By Law | | |
| | | | | | |
| 15% | | | NA | | |
| 25%, 50% | | | 25%, 60%, 100%, 200% | NA | 25%, 60%, 100%, 200% |
| 35%, 35% | | | 20%, 20% | 10%, 10% | 10% Off Higher Premium, 0% |
| No | | | Yes | | |
| Reduced | | | Reduced | Reduced | Lost |
| Reduced | | | Reduced | Reduced | Lost |
| 15% | | | 15% | 10% | 0% |
| 44.75% | 44.75% *(Full UW): 35% (SUW); 15% (MGI)* | | 30% | 10% | 10% Off Higher Premium |
| Current & New Spouse | | | Current & New Spouse | Current & New Spouse | 10% Off Higher Premium |
| NA, 5% | | 10%, NA | 10%, 10% | NA | NA |
| NA | SUW/MGI: 10, 10; Full UW: 3, 3 | | 5, 2 | NA | NA |
| 150 (250 If Not Local), 5 | | NA | 10, 2 | NA | NA |
| None | | | M, Q, SA, A | M, Q, SA, A | NA |
| | | | | | |
| 10, 20 | | | NA | | |
| 65 | | | NA | | |
| Start at 70%, 80% or 90% of Normal; Level Increase to Age 65, Then Level Until Paid Up at 85 | | | NA | | |
| | | | | | |
| Elimination | | | Elim | Not Offered | Elim + 90 |
| Yes, With 8 Days of Care/Month | | | Yes | Not Offered | Yes |
| Extra Cost | | | Not Offered | Not Offered | Extra Cost |
| | | | | | |
| Net, 100% | Net, 100% to Age 65, Then None | Net, 100% | NA | | |
| NA | Either Net or Full, 100% | Full, 100% | NA | | |
| | | | | | |
| Extra Cost | | | Not Offered | Not Offered | Extra Cost |
| 10 | | | NA | NA | No |
| No | | | NA | NA | No |
| Extra Cost Ends If Partner Dies | | | | NA | |
| Must Leave 1 Year for Living Spouse | | | | | |
| Extra Cost | | | NA | NA | Included |
| Optional 6-10 Year Rate Guarantee | | | | | |
| | | | | | |
| 100% TQ | | | 100% TQ | | |
| NA | | | NA | | |
| Annuities | | | None | | |

