# EXHIBIT 3

Case 3:22-cv-00055-REP   Document 81-3   Filed 11/03/22   Page 2 of 9 PageID# 2077

# Long Term Care Survey

# 2013



## BR🌎KER W🌎RLD

IDEAS FOR LIFE AND HEALTH PROFESSIONALS



# 2013 Long Term Care Insurance Survey



**CLAUDE THAU**

*FSA, MAAA, is president of Thau, Inc. He can be reached by telephone at 913-403-5824. Fax: 913-384-3781. Email: cthau@targetins.com.*



**DAWN HELWIG**

*FSA, MAAA, is a principal and consulting actuary in the Chicago office of Milliman, Inc. She can be reached at Milliman, Inc., 71 South Wacker Drive, 31st Floor, Chicago, IL 60606. Telephone: 312-499-5578. Email: dawn.helwig@milliman.com.*



**ALLEN SCHMITZ**

*FSA, MAAA, is a principal and consulting actuary in the Milwaukee office of Milliman, Inc. He can be reached at 15800 Bluemound Road, Suite 400, Brookfield, WI 53005. Telephone: 262-796 3477. Email: allen.schmitz@milliman.com.*

This *2013 Long Term Care Insurance Survey* is the fifteenth consecutive annual review of long term care insurance (LTCI) published by *BROKER WORLD* magazine. The survey compares products, reports sales distributions, and analyzes the changing marketplace.

Unless otherwise indicated, references are solely to the U.S. stand-alone LTCI market and exclude the exercise of future purchase options or other changes to existing coverage. Stand-alone refers to LTCI policies which *do not* include death benefits (other than returning premiums upon death or waiving a surviving spouse's premiums) or annuity or disability income benefits.

The data includes multi-life groups, which are certificates or individual policies sold with discounts and/or underwriting concessions, but not guaranteed issue, to groups of people based on common employment or affinity relationships. Except where *true group* is specifically mentioned, comments and data *do not* include sales of certificates to groups on a guaranteed issue basis.

Comparisons of worksite sales characteristics to overall sales characteristics will be discussed in the August issue of *BROKER WORLD* magazine.

**Highlights from This Year's Survey**
• **Participants**

LifeSecure and Thrivent are new participants in the survey, and Northwestern, while not displayed, contributed statistical data.

Mutual of Omaha/United of Omaha did not participate this year because the company is in the midst of a product change which includes gender-distinct pricing. New pricing was not complete and the company did not want gender-neutral pricing to appear in a publication that has a shelf-life to July 2014. United Security Assurance also is taking a one-year hiatus, but is still committed to the market and is filing its product in a new jurisdiction. In both cases, their products displayed last year are still available as this article is being written, except that Mutual of Omaha/United of Omaha discontinued its worksite program.

• **Sales**

✔ The 12 carriers that contributed statistical data to this survey sold 190,353 policies for $466,167,460 of new annualized premium in 2012, plus 188 single premium policies with $9.78 million of premium. No carriers currently sell stand-alone LTCI on a single premium basis.

✔ We estimate that the entire stand-alone LTCI industry, including insurers which discontinued sales, sold 232,800 policies (0.7 percent more than in 2011) for $564.3 million of annualized premium (5.0 percent more than in 2011).

✔ Ignoring single premium sales, the reporting insurers sold 9.1 percent more policies in 2012 than in 2011 and 14.3 percent more annualized premium.

✔ Genworth, Prudential and Unum

*SPECIAL FOCUS*

| Table 8 Sales by Benefit Increase Type | | | | | | |
|---|---|---|---|---|---|---|
| Benefit Increase Type | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 |
| **Level Premium Benefit Increases** | | | | | | |
| 5% Compound for Life | 32.7% | 35.3% | 34.9% | 41.2% | 47.6% | 47.7% |
| 5% Compound for 20 Years | 0.0 | 0.9* | — | — | — | — |
| 4% Compound | 0.5 | 0.5 | 0.4 | — | — | — |
| 3% Compound | 22.5 | 17.1 | 8.8 | — | — | — |
| Other Compound | 0.5 | 3.5 | 3.6 | 6.8 | 6.1 | 4.5 |
| 5% Simple for Life | 6.8 | 9.7 | 12.2 | 14.6 | 18.3 | 20.2 |
| Age-Adjusted | 0.5* | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Indexed Level Premium | 4.0 | 8.1 | 14.4 | 10.9 | 6.0 | 3.7 |
| **Increasing Premium Benefit Increases** | | | | | | |
| Step-Rated | 0.2 | 0.0 | 0.0 | 0.0 | 2.3 | 2.6 |
| Deferred Compound Option | 1.9 | 2.0 | 1.3 | — | — | — |
| FPO**: Indexed | 0.0 | 0.0 | 0.6 | 0.4 | 0.7 | 0.0 |
| FPO**: Fixed | 20.3 | 12.8 | 15.6 | 16.8 | 10.1 | 9.1 |
| **Other** | | | | | | |
| No Benefit Increases | 9.9 | 9.2* | 7.9 | 9.0 | 8.3 | 11.6 |
| Other | 0.2 | 0.5 | 0.3 | 0.4 | 0.6 | 0.6 |

*Adjusted upward to make the total equal 100.0 percent.*
**Future Purchase Option*

| Table 10 Sales By Facility Elimination Period | | | | | | |
|---|---|---|---|---|---|---|
| Number of Days | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 |
| 0 - 19 | 1.1% | 1.2% | 2.0% | 2.8% | 2.6% | 3.0 |
| 20 - 44* | 5.7 | 6.1 | 6.7 | 9.4 | 10.2 | 10.7 |
| 45 - 83* | 1.0 | 1.7 | 10.8 | 11.7 | 4.8 | 5.7 |
| 84 - 100* | 86.1 | 86.3 | 76.3 | 72.2 | 78.3 | 75.4 |
| More Than 100 | 6.1 | 4.7 | 4.2 | 3.9 | 4.1 | 5.2 |

*Prior to 2011, these categories were 20-30, 31-89 and 90-100.*

Table 11 (on page 9) shows that sixty-seven percent of buyers were part of couples who both bought in 2012, 12.9 percent were reported as one-of-a-couple purchasers, and 19.9 percent were reported as single. Tighter underwriting would tend to depress the percentage of couples who both buy, especially as the industry seems to be improving at conserving the well spouse's policy (up to 75.8 percent based on limited data in 2012). Some insurers also lowered couples' discounts in 2012. Nonetheless, the percentage

| Table 9 Future Purchase Option Election Rates | | | |
|---|---|---|---|
| Year | 2012 | 2011 | 2010 |
| Election Rate | 25.5% | 24.4% | 27.0% |

of both-buy couples increased, perhaps due to fire sales before the reductions in couples' discounts, as well as a change in mix of contributing insurers and a change in reporting methodology by one participant.

One-of-a-couple sales are understated because 4.8 percent of sales were reported by insurers that could not identify such sales and some insurers may not be able to identify all such sales. Hence, although the carriers reported that 12.9 percent of buyers were one-of-a-couple in 2012, the true percentage may be 14 percent, with a corresponding decrease in single insureds. Overall, 27.7 percent of the couples in 2012 were reported to insure only one person.

Overall, our analysis suggests that 54.9 percent of buyers are women, but 69.1 percent of single people who buy are female. That should change somewhat with the shift to gender-distinct pricing.

***Shared Care and Other Couples' Features.*** Last year, we reported that the percentage of couples who both bought limited BP policies (eligible couples) and selected shared care was surprisingly low. This year it bounced back to 39.8 percent (Table 12 on page 9). Among insurers that offer shared care, 47.7 percent of eligible insureds purchased it.

