# EXHIBIT 6

### TABLE 13. SALES BY BENEFIT INCREASE TYPE

| Type | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|
| 4.5+% Compound for Life | 1.7% | 2.0% | 1.5% | 2.3% | 4.0% | 9.2%* | 22.0% |
| 4% Compound | 0.6 | 0.4 | NA | NA | NA | NA | NA |
| 3.5% Compound | 0.3 | 0.2 | 0.3 | 0.9 | 1.5 | NA | NA |
| 3% Compound | 32.7 | 20.9 | 23.2* | 23.0 | 26.7 | 30.1 | 29.1* |
| 2% Compound | 2.9 | 1.6 | 1.6 | NA | NA | NA | NA |
| 1% Compound | 1.6 | 0.5 | NA | NA | NA | NA | NA |
| Step-rated | NR | NR | NR | 2.3 | 2.4 | 0.0 | 0.1 |
| Other Compound | 8.7 | 19.5 | 19.1 | 10.3 | 4.6 | 6.7* | 2.1 |
| 5% Simple for Life | 0.1 | 0.4 | 0.2 | 0.6 | 3.4 | 4.8 | 5.6 |
| Other Simple | 0.9 | 1.3 | NA | NA | NA | NA | NA |
| Age-Adjusted | 0.2 | 0.5 | 0.2 | 4.0 | 1.9 | 0.5 | 0.4 |
| Indexed for Life Level Premium | 0.3 | 0.4 | 0.4 | 0.7 | 2.5 | 4.0 | 4.6 |
| Deferred Compound Option | NR | NR | NR | 3.8 | 3.0 | 2.3 | 5.0 |
| FPO: Fixed | 20.4 | 26.2* | 27.5 | 31.5 | 25.7 | 21.9 | 18.8 |
| FPO: Indexed | 13.5 | 10.6 | 5.1 | 4.5 | 2.6 | 1.6 | NA |
| No Benefit Increases | 16.1 | 15.5 | 19.8 | 15.2 | 16.0 | 14.4 | 8.5 |
| Other | 0.0 | 0.0 | 1.1 | 0.9* | 5.7 | 4.5* | 3.8 |

*Prior to 2019, we adjusted the asterisked cells so the total would be 100%. Beginning in 2019, results might not add to 100% because of rounding.

### TABLE 14: PROJECTED AGE 80 MAXIMUM DAILY BENEFIT FOR AVERAGE SALE

| Year: | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|
| Average Issue Age: | 58 | 57 | 57 | 56 | 56 | 57 | 58 |
| Age 80 MDB: | $306 | $313 | $272 | $281 | $292 | $295 | $312 |
| Effective average compound rate: | 2.9% | 3.0% | 2.2% | 2.4% | 2.5% | 2.7% | 3.1% |

### TABLE 15: FUTURE PURCHASE OPTION ELECTION RATES

| Year: | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|
| Election Rate: | 81.5% | 76.9% | 34.7% | 32.8% | 33.9% | 27.8% | 24.0% |

Note: The difference between 2018 and 2017 was attributable to an insurer which contributed FPO data starting in 2018. It issues negative election FPOs.

