# EXHIBIT 7

### TABLE 13. SALES BY BENEFIT INCREASE TYPE

| Type | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|
| 4.5+% Compound for Life | 1.7% | 1.7% | 2.0% | 1.5% | 2.3% | 4.0% | 9.2%* |
| 4% Compound | 0.6 | 0.6 | 0.4 | NA | NA | NA | NA |
| 3.5% Compound | 0.3 | 0.3 | 0.2 | 0.3 | 0.9 | 1.5 | NA |
| 3% Compound | 31.7 | 32.7 | 20.9 | 23.2* | 23.0 | 26.7 | 30.1 |
| 2% Compound | 3.6 | 2.9 | 1.6 | 1.6 | NA | NA | NA |
| 1% Compound | 1.7 | 1.6 | 0.5 | NA | NA | NA | NA |
| Step-rated | 0.0 | NR | NR | NR | 2.3 | 2.4 | 0.0 |
| Other Compound | 9.1 | 8.7 | 19.5 | 19.1 | 10.3 | 4.6 | 6.7* |
| 5% Simple for Life | 0.1 | 0.1 | 0.4 | 0.2 | 0.6 | 3.4 | 4.8 |
| Other Simple | 1.5 | 0.9 | 1.3 | NA | NA | NA | NA |
| Age-Adjusted | 0.2 | 0.2 | 0.5 | 0.2 | 4.0 | 1.9 | 0.5 |
| Indexed for Life Level Premium | 0.3 | 0.3 | 0.4 | 0.4 | 0.7 | 2.5 | 4.0 |
| Deferred Compound Option | NR | NR | NR | NR | 3.8 | 3.0 | 2.3 |
| FPO: Fixed | 18.3 | 20.4 | 26.2* | 27.5 | 31.5 | 25.7 | 21.9 |
| FPO: Indexed | 16.3 | 13.5 | 10.6 | 5.1 | 4.5 | 2.6 | 1.6 |
| No Benefit Increases | 14.6 | 16.1 | 15.5 | 19.8 | 15.2 | 16.0 | 14.4 |
| Other | 0.0 | 0.0 | 0.0 | 1.1 | 0.9* | 5.7 | 4.5* |

*Prior to 2019, we adjusted the asterisked cells so the total would be 100%. Beginning in 2019, results might not add to 100% because of rounding.

### TABLE 14: PROJECTED AGE 80 MAXIMUM DAILY BENEFIT FOR AVERAGE SALE

| Year: | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|---|
| Average Issue Age: | 58 | 58 | 57 | 57 | 56 | 56 | 57 | 58 |
| Age 80 MDB: | $305 | $306 | $313 | $272 | $281 | $292 | $295 | $312 |
| Effective average compound rate: | 2.9% | 2.9% | 3.0% | 2.2% | 2.4% | 2.5% | 2.7% | 3.1% |

### TABLE 15: FUTURE PURCHASE OPTION ELECTION RATES

| Year: | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|---|
| Election Rate: | 81.8% | 81.5% | 76.9% | 34.7% | 32.8% | 33.9% | 27.8% | 24.0% |

Note: The difference between 2018 and 2017 was attributable to an insurer which contributed FPO data starting in 2018. It issues negative election FPOs.

