# EXHIBIT 8

Tuesday, September 27, 2022

Dear Genworth Class Action Managers,

My name is Jerry Dean and I absolutely object to the terms of this class action suit. This suit has no bearing on the real issue with the Genworth problem. I bought my policy 20 years ago after being told that our premiums would remain "relatively constant". Nothing like this has occurred. My Premiums have gone up tremendously. Now this suit is designed to get poor, innocent people like to sign away their rights for a settlement that has no bearing on the real problem. Only the greedy attorneys will benefit. Except for Genworth itself. This will preclude customers like me who have suffered real damage from being in future legal transactions. Why would this be allowed to happen? There is nothing fair or equitable about this suit. When my wife and I turned 50 we were told that we should consider Long Term Insurance so that we could "Lock IN" rates before we got old. We bought into the hype that Genworth was selling. We went to an independent agent (Genworth was careful not to have their own employees peddle this false and misleading propaganda). Nothing about those promises has played out. Genworth waited a few years until people like me got so far into the game, or they developed health issues, so that there was no reasonable way to change coverage. It was a scam from the start. Genworth intentionally underpriced the policies knowing that they could raise the rates any time they wanted. Why were they allowed to get away with this? Because they trained their agents to intentionally mislead potential clients. There was nothing straightforward about this process. They were cleaver and fooled lots of intelligent people into signing up for a product that they would make unaffordable just when the clients needed it. That's what they have done. Genworth has carefully tracked the group of policyholders that I am in and now that there is a chance that Long Care may be needed They are raising the rates by 20% per year to try to force the policyholders from their rosters. This will purge Genworth of potential expensive policyholders after collecting 20 years worth of premiums. This is wrong! My wife and have upheld our end of the insurance deal just to find out that we have fallen prey to a smart and powerful ploy to dump customers just before their need might arise. This is not the honest and honorable way for a company to perform. A real class action lawsuit would reduce premiums or offer customers to reclaim all of their plus interest. Real class action litigation would be performed for the benefit of the customers, not some shady and hard to understand suit that offers practically nothing, and excludes the policyholders from further legal action. This is a worthless suit and actually only benefits Genworth and the attorneys on both sides. They are the only ones who stand to win. Again, I object to the very foundation of this class action law suit. Again, I object to the very foundation of this class action law suit. How can the judges and arbiters allow this suit to go forward knowing all along that there is virtually nothing for the policyholders? Where are the benefits? I see almost nothing and object vehemently to being corralled into giving up my rights while being tricked into thinking that Genworth is paying for their bad behavior. Who thinks that I am that stupid? Please send me their names. I would like to sit down and have a discussion about the real damage Genworth has done to my and my wife's financial stability. Genworth's marketing actions were criminal. The company should be prosecuted instead of having some cupcake lawsuit dismiss customer's rights.

*[signature: Jerry Dean]*

292-0643-58

COLUMBIA SC 290

28 SEP 2022 PM 3 L

FOREVER / USA

Settlement Administrator

PO Box 2860

Portland, OR
      97208-2860

97208-286060