**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, individually, and on behalf of all others similarly situated,<br><br>　　　*Plaintiffs*,<br>v.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>　　　*Defendants*. | Civil Action No.:  3:22-cv-00055-REP |

**SUPPLEMENT TO CLASS COUNSEL'S APPLICATION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS TO THE NAMED
PLAINTIFFS**

Class Counsel respectfully submit this Supplement to Class Counsel's Application for an Award of Attorneys' Fees and Expenses and Service Awards to the Named Plaintiffs (ECF No. 41) ("Fee Motion").  This Supplement updates Class Counsel's incurred lodestar, which was only current through September 1, 2022 in the prior filing.   The additional lodestar reflects the considerable work Class Counsel has done in fielding thousands of phone calls from Class Members regarding the Settlement Notice, additional work on the Final Approval motions and supporting documents that occurred after September 1, 2022, and the work necessary to prepare the Reply brief responding to the objections that were filed (ECF No. 79).   In the prior Genworth actions (*Skochin v. Genworth Fin., Inc.*, No. 3:19-cv-49-REP (E.D. Va.) and *Halcom v. Genworth Life Ins. Co.*, No. 3:21-cv-00019-REP (E.D. Va.)), the Court had requested detailed time reports shortly before the final approval hearings.  Those time reports thus included

virtually all the time Class Counsel had devoted to those cases prior to those hearings.  These supplemental time reports similarly capture virtually all lodestar Class Counsel has incurred up to the Final Approval Hearing.  This updated lodestar results in the requested attorney's fee cap of $13 million representing a 6.7 multiple, compared to the 9.05 multiple awarded in *Skochin* (2020 WL 6536140, at *10 (E.D. Va. Nov. 5, 2020)) and the 8.4 multiple awarded in *Halcom* (2022 WL 2317435, at *13 (E.D. Va. June 28, 2022)).


DATED: November 14, 2022                    PHELAN PETTY, LLC


                                      /s/ Jonathan M. Petty
                             JONATHAN M. PETTY (VSB No. 43100)
                             MICHAEL G. PHELAN (VSB No. 29725
                             3315 West Broad Street
                             Richmond, VA  23230
                             Telephone:  804/980-7100
                             804/767-4601 (fax)
                             jpetty@phelanpetty.com
                             mphelan@phelanpetty.com

                             ROBBINS GELLER RUDMAN
                               & DOWD LLP
                             STUART A. DAVIDSON (*pro hac vice*)
                             BRADLEY BEALL (*pro hac vice*)
                             120 East Palmetto Park Road, Suite 500
                             Boca Raton, FL  33432
                             Telephone:  561/750-3000
                             561/750-3364 (fax)
                             sdavidson@rgrdlaw.com
                             bbeall@rgrdlaw.com

                             GOLDMAN SCARLATO & PENNY, P.C.
                             BRIAN DOUGLAS PENNY
                             Eight Tower Bridge, Suite 1025
                             161 Washington Street
                             Conshohocken, PA  19428
                             Telephone:  484/342-0700
                             484/342-0701 (fax)
                             penny@lawgsp.com

BERGER MONTAGUE PC
SHANON J. CARSON
GLEN L. ABRAMSON
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:  215/875-3000
215/875-4604 (fax)
scarson@bm.net
gabramson@bm.net

*Attorneys for Plaintiffs and Class Counsel*

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022 I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users.

/s/ Jonathan M. Petty
Jonathan M. Petty (VSB No. 43100)
PHELAN PETTY, LLC
3315 West Broad Street
Richmond, VA  23230
Telephone:  804/980-7100
804/767-4601 (fax)
jpetty@phelanpetty.com

*Counsel for Plaintiffs*