EXHIBIT B

*Haney v. Genworth Financial, Inc., et al.* , Civil Action No. 3:22-cv-00055

**Firm Name: Robbins Geller Rudman & Dowd LLP**
Reporting Period: Inception through November 10, 2022

Categories:
(1) Document Review
(2) Witness Interviews
(3) Discovery Requests
(4) Complaints
(5) Briefs
(6) Mediation
(7) Preparation of Settlement Agreements and Related Documents
(8) Administration of Settlement
(9) Court Appearances
(10) Litigation Strategy & Analysis
(11) Plaintiffs' Motions in Support of Preliminary and Final Approval of Class Action Settlement and Supporting Documents

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Davidson, Stuart | (P) | 8.00 | | 5.20 | 5.90 | | 24.70 | 4.20 | 48.50 | | 0.40 | 29.40 | 126.30 | 1,000 | $ 126,300.00 |
| Pintar, Theodore J. | (P) | | | | | | | | | | | 1.20 | 1.20 | 1,100 | $ 1,320.00 |
| Beall, Bradley M. | (A) | 0.90 | | | | | | | 0.30 | | | | 1.20 | 450 | $ 540.00 |
| Runne, Jennifer L. | (SA) | 291.30 | | | | | | | | | 0.30 | | 291.60 | 445 | $ 129,762.00 |
| Goldberg, Mark H. | (PA) | | | | | | | | 495.50 | | | | 495.50 | 445 | $ 220,497.50 |
| Lofton, Janeen N. | (PA) | | | | | | | | 240.00 | | | | 240.00 | 445 | $ 106,800.00 |
| McIntosh, Michal-Ane E. | (PA) | | | | | | | | 376.50 | | | | 376.50 | 420 | $ 158,130.00 |
| Prest, Valerie Druker | (PA) | | | | | | | | 225.10 | | | | 225.10 | 445 | $ 100,169.50 |
| Tucek, Jennifer E. | (PA) | | | | | | | | 182.00 | | | | 182.00 | 445 | $ 80,990.00 |
| Wise, Gregory L. | (PA) | | | | | | | | 50.20 | | | | 50.20 | 420 | $ 21,084.00 |
| Brandon, Kelley T. | (I) | | | | | | | | | | 12.00 | | 12.00 | 290 | $ 3,480.00 |
| Angotti, Madison S. | (LS) | 12.50 | | | | | | | | | | | 12.50 | 150 | $ 1,875.00 |
| Camozzi, Miranda C. | (LS) | 24.50 | | | | | | | | | | | 24.50 | 230 | $ 5,635.00 |
| Lizano, Anna K. | (LS) | 0.70 | | | | | | | | | | | 0.70 | 300 | $ 210.00 |
| Tack, Deborah V. | (PL) | | | 0.10 | 1.20 | | 0.30 | | 2.00 | | 5.10 | | 8.70 | 375 | $ 3,262.50 |
| Williams, Jaclyn N. | (PL) | | | | | | | | | | | 1.00 | 1.00 | 375 | $ 375.00 |
| Hutter, Gabriel | (DC) | 5.50 | | | | | | | | | | | 5.50 | 150 | $ 825.00 |
| Cota, Cristina | (CR) | | | | | | | | 17.80 | | | | 17.80 | 100 | $ 1,780.00 |
| Wood, Greg A. | (CR) | | | | | | | | 69.90 | | | | 69.90 | 100 | $ 6,990.00 |
| *TOTAL:* | | **343.40** | **-** | **5.30** | **7.10** | **-** | **25.00** | **4.20** | **1,707.80** | **-** | **17.50** | **31.90** | **2,142.20** | | **$ 970,025.50** |

(P) Partner
(A) Associate
(SA) Staff Attorney
(PA) Project Attorney
(I) Investigator
(LS) Litigation Support
(PL) Paralegal
(DC) Document Clerk
(CR) Client/Class Member Relations