**EXHIBIT C**

*Haney v. Genworth Financial, Inc., et al.*, Civil Action No. 3:22-cv-00055

**Firm Name: Berger Montague PC**
Reporting Period: Inception through November 10, 2022

Categories:

(1) Document Review
(2) Witness Interviews
(3) Discovery Requests

(4) Complaints
(5) Briefs
(6) Mediation

(7) Preparation of Settlement Agreements and Related Documents
(8) Administration of Settlement
(9) Court Appearance

(10) Litigation Strategy & Analysis
(11) Preparation of Plaintiffs' Motion for Final Approval of Class Action Settlement

| Name | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Glen L. Abramson (P) | 26.50 | 22.40 | 53.70 | 24.00 | 10.40 | 51.70 | 12.70 | 36.20 | | | 105.80 | 343.40 | $760 | $260,984.00 |
| Phyllis M. Parker (P) | 31.30 | | | | | | | | | | | 31.30 | $740 | $23,162.00 |
| Shanon J. Carson (P) | | | | 0.30 | | | 0.90 | | | | | 1.20 | $930 | $1,116.00 |
| Eleanor Magnus (LS) | | | | | | | 1.60 | | | | 2.10 | 3.70 | $240 | $888.00 |
| Donna Giovanetti (LS) | | | | | | | | | | | 0.20 | 0.20 | $240 | $48.00 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **TOTAL:** | 57.80 | 22.40 | 53.70 | 24.30 | 10.40 | 51.70 | 15.20 | 36.20 | - | - | 107.90 | 379.60 | | $ 286,198.00 |

(P) Partner
(LS) Litigation Support