**EXHIBIT D**

*Haney v. Genworth Financial, Inc., et al.*, Civil Action No. 3:22-cv-00055

**Firm Name: PHELAN PETTY PLC**
Reporting Period: Inception through November 10, 2022

Categories:
| | |
|---|---|
| (1) Document Review | (7) Preparation of Settlement Agreements and Related Documents |
| (2) Witness Interviews | (8) Administration of Settlement |
| (3) Discovery Requests | (9) Court Appearances |
| (4) Complaints | (10) Litigation Strategy & Analysis |
| (5) Briefs | (11) Plaintiffs' Motions in Support of Preliminary and Final Approval of Class Action Settlement and Supporting Documents |
| (6) Mediation | |

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jonathan M. Petty | (P) | | | 0.50 | 1.00 | 18.90 | 43.50 | 0.30 | 24.70 | 0.50 | 2.00 | 15.60 | 107.00 | 500 | $ 53,500.00 |
| | | | | | | | | | | | | | - | | $ - |
| | | | | | | | | | | | | | - | | $ - |
| | | | | | | | | | | | | | - | | $ - |
| | | | | | | | | | | | | | - | | $ - |
| | | | | | | | | | | | | | - | | $ - |
| | | | | | | | | | | | | | - | | $ - |
| | | | | | | | | | | | | | - | | $ - |
| **TOTAL:** | | - | - | 0.50 | 1.00 | 18.90 | 43.50 | 0.30 | 24.70 | 0.50 | 2.00 | 15.60 | 107.00 | | $ 53,500.00 |

(P) Partner
(A) Associate
(SA) Staff Attorney
(PA) Project Attorney
(I) Investigator
(LS) Litigation Support
(PL) Paralegal
(CR) Client/Class Member Relations