CIVIL PROCEEDINGS – U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION
NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

JUDGE:   **ROBERT E. PAYNE**　　　　　　　　　　　　　　　DOCKET NO.:   **3:22-cv-055**
REPORTER:   **DIANE DAFFRON, OCR & TRACY STROH, OCR**　　DATE: **NOVEMBER 17, 2022**

Case Style:   FRED HANEY et al v. GENWORTH LIFE INSURANCE COMPANY et al
Counsel for Plaintiff(s):   JONATHAN PETTY, BRIAN PENNY, GLEN ABRAMSON
Counsel for Defendant(s):   BRIAN PUMPHREY, MICHAEL DUVALL, DREW MARROCCO, HEIDI SIEGMUND, SAMANTHA FAHR, HALEY GRISSOM
Objector Attorneys:   ROBERT CLORE, BLAKE WEINER, JAMES THORSEN, GARY DAVIS (self)

Matter Comes on For:   (   ) BENCH TRIAL
(✓) MOTION HEARING:   MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (ECF 39)
(   ) OTHER: _____

Appearances:   PARTIES　　　　BY COUNSEL (✓) / WITH COUNSEL (✓)　　　PRO SE (   )

Motions Before Trial:
(   ) _____
(   ) _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) (   )   DEFENDANTS (   )   COURT (   )

OPENING STATEMENTS MADE (   )　　　　OPENING WAIVED (   )

PLAINTIFF(S) ADDUCED EVIDENCE (   )　　RESTED (   )　　MOTION (   ) _____

DEFENDANT(S) ADDUCED EVIDENCE (   )　　RESTED (   )　　MOTION (   ) _____

REBUTTAL EVIDENCE ADDUCED (   )　　　SUR-REBUTTAL EVIDENCE ADDUCED (   )

EVIDENCE CONCLUDED (   )　　　ARGUMENTS OF COUNSEL HEARD (   )

COURT FOUND IN FAVOR OF PLAINTIFF(S) (   )　　MONETARY REWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) (   ) _____

CLERK TO ENTER JUDGMENT ON DECISION (   )　　TRIAL EXHIBITS RETURNED TO COUNSEL (   )

**ADDITIONAL NOTATIONS:**

COURT DIRECTS LIST OF ZOOM PARTICIPANTS MADE PART OF RECORD; COURT NOTIFIED OF SETTLEMENT AGREEMENTS WITH OBJECTORS re: ECF 56, 69, 73, 48 & 53; COURT HEARD POSITIONS OF OBJECTORS MICHAEL MACK (ECF 64), JONATHAN BOS (ECF 35, 58), CARROLL & LONNY LANG BY COUNSEL (ECF 51), GARY DAVIS IN PERSON (ECF 61); PARTIES TO SUBMIT REPORT OF THOSE IN RECEIPT OF INCREASE LETTER BETWEEN PRELIMINARY APPROVAL OF SETTLEMENT AND SENDING OF NOTICE; COURT DIRECTING SUPPLEMENTAL BRIEFING – MR. DAVIS TO PROVIDE ALL DOCUMENTS TO COUNSEL; DEFENDANT TO FILE BY 11/23/2022, DAVIS TO RESPOND BY 12/5/2022, DEFENDANT TO REPLY BY 12/8/2022; COURT HEARD STATEMENT FROM JOHN HILLIARD (ZOOM); COURT HEARD OBJECTIONS FROM: KATHY DIMIDUK (ZOOM, ECF 67) – TO FILE SUPPLEMENTAL OBJECTION BY 11/21/2022, JANET ARROWSMITH (ZOOM, ECF 55) – IF WISHING TO OPT OUT, TO MAIL IN STATEMENT; COUNSEL RESPONDED TO MACK, BOS, LANG,

<u>DAVIS, DIMIDUK, ARROWSMITH; MATTER SUBMITTED TO COURT SUBJECT TO BRIEFING DONE BY COUNSEL RE: MR. DAVIS' OBJECTION; COUNSEL TO FILE AMENDED MOTION FOR APPROVAL OF SETTLEMENT BY 11/30/2022; PARTIES TO ORDER TRANSCRIPT AT EARLIEST CONVENIENCE</u>

CASE CONTINUED UNTIL     <u>DECEMBER 13, 2022</u>     AT     <u>10:00 A.M.</u>     FOR     <u>FINAL APPROVAL</u>

SET: **10:00 A.M.**     BEGAN: **10:13 A.M.**     ENDED: **6:14 P.M.**     TIME IN COURT: **4 HRS. 09 MINS.**

RECESSES: **11:35 A.M. – 12:01 P.M.; 1:10 P.M. – 4:36 P.M.**