# Zoom Participants

| PRESENT | NAME | SPEAKING | INTEREST IN CASE |
|---|---|---|---|
| ✔ | 1. Walter Leen | **X** | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| | 2. Doug Ebstyne | | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 3. Stuart Davidson | **X** | ☐ Attorney (on case; participating via zoom)<br>☑ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 4. Jackie Harris | **X** | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 5. Janet Arrowsmith | ✔ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☑ Objector |
| | 6. Susan Whitewood | | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 7. Lisa Sitjar | **X** | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| | 8. Sheila Beers | | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| | 9. Karl Bohn | | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| | 10. Michael Podoll | | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |

| ✔ | 11. Cynthia Lippert | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
|---|---|---|---|
| ✔ | 12. John Hilliard | ✔ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 13. William Atchinson | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| | 14. Leonel Gutierrez | | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 15. Susan Pendergast | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 16. Karyn Posner-Mullen | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 17. Michael Mack<br>(ECF 64) | ✔ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☑ Objector |
| ✔ | 18. Cynthia Rucker | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 19. Marjorie Eickel | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| | 20. Charles Powell | | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 21. John Eickel | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder |

| | | | |
|---|---|---|---|
| | | | ☐ Class Plaintiff<br>☐ Objector |
| ✔ | 22. Jonathan Bos<br>(ECF 35 / 58) | ✔ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☑ Objector |
| ✔ | 23. Susan Lithtenstein | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 24. Randall Brown | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 25. Timothy Clinton<br>(Podoll / Friedman<br>ECF 48 / 73) | X | ☐ Attorney (on case; participating via zoom)<br>☑ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 26. Linda Oliver | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 27. James Podolny | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 28. Benjamin Vernia<br>(Podoll / Freidman<br>ECF 48/ 73) | X | ☐ Attorney (on case; participating via zoom)<br>☑ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 29. Kathy Goddard | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 30. Jamie Conkling | X | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| | 31. Leonard Anderson | | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| | 32. Diane Morgan | | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record) |

| | | | |
|---|---|---|---|
| | | | ☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 33. William Beeland | **X** | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 34. Katherine Dimiduk | ✔ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☑ Objector |
| | 35. Gary Davis | | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✔ | 36. Peter Maroney | **X** | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (on case; not going on record)<br>☐ Attorney (in-house counsel)<br>☑ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |