UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>*Defendants*. | Civil Action No. 3:22-cv-00055-REP<br><br><u>CLASS ACTION</u> |

### **<u>JOINT NOTICE REGARDING CLASS MEMBER JOHN HILLIARD</u>**

Defendants Genworth Life Insurance Company and Genworth Life Insurance Company of New York (collectively, "Genworth") write jointly with Class Counsel to inform the Court that during yesterday's Final Approval Hearing, the Parties incorrectly indicated that a participant in the Hearing, John Hilliard, did not appear to be a Member of the *Haney* Class. After conferring further with the Settlement Administrator, the Parties confirmed that Mr. Hilliard is indeed a Class Member. Class Counsel have already discussed this with Mr. Hilliard and apologized for the misunderstanding. Mr. Hilliard further noted that he is aware of the further Final Approval Hearing scheduled for December 13. Although he did not file an objection to the Settlement, the Parties would not oppose him making further statements about the proposed Settlement during that hearing.

Dated: November 18, 2022                                   Respectfully submitted,

                                                           _____/s/_____

| | |
|---|---|
| Jonathan M. Petty, VSB No. 43100 | Brian E. Pumphrey, VSB No. 47312 |
| Brielle M. Hunt, VSB No. 87652 | Heidi E. Siegmund, VSB No. 89569 |
| PHELAN PETTY PLC | McGUIREWOODS LLP |
| 3315 West Broad Street | Gateway Plaza |
| Richmond, VA 23230 | 800 East Canal Street |
| Tel: (804) 980-7100 | Richmond, VA 23219 |
| Fax: (804) 767-4601 | Tel: (804) 775-1000 |
| jpetty@phelanpetty.com | Fax: (804) 775-1061 |
| bhunt@phelanpetty.com | bpumphrey@mcguirewoods.com |
| | hsiegmund@mcguirewoods.com |
| Brian Douglas Penny (*pro hac vice*) | |
| GOLDMAN SCARLATO & PENNY, P.C. | Drew Marrocco (VSB No. 38955) |
| Eight Tower Bridge, Suite 1025 | Michael J. Duvall (*pro hac vice*) |
| 161 Washington Street | Catharine Luo (*pro hac vice*) |
| Conshohocken, PA 19428 | Haley S. Grissom (*pro hac vice*) |
| Tel: (484) 342-0700 | Samantha E. Fahr (*pro hac vice*) |
| Fax: (484) 342-0701 | DENTONS US LLP |
| penny@lawgsp.com | 1221 Avenue of the Americas |
| | New York, NY 10020 |
| Stuart A. Davidson (*pro hac vice*) | Tel: (212) 768-6700 |
| ROBBINS GELLER RUDMAN | Fax: (212) 768-6800 |
| & DOWD LLP | drew.marrocco@dentons.com |
| 120 East Palmetto Park Road, Suite 500 | michael.duvall@dentons.com |
| Boca Raton, FL 33432 | catharine.luo@dentons.com |
| Tel: (561) 750-3000 | haley.grissom@dentons.com |
| Fax: (561) 750-3364 | samantha.fahr@dentons.com |
| sdavidson@rgrdlaw.com | |
| | *Counsel for Defendants* |
| Glen L. Abramson (*pro hac vice*) | |
| Sharon J. Carson (*pro hac vice*) | |
| BERGER MONTAGUE PC | |
| 1818 Market Street, Suite 3600 | |
| Philadelphia, PA 19103 | |
| Tel: (215) 875-3000 | |
| Fax: (215)875-4604 | |
| gabramson@bm.net | |
| scarson@bm.net | |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2022, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record indicated on the Notice of Electronic Filing (NEF).

By: */s/ Heidi E. Siegmund*
Heidi E. Siegmund

Counsel for Defendants
