# EXHIBIT 3

**FILED UNDER SEAL PURSUANT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT PRIVACY RULE**

**(45 C.F.R. PART 160 ET SEQ. AND 45 C.F.R. PART 164 ET SEQ.)**