# EXHIBIT 5

| | |
|---|---|
| **State:** | Pennsylvania | **Filing Company:** | Genworth Life Insurance Company |
| **TOI/Sub-TOI:** | LTC03I Individual Long Term Care/LTC03I.001 Qualified |
| **Product Name:** | 2021 Choice 2 & 2.1_Round 7 |
| **Project Name/Number:** | 2021 Choice 2 & 2.1_Round 7/7042 |

# Table of Contents

**User Usage Agreement
Attachments**
Usage Agreement                    Usage Agreement.pdf

**Rate-Rule Attachments**        (ex. Document Name    Attachment Name)
Rate Tables                        PA Choice 2 Classic Select Rate Tables.pdf

Rate Tables                        PA Choice 2 Privileged Choice Rate Tables.pdf

Rate Tables                        PA Choice 2.1 Classic Select Rate Tables.pdf

Rate Tables                        PA Choice 2.1 Privileged Choice Rate Tables.pdf

**Supporting Document
Attachments**                    (ex. Supporting Document Name    Attachment Name)
Transmittal Letter (A&H)            PA Choice 2_2.1 nAARP Cover Letter 20210615.pdf

Actuarial Memorandum (Public)        PA Choice 2_2.1 nAARP Public Memo 20210615.pdf

Sample Policyholder Notifications        FBO Standard Policyholder Letter Template_PA.pdf

Sample Policyholder Notifications        Standard Policyholder Letter Template.pdf

Response Letter (7/16/21)            PA_Choice 2 & 2.1 Objection 1 Response 20211026.pdf

| | |
|---|---|
| *State:* | *Pennsylvania* |
| *TOI/Sub-TOI:* | *LTC03I Individual Long Term Care/LTC03I.001 Qualified* |
| *Product Name:* | *2021 Choice 2 & 2.1_Round 7* |
| *Project Name/Number:* | *2021 Choice 2 & 2.1_Round 7/7042* |

| | |
|---|---|
| *Filing Company:* | *Genworth Life Insurance Company* |

# Filing at a Glance

| | |
|---|---|
| Company: | Genworth Life Insurance Company |
| Product Name: | 2021 Choice 2 & 2.1_Round 7 |
| State: | Pennsylvania |
| TOI: | LTC03I Individual Long Term Care |
| Sub-TOI: | LTC03I.001 Qualified |
| Filing Type: | Rate - Other (Not M.U. or G.I. Product) |
| Date Submitted: | 06/21/2021 |
| SERFF Tr Num: | GEFA-132882371 |
| SERFF Status: | Closed-Approved |
| State Tr Num: | GEFA-132882371 |
| State Status: | Approved |
| Co Tr Num: | 2021 CHOICE 2 & 2.1_ROUND 7 |
| | |
| Effective Date Requested: | On Approval |
| Author(s): | Richard Cromwell, Ronald Jackson, Camisha Jones |
| Reviewer(s): | Jim Laverty (primary) |
| Disposition Date: | 09/09/2021 |
| Disposition Status: | Approved |
| Effective Date: | |

| | |
|---|---|
| **State:** | Pennsylvania |
| **TOI/Sub-TOI:** | LTC03I Individual Long Term Care/LTC03I.001 Qualified |
| **Product Name:** | 2021 Choice 2 & 2.1_Round 7 |
| **Project Name/Number:** | 2021 Choice 2 & 2.1_Round 7/7042 |

| | |
|---|---|
| **Filing Company:** | Genworth Life Insurance Company |

## General Information

Project Name: 2021 Choice 2 & 2.1_Round 7

Project Number: 7042

Requested Filing Mode: Review & Approval

Explanation for Combination/Other:

Submission Type: New Submission

Overall Rate Impact: 20%

Deemer Date:

Submitted By: Ronald Jackson

Status of Filing in Domicile: Authorized

Date Approved in Domicile: 08/18/2020

Domicile Status Comments: N/A

Market Type: Individual

Individual Market Type:

Filing Status Changed: 09/09/2021

State Status Changed: 09/09/2021

Created By: Ronald Jackson

Corresponding Filing Tracking Number: GEFA-132882395

State TOI: LTC03I Individual Long Term Care

Filing Description:

RE:Genworth Life Insurance Company (GLIC)
Company NAIC No: 70025
Non-AARP Policy Forms: 7042 et al, 7044 et al, 7042 Rev et al, 7044 Rev et al

The referenced filing is a Long Term Care (LTC) rate schedule change request submitted for your review and applies to the referenced policy forms.

