# EXHIBIT 8



6620 W Broad St
Richmond, VA 23230

June 15, 2021

Pennsylvania Department of Insurance

RE: Genworth Life Insurance Company (GLIC)
Company NAIC No: 70025
SERFF Tracking No: GEFA-132882371
Non-AARP Policy Forms: 7042 et al, 7044 et al, 7042 Rev et al, 7044 Rev et al

The referenced filing is a Long Term Care (LTC) rate schedule change request submitted for your review and applies to the referenced policy forms.

AARP policies sold in Pennsylvania are subject to contractual agreements with AARP governing rate increases. As a result, AARP policies are being filed separately from Non-AARP policies.

In this filing, GLIC requests a premium rate increase of 54.3% on the above-mentioned policy forms. In the submitted actuarial memorandum, we include detailed rate increase justification, and we demonstrate that this premium rate increase satisfies Long Term Care regulatory requirements of Pennsylvania and the Rate Stability regulation.

GLIC will offer insureds affected by the premium increase several alternative options to change their benefits in order to maintain a premium rate level reasonably similar to what they were paying prior to the rate increase. The benefit and rate combinations are consistent with the rate tables approved by the Department. Details on the available alternative options are presented in section 6 of the Actuarial Memorandum.

The following electronic items are included in this submission:

- This Cover Letter;
- Confidential Actuarial Memorandum;
- Public Actuarial Memorandum;
- Excel Version of Loss Ratio Exhibits;
- Additional Exhibits;
- Sample Policyholder Notification Letter; and
- Current and Proposed Rate Schedules.

Any applicable fees will be submitted as an EFT payment via SERFF.

CONFIDENTIAL - GENWORTH ONLY

The contact person for this filing is:

> Matthew Haladay, FSA, MAAA
> Assistant Vice President & Actuary
> Genworth Life Insurance Company
> 6620 W Broad Street
> Richmond, VA 23230
> Phone: (804) 484-3826
> Matthew.Haladay@genworth.com

Thank you for your assistance in reviewing this filing.


Respectfully,

*Jamala Arland.*

Jamala Arland, FSA, MAAA
Vice President & Actuary, LTC Inforce Management
Genworth Life Insurance Company

CONFIDENTIAL - GENWORTH ONLY