IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 3:22-cv-00055-REP<br><br>**CLASS ACTION** |

**NOTICE OF FILING UNDER SEAL PURSUANT TO THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT PRIVACY RULE (45 C.F.R. PART 160 ET SEQ. AND 45 C.F.R. PART 164 ET SEQ.)**

Pursuant to Local Civil Rule 5(B), Named Plaintiffs and Defendants (collectively, the "Parties") jointly hereby give notice that they have on this date filed under seal the following documents with the Court:

- Exhibits to the Declaration of Michael J. Duvall in Support of Named Plaintiffs and Defendants' Supplemental Brief in Response to the Court's November 17 and 21, 2022 Orders Regarding Class Member Gary Davis.

As a health plan,[1] which is a covered entity[2] under the Health Insurance Portability and Accountability Act ("HIPAA"), the HIPAA Privacy Rule requires that Genworth protect individually identifiable health information[3] of its policyholders concerning, *inter alia*, "past, present, or future payment for the provision of health care to an individual." 45 C.F.R. § 164.502(a) ("A covered entity or business associate may not use or disclose protected health information, except as permitted or required by this subpart or by subpart C of part 160 of this subchapter."). For this reason, Plaintiffs have redacted or filed under seal any information

---

[1] 45 C.F.R. § 160.103 (defining "health plan" as "an individual or group plan that provides, or pays the cost of, medical care" and includes "an issuer of a long-term care policy, excluding a nursing home fixed indemnity policy").

[2] 45 C.F.R. § 160.103 (defining "covered entity" as, *inter alia*, "[a] health plan").

[3] 45 C.F.R. § 160.103 (defining "individually identifiable health information" as "information that is a subset of health information, including demographic information collected from an individual, and (1) **Is created or received by a** health care provider, **health plan**, employer, or health care clearinghouse; and (2) Relates to the past, present, or future physical or mental health or condition of an individual; the provision of health care to an individual; or ***the past, present, or future payment for the provision of health care to an individual; and (i) that identifies the individual;*** or (ii) With respect to which there is a reasonable basis to believe the information can be used to identify the individual.") (emphasis added).

related to the coverage and benefits of the Objectors' Genworth policies, including information related to the cost and/or value of their coverage and benefits.

DATED: November 23, 2022

/ s/
MCGUIREWOODS LLP
BRIAN E. PUMPHREY (VSB No. 47312)
HEIDI E. SIEGMUND (VSB No. 89569)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com

DENTONS US LLP
REID L. ASHINOFF (*pro hac vice*)
DREW MARROCCO (VSB No. 38955)
MICHAEL J. DUVALL (*pro hac vice*)
CATHARINE LUO (*pro hac vice*)
SAMANTHA FAHR (*pro hac vice*)
HALEY GRISSOM (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
reid.ashinoff@dentons.com
drew.marrocco@dentons.com
michael.duvall@dentons.com
catharine.luo@dentons.com
samantha.fahr@dentons.com
haley.grissom@dentons.com

***Counsel for Defendants***

DATED: November 23, 2022                    Respectfully submitted,

                                            _____/s/_____
                                            PHELAN PETTY PLC
                                            JONATHAN M. PETTY, VSB No. 43100
                                            BRIELLE M. HUNT, VSB No. 87652
                                            3315 West Broad Street
                                            Richmond, VA 23230
                                            Tel: (804) 980-7100
                                            Fax: (804) 767-4601
                                            jpetty@phelanpetty.com
                                            bhunt@phelanpetty.com

                                            GOLDMAN SCARLATO & PENNY, P.C.
                                            BRIAN DOUGLAS PENNY (*pro hac vice*)
                                            Eight Tower Bridge, Suite 1025
                                            161 Washington Street
                                            Conshohocken, PA 19428
                                            Tel: (484) 342-0700
                                            Fax: (484) 342-0701
                                            penny@lawgsp.com

                                            ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                            STUART A. DAVIDSON (*pro hac vice*)
                                            120 East Palmetto Park Road, Suite 500
                                            Boca Raton, FL 33432
                                            Tel: (561) 750-3000
                                            Fax: (561) 750-3364
                                            sdavidson@rgrdlaw.com

                                            BERGER MONTAGUE PC
                                            GLEN L. ABRAMSON (*pro hac vice*)
                                            1818 Market Street, Suite 3600
                                            Philadelphia, PA 19103
                                            Tel: (215) 875-3000
                                            Fax: (215)875-4604
                                            gabramson@bm.net

                                            ***Counsel for Plaintiffs and the Settlement Class***

**CERTIFICATE OF SERVICE**

I certify that on the 23rd day of November, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record. I also caused the foregoing to be sent by email to Mr. Davis at gmdavislaw@gmail.com.

/s/
MCGUIREWOODS LLP
HEIDI E. SIEGMUND (VSB No. 89569)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
hsiegmund@mcguirewoods.com

*Counsel for Defendants*