# 2012 Long Term Care Insurance Survey

| Company *(Product):* Best Rating Class; Up to $100/Day; 90-Day Elimination Period | Without Benefit Increases | | | | 5% Compound Benefit Increases | | | |
|---|---|---|---|---|---|---|---|---|
| | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 |
| **90-Day Elimination / Lifetime Benefit Period** | | | | **Single Insured** | | | | |
| Bankers Life *(GR-N620)* | $ 465 | $ 760 | $1,368 | $3,080 | $2,642 | $3,184 | $4,091 | $6,454 |
| Bankers Life *(GR-N650)* | 662 | 1,079 | 1,932 | 4,293 | 3,739 | 4,473 | 5,725 | 8,964 |
| Country Life *(Comprehensive)* | 529 | 721 | 1,172 | 3,123 | 2,047 | 2,244 | 2,743 | 5,152 |
| Country Life *(Facility Only)* | 439 | 586 | 930 | 2,444 | 1,610 | 1,759 | 2,134 | 3,990 |
| Genworth *(Privileged Choice Flex)* | 872 | 930 | 1,389 | 3,478 | 1,960 | 2,116 | 2,953 | 5,607 |
| Genworth *(Long Term Care Business Solutions)* | 719 | 767 | 1,153 | 2,742 | 1,619 | 1,745 | 2,440 | 4,428 |
| Knights of Columbus *(Comprehensive)* | 330 | 608 | 1,060 | 2,560 | 1,230 | 1,733 | 2,420 | 4,482 |
| Knights of Columbus *(Facility Only)* | 172 | 316 | 657 | 1,792 | 614 | 865 | 1,441 | 3,012 |
| Mutual of Omaha *(Mutual Care My Way)* | 779 | 967 | 1,409 | 3,705 | 2,929 | 3,575 | 4,174 | 7,127 |
| Transamerica *(Transcare II)* | 529 | 723 | 1,252 | 2,903 | 2,835 | 3,324 | 4,243 | 7,142 |
| Transamerica *(Transcare Worksite)* | 476 | 650 | 1,126 | 2,613 | 2,552 | 2,992 | 3,819 | 6,428 |
| United of Omaha *(Assured Solutions Gold Plan)* | 794 | 987 | 1,437 | 3,779 | 2,987 | 3,647 | 4,257 | 7,269 |
| United of Omaha *(Cash First Plan)* | 723 | 877 | 1,246 | 3,212 | 2,718 | 3,240 | 3,691 | 6,179 |
| United Security *(LifeStyle Solutions)* | 787 | 847 | 1,377 | 3,238 | 2,999 | 3,073 | 3,524 | 5,616 |
| United Security *(Clear Advantage)* | 390 | 430 | 720 | 1,630 | 720 | 790 | 1,310 | 2,690 |
| **90-Day Elimination / Three-Year Period** | | | | **Single Insured** | | | | |
| Bankers Life *(GR-N620)* | $268 | $421 | $749 | $1,691 | $1,395 | $1,674 | $2,150 | $3,419 |
| Bankers Life *(GR-N650)* | 357 | 561 | 996 | 2,231 | 1,849 | 2,219 | 2,851 | 4,508 |
| Country Life *(Comprehensive)* | 319 | 431 | 689 | 1,755 | 1,285 | 1,411 | 1,735 | 2,913 |
| Country Life *(Facility Only)* | 251 | 329 | 505 | 1,267 | 913 | 998 | 1,220 | 2,036 |
| Genworth *(Privileged Choice Flex)* | 467 | 501 | 716 | 1,809 | 997 | 1,126 | 1,481 | 2,944 |
| Genworth *(Long Term Care Business Solutions)* | 407 | 436 | 626 | 1,489 | 869 | 982 | 1,292 | 2,438 |
| John Hancock *(Custom Care III)* | 333 | 504 | 855 | 1,989 | 1,962 | 2,043 | 2,385 | 3,753 |
| Knights of Columbus *(Comprehensive)* | 200 | 363 | 626 | 1,499 | 724 | 1,016 | 1,415 | 2,612 |
| Knights of Columbus *(Facility Only)* | 130 | 236 | 407 | 1,049 | 452 | 634 | 883 | 1,755 |
| MassMutual *(500 Series)* | 329 | 482 | 798 | 1,931 | 1,661 | 1,699 | 2,065 | 3,546 |
| MedAmerica *(Flex Care)* | 248 | 409 | 734 | 1,656 | 1,355 | 1,652 | 2,100 | 3,283 |
| Mutual of Omaha *(Mutual Care My Way)* | 381 | 475 | 701 | 1,838 | 1,432 | 1,756 | 2,075 | 3,536 |
| Mutual of Omaha *(Mutual Care at Work)* | 287 | 358 | 528 | 1,386 | 1,134 | 1,391 | 1,643 | 2,799 |
| State Farm Mutual Auto | 358 | 548 | 944 | 1,969 | 2,356 | 2,515 | 2,834 | 4,125 |
| Transamerica *(Transcare II)* | 320 | 411 | 685 | 1,622 | 1,113 | 1,328 | 1,795 | 3,017 |
| Transamerica *(Transcare Worksite)* | 288 | 370 | 617 | 1,460 | 1,002 | 1,195 | 1,616 | 2,715 |
| United of Omaha *(Assured Solutions Gold Plan)* | 388 | 485 | 715 | 1,875 | 1,461 | 1,792 | 2,116 | 3,606 |
| United of Omaha *(Workplace Solutions Flex Plan)* | 311 | 390 | 576 | 1,492 | 1,229 | 1,511 | 1,792 | 3,014 |
| United Security *(LifeStyle Solutions)* | 508 | 574 | 939 | 1,937 | 2,188 | 2,251 | 2,617 | 3,523 |
| United Security *(LifeStyle Solutions Select)* | 1,607 | 1,812 | 2,918 | 5,615 | 7,151 | 7,289 | 8,243 | 10,821 |
| United Security *(Clear Advantage)* | 300 | 330 | 550 | 1,240 | 540 | 590 | 980 | 1,990 |
| **90-Day Elimination / $100,000 Benefit Pool** | | | | **Single Insured** | | | | |
| American General | $435 | $491 | $761 | $1,820 | $1,026 | $1,150 | $1,576 | $2,984 |
| MedAmerica *(Simplicity II)* | 254 | 466 | 917 | 2,017 | 1,303 | 1,716 | 2,404 | 3,744 |
| United of Omaha *(Cash First Plan)* | 372 | 455 | 656 | 1,682 | 1,399 | 1,680 | 1,943 | 3,236 |