Some products offer (or include automatically) joint waiver of premium (premium waived for both insureds if either qualifies) and/or survivorship features that waive premiums for a survivor after the first death if specified policy conditions are met. In 2012, 31 percent of policies sold to couples both buying included joint waiver of premium (46.4 percent for carriers that offer that feature, because it is often automatic) and 36 percent included survivorship (53.7 percent for carriers that offer that feature).

This year we queried, for the first time, about shared care sales by BP. Table 13

# 2013 Annual Long Term Care Insurance Survey

*See page 12 for description of abbreviations.*

| # | COMPANY NAME | BANKERS LIFE & CASUALTY | | COUNTRY LIFE | | GENWORTH | | JOHN HANCOCK | | KNIGHTS OF COLUMBUS | | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Policy Type | Comprehensive | Comprehensive | Facility Only | Comprehensive | Comprehensive | Comprehensive | Comprehensive | Worksite | Facility Only | Comprehensive | 2 |
| 3 | Product Marketing Name | GR-N620 *(Standard Package)* | GR-N650 *(Premier Package)* | Facility Only LTC | Comprehensive LTC | Privileged Choice Flex | Privileged Choice Flex 2 | Custom Care III *(Gender Distinct)* | Custom Care III *(Unisex)* | K of C Care | K of C Care | 3 |
| 4 | Policy Form Number | GR-N620 | GR-N650 | LTC-520 | LTC-500 | 7052 | 8000, 8001 | LTC-12 | LTC-11 | NHC01 | LTC01 | 4 |
| 5 | Year First LTCI Policy Offered | 1985 | | 1989 | | 1974 | | 1987 | | 2000 | | 5 |
| 6 | Year Current LTCI Policy Was Priced | 2009 | | 2004 | | 2012 | | 2012 | | 1999 | | 6 |
| 7 | Jurisdictions LTCI Available | All States *(BLNY in NY)* | | 23 States, No Northeast | | All States & DC | | All States & DC | | All States & DC | | 7 |
| 8 | State Partnerships *(as of January 1, 2013)* | 38 *(Including CA,CT,IN)* | | 18 | | 37 *(Including CA,CT,IN,NY)* | | 28 *(Including CA,CT,IN,NY)* | | None | | 8 |
| 9 | **Financial Ratings** *(as of December 31, 2012)* | | | | | | | | | | | 9 |
| 10 | A.M. Best | B++ | | A+ | | A | | A+ | | A++ | | 10 |
| 11 | Standard & Poor's | BB+ | | Not Rated | | A- | | AA- | | AA+ | | 11 |
| 12 | Moody's | Baa3 | | Not Rated | | A3 | | A1 | | Not Rated | | 12 |
| 13 | Fitch | BBB | | Not Rated | | A- | | AA- | | Not Rated | | 13 |
| 14 | COMDEX Ranking *(as of May 1, 2013)* | 55 | | 87 | | 75 | | 93 | | 100 | | 14 |
| 15 | **Financials** *(Millions)* | | | | | | | | | | | 15 |
| 16 | Assets *(December 31, 2012)* | $14,941 | | $9,553 | | $36,879 | | $227,142 | | $19,402 | | 16 |
| 17 | Surplus *(December 31, 2012)* | $915 | | $1,027 | | $3,411 | | $5,794 | | $1,804 | | 17 |
| 18 | Percent Increase *(Assets, Surplus)* | 3%,12% | | 7%, 3% | | 3%, 10% | | 4%, 17% | | 8%, 7% | | 18 |
| 19 | **LTCI Premium** *(Millions)* | | | | | | | | | | | 19 |
| 20 | 2012 First Year Premium | $16.6 | | $2.3 | | $221.0 | | $27.0 | | $4.2 | | 20 |
| 21 | 2012 End of Year In-Force Premium | $531.3 | | $25.8 | | $2,358.8 | | $1,559.2 | | $49.3 | | 21 |
| 22 | Percent Increase *(New Business, In-Force)* | -2%, -4% | | 27%, 8% | | 7%, 7% | | -48%, 3% | | 17%, 11% | | 22 |
| 23 | **LTCI Lives Insured** | | | | | | | | | | | 23 |
| 24 | 2012 First Year Issued | 9,953 | | 1,104 | | 89,977 | | 9,415 | | 3,248 | | 24 |
| 25 | 2012 End of Year In-Force | 298,693 | | 17,631 | | 1,194,356 | | 708,198 | | 40,087 | | 25 |
| 26 | Percent Increase *(New Business, In-Force)* | -4%, -5% | | 13%, 5% | | 0%, 4% | | -54%, -2% | | 10%, 8% | | 26 |
| 27 | **Policy Ranges and Elimination Period Terms** | | | | | | | | | | | 27 |
| 28 | Issue Age Range, Gender Basis | 18 - 89 | | 18 - 84 | | 18 - 79 | 18 - 75, Sex-Distinct for Singles | 18 - 79, Sex-Distinct | 18 - 79 | 30 - 85 | | 28 |
| 29 | Daily, Weekly or Monthly Benefit Range | $40 - $400 | | $50 - $350 | | $50 - $400 | | $50 - $500 | | $50 - $400 | | 29 |
| 30 | Benefit Periods and/or Pools | 1, 2, 3, 4, 5, 6, 8, L *(500 - 2,500 Day BP Also Available)* | | 2, 3, 4, 5, L | | 2, 3, 4, 5, 6, 8, 10 | | 2, 3, 4, 5, 6, 10 | | 3, 5, L | | 30 |
| 31 | Elimination Periods | 0, 15, 30, 60, 90, 180, 365, 730, 1095, 1460 | | 30, 90, 180, 365 | | 30, 90, 180, 365 | | 30, 60, 90, 180, 365 | | 30, 60, 90, 180 | | 31 |
| 32 | Vanishing, Cumulative | Yes, Yes | | Yes, Yes | | Yes, Yes | | Yes, Yes | | Yes, No | | 32 |
| 33 | Elimination Period Crediting | 3 HC/Week=7 | | Service Days | | Choice of Service Days; or Calendar Days After 1st Expense | | Service Days | | Calendar Days | | 33 |
| 34 | Zero-Day HCBC EP with Longer NH EP | No | | Facility Only | No | Extra Cost; HC Days Retire FC EP | | Extra Cost; HC Days Retire FC EP | | No | | 34 |
| 35 | **Policy Benefits** | | | | | | | | | | | 35 |
| 36 | Number of Benefit Pools, EPs | 1, 1 | | Facility Only | 1, 1 | 1, 1 | | 1, 1 | | 1, 1 | | 36 |
| 37 | HCBC Payment Basis | Weekly | Monthly | Facility Only | Daily *(Monthly Extra $)* | Daily *(Monthly Extra $)* | | Daily *(Monthly Extra $)* | | Facility Only | Monthly | 37 |
| 38 | Indemnity Facility, Indemnity HCBC | No, No | | No, NA | Both Extra Cost | No, No | | No, No | | No, NA | No, No | 38 |
| 39 | Full Cash *(Disability)* Benefit | NA | | NA | | NA | | NA | | NA | | 39 |
| 40 | Partial Cash *(Disability)* Alternative | NA | | NA | | NA | | NA | | NA | | 40 |
| 41 | Additional Cash Benefit | 25% *(Extra Cost)* | | NA | | NA | | 15% *(Extra Cost)* | | NA | | 41 |
| 42 | Assisted Living *(Percent of NH Max)* | 50% | 100% | 100% | | 50%, 100% | | 100% | | 100% | | 42 |
| 43 | Home Care Health Aide *(Percent of NH Max)* | 50% | 50%, 100% | Facility Only | 50%, 100% | 50%, 100% | | 100% | | Facility Only | 100% | 43 |
| 44 | Independent Professional, Non-Professional | Same, Not Covered | | Facility Only | Both Same As Above | Both Same As Above | Same, Not Covered | Up to 75% If No HCA in 40 Miles | | Facility Only | Both Same As Above | 44 |
| 45 | Homemaker Services | Must Be Incidental | | Facility Only | Must Be Incidental | Same As Custodial Care | Also Informal Caregivers | Must Be Incidental | | Facility Only | Same As Custodial Care | 45 |
| 46 | Informal Care *(Other Than Family)* | Not Covered | | Facility Only | | Same As Above | Homemaker & Chore Svcs | Not Covered | | Facility Only | Same As Above | 46 |
| 47 | Informal Family Care | Not Covered | | Facility Only | Use Excess Indemnity Over Qualified Cost | Family Members Only If Normal Compensation as HC Provider Employee | | Family Members Only If Normal Compensation as HC Provider Employee | | Facility Only | Not Covered | 47 |
| 48 | **Benefit Increase Features** | | | | | | | | | | | 48 |
| 49 | Lifetime Compound Increases *(Level Premium)* | 2%, 3%, 4%, 5% | | 5% | | 3%, 5% | 3%, 4%, 5% | 5%, CPI | | 5% | | 49 |
| 50 | Lifetime Simple Increases *(Level Premium)* | 5% | | 5% | | 5% | | NA | | NA | | 50 |
| 51 | Other Increases *(Level Premium)* | 2 Decreasing Inflation Options Are Also Offered (See Other Comments) | | NA | | NA | | CPI to Age 75, Benefit Builder | | NA | | 51 |
| 52 | Increased Before Claims Deducted? | No | | No | | Yes | No | No | | No | | 52 |
| 53 | Future Purchase Options *(FPO)* | 15% Every 3 Years | | NA | | NA | 15.76% Every 3 Years | 10%/3 Years w/Benefit Builder *(5%/3 Years w/CPI BIO)* | | 10% of Orig MDB Every 2 Years Until 2 Straight Declines or On Claim | | 53 |
| 54 | Benefit Increase Comments | FPO: To 89 If No Declines or Claims | | NA | | NA | | Benefit Builder Excess Interest Buys Pd-Up Additions; No FPO at Ages 76+, If On Claim in Past 2 Yrs, or If Declined 2x. Benefit Builder FPO Also Lost If 1 Decline for Issue Age 65+ or If Ever Received Benefits | | | | 54 |
| 55 | **Other Comments** | 5% Compound Through Age 60, Then Either 3% Compound or 5% Simple Through Age 75, Then 0%; HCO; FO | | | | Same Generation Relatives Can Qualify for Spousal Discounts; Coordinates Benefits with All Other LTCI | Gender-Distinct Pricing for Single Policies but Not Couples; Coordinates Benefits with All Other LTCI | | | | | 55 |