# 2020 Milliman LTCI Survey Product Exhibit

| # | | Bankers Life | | Knights of Columbus | | MassMutual Financial Group | Mutual of Omaha | |
|---|---|---|---|---|---|---|---|---|
| 1 | COMPANY NAME | Bankers Life | | Knights of Columbus | | MassMutual Financial Group | Mutual of Omaha | |
| 2 | Product Type | Comprehensive | | Facility-Only | Comprehensive | Comprehensive | Comprehensive | |
| 3 | Product Marketing Name | SimpleChoice TQ Standard | SimpleChoice TQ Premier & Elite | Long Term Care Plus NHC2 | Long Term Care Plus LTC2 | SignatureCare 600 | Mutual Care Secure Solution | Mutual Care Custom Solution |
| 4 | Product Form Number | GR-N620 | GR-N650 | ICC14 NHC2 7-14 | ICC14 LTC2 7-14 | MM600P | LTC13 | |
| 5 | Year First LTCI Product Offered | 1985 | | 2000 | | 2008 | 1987 | |
| 6 | Year Current LTCI Product Was Priced | 2013 | | 2014 | | 2017 | 2013 | |
| 7 | Jurisdictions LTCI Available | All States (BCLIC in NY) | | All States & DC | | All States & DC & PR | All States & DC | |
| 8 | State Partnerships (as of January 1, 2020) | 40 (Including CT, IN) | | None | | 38 | 38 | |
| 9 | **Financial Ratings (as of December 31, 2019)** | | | | | | | |
| 10 | A.M. Best | A- | | A+ | | A++ | A+ | |
| 11 | Standard and Poor's | A- | | AA+ | | AA+ | A+ | |
| 12 | Moody's | A3 | | Not Rated | | Aa3 | A1 | |
| 13 | Fitch | A- | | Not Rated | | AA+ | Not Rated | |
| 14 | COMDEX Ranking (as of May 1, 2020) | 62 | | 98 | | 98 | 90 | |
| 15 | **Statutory Financials (Millions)** | | | | | | | |
| 16 | Assets (December 31, 2019) | $16,369 | | $26,861 | | $279,937 | $9,107 | |
| 17 | Capital & Surplus (December 31, 2019) | $1,177 | | $2,281 | | $18,893 | $3,140 | |
| 18 | Percent Increase (Assets, Surplus) | 6%, 8% | | | | 10%, 21% | 13%, -1% | |
| 19 | **LTCI Premium (Millions)** | | | | | | | |
| 20 | 2019 First Year Premium | $2.5 | | $6.0 | | $6.2 | $46.3 | |
| 21 | 2019 End of Year In-Force Premium | $363.0 | | $75.3 | | $254.9 | $508.9 | |
| 22 | Percent Increase (New Business, In-Force) | -7%, -7% | | 24%, 4% | | -22%, 3% | 0%, 8% | |
| 23 | **LTCI Lives Insured** | | | | | | | |
| 24 | 2019 First Year Issued | 893 | | 1,648 | | 1,882 | 17,165 | |
| 25 | 2019 End of Year In-Force | 190,865 | | 49,804 | | 91,559 | 212,758 | |
| 26 | Percent Increase (New Business, In-Force) | -28%, -7% | | -14%, 2% | | -26%, 0% | -1%, 6% | |
| 27 | **Product Ranges and Elimination Period Terms** | | | | | | | |
| 28 | Issue Age Range | 18 - 84 | | 18 - 75 | | 40-69 (age nearest birthday) | 30 - 79 | |
| 29 | Daily, Weekly or Monthly Benefit Range | $40 - $400 | | $1,500 - $15,000/Month | | $100-$400 | $1,500 - $10,000/Month | |
| 30 | Benefit Periods and/or Pools | 1, 2, 3 | | 3, 5, 10 | | 2, 3, 4, 5, 6 | 2, 3, 4, 5 | $50,000 - $500,000 (up to 8.3 years) |
| 31 | Elimination Periods | 0, 15, 30, 60, 90, 180, 365, 730, 1095, 1460 | | 30, 90, 180 (cut in half for HCBC with care coordination)** | | 90 | 90, 180, 365 | 0, 30, 60, 90, 180, 365 |
| 32 | Vanishing, Cumulative | Yes, Yes | | Yes, No | | Yes, Yes | Yes, Yes | |
| 33 | Elimination Period Crediting | 3 HC/Week = 7 | | Calendar Days | | 1 HC/Week = 7 | Calendar Days After 1st Expense | |
| 34 | 0-day HCBC EP with longer NH EP | NA | | Facility-Only | NA | Extra Cost, HC Days Retire FC EP | Extra Cost; HC Days Retire FC EP | |
| 35 | **Product Benefits** | | | | | | | |
| 36 | Number of: Benefit Pools, EPs | 1,1 | | Facility Only | 1, 1 | 1, 1 | 1, 1 | |
| 37 | Partial Cash (Disability) Alternative | NA | | NA | | NA | 30% (Automatic) | 40% (Automatic) |
| 38 | Additional Cash Benefit | 25% (Extra Cost) | | | | NA | NA | |
| 39 | HCBC Payment Basis | Weekly | Monthly | Facility Only | Monthly | Daily (Monthly Extra $) | Monthly | |
| 40 | Assisted Living (Percent of NH Max) | 50% | 100% | 100% | 100% | 100% | 50%, 75%, 100% | |
| 41 | Home Care Health Aide (Percent of NH Max) | | 50%, 100% | | | | | |
| 42 | Independent Professional | | | | | | | |
| 43 | Homemaker Services | Must Be Incidental | | Facility Only | Same as Custodial Care | Same as Custodial Care | Same as Custodial Care | |
| 44 | Informal Care (Other Than Family) | Not Covered | | | | Not Covered | Cash Alternative Has 0 Day EP; if used it Delays Satisfying the EP | |
| 45 | Informal Family Care | | | | Not Covered | | | |
| 46 | **Benefit Increase Features** | | | | | | | |
| 47 | Lifetime Compound Increases (Level Premium) | 2%, 3%, 4%, 5% | | 3%, 5% | | 3%, 5% | 3%, 4%, 5% | 1% to 5%, 0.25% increments & Buy-Up Option |
| 48 | Lifetime Simple Increases (Level Premium) | 5% | | NA | | NA | NA | |
| 49 | Other Increases (Level Premium) | 2 Decreasing Inflation Options Are Also Offered (See Other Comments) | | | | | 3% or 5% CBIO for 20 Years | Above w/ 10, 15, or 20 yr periods |
| 50 | Future Purchase Options (FPO) | 15% Every 3 Years | | Board-set % Every 2 Years Until 2 Straight Declines or On Clm | | NA | NA | No FPO. Buy-up option allows % incr each yr not to exceed 5%. Avail prior to sooner of 20 yrs or age 75 and not chronically ill |
| 51 | Benefit Increase Comments | FPO: To 89 If No Declines or Claims | | | | | | |
| 52 | Other Comments | 5% Compound Through Age 60, Then Either 3% Compound or 5% Simple Through Age 75, Then 0%; Facility Only; NTQ | | | | NA | Electronic App | Rider Doubles MMB for Professional HC |