# 2021 Milliman LTCI Survey Product Exhibit

| # | | Bankers Life | | Knights of Columbus | | Mutual of Omaha | |
|---|---|---|---|---|---|---|---|
| 1 | COMPANY NAME | | | | | | |
| 2 | Product Type | Comprehensive | | Facility-Only | Comprehensive | Comprehensive | |
| 3 | Product Marketing Name | SimpleChoice TQ Standard | SimpleChoice TQ Premier & Elite | Long Term Care Plus | | Mutual Care Secure Solution | Mutual Care Custom Solution |
| 4 | Product Form Number | GR-N620 | GR-N650 | ICC14 NHC2 7-14 | ICC14 LTC2 7-14 | | LTC13 |
| 5 | Year First LTCI Product Offered | 1985 | | 2000 | | 1987 | |
| 6 | Year Current LTCI Product Was Priced | 2013 | | 2014 | | 2020 | |
| 7 | Jurisdictions LTCI Available | All States (BCLIC in NY) | | All States & DC | | All States & DC | |
| 8 | State Partnerships (as of January 1, 2021) | 40 (Including CT, IN) | | None | | 38 | |
| 9 | **Financial Ratings (as of December 31, 2020)** | | | | | | |
| 10 | A.M. Best | A- | | A+ | | A+ | |
| 11 | Standard and Poor's | AA- | | AA+ | | A+ | |
| 12 | Moody's | A3 | | Not Rated | | A1 | |
| 13 | Fitch | A- | | Not Rated | | Not Rated | |
| 14 | COMDEX Ranking (as of May 1, 2021) | 63 | | 98 | | 90 | |
| 15 | **Statutory Financials (Millions)** | | | | | | |
| 16 | Assets (December 31, 2020) | $17,025 | | $27,658 | | $9,440 | |
| 17 | Capital & Surplus (December 31, 2020) | $1,235 | | $2,311 | | $3,623 | |
| 18 | Percent Increase (Assets, Surplus) | 4%, 5% | | 3%, 0% | | 4%, 15% | |
| 19 | **LTCI Premium (Millions)** | | | | | | |
| 20 | 2020 First Year Premium | $1.8 | | $3.3 | | $40.8 | |
| 21 | 2020 End of Year In-Force Premium | $363.6 | | $79.0 | | $537.7 | |
| 22 | Percent Increase (New Business, In-Force) | -22%, -2% | | -44%, 5% | | -14%, 6% | |
| 23 | Most recent issue year that has had a price increase | 2015 | | Never had a rate increase | | 2013 | |
| 24 | **LTCI Lives Insured** | | | | | | |
| 25 | 2020 First Year Issued | 736 | | 1,658 | | 14,943 | |
| 26 | 2020 End of Year In-Force | 194,230 | | 50,628 | | 222,449 | |
| 27 | Percent Increase (New Business, In-Force) | -18%, -5% | | 1%, 2% | | -17%, 4% | |
| 28 | **Product Ranges and Elimination Period Terms** | | | | | | |
| 29 | Issue Age Range | 18 - 84 | | 18 - 75 | | 30 - 79 | |
| 30 | Daily, Weekly or Monthly Benefit Range | $40 - $400 | | $1,500 - $15,000/Month | | $1,500 - $10,000/Month | |
| 31 | Benefit Periods and/or Pools | 1, 2, 3 | | 3, 5, 10 | | 2, 3, 4, 5 | $50,000 - $500,000 (up to 8.3 years) |
| 32 | Elimination Periods | 0, 15, 30, 60, 90, 180, 365, 730, 1095, 1460 | | 30, 90, 180 (cut in half for HCBC with care coordination)** | | 90, 180, 365 | 0, 30, 60, 90, 180, 365 |
| 33 | Vanishing, Cumulative | Yes, Yes | | Yes, No | | Yes, Yes | |
| 34 | Elimination Period Crediting | 3 HC/Week = 7 | | Calendar Days | | Calendar Days After 1st Expense | |
| 35 | 0-day HCBC EP with longer NH EP | NA | | Facility-Only | NA | Extra Cost; HC Days Retire FC EP | |
| 36 | **Product Benefits** | | | | | | |
| 37 | Number of: Benefit Pools, EPs | 1,1 | | Facility-Only | 1, 1 | 1, 1 | |
| 38 | Partial Cash (Disability) Alternative | NA | | NA | | 25% (Automatic) | |
| 39 | Additional Cash Benefit | 25% (Extra Cost) | | | | NA | |
| 40 | HCBC Payment Basis | Weekly | Monthly | Facility Only | Monthly | Monthly | |
| 41 | Assisted Living (Percent of NH Max) | 50% | 100% | 100% | | 50%, 75%, 100% | |
| 42 | Home Care Health Aide (Percent of NH Max) | | 50%, 100% | | 100% | | |
| 43 | Independent Professional | | | Facility Only | | | |
| 44 | Homemaker Services | Must Be Incidental | | | Same as Custodial Care | Same as Custodial Care | |
| 45 | Informal Care (Other Than Family) | Not Covered | | | | Cash Alternative Has 0 Day EP; if used it Delays Satisfying the EP | |
| 46 | Informal Family Care | | | | Not Covered | | |
| 47 | **Benefit Increase Features** | | | | | | |
| 48 | Lifetime Compound Increases (Level Premium) | 2%, 3%, 4%, 5% | | 3%, 5% | | 3%, 4%, 5% | 1% to 5%, 0.25% increments & Buy-Up Option |
| 49 | Lifetime Simple Increases (Level Premium) | 5% | | NA | | NA | |
| 50 | Other Increases (Level Premium) | 2 Decreasing Inflation Options Are Also Offered (See Other Comments) | | | | 3% or 5% CBIO for 20 Years | Above w/ 10, 15, or 20 yr periods |
| 51 | Future Purchase Options (FPO) | 15% Every 3 Years | | Board-set % Every 2 Years Until 2 Straight Declines or On Clm | | NA | No FPO. Buy-up option allows % incr each yr not to exceed 5%, |
| 52 | Benefit Increase Comments | FPO: To 89 If No Declines or Claims | | | | | Avail prior to sooner of 20 yrs or age 75 and not chronically ill |
| 53 | Other Comments | 5% Compound Through Age 60, Then Either 3% Compound or 5% Simple Through Age 75, Then 0%; Facility Only; NTQ | | | | Electronic App | Rider Doubles MMB for Professional HC (365 days for nurse) |