AARP policies sold in Pennsylvania are subject to contractual agreements with AARP governing rate increases. As a result, AARP policies are being filed separately from Non-AARP policies.

In this filing, GLIC requests a premium rate increase of 54.3% on the above-mentioned policy forms. In the submitted actuarial memorandum, we include detailed rate increase justification, and we demonstrate that this premium rate increase satisfies Long Term Care regulatory requirements of Pennsylvania and the Rate Stability regulation.

GLIC will offer insureds affected by the premium increase several alternative options to change their benefits in order to maintain a premium rate level reasonably similar to what they were paying prior to the rate increase. The benefit and rate combinations are consistent with the rate tables approved by the Department. Details on the available alternative options are presented in section 6 of the Actuarial Memorandum.

Thank you for your assistance in reviewing this filing.

## Company and Contact

### Filing Contact Information

Ronald N. Jackson, Contract Analyst
Product Compliance
P O Box 27601
Richmond, VA 23261-7601

ronald.jackson@genworth.com
804-289-6725 [Phone]
804-281-6916 [FAX]

| State: | Pennsylvania | Filing Company: | Genworth Life Insurance Company |
| --- | --- | --- | --- |
| TOI/Sub-TOI: | LTC03I Individual Long Term Care/LTC03I.001 Qualified | | |
| Product Name: | 2021 Choice 2 & 2.1_Round 7 | | |
| Project Name/Number: | 2021 Choice 2 & 2.1_Round 7/7042 | | |

## Filing Company Information

Genworth Life Insurance Company
6610 W Broad Street
Richmond, VA  23230
(804) 281-6600 ext. [Phone]

CoCode: 70025
Group Code: 4011
Group Name:
FEIN Number: 91-6027719

State of Domicile: Delaware
Company Type: LifeHealth & Annuity
State ID Number:

| | |
|---|---|
| **State:** | Pennsylvania |
| **TOI/Sub-TOI:** | LTC03I Individual Long Term Care/LTC03I.001 Qualified |
| **Product Name:** | 2021 Choice 2 & 2.1_Round 7 |
| **Project Name/Number:** | 2021 Choice 2 & 2.1_Round 7/7042 |

| | |
|---|---|
| **Filing Company:** | Genworth Life Insurance Company |

# Filing Fees

## State Fees

| | |
|---|---|
| Fee Required? | Yes |
| Fee Amount: | $100.00 |
| Retaliatory? | Yes |
| Fee Explanation: | DE, the domiciliary state, requires $100 for a rate filing. |
| Per Company: | Yes |

| Company | Amount | Date Processed | Transaction # |
|---|---|---|---|
| Genworth Life Insurance Company | $100.00 | 06/21/2021 05:35 PM | 203424448 |
| **EFT Total** | **$100.00** | | |

| State: | Pennsylvania | Filing Company: | Genworth Life Insurance Company |
| --- | --- | --- | --- |
| TOI/Sub-TOI: | LTC03I Individual Long Term Care/LTC03I.001 Qualified | | |
| Product Name: | 2021 Choice 2 & 2.1_Round 7 | | |
| Project Name/Number: | 2021 Choice 2 & 2.1_Round 7/7042 | | |

# Correspondence Summary

## Dispositions

| Status | Created By | Created On | Date Submitted |
| --- | --- | --- | --- |
| Approved | Jim Laverty | 09/09/2021 | 09/09/2021 |

## Objection Letters and Response Letters

### Objection Letters

| Status | Created By | Created On | Date Submitted |
| --- | --- | --- | --- |
| Disapproved | Jim Laverty | 08/26/2021 | 08/26/2021 |
| Disapproved | Jim Laverty | 07/03/2021 | 07/03/2021 |