SPECIAL FOCUS

|  | Without Benefit Increases | | | | 5% Compound Benefit Increases | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 |
| Married Couple | | | | | | | | |
|  | $ 605 | $ 988 | $1,778 | $4,004 | $3,435 | $4,139 | $5,319 | $8,391 |
|  | 869 | 1,424 | 2,602 | 6,040 | 4,910 | 5,902 | 7,712 | 12,609 |
|  | 706 | 961 | 1,563 | 4,165 | 2,729 | 2,992 | 3,657 | 6,870 |
|  | 585 | 781 | 1,240 | 3,259 | 2,147 | 2,345 | 2,845 | 5,319 |
|  | 1,090 | 1,163 | 1,736 | 4,348 | 2,450 | 2,644 | 3,692 | 7,009 |
|  | 899 | 959 | 1,442 | 3,428 | 2,024 | 2,181 | 3,050 | 5,535 |
|  | 561 | 1,034 | 1,802 | 4,353 | 2,091 | 2,946 | 4,115 | 7,620 |
|  | 292 | 538 | 1,117 | 3,047 | 1,044 | 1,471 | 2,449 | 5,121 |
|  | 1,012 | 1,258 | 1,832 | 4,816 | 3,807 | 4,648 | 5,426 | 9,265 |
|  | 784 | 1,071 | 1,856 | 4,303 | 4,204 | 4,927 | 6,290 | 10,587 |
|  | 706 | 964 | 1,670 | 3,873 | 3,784 | 4,434 | 5,661 | 9,528 |
|  | 1,032 | 1,283 | 1,868 | 4,912 | 3,884 | 4,741 | 5,534 | 9,450 |
|  | 939 | 1,140 | 1,620 | 4,175 | 3,534 | 4,212 | 4,799 | 8,033 |
|  | 1,260 | 1,356 | 2,204 | 5,019 | 4,798 | 4,916 | 5,639 | 8,986 |
|  | 741 | 817 | 1,368 | 3,097 | 1,368 | 1,501 | 2,489 | 5,111 |
| Married Couple | | | | | | | | |
|  | $ 348 | $ 548 | $ 974 | $2,198 | $1,814 | $2,176 | $2,795 | $4,444 |
|  | 468 | 736 | 1,329 | 3,047 | 2,428 | 2,913 | 3,802 | 6,161 |
|  | 425 | 574 | 919 | 2,340 | 1,713 | 1,881 | 2,314 | 3,884 |
|  | 335 | 438 | 674 | 1,690 | 1,217 | 1,331 | 1,626 | 2,714 |
|  | 584 | 626 | 895 | 2,261 | 1,246 | 1,408 | 1,852 | 3,681 |
|  | 509 | 544 | 783 | 1,862 | 1,086 | 1,228 | 1,615 | 3,048 |
|  | 481 | 728 | 1,235 | 2,873 | 2,834 | 2,951 | 3,445 | 5,421 |
|  | 340 | 617 | 1,064 | 2,548 | 1,230 | 1,728 | 2,406 | 4,440 |
|  | 221 | 401 | 692 | 1,784 | 768 | 1,078 | 1,501 | 2,884 |
|  | 461 | 674 | 1,117 | 2,703 | 2,325 | 2,379 | 2,891 | 4,965 |
|  | 348 | 572 | 1,028 | 2,318 | 1,898 | 2,313 | 2,940 | 4,596 |
|  | 495 | 618 | 910 | 2,389 | 1,862 | 2,283 | 2,697 | 4,596 |
|  | 373 | 466 | 687 | 1,801 | 1,474 | 1,808 | 2,135 | 3,639 |
|  | 501 | 767 | 1,322 | 2,757 | 3,298 | 3,521 | 3,968 | 5,775 |
|  | 474 | 609 | 1,016 | 2,404 | 1,651 | 1,968 | 2,662 | 4,472 |
|  | 427 | 548 | 914 | 2,164 | 1,486 | 1,771 | 2,396 | 4,025 |
|  | 505 | 630 | 929 | 2,437 | 1,899 | 2,329 | 2,751 | 4,688 |
|  | 405 | 506 | 749 | 1,939 | 1,598 | 1,965 | 2,329 | 3,918 |
|  | 812 | 919 | 1,503 | 3,100 | 3,501 | 3,601 | 4,188 | 5,637 |
|  | 2,893 | 3,262 | 5,253 | 10,107 | 12,871 | 13,121 | 14,837 | 19,477 |
|  | 570 | 627 | 1,045 | 2,356 | 1,026 | 1,121 | 1,862 | 3,781 |
| Married Couple | | | | | | | | |
|  | $ 578 | $ 655 | $1,015 | $2,426 | $1,368 | $1,533 | $2,101 | $3,979 |
|  | 305 | 559 | 1,100 | 2,421 | 1,563 | 2,059 | 2,885 | 4,493 |
|  | 483 | 591 | 853 | 2,187 | 1,819 | 2,183 | 2,526 | 4,206 |