# 2013 Annual Long Term Care Insurance Survey

*See page 12 for description of abbreviations.*

| # | COMPANY NAME | BANKERS LIFE & CASUALTY | | COUNTRY LIFE | | GENWORTH | | JOHN HANCOCK | | KNIGHTS OF COLUMBUS | | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | Product Marketing Name | GR-N620 *(Standard Package)* | GR-N650 *(Premier Package)* | Facility Only LTC | Comprehensive LTC | Privileged Choice Flex | Privileged Choice Flex 2 | Custom Care III *(Gender Distinct)* | Custom Care III *(Unisex)* | K of C Care | K of C Care | 57 |
| 58 | Sales Rep/Source for More Info | www.bankerslife.com | | 866-856-4760 | | www.genworth.com | | 800-270-1700 | | paul.ochs@kofc.org | | 58 |
| 59 | **Ancillary Benefits** | | | | | | | | | | | 59 |
| 60 | Bed Reserve Days/Year, Respite during EP? | 60+Other, No | 60+Other, 21 | 30, 30 | | 60+Other, 30 | | 60+Other, No | | 21, 21 | | 60 |
| 61 | Alternative Plan of Care *(APC)* | No | Contractual After EP | Contractual After EP | | Contractual After EP | | Contractual After EP | | By Company Practice | Contractual After EP | 61 |
| 62 | Home Modification | NA | 30 x MDB | Facility Only | 50 x MDB | 3 x Monthly Max* | | 30 x MDB* | | Facility Only | $1,000/Calendar Year | 62 |
| 63 | Caregiver Training Benefit | NA | 25% of Monthly HC | Facility Only | 3 x MDB | Included Above* | | Included Above* | | Facility Only | $500/Calendar Year | 63 |
| 64 | Emergency Alert | NA | 5% HC MMB; Max 12 Months | Facility Only | 50 x MDB | Included Above* | | Included Above* | | LifePlans Provider Discount Program* | | 64 |
| 65 | Equipment Benefit | NA | 5% HC MMB; Max 12 Months | Facility Only | 50 x MDB | Included Above* | | Included Above* | | Facility Only | $1,000/Calendar Year | 65 |
| 66 | Drug, Ambulance Benefit | NA, $75/Trip x 4x/Year | | NA | NA | NA | | NA | | NA, $250/Year | | 66 |
| 67 | **Claims Issues** | | | | | | | | | | | 67 |
| 68 | Conditional Receipt Protection | No | | No | | Limited, After Application | Full, After UW Reqt | Full, After UW Reqt | | No | | 68 |
| 69 | Coverage Beyond USA | Canada *(Other = 30 Days)* | | No | | NH 75%/4 Yrs; HC 25%/1 Yr | | International (365) | | No | | 69 |
| 70 | Provider Discounts *(Directly or Indirectly)* | No | | No | | Yes, for Relatives Too | | Yes, for Relatives Too | | Yes | | 70 |
| 71 | Care Coordination Available From | Through Network | | Through Network | | Through Network | | Client's Choice | | Client's Choice* | | 71 |
| 72 | Third Party Care Coordinator Limits | None | | None | | None | | Up to 10 x MDB *(1/3 Monthly Max)* | | $500/Calendar Year | | 72 |
| 73 | Independent Review | Extended to In-Force in States with IR; Initiates IR for Client | | Extended to In-Force in States with IR | | Initiates IR for Client | | Extended to All States for NB & Some for In-Force | | Extended to All States and All In-Force | | 73 |
| 74 | **Premiums and Discounts** | | | | | | | | | | | 74 |
| 75 | Preferred Discount | 10% | | 10% | | None | "Pfd Best" is 90% x "Pfd" which is 80%-97% x | 10% | | None | | 75 |
| 76 | Substandard Extra Ratings | 25%, 50%, 100% | | None | | None | "Sel"; "Std" is 125% x "Sel" | 25%, 50% | | None | | 76 |
| 77 | Two-Spouse, Two-Partner Discounts | 35%, 10% | | 30%, 0% | | 20%, 20% | Females~49%; Males~28%; Varies By Age | 30%, 30% | | 15%, 0% | | 77 |
| 78 | Requires Identical Coverage? | No | | No | | No | | No | | No | | 78 |
| 79 | If Spouse is a Surprise Decline? | Reduced | | Reduced | | Reduced | | Lost | | Unchanged | | 79 |
| 80 | If Spouse Answers Yes to Knockout Question? | Reduced | | Reduced | | Lost | | Lost | | Unchanged | | 80 |
| 81 | One-Spouse Discount *(Only 1 Spouse Applies)* | 15% | | 15% | | 10% If Second Spouse Applies and Is Not Rejected for a Knock-Out Reason | 85% of Single Rate | 0% | | 10% | | 81 |
| 82 | Maximum Best UW Class & Spouse Discount | 41.50% | | 40% | | 20% | Female~60%; Male~38% | 35% | | 15% | | 82 |
| 83 | Later Marriage Earns Discount For | Current & New Spouse | | Current & New Spouse | | Current *(If Within 12 Months)* & New Spouse | | Neither | | New Spouse | | 83 |
| 84 | Most Common Employer, Affinity Discount | NA, 5% | | NA | | NA | | NA, 5% | 5%, 5% | NA | | 84 |
| 85 | Minimum Size Employer Group, Number Apps | NA | | NA | | NA | | NA | 5, 3 | NA | | 85 |
| 86 | Minimum Size Affinity Group, Number Apps | Varies | | NA | | NA | | 10, 3 | | NA | | 86 |
| 87 | Credit Card: Frequencies Accepted | None | | None | | M, Q, SA, A *(First Payment Only)* | | None | | None | | 87 |
| 88 | **Non-Level Premiums** | | | | | | | | | | | 88 |
| 89 | Fixed Periods | 10, 20 | | 10 | | NA | | NA | | NA | | 89 |
| 90 | Paid Up at Ages | NA | | 65 | | NA | | 95 *(Automatic)* | | NA | | 90 |
| 91 | Other Options | NA | | NA | | NA | | NA | | NA | | 91 |
| 92 | **Waiver of Premium** | | | | | | | | | | | 92 |
| 93 | First Premium Waived *(Days)* | Elimination | | Elimination | | Elimination | | Elimination | | Elimination | | 93 |
| 94 | Home and Community Based Care Waiver | Yes | | Facility Only | Yes | Yes | | Yes | | Yes | | 94 |
| 95 | Joint Waiver | Extra Cost | Automatic | Extra Cost | | Automatic w/Shared Care; Otherwise No | | Extra Cost | | Not Offered | | 95 |
| 96 | **Return of Premium Upon Death *(ROP)*** | | | | | | | | | | | 96 |
| 97 | ROP Design 1 | Net; Grades from 10% @ 4th Year to 100% @ Year 20+ | | Net, Decrease to $0 @ Age 80 | | Net, 100% Starts @ 10th Year | | Incl: Death Before 65 | | Net, 100% Starts @ 10th Year | | 97 |
| 98 | ROP Design 2 | NA | | NA | | Net, Decreasing to $0 @ Age 75 | | NA | | NA | | 98 |
| 99 | **Other Riders and Features** | | | | | | | | | | | 99 |
| 100 | Paid Up Survivor Benefit | Extra Cost | | Extra Cost | | Extra Cost | | Extra Cost | | Not Offered | | 100 |
| 101 | Both People Must Survive Number of Years | 10 | | 10 | | 7 or 10 | 10 | 10 | | NA | | 101 |
| 102 | Claim-Free Requirement? | No | | No | | Yes *(Alt = No)* | Yes | Yes | | NA | | 102 |
| 103 | Shared Care Benefit | Permanent Extra $, Third Pool | | NA | Permanent Extra $ | Extra Cost Ends If Partner Dies | | Extra Cost Ends If Partner Dies. If Pool Depleted, | | Permanent Extra $ | | 103 |
| 104 | Other Shared Care Aspects | | | | | Joint WP; Survivor Protected for At Least 1/2 Original Bucket | | Spouse <91 & No Claim in 2 Years, Can Buy 2 Year BP | | | | 104 |
| 105 | Restoration of Benefits | Extra Cost | Included | Extra Cost | | Extra Cost | | NA | | NA | | 105 |
| 106 | **Other Comments** | Extra-Cost Rider Ups Survivor's Daily Benefit 50% But Survivor's Premium Is Unchanged; Return of Premium Applies on Lapse Also | | | | Online Live+Well Program Developed by Mayo Clinic | | Benefit Builder Provides Paid-up Additions Based on Excess Earned Interest (Portfolio Rate - 3%) | | | | 106 |
| 107 | **Non-Tax-Qualified Policies *(NTQ)*** | | | | | | | | | | | 107 |
| 108 | NTQ: Percent of Sales, Extra Cost | 8%, 6% | | 100% TQ | | 100% TQ | | 100% TQ | | Only in CA: 0%, 10% | | 108 |
| 109 | NTQ: Facility and Home Care Triggers | Double/2 ADL, Double/2 ADL | | NA | | NA | | NA | | More Than 6 ADLs, Same As TQ | | 109 |
| 110 | **Combination Policies Offered** | | | | | | | | | | | 110 |
| 111 | | None | | Life | | Life | | Life | | None | | 111 |