# 2020 Milliman LTCI Survey Product Exhibit

| | COMPANY NAME | Bankers Life and Casualty Company | | Knights of Columbus | | | Mutual of Omaha Insurance Company | |
|---|---|---|---|---|---|---|---|---|
| 53 | | | | | | | | |
| 54 | Product Marketing Name | SimpleChoice TQ Standard | SimpleChoice TQ Premier & Elite | Long Term Care Plus NHC2 | Long Term Care Plus LTC2 | SignatureCare 600 | Mutual Care Secure Solution | Mutual Care Custom Solution |
| 55 | Sales Rep/Source for More Info | www.bankerslife.com | | dan.hill@kofc.org | | 800-767-1000 | 1-800-693-6083 | |
| 56 | **Ancillary Benefits** | | | | | | | |
| 57 | Bed Reserve Days/Year, Respite during EP? | 60+ Other, No | 60+ Other, 21 | 21, 21 | | 60+ Other, 30 | 30+Other, 30 | |
| 58 | Alternative Plan of Care (APC) | No | Contractual After EP | Contractual After EP | | No | Contractual After EP | |
| 59 | Home Modification | NA | 30 x MDB | min (45 x MDB, $5000)* | | 2 x Mo Max | 2 x Mo Max If Care Coord Is Used* | |
| 60 | Caregiver Training Benefit | | 25% of Monthly HC | Facility Only | $500/Calendar Year | Included Above | Included Above* | |
| 61 | Emergency Alert | | | | APC w/Care Co-ord | | | |
| 62 | Equipment Benefit | | 5% HC MMB; Max 12 Months | | Included Above* | | | |
| 63 | Drug, Ambulance Benefit | NA, $75/Trip x 4x/Year | | NA, $250/Year | | | NA | |
| 64 | **Claims Issues** | | | | | | | |
| 65 | Conditional Receipt Protection | No | | No | | Full, After UW Reqt | Full, After UW Reqt | |
| 66 | Coverage Beyond USA | Canada (Other = 30 Days) | | Canada & US Territories | | NA | Canada & UK; Indemnity for Other (365) | |
| 67 | Provider Discounts (Directly or Indirectly) | No | | LifePlans Provider Discount Program* | | No | No | |
| 68 | Care Coordination Available From | Through Network | | Through Network** or up to $500/yr for client's choice | | Company Staff | Company Staff | |
| 69 | Third Party Care Coordinator Limits | None | | $500/yr for client's choice | | None | None | |
| 70 | Independent Review | Extended to IF in states with IR | | Extended to All Claimants | | As Required by Law | As Required by Law | |
| 71 | **Premiums and Discounts** | | | | | | | |
| 72 | Gender-distinct or Unisex pricing | Gender-Distinct | | Gender-Distinct | | Gender-Distinct | Gender-Distinct | |
| 73 | Preferred Discount | 10% | | 10% | | 10% | 15% | |
| 74 | Substandard Extra Ratings | 25% | | 50% | | 25% | 25%, 50% | |
| 75 | Two-Spouse, Two-Partner Discounts | 35%, 10% | | 30%, 0% | | 15%, 15% | 30%, 30% | |
| 76 | Requires Identical Coverage | No | | No | | No | No | |
| 77 | If Spouse is a Surprise Decline | One-spouse discount | | One-spouse discount | | One-spouse discount | One-spouse discount | |
| 78 | If Spouse answers "Yes" to 'Knock-Out' question | | | | | | | |
| 79 | One-Spouse Discount (Only 1 Spouse Applies) | 15% | | 15% | | 15% | 15% | |
| 80 | Maximum Best UW Class & Spouse Discount | 41.5% | | 37% | | 24% | 40.5% | |
| 81 | Later Marriage Earns Discount For: | IF & New Spouse (if within two years); Otherwise, New Spouse gets one-buy discount | | New Spouse gets 15% discount | | IF (If Same Series) & New Spouse | If Same Policy Series, IF & New Spouse; Otherwise new spouse gets 15% discount | |
| 82 | When are dividends or credits expected to start? | NA | | NA | | Not Illustrated | NA | |
| 83 | Most Common Employer, Affinity Discount | NA, 5% | | NA | | NA | 5% (Not Employer Sponsored), 5% | |
| 84 | Minimum Size Employer Group, Number Apps | NA | | | | | 5 Apps, Common Employer Program Only | |
| 85 | Minimum Size Affinity Group, Number Apps | Varies | | | | | 100, 10 | |
| 86 | Modal Factors (SA, Q, M, PAC) | 51.50%, 26.25%, 9.17%, 8.58% | | 52%, 26.5%, NA, 8.65% | | 52%, 26.5%, NA, 8.8% | 51%, 26%, NA, 9% | |
| 87 | Credit Card: Frequencies Accepted | None | | None | | None | None | |
| 88 | **Non-Level Premiums** | | | | | | | |
| 89 | Fixed Periods | NA | | NA | | NA | NA | |
| 90 | Paid Up at Ages | | | | | | | |
| 91 | **Waiver of Premium** | | | | | | | |
| 92 | First Premium Waived (Days) | Elimination | | Elimination | | Elimination | Elimination | |
| 93 | HCBC Waiver | Yes | | Yes | | Yes | Yes, With 8 Days of Care/Month | |
| 94 | Joint Waiver | Extra Cost | Automatic | Not Offered | | Extra Cost | Not Offered | Extra Cost |
| 95 | **Return of Premium Upon Death (ROP)** | | | | | | | |
| 96 | ROP Design #1 | Net; Grades from 10% @ 4th Year to 100% @ Year 20+ | | Automatic: Net, Death Before 65 | | 100% Gross | Net, 3 x initial MMB after 10 yrs | |
| 97 | Other ROP Design(s) | NA | | NA | | NA | NA | Net, 100%; Net 100% to 65 |
| 98 | **Other Riders & Features** | | | | | | | |
| 99 | Paid Up Survivor Benefit | Extra Cost | | Not Offered | | Extra Cost | Not Offered | Extra Cost |
| 100 | Both People Must Survive Number of Years | 10 | | NA | | 10 | | 10 |
| 101 | Claim-Free Requirement? | No | | | | No | | No |
| 102 | Shared Care Benefit | Permanent Extra $, Third Pool | | Available with 3-year or 5-year BP in lieu of couples discount | | Not available | Permanent Extra $ | |
| 103 | Other Shared Care Aspects | | | NA | | NA | Must Leave 1 Year for Living Spouse | |
| 104 | Restoration of Benefits | Extra Cost | Included | | | Not Available | NA | |
| 105 | Other Comments | Extra-Cost Rider Ups Survivor's Daily Benefit 50% But Survivor's Prem is Unchanged; Return of Premium Applies on Lapse Also. | | Claims subject to "usual and customary"; Caregiver training and care management benefits do not count against monthly max but do count against lifetime max | | Return of Premium Rider applies at time of lapse also | Spouse Security Benefit Pays 60% of Reimbursement Benefit; 5% "Common Employer" Discount But Employer Cannot Be Involved in Any Way | |
| 106 | Combination Policies Offered | None | | None | | Life | None | |