# 2021 Milliman LTCI Survey Product Exhibit

| # | | Bankers Life and Casualty Company | | Knights of Columbus | | Mutual of Omaha | |
|---|---|---|---|---|---|---|---|
| 54 | COMPANY NAME | | | | | | |
| 55 | Product Marketing Name | SimpleChoice TQ Standard | SimpleChoice TQ Premier & Elite | Long Term Care Plus | | Mutual Care Secure Solution | Mutual Care Custom Solution |
| 56 | Sales Rep/Source for More Info | www.bankerslife.com | | dan.hill@kofc.org | | 1-800-693-6083 | |
| 57 | **Ancillary Benefits** | | | | | | |
| 58 | Bed Reserve Days/Year, Respite during EP? | 60+ Other, No | 60+ Other, 21 | 21, 21 | | 30+ Other, 30 | |
| 59 | Alternative Plan of Care (APC) | No | Contractual After EP | Contractual After EP | | Contractual After EP | |
| 60 | Home Modification | NA | 30 x MDB | Facility Only | min (45 x MDB, $5000)* | 2 x Mo Max If Care Coord Is Used* | |
| 61 | Caregiver Training Benefit | | 25% of Monthly HC | | $500/Calendar Year | | |
| 62 | Emergency Alert | | 5% HC MMB; Max 12 Months | | APC w/Care Co-ord | Included Above* | |
| 63 | Equipment Benefit | | | | Included Above* | | |
| 64 | Drug, Ambulance Benefit | NA, $75/Trip x 4x/Year | | NA, $250/Year | | NA | |
| 65 | **Claims Issues** | | | | | | |
| 66 | Conditional Receipt Protection | No | | No | | No | |
| 67 | Coverage Beyond USA | Canada (Other = 30 Days) | | Canada & US Territories | | Canada & UK; Indemnity for Other (365) | |
| 68 | Provider Discounts (Directly or Indirectly) | No | | LifePlans Provider Discount Program* | | No | |
| 69 | Care Coordination Available From | Through Network | | Through Network** or up to $500/yr for client's choice | | Company Staff | |
| 70 | Independent Review | Extended to IF in states with IR | | Extended to All Claimants | | As Required by Law | |
| 71 | **Premiums and Discounts** | | | | | | |
| 72 | Gender-distinct or Unisex pricing | Gender-Distinct | | Gender-Distinct | | Gender-Distinct | |
| 73 | Preferred Discount | 10% | | 10% | | 15% | |
| 74 | Substandard Extra Ratings | 25% | | 50% | | 25%, 50% | |
| 75 | Two-Spouse, Two-Partner Discounts | 35%, 10% | | 30%, 0% | | 15%, 15% | |
| 76 | Requires Identical Coverage | No | | No | | No | |
| 77 | If Spouse is a Surprise Decline | One-spouse discount | | One-spouse discount | | One-spouse discount | |
| 78 | If Spouse answers "Yes" to 'Knock-Out' question | | | | | | |
| 79 | One-Spouse Discount (Only 1 Spouse Applies) | 15% | | 15% | | 5% | |
| 80 | Maximum Best UW Class & Spouse Discount | 41.5% | | 37% | | 27.75% | |
| 81 | Later Marriage Earns Discount For: | IF & New Spouse (if within two years); Otherwise, New Spouse gets one-buy discount | | New Spouse gets 15% discount | | If Same Policy Series, IF & New Spouse; Otherwise new spouse gets 15% discount | |
| 82 | When are dividends or credits expected to start? | NA | | NA | | Not applicable | |
| 83 | Most Common Employer, Affinity Discount | NA, 5% | | | | 5% (Not Employer Sponsored), 5% | |
| 84 | Minimum Size Employer Group, Number Apps | NA | | | | 5 Apps, Common Employer Program Only | |
| 85 | Minimum Size Affinity Group, Number Apps | Varies | | | | 100, 10 | |
| 86 | Modal Factors (SA, Q, M, PAC) | 51.50%, 26.25%, 9.17%, 8.58% | | 52%, 26.5%, NA, 8.65% | | 51%, 26%, NA, 9% | |
| 87 | Credit Card: Frequencies Accepted | None | | None | | None | |
| 88 | How long unmarried partners must co-habit for discount | Five years | | NA | | Three years | |
| 89 | Any discounts available for non-spouse relatives? | No | | No | | No | |
| 90 | **Non-Level Premiums** | | | | | | |
| 91 | Limited Premium Periods | NA | | NA | | NA | |
| 92 | **Waiver of Premium** | | | | | | |
| | First Premium Waived (Days) | Elimination | | Elimination | | Elimination | |
| | HCBC Waiver | Yes | | Yes | | Yes, With 8 Days of Care/Month | |
| | Joint Waiver | Extra Cost | Automatic | Not Offered | | Not Offered | Extra Cost |
| 96 | **Return of Premium Upon Death (ROP)** | | | | | | |
| 97 | ROP Design #1 | Net; Grades from 10% @ 4th Year to 100% @ Year 20+ | | Automatic: Net, Death Before 65 | | Net, 3 x initial MMB after 10 yrs | |
| 98 | Other ROP Design(s) | NA | | NA | | NA | Net, 100%; Net 100% to 65 |
| 99 | **Other Riders & Features** | | | | | | |
| 100 | Paid Up Survivor Benefit | Extra Cost | | Not Offered | | Not Offered | Extra Cost |
| 101 | Both People Must Survive Number of Years | 10 | | NA | | NA | 10 |
| 102 | Claim-Free Requirement? | No | | | | | No |
| 103 | Shared Care Benefit | Permanent Extra $, Third Pool | | Available with 3-year or 5-year BP in lieu of couples discount | | Permanent Extra $ | |
| 104 | Other Shared Care Aspects | | | NA | | Must Leave 1 Year for Living Spouse | |
| 105 | Restoration of Benefits | Extra Cost | Included | | | NA | |
| 106 | Other Comments | Extra-Cost Rider Ups Survivor's Daily Benefit 50% But Survivor's Prem is Unchanged; Return of Premium Applies on Lapse Also. | | Claims subject to "usual and customary"; Caregiver training and care management benefits do not count against monthly max but do count against lifetime max | | Spouse Security Benefit Pays 60% of Reimbursement Benefit; 5% "Common Employer" Discount But Employer Cannot Be Involved in Any Way | |
| 107 | Linked Benefit Policies Offered | None | | None | | None | |