### Response Letters

| Responded By | Created On | Date Submitted |
| --- | --- | --- |
| Richard Cromwell | 09/02/2021 | 09/02/2021 |
| Ronald Jackson | 07/16/2021 | 07/16/2021 |

| | |
|---|---|
| **State:** | Pennsylvania |
| **TOI/Sub-TOI:** | LTC03I Individual Long Term Care/LTC03I.001 Qualified |
| **Product Name:** | 2021 Choice 2 & 2.1_Round 7 |
| **Project Name/Number:** | 2021 Choice 2 & 2.1_Round 7/7042 |

**Filing Company:**    Genworth Life Insurance Company

# Disposition

Disposition Date: 09/09/2021

Effective Date:

Status: Approved

Comment: Sept 9, 2021

Ronald N. Jackson, Contract Analyst
Genworth Life Insurance Company
P O Box 27601
Richmond, VA   23261-760

RE: Proposed aggregate 54.3% increase on 13,687 Non- AARP policyholders of Genworth LTC forms 7044 & 7044 Rev (also called CHOICE 2 & 2.1).
Pennsylvania Insurance Department ID # GEFA-132882371

RE: Proposed aggregate 52.6% increase on 732 AARP policyholders of Genworth LTC forms 7044 & 744 Rev (also called CHOICE 2 & 2.1).
Pennsylvania Insurance Department ID # GEFA-132882395

Dear Ronald N. Jackson:

The Department approves a 20% increase on the above captioned forms.

Sincerely,

James Laverty, FSA, MAAA
Actuary
Bureau of Life, Accident and Health Insurance

| Company Name: | Overall % Indicated Change: | Overall % Rate Impact: | Written Premium Change for this Program: | Number of Policy Holders Affected for this Program: | Written Premium for this Program: | Maximum % Change (where req'd): | Minimum % Change (where req'd): |
|---|---|---|---|---|---|---|---|

| State: | Pennsylvania | Filing Company: | Genworth Life Insurance Company |
|---|---|---|---|
| TOI/Sub-TOI: | LTC03I Individual Long Term Care/LTC03I.001 Qualified | | |
| Product Name: | 2021 Choice 2 & 2.1_Round 7 | | |
| Project Name/Number: | 2021 Choice 2 & 2.1_Round 7/7042 | | |

| Genworth Life Insurance Company | 20.000% | 20.000% | $9,563,025 | 13,687 | $47,815,124 | 20.000% | 20.000% |
|---|---|---|---|---|---|---|---|

| Schedule | Schedule Item | Schedule Item Status | Public Access |
|---|---|---|---|
| **Rate (revised)** | Rate Tables | | Yes |
| **Supporting Document** | Transmittal Letter (A&H) | | Yes |
| **Supporting Document** | Actuarial Certification (A&H) | | Yes |
| **Supporting Document** | Advertisements (A&H) | | Yes |
| **Supporting Document** | Authorization to File (A&H) | | Yes |
| **Supporting Document** | Insert Page Explanation (A&H) | | Yes |
| **Supporting Document** | Rate Table (A&H) | | Yes |
| **Supporting Document** | Replacement Form with Highlighted Changes (A&H) | | Yes |
| **Supporting Document** | Advertisement Compliance Certification | | Yes |
| **Supporting Document** | Reserve Calculation (A&H) | | Yes |
| **Supporting Document** | Variability Explanation (A&H) | | Yes |
| **Supporting Document** | Actuarial Memorandum (Public) | | Yes |
| **Supporting Document** | Sample Policyholder Notifications | | Yes |
| **Supporting Document** | Response Letter (7/16/21) | | Yes |

| State: | Pennsylvania | Filing Company: | Genworth Life Insurance Company |
|---|---|---|---|
| TOI/Sub-TOI: | LTC03I Individual Long Term Care/LTC03I.001 Qualified | | |
| Product Name: | 2021 Choice 2 & 2.1_Round 7 | | |
| Project Name/Number: | 2021 Choice 2 & 2.1_Round 7/7042 | | |

# Objection Letter

Objection Letter Status          Disapproved

Objection Letter Date          08/26/2021

Submitted Date          08/26/2021

Respond By Date

Dear Ronald N. Jackson,

**Introduction:**

Aug 26, 2021

Ronald N. Jackson, Contract Analyst
Genworth Life Insurance Company
P O Box 27601
Richmond, VA   23261-760