www.brokerworldmag.com

shows the minimum and maximum policy size that will be issued. The range is shown on a weekly or monthly basis only if home care, assisted living facility care and facility care are always sold on a weekly or monthly basis. Most policies showing a daily benefit range offer an option to determine the benefit on a monthly basis and some issue a daily benefit for one level of care and a monthly benefit for another level of care. The cost of monthly determination of benefits can be reflected in an additional premium and also a reduction in the annual maximum benefit from 365 times the daily benefit to 360 times the daily benefit.

*Benefit Period (BP).* Only nine participants, down from 11 last year, offer a lifetime benefit period. Four participants offer LTCI policies with BPs as short as one year. The partnerships make one-year benefit periods more common.

*Elimination Periods (EP).* A cumulative EP means that the requirement could be satisfied in stages. For example, if the policy has a 180-day EP and the policyholder needed qualified care for only 100 days, the remaining EP would be 80 days. A vanishing EP means that once the EP is satisfied, it never has to be satisfied again. One carrier offers a product with a non-vanishing and recurring EP and another has a product that has a non-cumulative EP.

Eight insurers have products that include a calendar-day EP automatically. Calendar-day EP costs more than otherwise-identical service-day EP, but it has the following advantages:

✔ *Clarity.* Unfortunately, even if clients understand service-day EP today, they may forget by the time they go on claim. A calendar-day EP may reduce the potential for disputes, especially if it does not require a paid day to start counting.

✔ *Flexibility.* It is hard to predict what finances, family status and preferences will be at the time of a future claim. Calendar-day EP allows a family to satisfy the EP with family care or perhaps informal care that would not satisfy a service-day EP.

Row 34 indicates whether the insurer

25