# 2013 Annual Long Term Care Insurance Survey

*See page 12 for description of abbreviations.*

| # | Company Name | LIFESECURE | | MEDAMERICA | | MASSMUTUAL | STATE FARM | THRIVENT | TRANSAMERICA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Policy Type | Comprehensive | Worksite | Comprehensive | Comprehensive with Cash Rider | Comprehensive | Comprehensive | Comprehensive | Comprehensive | Comprehensive - CT Partnership | Comprehensive - Worksite |
| 3 | Product Marketing Name | LifeSecure Long Term Care | LifeSecure OMTH (Worksite Program) | Simplicity II | FlexCare | SignatureCare 500 | Long Term Care Insurance | Thrivent Long Term Care Insurance | TCIII | TCIII - CT - P | TCII Worksite |
| 4 | Policy Form Number | LS-0002 | LS-0002 | SPL2-336 | FC-336 | MM500-P-2 | 97062 | ICC12 H-HL-LTC | ICC13 TLC-4 | ICC13 TLC-4 | ICC10 TLC-3 |
| 5 | Year First LTCI Policy Offered | 2006 | | 1987 | | 2000 | 1997 | 1987 | 1987 | | |
| 6 | Year Current LTCI Policy Was Priced | 2007 | | 2007 | 2011 | 2012 | 2011 | 2012 | 2013 | | 2012 |
| 7 | Jurisdictions LTCI Available | All But CT,MA,ME,NH,NY,NJ | | All States & DC | | All States & DC, Puerto Rico | All But MA,NJ,RI | All But Perhaps NY | All States & DC | CT (Partnership) | All States & DC |
| 8 | State Partnerships (as of January 1, 2013) | 24 | | 16 (Including CT,NY) | | 36 (Including CT,IN,NY) | 31 (Including IN) | 35 | 38 (Including CT,IN) | | |
| 9 | **Financial Ratings** (as of December 31, 2012) | | | | | | | | | | |
| 10 | A.M. Best | Not Rated | | B++ | | A++ | A++ | A++ | A+ | | |
| 11 | Standard & Poor's | Not Rated | | A- | | AA+ | AA | Not Rated | AA- | | |
| 12 | Moody's | Not Rated | | Not Rated | | Aa2 | Not Rated | Not Rated | A1 | | |
| 13 | Fitch | Not Rated | | Not Rated | | AA+ | Not Rated | AA | AA- | | |
| 14 | COMDEX Ranking (as of May 1, 2013) | NA | | 49 | | 98 | 98 | 98 | 93 | | |
| 15 | **Financials** (Millions) | | | | | | | | | | |
| 16 | Assets (December 31, 2012) | $186 | | $1,235 | | $167,510 | $123,038 | $68,425 | $105,497 | | |
| 17 | Surplus (December 31, 2012) | $24 | | $48 | | $12,687 | $65,242 | $4,386 | $5,471 | | |
| 18 | Percent Increase (Assets, Surplus) | 24%, -9% | | 10%, -21% | | 13%, 11% | 14%, 7% | 10%, 10% | 3%, 7% | | |
| 19 | **LTCI Premium** (Millions) | | | | | | | | | | |
| 20 | 2012 First Year Premium | $3.9 | | $10.0 | | $29.0 | $12.6 | $0.9 | $20.8 (Plus $9.8 of Single Premium) | | |
| 21 | 2012 End of Year In-Force Premium | $29.2 | | $135.9 | | $204.2 | $188.1 | $189.5 | $471.8 | | |
| 22 | Percent Increase (New Business, In-Force) | 11%, 12% | | 32%, 6% | | 42%, 14% | -5%, 4% | NA | 45%, 0% | | |
| 23 | **LTCI Lives Insured** | | | | | | | | | | |
| 24 | 2012 First Year Issued | 2,801 | | 5,135 | | 8,667 | 5,973 | 384 | 10,798 | | |
| 25 | 2012 End of Year In-Force | 26,901 | | 82,977 | | 76,988 | 131,000 | 126,154 | 265,512 | | |
| 26 | Percent Increase (New Business, In-Force) | 12%, 7% | | 10%, 3% | | 40%, 11% | -10%, 2% | NA | 52%, 1% | | |
| 27 | **Policy Ranges and Elimination Period Terms** | | | | | | | | | | |
| 28 | Issue Age Range, Gender Basis | 18 - 84 | | 18 - 85 | | 18 - 79 | 30 - 79 | 18 - 79 | 18 - 79, Sex-Distinct | | 18 - 79 |
| 29 | Daily, Weekly or Monthly Benefit Range | $750 - $15,000/Month | | $1,500 - $16,000/Month | $1,500 - $15,000/Month | $50 - $400 | $100 - $500 (Weekly for HC) | $1,500 - $15,000/Month | $50 - $500 | $224 - $500 | $50 - $200 |
| 30 | Benefit Periods and/or Pools | $75K - $1KK in $5K Increments | | 5 Pools: $100K - $500K, $1KK | 1, 2, 3, 4, 5, 6, 7, 8, 10 | 2, 3, 4, 5, 6 | 2, 3, 5 | 2, 3, 5, 8, 10 | $18,250-$1,095,000 | $81,760-$1,095,000 | $18,250 - $400,000 |
| 31 | Elimination Periods | 90 | | 30, 60, 90, 180 | 20, 30, 60, 90, 100, 180, 365 | 30, 60, 90, 180 | 30, 90, 180 | 30, 90, 180 | 0, 30, 60, 90, 180 | 0, 30, 60, 90 | 0, 30, 60, 90, 180 |
| 32 | Vanishing, Cumulative | Yes, Yes | | Yes, Yes | | Yes, Yes | Yes, Yes | Yes, Yes | Yes, Yes | | |