# 2020 Milliman LTCI Survey Product Exhibit

| # | | National Guardian Life Insurance Company | | New York Life Insurance Company | | Thrivent |
|---|---|---|---|---|---|---|
| 1 | COMPANY NAME | | | | | |
| 2 | Product Type | Comprehensive | Work-Site | Comprehensive | | Comprehensive |
| 3 | Product Marketing Name | EssentialLTC | EssentialLTC Employer Group | NYL My Care | NYL Secure Care | Long-Term Care Insurance |
| 4 | Product Form Number | ICC16-NLTC100P | | ICC18-LTCD | ICC14-LTC6 | ICC13 H-HX-LTC |
| 5 | Year First LTCI Product Offered | 2016 | | 1988 | | 1987 |
| 6 | Year Current LTCI Product Was Priced | 2016 | | 2018 | 2016 | 2016 |
| 7 | Jurisdictions LTCI Available | All States & DC (except CA, MT, NY) | Not in AZ, CA, DC, FL, ME, MT, NY | All States & DC | | All States & DC (except NY) |
| 8 | State Partnerships (as of January 1, 2020) | 35 | | 35 | | 41 (Including IN) |
| 9 | **Financial Ratings (as of December 31, 2019)** | | | | | |
| 10 | A.M. Best | A- | | A++ | | A++ |
| 11 | Standard and Poor's | Not Rated | | AA+ | | Not Rated |
| 12 | Moody's | Not Rated | | Aaa | | Not Rated |
| 13 | Fitch | Not Rated | | AAA | | AA+ |
| 14 | COMDEX Ranking (as of May 1, 2020) | Not Ranked | | 100 | | 99 |
| 15 | **Statutory Financials (Millions)** | | | | | |
| 16 | Assets (December 31, 2019) | $4,719 | | $330,806 | | $102,221 |
| 17 | Capital & Surplus (December 31, 2019) | $390 | | $26,965 | | $10,065 |
| 18 | Percent Increase (Assets, Surplus) | 5%, 7% | | 6%, 9% | | 13%, 10% |
| 19 | **LTCI Premium (Millions)** | | | | | |
| 20 | 2019 First Year Premium | $3.8 | | $17.3 | | $9.4 |
| 21 | 2019 End of Year In-Force Premium | $9.6 | | $308.5 | | $204.6 |
| 22 | Percent Increase (New Business, In-Force) | 3%, 62% | | 4%, 3% | | -12%, 1% |
| 23 | **LTCI Lives Insured** | | | | | |
| 24 | 2019 First Year Issued | 746 | | 5,861 | | 3,042 |
| 25 | 2019 End of Year In-Force | 1,486 | | 147,868 | | 120,846 |
| 26 | Percent Increase (New Business, In-Force) | 55%, 96% | | 6%, 1% | | -17%, -2% |
| 27 | **Product Ranges and Elimination Period Terms** | | | | | |
| 28 | Issue Age Range | 40-79 (age nearest birthday) | | 25-79 | | 18 - 79 |
| 29 | Daily, Weekly or Monthly Benefit Range | $50 - $300 | | $50-$400 | | $1,500 - $15,000/Month |
| 30 | Benefit Periods and/or Pools | 2, 3, 4, 5, 6, LT | | $50,000-$500,000 in increments of $5K; Max = 60 x MMB | 2, 3, 5, 7 | 2, 3, 4, 5, 8 |
| 31 | Elimination Periods | 0, 30, 90, 180 | | Deductible = 3, 6, 9 or 12 x MMB (then 20% co-pay) | 90, 180, 365 (20 for HCBC*) | 30, 90, 180 |
| 32 | Vanishing, Cumulative | Yes, Yes | | Yes, Yes | | Yes, Yes |
| 33 | Elimination Period Crediting | Service Days | | Dollars spent | Service Days | 1 HC/Week = 7 |
| 34 | 0-day HCBC EP with longer NH EP | Extra Cost; HC Days Retire FC EP | | NA | | Extra Cost; HC Days Retire FC EP |
| 35 | **Product Benefits** | | | | | |
| 36 | Number of: Benefit Pools, EPs | 1, 1 | | 1, 0 (deductible ilo EP) | 1,1 | 1,1 |
| 37 | Partial Cash (Disability) Alternative | NA | | NA | | NA |
| 38 | Additional Cash Benefit | | | | | 10% in Facilities but 15% at Home (Extra Cost) |
| 39 | HCBC Payment Basis | Daily | | Monthly | Daily (Monthly@31 x MDB*) | Monthly |
| 40 | Assisted Living (Percent of NH Max) | 100% | | 100% | | |
| 41 | Home Care Health Aide (Percent of NH Max) | 100% | | 100% | 50%, 80%, 100% | 100% |
| 42 | Independent Professional | Not Covered | | Not Covered | | |
| 43 | Homemaker Services | Same As Custodial Care | | 1 day/wk if 2 LTC days provided | | Same As Custodial Care |
| 44 | Informal Care (Other Than Family) | Not Covered | | Not Covered | 50% of HC MDB up to 365 days with 4+ hrs of care/day from non-Partner. | Not Covered |
| 45 | Informal Family Care | | | | | |
| 46 | **Benefit Increase Features** | | | | | |
| 47 | Lifetime Compound Increases (Level Premium) | 3%, 5% | | 2%, 3%, 5% | 3%, 5% | 1%, 2%, 3%, 5% |
| 48 | Lifetime Simple Increases (Level Premium) | NA | | NA | 3% | NA |
| 49 | Other Increases (Level Premium) | NA | | Benefits increase based on CPI-U (cap: 7.5%/yr) until declined 2x or age 95. | Based on CPI-U (cap: 7.5%/yr) | NA |
| 50 | Future Purchase Options (FPO) | | | | Premiums & benefits increase based on CPI-U (cap: 7.5%/yr) | FPO Provides Automatic 5% Increases Each Yr Until Declined 3 x In a Row. Always Applies When premium is waived. |
| 51 | Benefit Increase Comments | 3% of 5% Step-Rated: Premiums increase a flat amount each year | | CPI FPO increases use attained-age price per unit | CPI increases maintain original-age price per unit | |
| 52 | Other Comments | Single Premium is available, facilitating §1035 exchanges | | Deductible instead of EP; 20% co-pay | Partners Benefit Rider provides Jt WP and Shared EP | Must meet eligibility requirements for fraternal membership. |