# 2021 Milliman LTCI Survey Product Exhibit

| # | | National Guardian Life Insurance Company | | New York Life Insurance Company | | Thrivent |
|---|---|---|---|---|---|---|
| 1 | COMPANY NAME | National Guardian Life Insurance Company | | New York Life Insurance Company | | Thrivent |
| 2 | Product Type | Comprehensive | Work-Site | Comprehensive | | Comprehensive |
| 3 | Product Marketing Name | EssentialLTC | EssentialLTC Employer Group | NYL My Care | NYL Secure Care | Long-Term Care Insurance |
| 4 | Product Form Number | NLTC100P | | ICC18-LTCD | ICC14-LTC6 | ICC13 H-HX-LTC |
| 5 | Year First LTCI Product Offered | 2016 | | 1988 | | 1987 |
| 6 | Year Current LTCI Product Was Priced | 2021 | | 2018 | 2016 | 2016 |
| 7 | Jurisdictions LTCI Available | All States & DC (except MT, NY) | Not in AZ, FL, ME, MT, NY | All States & DC | | All States & DC (except NY) |
| 8 | State Partnerships (as of January 1, 2021) | 35 | | 35 | | 41 (Including IN) |
| 9 | **Financial Ratings (as of December 31, 2020)** | | | | | |
| 10 | A.M. Best | A | | A++ | | A++ |
| 11 | Standard and Poor's | Not Rated | | AA+ | | Not Rated |
| 12 | Moody's | Not Rated | | Aaa | | Not Rated |
| 13 | Fitch | Not Rated | | AAA | | Not Rated |
| 14 | COMDEX Ranking (as of May 1, 2021) | Not Ranked | | 100 | | Not Ranked |
| 15 | **Statutory Financials (Millions)** | | | | | |
| 16 | Assets (December 31, 2020) | $4,821 | | $359,300 | | $109,325 |
| 17 | Capital & Surplus (December 31, 2020) | $431 | | $26,994 | | $10,698 |
| 18 | Percent Increase (Assets, Surplus) | 2%, 11% | | 9%, 0% | | 7%, 6% |
| 19 | **LTCI Premium (Millions)** | | | | | |
| 20 | 2020 First Year Premium | $5.9 | | $16.7 | | $8.6 |
| 21 | 2020 End of Year In-Force Premium | $11.3 | | $315.6 | | $203.5 |
| 22 | Percent Increase (New Business, In-Force) | 55%, 70% | | -4%, 2% | | -9%, -1% |
| 23 | Most recent issue year that has had a price increase | Never had a rate increase | | 2014 | | 2003 |
| 24 | **LTCI Lives Insured** | | | | | |
| 25 | 2020 First Year Issued | 921 | | 5,811 | | 2,678 |
| 26 | 2020 End of Year In-Force | 2,373 | | 149,660 | | 117,184 |
| 27 | Percent Increase (New Business, In-Force) | 23%, 60% | | -1%, 1% | | -12%, -3% |
| 28 | **Product Ranges and Elimination Period Terms** | | | | | |
| 29 | Issue Age Range | 40-79 (age nearest birthday) | | 25-79 | | 18 - 79 |
| 30 | Daily, Weekly or Monthly Benefit Range | $50-$300 | | $50-$400 | | $1,500 - $15,000/Month |
| 31 | Benefit Periods and/or Pools | 2, 3, 4, 5, 6, Lifetime | | $50,000-$500,000 in increments of $5K; Max=60 x MMB | 2, 3, 5, 7 | 2, 3, 4, 5, 8 |
| 32 | Elimination Periods | 30, 90, 180 | | Deductible=3, 6, 9 or 12 x MMB (then 20% co-pay) | 90, 180, 365 (20 for HCBC*) | 30, 90, 180 |
| 33 | Vanishing, Cumulative | Yes, Yes | | Yes, Yes | | Yes, Yes |
| 34 | Elimination Period Crediting | Service Days | | Dollars spent | Service Days | 1 HC/Week=7 |
| 35 | 0-day HCBC EP with longer NH EP | Extra Cost; HC Days Retire FC EP | | NA | | Extra Cost; HC Days Retire FC EP |
| 36 | **Product Benefits** | | | | | |
| 37 | Number of: Benefit Pools, EPs | 1, 1 | | 1, 0 (deductible ilo EP) | 1,1 | 1,1 |
| 38 | Partial Cash (Disability) Alternative | NA | | NA | | NA |
| 39 | Additional Cash Benefit | NA | | NA | | 10% in Facilities but 15% at Home (Extra Cost) |
| 40 | HCBC Payment Basis | Daily | | Monthly | Daily (Monthly@31 x MDB*) | Monthly |
| 41 | Assisted Living (Percent of NH Max) | 100% | | 100% | | 100% |
| 42 | Home Care Health Aide (Percent of NH Max) | 100% | | 100% | 50%, 80%, 100% | 100% |
| 43 | Independent Professional | Not Covered | | Not Covered | | |
| 44 | Homemaker Services | Same As Custodial Care | | 1 day/wk if 2 LTC days provided | | Same As Custodial Care |
| 45 | Informal Care (Other Than Family) | Not Covered | | Not Covered | 50% of HC MDB up to 365 days with 4+ hrs of care/day from non-Partner. | Not Covered |
| 46 | Informal Family Care | | | Not Covered | | |
| 47 | **Benefit Increase Features** | | | | | |
| 48 | Lifetime Compound Increases (Level Premium) | 3%, 5% | | 2%, 3%, 5% | 3%, 5% | 1%, 2%, 3%, 5% |
| 49 | Lifetime Simple Increases (Level Premium) | NA | | NA | 3% | NA |
| 50 | Other Increases (Level Premium) | NA | | Benefits increase based on CPI-U (cap: 7.5%/yr) until declined 2x or age 95. | Based on CPI-U (cap: 7.5%/yr) | |
| 51 | Future Purchase Options (FPO) | | | | Premiums & benefits increase based on CPI-U (cap: 7.5%/yr) | FPO provides automatic 5% increases each yr until declined 3x in a row. Always applies when premium is waived. |
| 52 | Benefit Increase Comments | | | CPI FPO increases use attained-age price per unit | CPI increases maintain original-age price per unit | |
| 53 | Other Comments | Single Premium is available, facilitating §1035 exchanges | | Deductible instead of EP; 20% co-pay | Partners Benefit Rider provides Jt WP and Shared EP | Must meet eligibility requirements for fraternal membership. |