RE: Proposed aggregate 54.3% increase on 13,687 Non- AARP policyholders of Genworth LTC forms 7044 & 7044 Rev (also called CHOICE 2 & 2.1).
Pennsylvania Insurance Department ID # GEFA-132882371

RE: Proposed aggregate 52.6% increase on 732 AARP policyholders of Genworth LTC forms 7044 & 744 Rev (also called CHOICE 2 & 2.1).
Pennsylvania Insurance Department ID # GEFA-132882395

Dear Ronald N. Jackson:

The captioned filing has been reviewed by the Pennsylvania Insurance Department. It has been determined that the filing fails to meet the requirements of our Insurance Company Laws or regulations and is therefore disapproved pursuant to the authority granted under Section 304(a) of Act 134, the Accident and Health Filing Reform Act. In the event you have any questions regarding the stated concerns, please feel free to contact the Department for further clarification.

The disapproved filing may be resubmitted within 120 days of the date of disapproval. If the Department does not hear from you within 120 days, the subject filing will be permanently closed. Such filings resubmitted after 120 days must be submitted as a new filing, inclusive of appropriate filing fees and disclosure of the closed filing SERFF tracking number.

The Department cannot approve this filing as submitted but we can offer a 20% increase on this block.

If Genworth would like to accept our offer, then please respond with an acceptance letter.

Sincerely,

James Laverty, FSA, MAAA
Actuary
Bureau of Life, Accident and Health Insurance

**Conclusion:**

Sincerely,

Jim Laverty

| | |
|---|---|
| **State:** | Pennsylvania | **Filing Company:** | Genworth Life Insurance Company |
| **TOI/Sub-TOI:** | LTC03I Individual Long Term Care/LTC03I.001 Qualified | | |
| **Product Name:** | 2021 Choice 2 & 2.1_Round 7 | | |
| **Project Name/Number:** | 2021 Choice 2 & 2.1_Round 7/7042 | | |

# Objection Letter

| | |
|---|---|
| Objection Letter Status | Disapproved |
| Objection Letter Date | 07/03/2021 |
| Submitted Date | 07/03/2021 |
| Respond By Date | |

*Dear Ronald N. Jackson,*

**Introduction:**

*July 3, 2021*

*Ronald N. Jackson, Contract Analyst*
*Genworth Life Insurance Company*
*P O Box 27601*
*Richmond, VA   23261-760*


*RE: Proposed aggregate 54.3% increase on 13,687 Non- AARP policyholders of Genworth LTC forms 7044 & 7044 Rev (also called CHOICE 2 & 2.1).*
*Pennsylvania Insurance Department ID # GEFA-132882371*

*Dear Ronald N. Jackson:*

*The captioned filing has been reviewed by the Pennsylvania Insurance Department. It has been determined that the filing fails to meet the requirements of our Insurance Company Laws or regulations and is therefore disapproved pursuant to the authority granted under Section 304(a) of Act 134, the Accident and Health Filing Reform Act. In the event you have any questions regarding the stated concerns, please feel free to contact the Department for further clarification.*

*The disapproved filing may be resubmitted within 120 days of the date of disapproval. If the Department does not hear from you within 120 days, the subject filing will be permanently closed. Such filings resubmitted after 120 days must be submitted as a new filing, inclusive of appropriate filing fees and disclosure of the closed filing SERFF tracking number.*

*Please furnish the following information to the Department.*

*1. Why does Exhibit I from filing GEFA-132882371 (non-AARP) and filing GEFA-132882395 (the AARP filing) differ slightly?*

*2. Please provide a table in an Excel spreadsheet (perhaps similar to Exhibit I) which shows the historical and projected nationwide earned premium and incurred claims on a calendar year basis assuming no rate increase is granted. Please restate the historical and projected earned premium so that the business from inception appears to have been all been earned at the current Pennsylvania rate level.*

*3. Please provide a table in an Excel spreadsheet (perhaps similar to Exhibit I) which shows the historical and projected nationwide earned premium and incurred claims on a calendar year basis assuming no rate increase is granted. Please restate the historical and projected earned premium so that the business from inception appears to have been all been earned at the original rate level. The original rate level is the rate level that would have existed if no increase was ever granted on any policy nationwide.*

*4. How many AARP 7044 & 744 Rev policies were issued nationwide? How many AARP 7044 & 7044 Rev policies remain in force nationwide?*

*5. How many Non-AARP 7044 & 744 Rev policies were issued nationwide? How many Non-AARP 7044 & 7044 Rev policies remain*

in force nationwide?