| 33 | Elimination Period Crediting | Calendar Days | | Calendar Days | | Service Days | Service Days | 1 HC/Week=7 | Service Days | | |
| 34 | Zero-Day HCBC EP with Longer NH EP | No | | No | No, But 20-Day HC EP Avail (Extra $) w/Longer Facility EP | Extra Cost; HC Days Retire FC EP | No | Extra Cost; HC Days Retire FC EP | Included | No | Included |
| 35 | **Policy Benefits** | | | | | | | | | | |
| 36 | Number of Benefit Pools, EPs | 1, 1 | | 1, 1 | | 1, 1 | 1, 1 | 1, 1 | 1,2 (0-Day HC) | 1, 1 | 1,2 (0-Day HC) |
| 37 | HCBC Payment Basis | Monthly | | Monthly | | Daily (Monthly Extra $) | Weekly | Monthly | Daily (Monthly Extra$) | | |
| 38 | Indemnity Facility, Indemnity HCBC | No, No | | Disability, Disability | NA, NA | No, No | No, No | No, No | No, No | | |
| 39 | Full Cash (Disability) Benefit | NA | | Automatic | Extra Cost | NA | NA | NA | NA | | |
| 40 | Partial Cash (Disability) Alternative | NA | | Disability | NA | NA | NA | NA | 10 x Daily Max Each Month | NA | 10 x Daily Max Each Month |
| 41 | Additional Cash Benefit | NA | | NA | | NA | NA | 10% in Facilities; 15% At Home (Extra $) | NA | | |
| 42 | Assisted Living (Percent of NH Max) | 100% | | | 50%, 75%, 100%, 125% | 100% | 100% | 100% | 100% | | |
| 43 | Home Care Health Aide (Percent of NH Max) | 100% | | 75%, 100% | 50%, 75%, 100%, 125% | 100% | 100% | 100% | 100% | | |
| 44 | Independent Professional, Non-Professional | Same, Reduced | | Disability | Cash Rider Can Cover This | Same, Not Covered | Same, Not Covered | Same, Not Covered | Through Partial Cash Alt | No | Through Partial Cash Alt |
| 45 | Homemaker Services | Must Be Incidental | | Disability | Same As Custodial Care | Same As Custodial Care | Same As Custodial Care | Same As Custodial Care | Same As Custodial Care | No | Same as Custodial Care |
| 46 | Informal Care (Other Than Family) | Reduced | | Disability (Cash) Benefit Can Be Used for Any Purpose | With Cash Rider, Benefit Can Be Used for Any Purpose | Not Covered | Not Covered | Not Covered | Through Partial Cash Alt | No | Through Partial Cash Alt |
| 47 | Informal Family Care | "Flexible Benefit": 50% of Unused Benefit Can Be Used for Other Care Specified in the Plan of Care, Including Family Caregiving | | NA | | Not Covered | Not Covered | Not Covered | Through Partial Cash Alt | No | Through Partial Cash Alt |
| 48 | **Benefit Increase Features** | | | | | | | | | | |
| 49 | Lifetime Compound Increases (Level Premium) | 3%, 5% | | 3%, 5% | | 3%, 5% | 5% | 3%, 5% | 3%, 5% | 5% | 3%, 5% |
| 50 | Lifetime Simple Increases (Level Premium) | NA | | 5% | 3%, 5% | NA | 5% | NA | NA | | |
| 51 | Other Increases (Level Premium) | NA | | 5% Compound to 2x | 5% CBIO to 2x; Tiered; MDB Increase | NA | NA | NA | NA | | |
| 52 | Increased Before Claims Deducted? | No | | No | | No | No | No | No | | |
| 53 | Future Purchase Options (FPO) | 15% Every 3 Years | | NA | | NA | Every 5 Years | 5% Each Year | NA | | |
| 54 | Benefit Increase Comments | Unlimited Offers Until Age 80 No Matter How Many Times the Insured Declines | | NA | 10% Every 2 Years Until Declined 2x or On Claim; Premium for the FPO Continues Even If FPO Feature No Longer Exists | NA | $25 of MDB Every 5 Years From Ages 45-65 If Not Claim-Eligible | FPO Provides Automatic 5% Increases Each Year, Unless Declined, Until 3 Consecutive Offers are Declined. Always Applies When on Claim | If No BIO Is Purchased, It Can Be Bought at the 1st, 3rd or 5th Anniv If Haven't Been Claim-Eligible | 5% Compound BIO Required by Partnership | If No BIO Is Purchased, It Can Be Bought at the 1st, 3rd or 5th Anniv If Haven't Been Claim-Eligible |
| 55 | **Other Comments** | Electronic App | | Pays Monthly Cash Ben w/o Regard to Services or Amounts Used; HCO & FO Available | Tiered BIO=5% Comp thru 60, 5% of Age 60 MDB thru 75, Then 0. Alt MDB Incr Doesn't Incr Pool | Participating Policy: Dividends Payable; Facility Only Available | | 3% or 5% Step-Rated; Prems & Maximums Incr Same % Each Year | 3% or 5% Step-Rated; Prems & Maximums Incr Same % Each Year | | |