# 2020 Milliman LTCI Survey Product Exhibit

| | COMPANY NAME | National Guardian Life Insurance Company | | New York Life Insurance Company | | Thrivent |
|---|---|---|---|---|---|---|
| 53 | | | | | | |
| 54 | Product Marketing Name | EssentialLTC | EssentialLTC Employer Group | NYL My Care | NYL Secure Care | Long-Term Care Insurance |
| 55 | Sales Rep/Source for More Info | 888-505-2332 or www.ngl-essentialltc.com | | (800) 224-4582 | | 1-800-THRIVENT |
| 56 | **Ancillary Benefits** | | | | | |
| 57 | Bed Reserve Days/Year, Respite during EP? | 30+Other, 30 | | 60+Other, 30 | | 60+Other, 2 x Monthly Max |
| 58 | Alternative Plan of Care (APC) | No | | Contractual When Benefit Eligible | | Contractual After EP |
| 59 | Home Modification | Not Covered | | NA | Grab bars, hand rails, ramps | 2 x Monthly Max* |
| 60 | Caregiver Training Benefit | 5 x MDB | | 20% x MMB | 5 x Facility MDB | 2 x Monthly Max |
| 61 | Emergency Alert | Up to $50/Month | | NA | | |
| 62 | Equipment Benefit | Not Covered | | $5,000 | $4,000 | Included Above* |
| 63 | Drug, Ambulance Benefit | NA | | NA | | NA |
| 64 | **Claims Issues** | | | | | |
| 65 | Conditional Receipt Protection | No | | Up to $5000 for 60 days after app | Up to $1000 for 60 days after app | Full, After UW Reqt |
| 66 | Coverage Beyond USA | Canada (others = 30 days) | | 3 x MMB | 100 x Facility MDB | 2x Max Monthly Benefit |
| 67 | Provider Discounts (Directly or Indirectly) | No | | No | | No |
| 68 | Care Coordination Available From | Through Network | | Through Network | Through Network* | Through Network |
| 69 | Third Party Care Coordinator Limits | None | | None | | None |
| 70 | Independent Review | As Required By Law | | Extended to IF in States with IR | | Extended to IF in States with IR |
| 71 | **Premiums and Discounts** | | | | | |
| 72 | Gender-distinct or Unisex-pricing | Gender-Distinct | Unisex | Gender-Distinct | | Gender-Distinct |
| 73 | Preferred Discount | 20% | NA | NA | | 10% |
| 74 | Substandard Extra Ratings | 25% | NA | 25%, 50%, 75%, 100% | 50%, 100% | 25%, 50% |
| 75 | Two-Spouse, Two-Partner Discounts | Together pay female premium at the older insured's age | Together pay premium at the older insured's age | 25%, 25% | | 20%, 20% |
| 76 | Requires Identical Coverage | Yes | | No | | No |
| 77 | If Spouse is a Surprise Decline | Single Person Price at that person's age | | One-spouse discount | No Discount | One-spouse discount |
| 78 | If Spouse answers "Yes" to 'Knock-Out' question | | | | | |
| 79 | One-Spouse Discount (Only 1 Spouse Applies) | 0% | | 10% | 0% | 5% |
| 80 | Maximum Best UW Class & Spouse Discount | 52% (same age couple) | | 25% | | 30% |
| 81 | Later Marriage Earns Discount For: | Neither | | New Spouse | | IF & New Spouse |
| 82 | When are dividends or credits expected to start? | NA | | End of 3rd year | End of 10th year | |
| 83 | Most Common Employer, Affinity Discount | 5%, 5% | NA | 5%, 5%; not for SSTD | | NA |
| 84 | Minimum Size Employer Group, Number Apps | 5, 2-5 varies by state | | None, None | | |
| 85 | Minimum Size Affinity Group, Number Apps | 10, 1 | NA | | | |
| 86 | Modal Factors (SA, Q, M, PAC) | 52%, 27%, 8.75%, 8.75% | | 51%, 26%, NA, 9% | | 50.8%, 25.6%, NA, 8.6% |
| 87 | Credit Card: Frequencies Accepted | None | | None | | None |
| 88 | **Non-Level Premiums** | | | | | |
| 89 | Fixed Periods | 1, 10 | | NA | | 10 |
| 90 | Paid Up at Ages | NA | | | | NA |
| 91 | **Waiver of Premium** | | | | | |
| 92 | First Premium Waived (Days) | Elimination | | After Deductible | Elimination | Elimination |
| 93 | HCBC Waiver | Extra Cost | | Yes | | Yes |
| 94 | Joint Waiver | Automatic | | NA | Extra Cost | Automatic w/ Shared Care |
| 95 | **Return of Premium Upon Death (ROP)** | | | | | |
| 96 | ROP Design #1 | 100% Gross or Net; 2nd-to-die | | Automatic, Net, Death Before 65 | Net, 100% | Net, 100% for death after 10 years |
| 97 | Other ROP Design(s) | Can add Cash Surrender Option (grades up to 80% after 4 years) | | NA | | NA |
| 98 | **Other Riders & Features** | | | | | |
| 99 | Paid Up Survivor Benefit | Not Offered | | Not Offered | | Extra Cost |
| 100 | Both People Must Survive Number of Years | NA | | NA | | 10 |
| 101 | Claim-Free Requirement? | | | | | Yes |
| 102 | Shared Care Benefit | Permanent Extra $, Third Pool | | Permanent Extra $ | Permanent Extra $, Third Pool | Extra Cost Ends If Partner Dies |
| 103 | Other Shared Care Aspects | NA | | Cannot be unilaterally taken away | | Pool Depleted, Spouse <86 & No Clm in 2 Yrs, Can Buy 2 Yr BP |
| 104 | Restoration of Benefits | NA | | NA | | > 12 mos of not being chronically ill |
| 105 | Other Comments | Markets ROP & Surrender Option as alternative to Combo Policies. Can use §1035. | | Premium gtd for 3 yrs; FY 5% discount if other NYLIC policy | Qual'd EP costs can be reimbursed at end of next cal.yr after claim ends if policy is still IF (EP reinstated). | 5-Year Rate Guarantee; Couples' discount applies to same generation 3-year co-habitants |
| 106 | Combination Policies Offered | See row 105 | | Life | | None |