# 2021 Milliman LTCI Survey Product Exhibit

| | COMPANY NAME | National Guardian Life Insurance Company | | New York Life Insurance Company | | Thrivent |
|---|---|---|---|---|---|---|
| 54 | | | | | | |
| 55 | Product Marketing Name | EssentialLTC | EssentialLTC Employer Group | NYL My Care | NYL Secure Care | Long-Term Care Insurance |
| 56 | Sales Rep/Source for More Info | 888-505-2332 or www.ngl-essentialltc.com | | (800) 224-4582 | | 1-800-THRIVENT |
| 57 | **Ancillary Benefits** | | | | | |
| 58 | Bed Reserve Days/Year, Respite during EP? | 30+Other, 30 | | 60+Other, 30 | | 60+Other, 2 x Monthly Max |
| 59 | Alternative Plan of Care (APC) | No | | Contractual When Benefit Eligible | | Contractual After EP |
| 60 | Home Modification | Not Covered | | NA | Grab bars, hand rails, ramps | 2 x Monthly Max* |
| 61 | Caregiver Training Benefit | 5 x MDB | | 20% x MMB | 5 x Facility MDB | 2 x Monthly Max |
| 62 | Emergency Alert | Up to $50/Month | | NA | | Included Above* |
| 63 | Equipment Benefit | Not Covered | | $5,000 | $4,000 | |
| 64 | Drug, Ambulance Benefit | NA | | NA | | NA |
| 65 | **Claims Issues** | | | | | |
| 66 | Conditional Receipt Protection | No | | Up to $5000 for 60 days after app | Up to $1000 for 60 days after app | Full, After UW Reqt |
| 67 | Coverage Beyond USA | Canada (others = 30 days) | | 3 x MMB | 100 x Facility MDB | 2x Max Monthly Benefit |
| 68 | Provider Discounts (Directly or Indirectly) | No | | No | | No |
| 69 | Care Coordination Available From | Through Network | | Through Network | Through Network* | Through Network |
| 70 | Independent Review | As Required By Law | | Extended to IF in States with IR | | Extended to IF in States with IR |
| 71 | **Premiums and Discounts** | | | | | |
| 72 | Gender-distinct or Unisex pricing | Gender-Distinct | Unisex | Gender-Distinct | | Gender-Distinct |
| 73 | Preferred Discount | NA | None | NA | | 10% |
| 74 | Substandard Extra Ratings | | | 25%, 50%, 75%, 100% | 50%, 100% | 25%, 50% |
| 75 | Two-Spouse, Two-Partner Discounts | Together pay 125% of female premium at the older insured's age | Together pay 125% of premium at the older insured's age | 25%, 25% | | 20%, 20% |
| 76 | Requires Identical Coverage | Yes | | No | | No |
| 77 | If Spouse is a Surprise Decline | | | | | |
| 78 | If Spouse answers "Yes" to 'Knock-Out' question | Single Person Price at that person's age | | One-spouse discount | No Discount | One-spouse discount |
| 79 | One-Spouse Discount (Only 1 Spouse Applies) | 0% | | 10% | 0% | 5% |
| 80 | Maximum Best UW Class & Spouse Discount | ~24.5% (same age couple) | 37.5% (same age couple) | 25% | | 30% |
| 81 | Later Marriage Earns Discount For: | Neither | | New Spouse | | IF & New Spouse |
| 82 | When are dividends or credits expected to start? | NA | NA | End of 3rd year | End of 10th year | |
| 83 | Most Common Employer, Affinity Discount | NA, 5% | | 5%, 5%; not for SSTD | | NA |
| 84 | Minimum Size Employer Group, Number Apps | NA | 5, 2-5 varies by state | None, None | | |
| 85 | Minimum Size Affinity Group, Number Apps | 10, 1 | NA | | | |
| 86 | Modal Factors (SA, Q, M, PAC) | 52%, 27%, 8.75%, 8.75% | | 51%, 26%, NA, 9% | | 50.8%, 25.6%, NA, 8.6% |
| 87 | Credit Card: Frequencies Accepted | None | | None | | None |
| 88 | How long unmarried partners must co-habit for discount | One Day | | Three years | | Three years |
| 89 | Any discounts available for non-spouse relatives? | Yes, if same generation cohabitants | | No | | Yes, if same generation 3-year cohabitants |
| 90 | **Non-Level Premiums** | | | | | |
| 91 | Limited Premium Periods | 1, 10 | | NA | | 10 |
| 92 | **Waiver of Premium** | | | | | |
| 93 | First Premium Waived (Days) | Elimination | | After Deductible | Elimination | Elimination |
| 94 | HCBC Waiver | Yes | | Yes | | Yes |
| 95 | Joint Waiver | Automatic | | Not Offered | Extra Cost | Automatic w/ Shared Care |
| 96 | **Return of Premium Upon Death (ROP)** | | | | | |
| 97 | ROP Design #1 | Net of claims paid, 2nd-to-die | | Automatic, Net, Death Before 65 | Net, 100% | Net, 100% for death after 10 years |
| 98 | Other ROP Design(s) | Can add Cash Surrender Option (grades up to 80% after 4 years) | | NA | | NA |
| 99 | **Other Riders & Features** | | | | | |
| 100 | Paid Up Survivor Benefit | Not Offered | | Not Offered | | Extra Cost |
| 101 | Both People Must Survive Number of Years | | | | | 10 |
| 102 | Claim-Free Requirement? | NA | | NA | | Yes |
| 103 | Shared Care Benefit | Permanent Extra $, Third Pool | | Permanent Extra $ | Permanent Extra $, Third Pool | Extra Cost Ends If Partner Dies |
| 104 | Other Shared Care Aspects | NA | | Cannot be unilaterally taken away | | Pool Depleted, Spouse <86 & No Clm in 2 Yrs, Can Buy 2 Yr BP |
| 105 | Restoration of Benefits | NA | | >12 mos of not being chronically ill | | NA |
| 106 | Other Comments | Markets ROP & Surrender Option as alternative to Combo Policies. Can use §1035. | | Premium gtd for 3 yrs; FY 5% discount if other NYLIC policy | Qual'd EP costs can be reimbursed at end of next cal. yr after claim ends if policy is still IF (EP reinstated). | 5-Year Rate Guarantee |
| 107 | Linked Benefit Policies Offered | See row 106 | | | Life | None |

# 2021 Milliman LTCI Survey

*Company (Product): Most Common Rating Class; $100/Day; 90 Day Elimination Period*