6. Please provide the cumulative weighted average increase granted on the combined block (i.e. AARP and Non-AARP) in PA as a single number.

Sincerely,

James Laverty, FSA, MAAA
Actuary
Bureau of Life, Accident and Health Insurance

**Conclusion:**

Sincerely,
Jim Laverty

| State: | Pennsylvania | Filing Company: | Genworth Life Insurance Company |
|---|---|---|---|
| TOI/Sub-TOI: | LTC03I Individual Long Term Care/LTC03I.001 Qualified | | |
| Product Name: | 2021 Choice 2 & 2.1_Round 7 | | |
| Project Name/Number: | 2021 Choice 2 & 2.1_Round 7/7042 | | |

# Response Letter

| Response Letter Status | Submitted to State |
|---|---|
| Response Letter Date | 09/02/2021 |
| Submitted Date | 09/02/2021 |

*Dear Jim Laverty,*

**Introduction:**

**Response 1**

 **Comments:**

 GLIC accepts the Departments offer to approve a 20% rate increase. However, GLIC believes the experience justifies a larger increase, as detailed in our original request. GLIC anticipates filing subsequent rate increases in the future, as justified by our experience.

*Please see the following files for the updated rate tables:*
*PA Choice 2 Classic Select Rate Tables.pdf*
*PA Choice 2.1 Classic Select Rate Tables.pdf*
*PA Choice 2 Privileged Choice Rate Tables.pdf*
*PA Choice 2.1 Privileged Choice Rate Tables.pdf*

*Regards,*

_____

*Matthew E. Haladay, FSA, MAAA*
*AVP & Actuary, In-Force Pricing*
*Genworth Life Insurance Company*

*Date: September 1, 2021*

 **Changed Items:**

 No Form Schedule items changed.

| State: | Pennsylvania | Filing Company: | Genworth Life Insurance Company |
|---|---|---|---|
| TOI/Sub-TOI: | LTC03I Individual Long Term Care/LTC03I.001 Qualified | | |
| Product Name: | 2021 Choice 2 & 2.1_Round 7 | | |
| Project Name/Number: | 2021 Choice 2 & 2.1_Round 7/7042 | | |

## Rate/Rule Schedule Item Changes

| Item No. | Document Name | Affected Form Numbers (Separated with commas) | Rate Action | Rate Action Information | Attachments | Date Submitted |
|---|---|---|---|---|---|---|
| 1 | Rate Tables | 7042 et al | Revised | Previous State Filing Number: GEFA-132390438 Percent Change Request: 20 | PA Choice 2 Classic Select Rate Tables.pdf, PA Choice 2 Privileged Choice Rate Tables.pdf, PA Choice 2.1 Classic Select Rate Tables.pdf, PA Choice 2.1 Privileged Choice Rate Tables.pdf, | 09/02/2021 By: Richard Cromwell |

*No Supporting Documents changed.*

**Conclusion:**

*Sincerely,*
*Richard Cromwell*

| State: | Pennsylvania | Filing Company: | Genworth Life Insurance Company |
| TOI/Sub-TOI: | LTC03I Individual Long Term Care/LTC03I.001 Qualified | | |
| Product Name: | 2021 Choice 2 & 2.1_ Round 7 | | |
| Project Name/Number: | 2021 Choice 2 & 2.1_ Round 7/7042 | | |

# Response Letter

| Response Letter Status | Submitted to State |
|---|---|
| Response Letter Date | 07/16/2021 |
| Submitted Date | 07/16/2021 |

Dear Jim Laverty,

**Introduction:**

In reply to comments received July 3, 2021:

**Response 1**

**Comments:**

We ask you to review the response letter and associated exhibits.

**Changed Items:**

No Form Schedule items changed.