# 2013 Annual Long Term Care Insurance Survey

*See page 12 for description of abbreviations.*

## Left Section

| # | COMPANY NAME | LIFESECURE (LifeSecure Long Term Care) | LIFESECURE (LifeSecure OMTH *Worksite Program*) | MEDAMERICA (Simplicity II) | MEDAMERICA (FlexCare) |
|---|---|---|---|---|---|
| 57 | Product Marketing Name | LifeSecure Long Term Care | LifeSecure OMTH *(Worksite Program)* | Simplicity II | FlexCare |
| 58 | Sales Rep/Source for More Info | | | http://agents.yourlongtermcare.com/ | |
| 59 | **Ancillary Benefits** | | | | |
| 60 | Bed Reserve Days/Year, Respite during EP? | 365+Other, No | | Disability, No *(Disability After EP)* | 30+Other, 30 |
| 61 | Alternative Plan of Care *(APC)* | Contractual After EP | | Disability | Contractual After EP |
| 62 | Home Modification | Covered Under the Flexible Benefit | | Disability | Same as Emergency Alert |
| 63 | Caregiver Training Benefit | Covered Under the Flexible Benefit | | Disability | 10 x MDB |
| 64 | Emergency Alert | APC | | Disability | Covered Up to MDB; MedAmerica |
| 65 | Equipment Benefit | Covered Under the Flexible Benefit | | Disability | May Agree to Pay More Via APC |
| 66 | Drug, Ambulance Benefit | NA | | Disability | NA |
| 67 | **Claims Issues** | | | | |
| 68 | Conditional Receipt Protection | No | | No | |
| 69 | Coverage Beyond USA | Canada Only | | Same as USA | |
| 70 | Provider Discounts *(Directly or Indirectly)* | Yes | | Yes | |
| 71 | Care Coordination Available From | Client's Choice | | Company Staff | |
| 72 | Third Party Care Coordinator Limits | No Limit | | None | |
| 73 | Independent Review | As Required By Law | | Extended to All States and All In-Force | |
| 74 | **Premiums and Discounts** | | | | |
| 75 | Preferred Discount | 10% | | 10% | |
| 76 | Substandard Extra Ratings | 40% | | None | |
| 77 | Two-Spouse, Two-Partner Discounts | 30%, 30% | | 40%, 40% | 30%, 30% *(22% in Worksite)* |
| 78 | Requires Identical Coverage? | No | | No | |
| 79 | If Spouse is a Surprise Decline? | Unchanged | | Reduced | |
| 80 | If Spouse Answers Yes to Knockout Question? | Unchanged | | Reduced | |
| 81 | One-Spouse Discount *(Only 1 Spouse Applies)* | 10% | | 20% | 15% |
| 82 | Maximum Best UW Class & Spouse Discount | 37% | 35.7% | 46% | 37% |
| 83 | Later Marriage Earns Discount For | Current & New Spouse | | Current & New Spouse *(Sometimes)* | |
| 84 | Most Common Employer, Affinity Discount | NA, 5% | 5%, NA | 5%, 5% | 10%, 10% |
| 85 | Minimum Size Employer Group, Number Apps | NA | 3, 3 Employees | 3, 1 | |
| 86 | Minimum Size Affinity Group, Number Apps | 200, NA | NA | 1, 1 | 500 *(Fewer by Exception)*, 1 |
| 87 | Credit Card: Frequencies Accepted | M, Q, SA, A | | M, Q, SA, A | |
| 88 | **Non-Level Premiums** | | | | |
| 89 | Fixed Periods | 10 | | 10 | 10, 20 |
| 90 | Paid Up at Ages | 65 | | 65 | NA |
| 91 | Other Options | NA | | NA | |
| 92 | **Waiver of Premium** | | | | |
| 93 | First Premium Waived *(Days)* | Elimination | | Elimination | |
| 94 | Home and Community Based Care Waiver | Yes | | Yes | |
| 95 | Joint Waiver | Not Offered | | Extra Cost | |
| 96 | **Return of Premium Upon Death *(ROP)*** | | | | |
| 97 | ROP Design 1 | Net, 100% | | Full, 100% | Net, 100% to 65, Grades to 0 @75 |
| 98 | ROP Design 2 | NA | | Net, 100% | Net, 100% to 80, Then 0 |
| 99 | **Other Riders and Features** | | | | |
| 100 | Paid Up Survivor Benefit | Not Offered | | Extra Cost | |
| 101 | Both People Must Survive Number of Years | NA | | 10 | |
| 102 | Claim-Free Requirement? | NA | | No | |
| 103 | Shared Care Benefit | Available Only in CA at This Time | | Permanent Extra $ | Permanent Extra $, Third Pool That |
| 104 | Other Shared Care Aspects | | | Must Keep 2 Years for Spouse | Can Differ from Client-Specific Pools |
| 105 | Restoration of Benefits | NA | | Extra Cost | |
| 106 | Other Comments | | Simplified Issue Available | Claims Paid Beginning of Month, So No Need to Prove Amount of Claim *(Requires Cash Benefit Rider w/FlexCare)*; Simplified UW Available | |
| 107 | **Non-Tax-Qualified Policies *(NTQ)*** | | | | |
| 108 | NTQ: Percent of Sales, Extra Cost | 100% TQ | | 100% TQ | |
| 109 | NTQ: Facility and Home Care Triggers | NA | | NA | |
| 110 | **Combination Policies Offered** | | | | |
| 111 | | None | | None | |