# 2020 Milliman LTCI Survey

Company (Product): Most Common Rating Class; $100/Day; 90 Day Elimination Period

## 90 Day Elimination / Five-Year Benefit Period

| | UW Class of Displayed Premiums | Single Insured — Without Benefit Increases | | | | | | | | | | | | | | | Single Insured — 5% Compound Benefit Increases | | | | | | | | | | | | | | | | | Male & Female Couple the Same Age — Without Benefit Increases | | | | Male & Female Couple the Same Age — 3% Compound Benefit Increases | | | | Male & Female Couple the Same Age — 5% Compound Benefit Increases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Age 40 M | Age 40 F | Age 50 M | Age 50 F | Age 60 M | Age 60 F | Age 70 M | Age 70 F | Age 40 M | Age 40 F | Age 50 M | Age 50 F | Age 60 M | Age 60 F | Age 70 M | Age 70 F | Age 40 M | Age 40 F | Age 50 M | Age 50 F | Age 60 M | Age 60 F | Age 70 M | Age 70 F | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 |
| Bankers SimpleChoice TQ Standard LTC GR-N620 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Bankers SimpleChoice TQ Premier & Elte LTC GR-N650 Policy | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Country Life TQ Comprehensive LTC | 2/2 | 445 | 691 | 703 | 1,102 | 1,193 | 1,886 | 2,536 | 3,942 | 1,332 | 2,256 | 1,718 | 2,852 | 2,318 | 3,798 | 3,842 | 6,154 | 2,394 | 4,204 | 2,628 | 4,496 | 3,227 | 5,395 | 4,755 | 7,732 | 966 | 1,535 | 2,617 | 5,506 | 3,049 | 3,884 | 5,198 | 8,497 | 5,608 | 6,055 | 7,329 | 10,615 |
| Long Term Care Plus NHC2 | 2/3 | 355 | 559 | 481 | 775 | 897 | 1,436 | 1,915 | 2,925 | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | 1,848 | 3,154 | 1,944 | 3,274 | 2,539 | 4,130 | 3,931 | 6,019 | 640 | 879 | 1,633 | 3,388 | Not Provided | Not Provided | Not Provided | Not Provided | 3,502 | 3,653 | 4,668 | 6,965 |
| Long Term Care Plus LTC2 | 2/3 | 459 | 718 | 636 | 1,004 | 1,118 | 1,589 | 2,382 | 3,527 | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | 2,343 | 3,837 | 2,403 | 3,915 | 3,100 | 4,832 | 4,722 | 6,942 | 823 | 1,148 | 1,895 | 4,137 | Not Provided | Not Provided | Not Provided | Not Provided | 4,326 | 4,422 | 5,553 | 8,165 |
| MassMutual SignatureCare 500 | 2/4 | 620 | | 788 | | 1,262 | | 2,914 | | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | 3,377 | | 3,379 | | 3,692 | | 6,002 | | 868 | 1,103 | 1,766 | 4,079 | Not Provided | Not Provided | Not Provided | Not Provided | 4,728 | 4,731 | 5,168 | 8,403 |
| MassMutual SignatureCare 600 | 2/3 | 573 | 933 | 858 | 1,423 | 1,502 | 2,457 | NA | NA | 1,443 | 2,610 | 1,651 | 3,002 | 2,316 | 4,047 | NA | NA | 3,721 | 6,856 | 3,448 | 6,552 | 3,671 | 6,656 | NA | NA | 1,280 | 1,939 | 3,365 | NA | 3,444 | 3,955 | 5,408 | NA | 8,990 | 8,500 | 8,777 | NA |
| Mutual of Omaha Secure Solution | 2/4 | 559 | 910 | 690 | 1,084 | 965 | 1,623 | 2,150 | 3,348 | 1,180 | 1,962 | 1,418 | 2,406 | 1,781 | 3,175 | 2,904 | 4,892 | 2,733 | 4,880 | 2,901 | 5,327 | 3,071 | 5,646 | 3,990 | 7,078 | 1,028 | 1,242 | 1,812 | 3,849 | 2,199 | 2,677 | 3,469 | 5,457 | 5,329 | 5,760 | 6,102 | 7,748 |
| NGL EssentialLTC | 2/3 | 516 | 786 | 660 | 1,011 | 973 | 1,496 | 2,131 | 3,206 | 1,177 | 1,791 | 1,398 | 2,143 | 1,791 | 2,752 | 3,005 | 4,521 | 2,762 | 4,203 | 2,902 | 4,448 | 3,173 | 4,876 | 3,964 | 5,964 | 786 | 1,011 | 1,496 | 3,206 | 1,791 | 2,143 | 2,752 | 4,521 | 4,203 | 4,448 | 4,876 | 5,964 |
| NGL EssentialLTC Employer Group | 1/1 | 707 | 707 | 910 | 910 | 1,346 | 1,346 | 2,886 | 2,886 | 1,612 | 1,612 | 1,929 | 1,929 | 2,477 | 2,477 | 4,069 | 4,069 | 3,783 | 3,783 | 4,003 | 4,003 | 4,388 | 4,388 | 5,367 | 5,367 | 707 | 910 | 1,346 | 2,886 | 1,612 | 1,929 | 2,477 | 4,069 | 3,783 | 4,003 | 4,388 | 5,367 |
| NYL Secure Care | 1/3 | 745 | 974 | 981 | 1,361 | 1,471 | 2,239 | 3,171 | 4,659 | 2,647 | 3,897 | 2,840 | 4,316 | 3,386 | 5,533 | 5,703 | 9,092 | 5,157 | 8,541 | 4,727 | 7,883 | 4,928 | 8,657 | 7,435 | 12,439 | 1,290 | 1,757 | 2,782 | 5,873 | 4,908 | 5,367 | 6,689 | 11,096 | 10,273 | 9,457 | 10,189 | 14,906 |
| NYL My Care | 1/5 | 643 | 942 | 806 | 1,248 | 1,111 | 1,787 | 2,115 | 3,503 | 1,466 | 2,514 | 1,600 | 2,819 | 1,921 | 3,395 | 2,949 | 5,244 | 2,664 | 5,349 | 2,664 | 5,349 | 2,741 | 5,358 | 3,834 | 7,200 | 1,189 | 1,541 | 2,173 | 4,214 | 2,986 | 3,315 | 3,987 | 6,145 | 6,010 | 6,010 | 6,074 | 8,275 |
| Thrivent Long-Term Care Insurance | 2/4 | 480 | 690 | 720 | 1,110 | 1,170 | 1,890 | 2,310 | 3,780 | 1,171 | 2,070 | 1,469 | 2,575 | 1,954 | 3,459 | 3,119 | 5,481 | 2,520 | 5,009 | 2,700 | 5,073 | 3,065 | 5,727 | 4,204 | 7,711 | 936 | 1,464 | 2,448 | 4,872 | 2,593 | 3,060 | 4,330 | 6,880 | 6,024 | 6,218 | 7,034 | 9,532 |