## 90 Day Elimination / Five-Year Benefit Period

| Company | Product | UW Class of Displayed Premiums | Single Insured — Without Benefit Increases | | | | | | | | Single Insured — 3% Compound Benefit Increases | | | | | | | | Single Insured — 5% Compound Benefit Increases | | | | | | | | Male & Female Couple the Same Age — Without Benefit Increases | | | | Male & Female Couple the Same Age — 3% Compound Benefit Increases | | | | Male & Female Couple the Same Age — 5% Compound Benefit Increases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Age 40 M | Age 40 F | Age 50 M | Age 50 F | Age 60 M | Age 60 F | Age 70 M | Age 70 F | Age 40 M | Age 40 F | Age 50 M | Age 50 F | Age 60 M | Age 60 F | Age 70 M | Age 70 F | Age 40 M | Age 40 F | Age 50 M | Age 50 F | Age 60 M | Age 60 F | Age 70 M | Age 70 F | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 |
| Bankers Life and Casualty Company | Bankers SimpleChoice TQ Standard LTC GR-N620 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Bankers Life and Casualty Company | Bankers SimpleChoice TQ Premier & Elte LTC GR-N650 Policy | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Knights of Columbus | Long Term Care Plus NHC2 | 2/3 | 355 | 559 | 481 | 775 | 897 | 1,436 | 1,915 | 2,925 | 987 | 1,681 | 1,168 | 1,956 | 1,749 | 2,847 | 3,049 | 4,652 | 1,848 | 3,154 | 1,944 | 3,274 | 2,539 | 4,130 | 3,931 | 6,019 | 640 | 879 | 1,633 | 3,388 | 1,867 | 2,186 | 3,217 | 5,391 | 3,502 | 3,653 | 4,668 | 6,965 |
| Knights of Columbus | Long Term Care Plus LTC2 | 2/3 | 459 | 718 | 636 | 1,004 | 1,118 | 1,589 | 2,382 | 3,527 | 1,277 | 2,101 | 1,458 | 2,346 | 1,990 | 3,110 | 3,683 | 5,448 | 2,343 | 3,837 | 2,403 | 3,915 | 3,100 | 4,832 | 4,722 | 6,942 | 823 | 1,148 | 1,895 | 4,137 | 2,364 | 2,663 | 3,570 | 6,392 | 4,326 | 4,422 | 5,553 | 8,165 |
| Mutual of Omaha | Mutual of Omaha Secure Solution | 2/4 | 563 | 954 | 695 | 1,136 | 972 | 1,701 | 2,165 | 3,509 | 1,367 | 2,364 | 1,642 | 2,900 | 2,063 | 3,826 | 3,365 | 5,895 | 2,912 | 5,447 | 3,056 | 5,611 | 3,093 | 5,917 | 4,019 | 7,418 | 1,289 | 1,556 | 2,272 | 4,823 | 3,172 | 3,861 | 5,006 | 7,871 | 7,105 | 7,367 | 7,659 | 9,721 |
| National Guardian Life Insurance Company | NGL EssentialLTC | 1/1 | 519 | 849 | 663 | 1,093 | 978 | 1,617 | 2,142 | 3,466 | 1,183 | 1,936 | 1,406 | 2,317 | 1,800 | 2,975 | 3,021 | 4,887 | 2,776 | 4,544 | 2,917 | 4,808 | 3,190 | 5,271 | 3,985 | 6,447 | 1,062 | 1,366 | 2,021 | 4,333 | 2,420 | 2,896 | 3,719 | 6,109 | 5,679 | 6,011 | 6,588 | 8,059 |
| National Guardian Life Insurance Company | NGL EssentialLTC Employer Group | 1/1 | 764 | | 984 | | 1,455 | | 3,119 | | 1,743 | | 2,085 | | 2,677 | | 4,398 | | 4,089 | | 4,327 | | 4,744 | | 5,802 | | 955 | 1,229 | 1,819 | 3,899 | 2,178 | 2,606 | 3,347 | 5,498 | 5,112 | 5,409 | 5,930 | 7,253 |
| New York Life Insurance Company | NYL My Care | 1/5 | 643 | 942 | 806 | 1,248 | 1,111 | 1,787 | 2,115 | 3,503 | 1,466 | 2,514 | 1,600 | 2,819 | 1,921 | 3,395 | 2,949 | 5,244 | 2,664 | 5,349 | 2,664 | 5,349 | 2,741 | 5,358 | 3,834 | 7,200 | 1,189 | 1,541 | 2,173 | 4,214 | 2,986 | 3,315 | 3,987 | 6,145 | 6,010 | 6,010 | 6,074 | 8,275 |
| New York Life Insurance Company | NYL Secure Care | 1/3 | 745 | 974 | 981 | 1,361 | 1,471 | 2,239 | 3,171 | 4,659 | 2,647 | 3,897 | 2,840 | 4,316 | 3,386 | 5,533 | 5,703 | 9,092 | 5,157 | 8,541 | 4,727 | 7,883 | 4,928 | 8,657 | 7,435 | 12,439 | 1,290 | 1,757 | 2,782 | 5,873 | 4,908 | 5,367 | 6,689 | 11,096 | 10,273 | 9,457 | 10,189 | 14,906 |
| Thrivent Financial for Lutherans | Thrivent Long-Term Care Insurance | 2/4 | 480 | 690 | 720 | 1,110 | 1,170 | 1,890 | 2,310 | 3,780 | 1,171 | 2,070 | 1,469 | 2,575 | 1,954 | 3,459 | 3,119 | 5,481 | 2,520 | 5,009 | 2,700 | 5,073 | 3,065 | 5,727 | 4,204 | 7,711 | 936 | 1,464 | 2,448 | 4,872 | 2,593 | 3,235 | 4,330 | 6,880 | 6,024 | 6,218 | 7,034 | 9,532 |