No Rate/Rule Schedule items changed.

| Supporting Document Schedule Item Changes | |
|---|---|
| **Satisfied - Item:** | Response Letter (7/16/21) |
| **Comments:** | |
| **Attachment(s):** | PA_Choice 2 & 2.1 Objection 1 Response 20211026.pdf |

**Conclusion:**

If there are any questions you may contact us using the information provided.

Email: ronald.jackson@genworth.com

Phone #: (804) 289-6725

Fax #: (804) 922-8513

Sincerely,

Ronald Jackson

| | |
|---|---|
| *State:* | Pennsylvania |
| *TOI/Sub-TOI:* | LTC03I Individual Long Term Care/LTC03I.001 Qualified |
| *Product Name:* | 2021 Choice 2 & 2.1_Round 7 |
| *Project Name/Number:* | 2021 Choice 2 & 2.1_Round 7/7042 |

**Filing Company:** Genworth Life Insurance Company

## Post Submission Update Request Processed On 09/09/2021

Status:                                    Allowed

Created By:                            Richard Cromwell

Processed By:                        Jim Laverty

Comments:

**General Information:**

| Field Name | Requested Change | Prior Value |
|---|---|---|
| Overall Rate Impact | 20 | 54.3 |

**Company Rate Information:**

Company Name: Genworth Life Insurance Company

| Field Name | Requested Change | Prior Value |
|---|---|---|
| Overall % Indicated Change | 20.000% | 54.300% |
| Overall % Rate Impact | 20.000% | 54.300% |
| Written Premium Change for this Program | $9563025 | $25963612 |
| Maximum %Change (where required) | 20.000% | 54.300% |
| Minimum %Change (where required) | 20.000% | 54.300% |

| | |
|---|---|
| **State:** | Pennsylvania |
| **TOI/Sub-TOI:** | LTC03I Individual Long Term Care/LTC03I.001 Qualified |
| **Product Name:** | 2021 Choice 2 & 2.1_Round 7 |
| **Project Name/Number:** | 2021 Choice 2 & 2.1_Round 7/7042 |

**Filing Company:** Genworth Life Insurance Company

# Rate Information

Rate data applies to filing.

| | |
|---|---|
| **Filing Method:** | SERFF |
| **Rate Change Type:** | Increase |
| **Overall Percentage of Last Rate Revision:** | 20.000% |
| **Effective Date of Last Rate Revision:** | 08/31/2020 |
| **Filing Method of Last Filing:** | SERFF |
| **SERFF Tracking Number of Last Filing:** | GEFA-132390438 |

## Company Rate Information

| Company Name: | Overall % Indicated Change: | Overall % Rate Impact: | Written Premium Change for this Program: | Number of Policy Holders Affected for this Program: | Written Premium for this Program: | Maximum % Change (where req'd): | Minimum % Change (where req'd): |
|---|---|---|---|---|---|---|---|
| Genworth Life Insurance Company | 20.000% | 20.000% | $9,563,025 | 13,687 | $47,815,124 | 20.000% | 20.000% |

| | |
|---|---|
| **State:** | Pennsylvania |
| **TOI/Sub-TOI:** | LTC03I Individual Long Term Care/LTC03I.001 Qualified |
| **Product Name:** | 2021 Choice 2 & 2.1_Round 7 |
| **Project Name/Number:** | 2021 Choice 2 & 2.1_Round 7/7042 |

| **Filing Company:** | Genworth Life Insurance Company |
|---|---|

# Rate/Rule Schedule

| Item No. | Schedule Item Status | Document Name | Affected Form Numbers (Separated with commas) | Rate Action | Rate Action Information | Attachments |
|---|---|---|---|---|---|---|
| 1 | | Rate Tables | 7042 et al | Revised | Previous State Filing Number: GEFA-132390438 Percent Rate Change Request: 20 | PA Choice 2 Classic Select Rate Tables.pdf, PA Choice 2 Privileged Choice Rate Tables.pdf, PA Choice 2.1 Classic Select Rate Tables.pdf, PA Choice 2.1 Privileged Choice Rate Tables.pdf, |

| | |
|---|---|
| **State:** | Pennsylvania |
| **TOI/Sub-TOI:** | LTC03I Individual Long Term Care/LTC03I.001 Qualified |
| **Product Name:** | 2021 Choice 2 & 2.1_Round 7 |
| **Project Name/Number:** | 2021 Choice 2 & 2.1_Round 7/7042 |