## Right Section

| # | COMPANY NAME | MASSMUTUAL | STATE FARM | THRIVENT | TRANSAMERICA (TCIII) | TRANSAMERICA (TCIII - CT - P) | TRANSAMERICA (TCII Worksite) |
|---|---|---|---|---|---|---|---|
| 57 | Product Marketing Name | SignatureCare 500 | Long Term Care Insurance | Thrivent Long Term Care Insurance | TCIII | TCIII - CT - P | TCII Worksite |
| 58 | Sales Rep/Source for More Info | 800-767-1000 | | 1-800-THRIVENT | Carroll Golden, 817-285-3451, Carroll.Golden@Transamerica.com | | |
| 59 | **Ancillary Benefits** | | | | | | |
| 60 | Bed Reserve Days/Year, Respite during EP? | 60+Other, 30 | 30+Other, No | 60+Other, 60 | 60, 30 | | |
| 61 | Alternative Plan of Care *(APC)* | Contractual After EP | Contractual After EP | Contractual After EP | Contractual After EP | | |
| 62 | Home Modification | APC | 50 x MDB* | 2 x Monthly Max* | 60 x MDB If Care Coord Is Used* | | |
| 63 | Caregiver Training Benefit | 5 x MDB | 5 x MDB/Plan of Care | 2 x Monthly Max | Included Above* | | |
| 64 | Emergency Alert | 50% of MDB/Month | 25% MDB; Max 12 Months | Included Above* | Included Above* | | |
| 65 | Equipment Benefit | APC | Included Above* | Included Above* | Included Above* | | |
| 66 | Drug, Ambulance Benefit | 1 x MDB/Mo, 4 x MDB/Yr | NA | NA | NA | | |
| 67 | **Claims Issues** | | | | | | |
| 68 | Conditional Receipt Protection | Full, After UW Reqt | Full, After App | Full, After UW Reqt | Full, After App | | |
| 69 | Coverage Beyond USA | 1/2 MDB to 1/4 Max LT Benefit | No | Int'l *(2x Max Monthly Benefit)* | Full in Canada, Elsewhere: Cash Benefit Only | Full in Canada; 75% (365) Elsewhere | |
| 70 | Provider Discounts *(Directly or Indirectly)* | No | No | No | No | | |
| 71 | Care Coordination Available From | Through Network | Through Network | Through Network | Through Network | | |
| 72 | Third Party Care Coordinator Limits | None | None | None | None | | |
| 73 | Independent Review | As Required By Law | Extended to Some IF & Some States | Extended to In-Force in States with IR | As Required By Law | | |
| 74 | **Premiums and Discounts** | | | | | | |
| 75 | Preferred Discount | 10% | 10% | 10% | 10% | | |
| 76 | Substandard Extra Ratings | 25%, 150%, 400% | None | 25%, 50% | 25%, 50% | | |
| 77 | Two-Spouse, Two-Partner Discounts | 30%, 30% | 30%, 0% | 35%, 35% | 20%, 20% | | |
| 78 | Requires Identical Coverage? | No | No | No | Yes | | |
| 79 | If Spouse is a Surprise Decline? | Reduced | Unchanged | Reduced | Reduced | | |
| 80 | If Spouse Answers Yes to Knockout Question? | Reduced | Lost | Reduced | Reduced | | |
| 81 | One-Spouse Discount *(Only 1 Spouse Applies)* | 15% | 0% | 15% | 10% | | |
| 82 | Maximum Best UW Class & Spouse Discount | 37% | 37% | 45% | 28% | | |
| 83 | Later Marriage Earns Discount For | Current & New Spouse *(Sometimes)* | Current & New Spouse | Current & New Spouse | Current & New Spouse If Same Policy Form & Benefits | | |
| 84 | Most Common Employer, Affinity Discount | 10%, 10% | NA | NA | NA, 5% | 5%, NA | |
| 85 | Minimum Size Employer Group, Number Apps | 3, 3 | NA | NA | NA | 5, 5 Ees (More for SUW or MGI) | |
| 86 | Minimum Size Affinity Group, Number Apps | 10, 3 | NA | NA | 250, 12+/Year | NA | |
| 87 | Credit Card: Frequencies Accepted | None | M, Q, SA, A | None | M, Q, SA, A *(First Payment Only)* | | |
| 88 | **Non-Level Premiums** | | | | | | |
| 89 | Fixed Periods | NA | NA | 10 | NA | | |
| 90 | Paid Up at Ages | NA | NA | 65 | NA | | |
| 91 | Other Options | NA | NA | NA | NA | | |
| 92 | **Waiver of Premium** | | | | | | |
| 93 | First Premium Waived *(Days)* | Elimination | 90 Service | Elimination | Elimination | | |
| 94 | Home and Community Based Care Waiver | Yes | Yes | Extra Cost | Automatic But NA If Substandard | NA | Automatic But NA If Substandard |
| 95 | Joint Waiver | Extra Cost | Not Offered | Automatic w/Shared Care Rider | Extra Cost | | |
| 96 | **Return of Premium Upon Death *(ROP)*** | | | | | | |
| 97 | ROP Design 1 | NA | NA | Net, 100% | Incl: Death Before Age 67 | | |
| 98 | ROP Design 2 | NA | NA | NA | Net, 100% | | |
| 99 | **Other Riders and Features** | | | | | | |
| 100 | Paid Up Survivor Benefit | Extra Cost | Not Offered | Extra Cost | Not Offered | | |
| 101 | Both People Must Survive Number of Years | 10 | NA | 10 | NA | | |
| 102 | Claim-Free Requirement? | No | NA | Yes | NA | | |
| 103 | Shared Care Benefit | Permanent Extra $, Third Pool | NA | Extra Cost Ends If Partner Dies. If Pool Depleted, | Extra Cost Ends If Partner Dies. If Pool Depleted, Spouse <91 & No Claim in 2 Yrs, Can Buy 2 Yr BP | | |
| 104 | Other Shared Care Aspects | Avail Only w/2 & 3Year BPs | | Spouse <86 & No Clm in 2 Yrs, Can Buy 2 Yr BP | | | |
| 105 | Restoration of Benefits | Extra Cost | Included | Extra Cost | Extra Cost | | |
| 106 | Other Comments | Loyal Customer Discount 5% All Years; FO Coverage Available | | 5-Year Rate Guarantee | No War Exclusion. Reimb Up to 2x MMB for Injury Until Age 67; Add'l Amt Not +/- From Pool. 5-Year Rate Guarantee | No War Exclusion. 5-Year Rate Guarantee | Simplified UW Avail. No War Exclusion. Reimb Up to 2x MMB for Injury Until Age 67; Add'l Amt Not +/- From Pool. 5-Year Rate Guarantee |
| 107 | **Non-Tax-Qualified Policies *(NTQ)*** | | | | | | |
| 108 | NTQ: Percent of Sales, Extra Cost | 100% TQ | 100% TQ | 100% TQ | 100% TQ | | |
| 109 | NTQ: Facility and Home Care Triggers | NA | NA | NA | NA | | |
| 110 | **Combination Policies Offered** | | | | | | |
| 111 | | None | None | Annuities | None | | |

# 2013 Long Term Care Insurance Survey

*SPECIAL FOCUS*

**Company (Product):** Best Rating Class;
Up to $100/Day; 90-Day Elimination Period

- **Jurisdictions LTCI Available** (*row 7*) generally shows the jurisdictions in which the insurer sells, or intends to sell, LTCI. *A displayed product may not be available in all of these states.* (In fact one displayed product is available only in the CT Partnership.) It is possible that in some of the states we show, the insurer sells through an affiliate (such as a NY company); the displayed information might not apply to the affiliate.
- **State Partnerships** (*row 8*) identifies the number of state partnerships in which the insurer participated as of January 1, 2012 and specifically identifies any of the original four state partnerships (CA, CT, IN and NY) in which the insurer participates.
- **Financial Ratings and Ranking** (*rows 9-14*) lists each company's ratings from the four major rating agencies (A.M. Best, Standard & Poor's, Moody's, and Fitch). Row 14 shows Ebix's COMDEX ranking as of May 1, 2013.

The COMDEX ranking is from *VitalSigns*, a publication of EbixLife, Inc. EbixLife converts each company's A.M. Best, Standard & Poor's, Moody's, and Fitch ratings into a percentile ranking. For insurers rated by at least two of these rating agencies, EbixLife produces a COMDEX ranking by averaging that insurer's percentile rankings.

The COMDEX ranking has two key advantages: it combines the evaluations of several rating agencies and its percentile ranking makes it easier to understand how a company compares to its peers.