## 90 Day Elimination / Three-Year Benefit Period

| | UW Class | M40 | F40 | M50 | F50 | M60 | F60 | M70 | F70 | M40 | F40 | M50 | F50 | M60 | F60 | M70 | F70 | M40 | F40 | M50 | F50 | M60 | F60 | M70 | F70 | 40 | 50 | 60 | 70 | 40 | 50 | 60 | 70 | 40 | 50 | 60 | 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bankers SimpleChoice TQ Standard LTC GR-N620 | 2/3 | 292 | 425 | 450 | 687 | 760 | 1,185 | 1,708 | 2,577 | 748 | 1,185 | 1,039 | 1,653 | 1,489 | 2,334 | 2,680 | 4,005 | 1,708 | 2,759 | 1,981 | 3,154 | 2,407 | 3,744 | 3,726 | 5,507 | 466 | 739 | 1,264 | 2,785 | 1,256 | 1,750 | 2,485 | 4,346 | 2,904 | 3,338 | 3,998 | 6,001 |
| Bankers SimpleChoice TQ Premier & Elte LTC GR-N650 Policy | 2/3 | 391 | 577 | 603 | 941 | 1,027 | 1,617 | 2,280 | 3,486 | 994 | 1,590 | 1,385 | 2,213 | 1,995 | 3,141 | 3,605 | 5,427 | 2,313 | 3,738 | 2,677 | 4,268 | 3,247 | 5,070 | 4,997 | 7,435 | 635 | 1,014 | 1,763 | 3,939 | 1,680 | 2,339 | 3,338 | 5,871 | 3,972 | 4,559 | 5,546 | 8,493 |
| Country Life TQ Comprehensive LTC | 2/2 | 385 | 571 | 604 | 908 | 1,022 | 1,551 | 2,175 | 3,243 | 1,131 | 1,835 | 1,461 | 2,331 | 1,976 | 3,117 | 3,280 | 5,048 | 2,120 | 3,593 | 2,310 | 3,827 | 2,782 | 4,569 | 4,119 | 6,463 | 813 | 1,285 | 2,187 | 4,606 | 2,521 | 3,223 | 4,330 | 7,079 | 4,856 | 5,217 | 6,248 | 8,995 |
| Long Term Care Plus NHC2 | 2/3 | 324 | 479 | 431 | 655 | 794 | 1,201 | 1,671 | 2,425 | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | 1,553 | 2,493 | 1,637 | 2,595 | 2,143 | 3,288 | 3,324 | 4,798 | 562 | 760 | 1,396 | 2,967 | Not Provided | Not Provided | Not Provided | Not Provided | 2,832 | 2,963 | 3,802 | 4,024 |
| Long Term Care Plus LTC2 | 2/3 | 409 | 604 | 565 | 839 | 927 | 1,368 | 1,940 | 2,758 | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | 1,943 | 2,893 | 1,996 | 3,047 | 2,492 | 3,789 | 3,716 | 5,468 | 709 | 983 | 1,606 | 3,289 | Not Provided | Not Provided | Not Provided | Not Provided | 3,448 | 3,530 | 4,397 | 6,429 |
| MassMutual SignatureCare 500 | 2/4 | 504 | | 640 | | 1,025 | | 2,368 | | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | Not Provided | 2,745 | | 2,747 | | 3,001 | | 4,879 | | 706 | 896 | 1,436 | 3,315 | Not Provided | Not Provided | Not Provided | Not Provided | 3,843 | 3,845 | 4,201 | 6,830 |
| MassMutual SignatureCare 600 | 2/3 | 465 | 758 | 698 | 1,156 | 1,221 | 1,997 | NA | NA | 1,173 | 2,121 | 1,342 | 2,440 | 1,882 | 3,289 | NA | NA | 3,025 | 5,572 | 2,803 | 5,325 | 2,983 | 5,410 | NA | NA | 1,040 | 1,576 | 2,735 | NA | 2,800 | 3,214 | 4,396 | NA | 7,307 | 6,909 | 7,134 | NA |
| Mutual of Omaha Secure Solution | 2/4 | 428 | 649 | 525 | 774 | 751 | 1,159 | 1,684 | 2,420 | 902 | 1,399 | 1,079 | 1,718 | 1,386 | 2,268 | 2,275 | 3,536 | 2,089 | 3,480 | 2,207 | 3,804 | 2,390 | 4,033 | 3,126 | 5,117 | 753 | 909 | 1,337 | 2,873 | 1,611 | 1,958 | 2,558 | 4,068 | 3,898 | 4,208 | 4,496 | 5,769 |
| NGL EssentialLTC | 2/3 | 413 | 629 | 528 | 809 | 779 | 1,197 | 1,705 | 2,565 | 942 | 1,433 | 1,119 | 1,715 | 1,433 | 2,202 | 2,404 | 3,617 | 2,210 | 3,363 | 2,322 | 3,559 | 2,538 | 3,901 | 3,172 | 4,771 | 629 | 809 | 1,197 | 2,565 | 1,433 | 1,715 | 2,202 | 3,617 | 3,363 | 3,559 | 3,901 | 4,771 |
| NGL EssentialLTC Employer Group | 1/1 | 566 | 566 | 728 | 728 | 1,077 | 1,077 | 2,309 | 2,309 | 1,290 | 1,290 | 1,543 | 1,543 | 1,982 | 1,982 | 3,255 | 3,255 | 3,026 | 3,026 | 3,203 | 3,203 | 3,511 | 3,511 | 4,294 | 4,294 | 566 | 728 | 1,077 | 2,309 | 1,290 | 1,543 | 1,982 | 3,255 | 3,026 | 3,203 | 3,511 | 4,294 |
| NYL Secure Care | 1/3 | 644 | 777 | 794 | 1,017 | 1,154 | 1,615 | 2,430 | 3,326 | 2,014 | 2,788 | 2,152 | 2,994 | 2,549 | 3,827 | 4,288 | 6,232 | 3,911 | 5,955 | 3,554 | 5,415 | 3,723 | 5,983 | 5,580 | 8,476 | 1,066 | 1,358 | 2,076 | 4,317 | 3,602 | 3,860 | 4,782 | 7,890 | 7,400 | 6,727 | 7,279 | 10,542 |
| NYL My Care | 1/5 | 529 | 695 | 650 | 913 | 871 | 1,302 | 1,613 | 2,479 | 1,155 | 1,817 | 1,236 | 2,013 | 1,460 | 2,374 | 2,258 | 3,699 | 2,087 | 3,819 | 2,087 | 3,819 | 2,125 | 3,819 | 2,969 | 5,167 | 918 | 1,172 | 1,630 | 3,070 | 2,229 | 2,436 | 2,875 | 4,468 | 4,429 | 4,429 | 4,458 | 6,102 |
| Thrivent Long-Term Care Insurance | 2/4 | 390 | 540 | 570 | 810 | 900 | 1,350 | 1,770 | 2,730 | 928 | 1,528 | 1,140 | 1,920 | 1,530 | 2,579 | 2,425 | 4,122 | 1,919 | 3,542 | 2,069 | 3,783 | 2,340 | 4,266 | 3,239 | 5,733 | 744 | 1,104 | 1,800 | 3,600 | 1,965 | 2,448 | 3,287 | 5,238 | 4,369 | 4,681 | 5,285 | 7,178 |

## 90 Day Elimination / $200,000 Benefit Pool

| | UW Class | M40 | F40 | M50 | F50 | M60 | F60 | M70 | F70 | M40 | F40 | M50 | F50 | M60 | F60 | M70 | F70 | M40 | F40 | M50 | F50 | M60 | F60 | M70 | F70 | 40 | 50 | 60 | 70 | 40 | 50 | 60 | 70 | 40 | 50 | 60 | 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mutual of Omaha Custom Solution | 2/4 | 594 | 978 | 729 | 1,166 | 1,037 | 1,749 | 2,367 | 3,614 | 1,314 | 2,165 | 1,547 | 2,645 | 1,942 | 3,461 | 3,202 | 5,291 | 2,901 | 5,245 | 3,065 | 5,732 | 3,301 | 6,082 | 4,393 | 7,641 | 1,100 | 1,327 | 1,950 | 4,187 | 2,435 | 2,934 | 3,782 | 5,945 | 5,702 | 6,158 | 6,568 | 8,423 |

## 90 Day Elimination / $100,000 Benefit Pool

| | UW Class | M40 | F40 | M50 | F50 | M60 | F60 | M70 | F70 | M40 | F40 | M50 | F50 | M60 | F60 | M70 | F70 | M40 | F40 | M50 | F50 | M60 | F60 | M70 | F70 | 40 | 50 | 60 | 70 | 40 | 50 | 60 | 70 | 40 | 50 | 60 | 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mutual of Omaha Custom Solution | 2/4 | 416 | 619 | 509 | 740 | 730 | 1,109 | 1,655 | 2,330 | 920 | 1,371 | 1,081 | 1,678 | 1,367 | 2,195 | 2,239 | 3,411 | 2,030 | 3,323 | 2,142 | 3,636 | 2,324 | 3,858 | 3,071 | 4,925 | 724 | 875 | 1,288 | 2,789 | 1,604 | 1,931 | 2,493 | 3,955 | 3,747 | 4,045 | 4,327 | 5,598 |

# 2020 Milliman LTCI Survey

Shared care premiums for each carrier's most common rating classification reflecting $100/day initial maximum benefit after a 90-day elimination period, assuming that each spouse buys the indicated benefit period.