## 90 Day Elimination / Lifetime Benefit Period

| Company | Product | UW Class of Displayed Premiums | Single Insured — Without Benefit Increases | | | | | | | | Single Insured — 3% Compound Benefit Increases | | | | | | | | Single Insured — 5% Compound Benefit Increases | | | | | | | | Male & Female Couple — Without Benefit Increases | | | | Male & Female Couple — 3% Compound | | | | Male & Female Couple — 5% Compound | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bankers Life and Casualty Company | Bankers SimpleChoice TQ Standard LTC GR-N620 | 2/3 | 292 | 425 | 450 | 687 | 760 | 1,185 | 1,708 | 2,577 | 748 | 1,185 | 1,039 | 1,653 | 1,489 | 2,334 | 2,680 | 4,005 | 1,708 | 2,759 | 1,981 | 3,154 | 2,407 | 3,744 | 3,726 | 5,507 | 466 | 739 | 1,264 | 2,785 | 1,256 | 1,750 | 2,485 | 4,346 | 2,904 | 3,338 | 3,998 | 6,001 |
| Bankers Life and Casualty Company | Bankers SimpleChoice TQ Premier & Elte LTC GR-N650 Policy | 2/3 | 391 | 577 | 603 | 941 | 1,027 | 1,617 | 2,280 | 3,486 | 994 | 1,590 | 1,385 | 2,213 | 1,995 | 3,141 | 3,605 | 5,427 | 2,313 | 3,738 | 2,677 | 4,268 | 3,247 | 5,070 | 4,997 | 7,435 | 635 | 1,014 | 1,763 | 3,939 | 1,680 | 2,339 | 3,338 | 5,871 | 3,972 | 4,559 | 5,546 | 8,493 |
| Knights of Columbus | Long Term Care Plus NHC2 | 2/3 | 324 | 479 | 431 | 655 | 794 | 1,201 | 1,671 | 2,425 | 845 | 1,358 | 999 | 1,580 | 1,496 | 2,367 | 2,604 | 3,760 | 1,553 | 2,493 | 1,638 | 2,595 | 2,143 | 3,288 | 3,324 | 4,798 | 562 | 760 | 1,396 | 2,867 | 1,542 | 1,805 | 2,704 | 4,455 | 2,832 | 2,963 | 3,802 | 5,686 |
| Knights of Columbus | Long Term Care Plus LTC2 | 2/3 | 409 | 604 | 565 | 839 | 927 | 1,368 | 1,940 | 2,758 | 1,078 | 1,669 | 1,232 | 1,868 | 1,694 | 2,698 | 3,135 | 4,347 | 1,943 | 2,983 | 1,996 | 3,047 | 2,492 | 3,789 | 3,716 | 5,468 | 709 | 983 | 1,606 | 3,289 | 1,923 | 2,170 | 3,075 | 5,237 | 3,448 | 3,530 | 4,397 | 6,429 |
| Mutual of Omaha | Mutual of Omaha Secure Solution | 2/4 | 441 | 696 | 541 | 830 | 774 | 1,244 | 1,736 | 2,596 | 1,070 | 1,725 | 1,279 | 2,119 | 1,643 | 2,797 | 2,698 | 4,361 | 2,278 | 3,975 | 2,380 | 4,101 | 2,464 | 4,326 | 3,222 | 5,488 | 966 | 1,166 | 1,715 | 3,682 | 2,376 | 2,889 | 3,774 | 6,001 | 5,316 | 5,509 | 5,771 | 7,404 |
| National Guardian Life Insurance Company | NGL EssentialLTC | 1/1 | 399 | 653 | 510 | 841 | 753 | 1,244 | 1,648 | 2,666 | 910 | 1,490 | 1,081 | 1,782 | 1,385 | 2,288 | 2,324 | 3,759 | 2,135 | 3,495 | 2,244 | 3,699 | 2,453 | 4,054 | 3,065 | 4,959 | 817 | 1,051 | 1,555 | 3,333 | 1,862 | 2,228 | 2,860 | 4,699 | 4,369 | 4,624 | 5,068 | 6,199 |
| National Guardian Life Insurance Company | NGL EssentialLTC Employer Group | 1/1 | 588 | | 757 | | 1,119 | | 2,400 | | 1,341 | | 1,604 | | 2,060 | | 3,383 | | 3,146 | | 3,329 | | 3,649 | | 4,463 | | 735 | 946 | 1,399 | 2,999 | 1,676 | 2,005 | 2,574 | 4,229 | 3,932 | 4,161 | 4,561 | 5,579 |
| New York Life Insurance Company | NYL My Care | 1/5 | 529 | 695 | 650 | 913 | 871 | 1,302 | 1,613 | 2,479 | 1,155 | 1,817 | 1,236 | 2,013 | 1,460 | 2,374 | 2,258 | 3,699 | 2,087 | 3,819 | 2,087 | 3,819 | 2,125 | 3,819 | 2,969 | 5,167 | 918 | 1,172 | 1,630 | 3,070 | 2,229 | 2,436 | 2,875 | 4,468 | 4,429 | 4,429 | 4,458 | 6,102 |
| New York Life Insurance Company | NYL Secure Care | 1/3 | 644 | 777 | 794 | 1,017 | 1,154 | 1,615 | 2,430 | 3,326 | 2,014 | 2,788 | 2,152 | 2,994 | 2,549 | 3,827 | 4,288 | 6,232 | 3,911 | 5,955 | 3,554 | 5,415 | 3,723 | 5,983 | 5,580 | 8,476 | 1,066 | 1,358 | 2,076 | 4,317 | 3,602 | 3,860 | 4,782 | 7,890 | 7,400 | 6,727 | 7,279 | 10,542 |
| Thrivent Financial for Lutherans | Thrivent Long-Term Care Insurance | 2/4 | 390 | 540 | 570 | 810 | 900 | 1,350 | 1,770 | 2,730 | 928 | 1,528 | 1,140 | 1,920 | 1,530 | 2,579 | 2,425 | 4,122 | 1,919 | 3,542 | 2,069 | 3,783 | 2,340 | 4,266 | 3,239 | 5,733 | 744 | 1,104 | 1,800 | 3,600 | 1,965 | 2,448 | 3,287 | 5,238 | 4,369 | 4,681 | 5,285 | 7,178 |

## 90 Day Elimination / $200,000 Benefit Pool

| Company | Product | UW Class | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mutual of Omaha | Mutual of Omaha Custom Solution | 2/4 | 594 | 1,018 | 729 | 1,214 | 1,038 | 1,820 | 2,368 | 3,762 | 1,512 | 2,590 | 1,780 | 3,165 | 2,234 | 4,142 | 3,686 | 6,331 | 3,069 | 5,814 | 3,207 | 5,996 | 3,302 | 6,330 | 4,394 | 7,952 | 1,370 | 1,652 | 2,429 | 5,210 | 3,486 | 4,204 | 5,420 | 8,515 | 7,551 | 7,822 | 8,187 | 10,494 |

## 90 Day Elimination / $100,000 Benefit Pool

| Company | Product | UW Class | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mutual of Omaha | Mutual of Omaha Custom Solution | 2/4 | 424 | 657 | 519 | 785 | 744 | 1,177 | 1,686 | 2,471 | 1,078 | 1,672 | 1,268 | 2,047 | 1,602 | 2,678 | 2,625 | 4,159 | 2,189 | 3,754 | 2,283 | 3,876 | 2,368 | 4,092 | 3,130 | 5,224 | 918 | 1,108 | 1,633 | 3,534 | 2,338 | 2,817 | 3,638 | 5,767 | 5,051 | 5,236 | 5,491 | 7,100 |