| | |
|---|---|
| **Filing Company:** | Genworth Life Insurance Company |

## Supporting Document Schedules

| Satisfied - Item: | Transmittal Letter (A&H) |
|---|---|
| Comments: | |
| Attachment(s): | PA Choice 2_2.1 nAARP Cover Letter 20210615.pdf |
| Item Status: | |
| Status Date: | |

| Satisfied - Item: | Actuarial Certification (A&H) |
|---|---|
| Comments: | The certification is in the Actuarial Memorandum. |
| Attachment(s): | |
| Item Status: | |
| Status Date: | |

| Bypassed - Item: | Advertisements (A&H) |
|---|---|
| Bypass Reason: | Not applicable and/or not required for this filing. |
| Attachment(s): | |
| Item Status: | |
| Status Date: | |

| Bypassed - Item: | Authorization to File (A&H) |
|---|---|
| Bypass Reason: | There is no third party involved with this filing. |
| Attachment(s): | |
| Item Status: | |
| Status Date: | |

| Bypassed - Item: | Insert Page Explanation (A&H) |
|---|---|
| Bypass Reason: | Not applicable and/or not required for this filing.. |
| Attachment(s): | |
| Item Status: | |
| Status Date: | |

| Satisfied - Item: | Rate Table (A&H) |
|---|---|
| Comments: | The Rate Tables are attached to the Rate/Rule Schedule tab, as required. |
| Attachment(s): | |
| Item Status: | |
| Status Date: | |

| | |
|---|---|
| **State:** | Pennsylvania |
| **TOI/Sub-TOI:** | LTC03I Individual Long Term Care/LTC03I.001 Qualified |
| **Product Name:** | 2021 Choice 2 & 2.1_Round 7 |
| **Project Name/Number:** | 2021 Choice 2 & 2.1_Round 7/7042 |

**Filing Company:** Genworth Life Insurance Company

| Bypassed - Item: | Replacement Form with Highlighted Changes (A&H) |
|---|---|
| Bypass Reason: | Not applicable and/or not required for this filing. |
| Attachment(s): | |
| Item Status: | |
| Status Date: | |

| Bypassed - Item: | Advertisement Compliance Certification |
|---|---|
| Bypass Reason: | Not applicable and/or not required for this filing. |
| Attachment(s): | |
| Item Status: | |
| Status Date: | |

| Bypassed - Item: | Reserve Calculation (A&H) |
|---|---|
| Bypass Reason: | Any applicable reserve calculations are included in the actuarial memorandum and/or supplements. |
| Attachment(s): | |
| Item Status: | |
| Status Date: | |

| Bypassed - Item: | Variability Explanation (A&H) |
|---|---|
| Bypass Reason: | Not applicable and/or not required for this filing. |
| Attachment(s): | |
| Item Status: | |
| Status Date: | |

| Satisfied - Item: | Actuarial Memorandum (Public) |
|---|---|
| Comments: | |
| Attachment(s): | PA Choice 2_2.1 nAARP Public Memo 20210615.pdf |
| Item Status: | |
| Status Date: | |

| Satisfied - Item: | Sample Policyholder Notifications |
|---|---|
| Comments: | |
| Attachment(s): | FBO Standard Policyholder Letter Template_PA.pdf<br>Standard Policyholder Letter Template.pdf |
| Item Status: | |
| Status Date: | |

| | |
|---|---|
| **State:** | Pennsylvania |
| **TOI/Sub-TOI:** | LTC03I Individual Long Term Care/LTC03I.001 Qualified |
| **Product Name:** | 2021 Choice 2 & 2.1_Round 7 |
| **Project Name/Number:** | 2021 Choice 2 & 2.1_Round 7/7042 |

**Filing Company:** Genworth Life Insurance Company

| | |
|---|---|
| **Satisfied - Item:** | Response Letter (7/16/21) |
| **Comments:** | |
| **Attachment(s):** | PA_Choice 2 & 2.1 Objection 1 Response 20211026.pdf |
| **Item Status:** | |
| **Status Date:** | |