- **Financials** (*rows 15-18*) reflect the insurer's statutory assets and surplus (*in millions*) for year-end 2012, and the percentage changes from the previous year. These figures include neither assets nor surplus of related companies nor reflect assets under management.
- **LTCI Premium** (*rows 19-22*) lists the annualized premiums (*in millions*) for policies sold in 2012 and, separately, of policies in force on December 31, 2012, and the percentage changes from the previous year.
- **LTCI Lives Insured** (*rows 23-26*)

| Company (Product) | Without Benefit Increases Single Insured | | | | 5% Compound Benefit Increases Single Insured | | | | Without Benefit Increases Heterosexual Couple | | | | 5% Compound Benefit Increases Heterosexual Couple | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 |
| | Male/Female | Male/Female | Male/Female | Male/Female | Male/Female | Male/Female | Male/Female | Male/Female | | | | | | | | |
| **Lifetime Benefit Period** | | | | | | | | | | | | | | | | |
| Bankers Life (GR-N620) | $465 | $760 | $1,368 | $3,080 | $2,642 | $3,184 | $4,091 | $6,454 | $605 | $988 | $1,778 | $4,004 | $3,435 | $4,139 | $5,319 | $8,391 |
| Bankers Life (GR-N650) | 662 | 1,079 | 1,932 | 4,293 | 3,739 | 4,473 | 5,725 | 8,964 | 869 | 1,424 | 2,602 | 6,040 | 4,910 | 5,902 | 7,712 | 12,609 |
| Country Life (Comprehensive) | 529 | 721 | 1,172 | 3,123 | 2,047 | 2,244 | 2,743 | 5,152 | 706 | 961 | 1,563 | 4,165 | 2,729 | 2,992 | 3,657 | 6,870 |
| Country Life (Facility Only) | 439 | 586 | 930 | 2,444 | 1,610 | 1,759 | 2,134 | 3,990 | 585 | 781 | 1,240 | 3,259 | 2,147 | 2,345 | 2,845 | 5,319 |
| Knights of Columbus (Comprehensive) | 330 | 608 | 1,060 | 2,560 | 1,230 | 1,733 | 2,420 | 4,482 | 561 | 1,034 | 1,802 | 4,353 | 2,091 | 2,946 | 4,115 | 7,620 |
| Knights of Columbus (Facility Only) | 172 | 316 | 657 | 1,792 | 614 | 865 | 1,441 | 3,012 | 292 | 538 | 1,117 | 3,047 | 1,044 | 1,471 | 2,449 | 5,121 |
| **Three-Year Benefit Period** | | | | | | | | | | | | | | | | |
| Bankers Life (GR-N620) | 268 | 421 | 749 | 1,691 | 1,395 | 1,674 | 2,150 | 3,419 | 348 | 548 | 974 | 2,198 | 1,814 | 2,176 | 2,795 | 4,444 |
| Bankers Life (GR-N650) | 357 | 561 | 996 | 2,231 | 1,849 | 2,219 | 2,851 | 4,508 | 468 | 736 | 1,329 | 3,047 | 2,428 | 2,913 | 3,802 | 6,161 |
| Country Life (Comprehensive) | 319 | 431 | 689 | 1,755 | 1,285 | 1,411 | 1,735 | 2,913 | 425 | 574 | 919 | 2,340 | 1,713 | 1,881 | 2,314 | 3,884 |
| Country Life (Facility Only) | 251 | 329 | 505 | 1,267 | 913 | 998 | 1,220 | 2,036 | 335 | 438 | 674 | 1,690 | 1,217 | 1,331 | 1,626 | 2,714 |
| Genworth (Privileged Choice Flex) | 584 | 626 | 895 | 2,261 | 1,246 | 1,408 | 1,852 | 3,680 | 934 | 1,002 | 1,432 | 3,618 | 1,994 | 2,254 | 2,962 | 5,888 |
| Genworth (Privileged Choice Flex 2) | 475/669 | 505/764 | 709/967 | 1,791/2,443 | 1,195/1,585 | 1,339/1,825 | 1,529/2,353 | 2,982/4,175 | 774 | 858 | 1,934 | 2,238 | 1,822 | 2,276 | 2,600 | 3,812 |
| John Hancock (Custom Care III Unisex) | | | | | 2,421 | 2,511 | 2,682 | 4,095 | | | | | 3,497 | 3,627 | 3,874 | 5,915 |
| John Hancock (Custom Care III Gender Distinct) | | | | | 1,953/3,069 | 2,007/3,114 | 2,106/3,213 | 3,348/4,797 | | | | | 3,627 | 3,699 | 3,842 | 5,883 |
| Knights of Columbus (Comprehensive) | 200 | 363 | 626 | 1,499 | 724 | 1,016 | 1,415 | 2,612 | 340 | 617 | 1,064 | 2,548 | 1,230 | 1,728 | 2,406 | 4,440 |
| Knights of Columbus (Facility Only) | 130 | 236 | 407 | 1,049 | 452 | 634 | 883 | 1,755 | 221 | 401 | 692 | 1,784 | 768 | 1,078 | 1,501 | 2,984 |
| MassMutual (500 Series) | 454 | 576 | 923 | 2,131 | 2,470 | 2,472 | 2,700 | 4,391 | 635 | 807 | 1,292 | 2,984 | 3,459 | 3,461 | 3,781 | 6,147 |
| MedAmerica (FlexCare) | 248 | 409 | 734 | 1,656 | 1,355 | 1,652 | 2,100 | 3,283 | 348 | 572 | 1,028 | 2,318 | 1,898 | 2,313 | 2,940 | 4,596 |
| State Farm Mutual Auto | 358 | 548 | 944 | 1,969 | 2,356 | 2,515 | 2,834 | 4,125 | 501 | 767 | 1,322 | 2,757 | 3,298 | 3,521 | 3,968 | 5,775 |
| Thrivent (Long Term Care Insurance) | 433 | 607 | 1,011 | 2,196 | 2,539 | 2,651 | 3,094 | 4,655 | 563 | 789 | 1,315 | 2,854 | 3,301 | 3,447 | 4,022 | 6,051 |
| Transamerica (Transcare III - Gender Distinct) | 367/560 | 509/776 | 826/1,259 | 1,852/2,823 | 1,828/2,786 | 2,041/3,111 | 2,297/3,500 | 3,371/5,138 | 649 | 899 | 1,459 | 3,273 | 3,230 | 3,607 | 4,058 | 5,956 |
| Transamerica (Transcare III - CT Partnership) | 334/510 | 464/707 | 753/1,147 | 1,688/2,571 | 1,665/2,538 | 1,859/2,833 | 2,092/3,188 | 3,071/4,680 | 591 | 820 | 1,330 | 2,981 | 2,942 | 3,286 | 3,697 | 5,426 |
| Transamerica (Transcare II Worksite) | 370 | 476 | 793 | 1,877 | 1,287 | 1,537 | 2,077 | 3,490 | 592 | 761 | 1,269 | 3,002 | 2,060 | 2,459 | 3,324 | 5,584 |
| **$100,000 Benefit Pool** | | | | | | | | | | | | | | | | |
| MedAmerica (Simplicity II) | 254 | 466 | 917 | 2,017 | 1,303 | 1,716 | 2,404 | 3,744 | 305 | 559 | 1,100 | 2,421 | 1,563 | 2,059 | 2,885 | 4,493 |
| LifeSecure (Long Term Care) | 400 | 531 | 841 | 2,103 | 1,240 | 1,392 | 2,070 | 4,101 | 560 | 744 | 1,178 | 2,944 | 1,735 | 1,948 | 2,898 | 5,741 |
| LifeSecure OMTH (our MultiLife program) | 417 | 555 | 879 | 2,198 | 1,294 | 1,453 | 2,162 | 4,286 | 571 | 759 | 1,203 | 3,008 | 1,771 | 1,989 | 2,959 | 5,865 |