## 90 Day Elimination / Five-Year Benefit Period SHARED CARE

| Carrier | Product | 3rd Pool? | Male & Female Couple the Same Age ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Without Benefit Increases |||| 3% Compound Benefit Increases |||| 5% Compound Benefit Increases ||||
| | | | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 |
| Bankers Life and Casualty Company | Bankers SimpleChoice TQ Standard LTC GR-N620 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Bankers Life and Casualty Company | Bankers SimpleChoice TQ Premier & Elte LTC GR-N650 Policy | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Country Life Insurance Company | Country Life TQ Comprehensive LTC | No | 1,055 | 1,677 | 2,859 | 6,016 | 3,332 | 4,244 | 5,679 | 9,283 | 6,127 | 6,616 | 8,008 | 11,598 |
| Knights of Columbus | Long Term Care Plus NHC2 | No | 914 | 1,256 | 2,333 | 4,840 | Not Provided | | | | 5,002 | 5,219 | 6,668 | 9,950 |
| Knights of Columbus | Long Term Care Plus LTC2 | No | 1,176 | 1,640 | 2,707 | 5,910 | Not Provided | | | | 6,181 | 6,318 | 7,933 | 11,664 |
| Mutual of Omaha Insurance Company | Mutual of Omaha Secure Solution | No | 1,193 | 1,440 | 2,102 | 4,464 | 2,551 | 3,105 | 4,024 | 6,330 | 6,182 | 6,681 | 7,078 | 8,987 |
| National Guardian Life Insurance Company | NGL EssentialLTC | Yes | 872 | 1,122 | 1,660 | 3,559 | 1,988 | 2,379 | 3,055 | 5,018 | 4,666 | 4,937 | 5,412 | 6,620 |
| National Guardian Life Insurance Company | NGL EssentialLTC Employer Group | Yes | 785 | 1,010 | 1,494 | 3,203 | 1,790 | 2,141 | 2,749 | 4,516 | 4,199 | 4,444 | 4,871 | 5,958 |
| New York Life Insurance Company | NYL Secure Care | Yes | 1,612 | 2,196 | 3,478 | 7,341 | 6,135 | 6,709 | 8,361 | 13,870 | 12,841 | 11,822 | 12,736 | 18,632 |
| New York Life Insurance Company | NYL My Care | No | 1,296 | 1,741 | 2,564 | 5,098 | 3,493 | 3,944 | 4,824 | 7,558 | 7,032 | 7,152 | 7,350 | 10,179 |
| Thrivent Financial for Lutherans | Thrivent Long-Term Care Insurance | No | 1,086 | 1,698 | 2,840 | 5,652 | 3,008 | 3,753 | 5,023 | 7,980 | 6,987 | 7,213 | 8,159 | 11,057 |

## 90 Day Elimination / Three-Year Benefit Period SHARED CARE

| Carrier | Product | 3rd Pool? | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bankers Life and Casualty Company | Bankers SimpleChoice TQ Standard LTC GR-N620 | Yes | 611 | 972 | 1,643 | 3,565 | 1,671 | 2,328 | 3,280 | 5,649 | 3,862 | 4,440 | 5,278 | 7,801 |
| Bankers Life and Casualty Company | Bankers SimpleChoice TQ Premier & Elte LTC GR-N650 Policy | Yes | 832 | 1,333 | 2,292 | 5,041 | 2,234 | 3,111 | 4,407 | 7,632 | 5,283 | 6,064 | 7,321 | 11,041 |
| Country Life Insurance Company | Country Life TQ Comprehensive LTC | No | 963 | 1,523 | 2,592 | 5,459 | 2,988 | 3,820 | 5,132 | 8,390 | 5,756 | 6,183 | 7,405 | 10,661 |
| Knights of Columbus | Long Term Care Plus NHC2 | No | 802 | 1,086 | 1,995 | 4,066 | Not Provided | | | | 4,046 | 4,233 | 5,432 | 8,122 |
| Knights of Columbus | Long Term Care Plus LTC2 | No | 1,013 | 1,404 | 2,294 | 4,698 | Not Provided | | | | 4,962 | 5,025 | 6,281 | 9,184 |
| MassMutual Financial Group | MassMutual SignatureCare 500 | Yes | 910 | 1,156 | 1,852 | 4,277 | Not Provided | | | | 4,957 | 4,960 | 5,419 | 8,810 |
| Mutual of Omaha Insurance Company | Mutual of Omaha Secure Solution | No | 874 | 1,055 | 1,551 | 3,333 | 1,868 | 2,271 | 2,967 | 4,719 | 4,522 | 4,881 | 5,215 | 6,693 |
| National Guardian Life Insurance Company | NGL EssentialLTC | Yes | 761 | 979 | 1,448 | 3,104 | 1,734 | 2,075 | 2,664 | 4,376 | 4,069 | 4,306 | 4,720 | 5,773 |
| National Guardian Life Insurance Company | NGL EssentialLTC Employer Group | Yes | 684 | 881 | 1,303 | 2,793 | 1,561 | 1,867 | 2,398 | 3,939 | 3,662 | 3,875 | 4,248 | 5,196 |
| New York Life Insurance Company | NYL Secure Care | Yes | 1,332 | 1,698 | 2,596 | 5,396 | 4,502 | 4,825 | 5,977 | 9,863 | 9,250 | 8,408 | 9,099 | 13,177 |
| New York Life Insurance Company | NYL My Care | No | 1,001 | 1,324 | 1,923 | 3,714 | 2,608 | 2,899 | 3,479 | 5,495 | 5,182 | 5,271 | 5,394 | 7,505 |
| Thrivent Financial for Lutherans | Thrivent Long-Term Care Insurance | No | 930 | 1,380 | 2,250 | 4,500 | 2,456 | 3,235 | 4,109 | 6,547 | 5,461 | 5,852 | 6,606 | 8,972 |

## 90 Day Elimination / $200,000 Benefit Period SHARED CARE

| Carrier | Product | 3rd Pool? | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mutual of Omaha Insurance Company | Mutual of Omaha Custom Solution | No | 1,276 | 1,539 | 2,262 | 4,857 | 2,825 | 3,404 | 4,387 | 6,897 | 6,614 | 7,143 | 7,619 | 9,771 |

## 90 Day Elimination / $100,000 Benefit Period SHARED CARE

| Carrier | Product | 3rd Pool? | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mutual of Omaha Insurance Company | Mutual of Omaha Custom Solution | No | 840 | 1,014 | 1,494 | 3,235 | 1,860 | 2,240 | 2,892 | 4,588 | 4,346 | 4,692 | 5,019 | 6,493 |