# 2021 Milliman LTCI Survey

Shared care premiums for each carrier's most common rating classification reflecting $100/day initial maximum benefit after a 90-day elimination period, assuming that each spouse buys the indicated benefit period.

| 90 Day Elimination / Five-Year Benefit Period SHARED CARE | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male & Female Couple the Same Age | | | | | | | | | | | |
| | | | | Without Benefit Increases | | | | 3% Compound Benefit Increases | | | | 5% Compound Benefit Increases | | | |
| | | 3rd Pool? | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 | Age 40 | Age 50 | Age 60 | Age 70 |
| Bankers Life and Casualty Company | Bankers SimpleChoice TQ Standard LTC GR-N620 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Bankers Life and Casualty Company | Bankers SimpleChoice TQ Premier & Elte LTC GR-N650 Policy | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Knights of Columbus | Long Term Care Plus NHC2 | No | 914 | 1,256 | 2,333 | 4,840 | 2,668 | 3,124 | 4,596 | 7,701 | 5,002 | 5,219 | 6,668 | 9,950 |
| Knights of Columbus | Long Term Care Plus LTC2 | No | 1,176 | 1,640 | 2,707 | 5,909 | 3,378 | 3,804 | 5,100 | 9,131 | 6,181 | 6,318 | 7,933 | 11,664 |
| Mutual of Omaha | Mutual of Omaha Secure Solution | No | 1,496 | 1,805 | 2,636 | 5,595 | 3,679 | 4,479 | 5,807 | 9,130 | 8,242 | 8,546 | 8,884 | 11,276 |
| National Guardian Life Insurance Company | NGL EssentialLTC | Yes | 1,231 | 1,585 | 2,344 | 5,026 | 2,808 | 3,359 | 4,314 | 7,086 | 6,588 | 6,972 | 7,643 | 9,348 |
| National Guardian Life Insurance Company | NGL EssentialLTC Employer Group | Yes | 1,108 | 1,426 | 2,110 | 4,523 | 2,527 | 3,023 | 3,882 | 6,378 | 5,929 | 6,275 | 6,878 | 8,413 |
| New York Life Insurance Company | NYL My Care | No | 1,296 | 1,741 | 2,564 | 5,098 | 3,493 | 3,944 | 4,824 | 7,558 | 7,032 | 7,152 | 7,350 | 10,179 |
| New York Life Insurance Company | NYL Secure Care | Yes | 1,612 | 2,196 | 3,478 | 7,341 | 6,135 | 6,709 | 8,361 | 13,870 | 12,841 | 11,822 | 12,736 | 18,632 |
| Thrivent Financial for Lutherans | Thrivent Long-Term Care Insurance | No | 1,086 | 1,698 | 2,840 | 5,652 | 3,008 | 3,753 | 5,023 | 7,980 | 6,987 | 7,213 | 8,159 | 11,057 |

| 90 Day Elimination / Three-Year Benefit Period SHARED CARE | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bankers Life and Casualty Company | Bankers SimpleChoice TQ Standard LTC GR-N620 | Yes | 611 | 972 | 1,643 | 3,565 | 1,671 | 2,328 | 3,280 | 5,649 | 3,862 | 4,440 | 5,278 | 7,801 |
| Bankers Life and Casualty Company | Bankers SimpleChoice TQ Premier & Elte LTC GR-N650 Policy | Yes | 832 | 1,333 | 2,292 | 5,041 | 2,234 | 3,111 | 4,407 | 7,632 | 5,283 | 6,064 | 7,321 | 11,041 |
| Knights of Columbus | Long Term Care Plus NHC2 | No | 802 | 1,086 | 1,995 | 4,096 | 2,203 | 2,579 | 3,862 | 6,364 | 4,046 | 4,233 | 5,432 | 8,122 |
| Knights of Columbus | Long Term Care Plus LTC2 | No | 1,013 | 1,404 | 2,294 | 4,698 | 2,747 | 3,099 | 4,392 | 7,482 | 4,926 | 5,043 | 6,281 | 9,184 |
| Mutual of Omaha | Mutual of Omaha Secure Solution | No | 1,121 | 1,352 | 1,990 | 4,272 | 2,756 | 3,351 | 4,378 | 6,961 | 6,166 | 6,391 | 6,694 | 8,589 |
| National Guardian Life Insurance Company | NGL EssentialLTC | Yes | 1,029 | 1,324 | 1,959 | 4,199 | 2,346 | 2,807 | 3,604 | 5,921 | 5,505 | 5,826 | 6,386 | 7,811 |
| National Guardian Life Insurance Company | NGL EssentialLTC Employer Group | Yes | 926 | 1,192 | 1,763 | 3,779 | 2,111 | 2,526 | 3,244 | 5,329 | 4,954 | 5,243 | 5,747 | 7,030 |
| New York Life Insurance Company | NYL My Care | No | 1,001 | 1,324 | 1,923 | 3,714 | 2,608 | 2,899 | 3,479 | 5,495 | 5,182 | 5,271 | 5,394 | 7,505 |
| New York Life Insurance Company | NYL Secure Care | Yes | 1,332 | 1,698 | 2,596 | 5,396 | 4,502 | 4,825 | 5,977 | 9,863 | 9,250 | 8,408 | 9,099 | 13,177 |
| Thrivent Financial for Lutherans | Thrivent Long-Term Care Insurance | No | 930 | 1,380 | 2,250 | 4,500 | 2,456 | 3,060 | 4,109 | 6,547 | 5,461 | 5,852 | 6,606 | 8,972 |

| 90 Day Elimination / $200,000 Benefit Period SHARED CARE | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mutual of Omaha | Mutual of Omaha Custom Solution | No | 1,589 | 1,916 | 2,818 | 6,043 | 4,044 | 4,876 | 6,287 | 9,877 | 8,759 | 9,073 | 9,497 | 12,174 |

| 90 Day Elimination / $100,000 Benefit Period SHARED CARE | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mutual of Omaha | Comp | Mutual of Omaha Custom Solution | No | 1,065 | 1,286 | 1,894 | 4,099 | 2,712 | 3,268 | 4,220 | 6,689 | 5,859 | 6,074 | 6,370 | 8,236 |