


Genworth Life
PO Box 40005
Lynchburg, VA 24506

**IMPORTANT CHANGE - DECISION REQUIRED**

098017 0 0401 402 2443 1/5 BIN:2

001 00161

| | The premium on your long term care insurance policy is increasing. |
|---|---|
| | **You have 3 options:** |
|  1 | Keep your current coverage the same and pay the premium increase |
|  2 | Review and Adjust your coverage to reduce your premiums |
|  3 | Pay nothing more by electing the Optional Limited Benefit |

KATHRYN C DIMIDUK
105 SIMSBURG DR
ITHACA, NY 14850

Dear Kathryn C Dimiduk,

Thank you for choosing Genworth for your long term care insurance needs. We value your business and are committed to providing quality service and being here when you need us the most.

We are writing to let you know that, as a result of higher than expected aggregate policyholder claims costs, **the premium on your current long term care coverage will increase from $540.18 to $572.62 beginning on your next billing anniversary date, June 7, 2021.** Please refer to the following pages for more details and other important information about this increase, as well as plans for future increases. Please note that this increase is not specific to you or to any change in your health, age, or claims history.

We appreciate the financial difficulty premium increases can cause. That is why we are offering coverage adjustment options to help you manage your premium cost while still maintaining important coverage. The enclosed pages outline these options along with your personalized information. There may also be additional options available to reduce your premium.

We encourage you to discuss your options with your financial advisor or a member of our Customer Service Team by calling 877 710.0817 before making a decision. For additional information regarding premium increases, we encourage you to visit genworth.com/ltcpremiums.

Once again, thank you for being a Genworth policyholder.

Sincerely,

*Matt Keppler*

Matt Keppler
Senior Vice President

**Long Term Care Insurance**
Premium Increase Notice
04/01/2021
Genworth Life Insurance Company

**Insured:**
Kathryn C Dimiduk

**Policy Number:**
AAA5187270

**Agent:**
Douglas Krueger

**Customer Service:**
**877 710.0817**
M-Th: 8:30 - 6PM ET
F: 9 - 6PM ET
**FAX:** 800 876.8220
genworth.com/ltcpremiums

P.S. This premium increase notice is not a bill - you will be billed separately. Please take time to read the *Important Information Regarding This Premium Increase* included with this letter.

enclosures:  165226  08/31/20,  165239  01/28/21,  158271  10/17/13,  150023  01/17/20

Underwritten by Genworth Life Insurance Company, Lynchburg, VA



# Genworth

**Coverage Options**
Page 1 of 1

genworth.com

Register / log-in to view and select coverage choices online

Genworth Life
PO Box 40005
Lynchburg, VA 24506

Customer service:
**877 710.0817**
M-Th: 8:30 - 6PM ET
F: 9 - 6PM ET
Fax: **800 876.8220**

**The median monthly cost of care provided in your area:**

In Home Care $5,554.00 (Based on 44 hours/week)
Assisted Living $13,500.00
Nursing Home $10,369.00
*Genworth 2020 Cost of Care Study*

Policyholder: Kathryn C Dimiduk
Date: 04/01/2021
Policy number: AAA5187270
Premium before increase: $540.18 quarterly

| Your options: | ① Keep current coverage | ② Review & Adjust your coverage | | |
|---|---|---|---|---|
| | If you are comfortable with your current level of coverage, pay the increased premium when you receive your next bill. If we don't hear from you by 06/07/2021 this 6.007% rate increase will take effect. | If you are comfortable reducing your benefits, the alternatives below are designed to provide different levels of cost and coverage as you evaluate your current needs. There may be other ways that you can reduce your benefits and premiums beyond those listed. | | |
| | | **Alternative A** | **Alternative B** | **Alternative C** |
| Monthly maximum benefit | $8,315.73 | $7,371.89 | $7,644.98 | $7,328.21 |
| Benefit Period | 4 years | 4 years | 4 years | 3 years |
| Inflation protection | Compound 5% | Compound 5% | Compound 1% | Compound 5% |
| Elimination period | 180 days | 180 days | 180 days | 180 days |
| Quarterly premium | $572.62 | ☐ $507.63 | ☐ $475.28 | ☐ $442.76 |
| ③ Pay nothing more | If you would like to stop paying premiums on your policy, you can choose the option at right. Please read the detailed description of the option in the enclosed endorsement and *Important Information Regarding This Premium Increase*. The benefit value is current as of the date of this notice; a final benefits value will be sent to you following your selection of this option. | | | $30,697.72 Paid up policy benefit<br>☐ Optional Limited Benefit |

**You may have other ways to reduce your benefits than those shown above;** contact the Customer Service team for additional quotes. More information on your options can be found in the enclosed endorsement and *Important Information Regarding This Premium Increase*. Please read all documents before making a decision. The options shown here are quotes and may change.

**You do not need to return this form if you are keeping your current coverage.** If changing your coverage to one of the options above, please check the blue box to indicate your choice, then sign and return this form by fax or mail in the enclosed envelope by: **06/07/2021**.

▶ Policyholder Signature                                             Date

_____                          _____

By signing, you represent and agree that (1) we are authorized to process the requested change to your policy, (2) the change will not be effective until reflected in a policy amendment we send to you, (3) the benefits and premiums quoted above are subject to confirmation and may change, and (4) you have read and understand the information on this form and the enclosed documents, including the *Important Information Regarding This Premium Increase*.

165226 08/31/20



# Important Information Regarding This Premium Increase

from Genworth Life Insurance Company

Genworth Life
Administrative Office:
3100 Albert Lankford Drive
Lynchburg, VA  24501

Page 1 of 2

### About this premium increase

This premium increase is based on our expectation of aggregate future claims by our insureds. All policyholders in your class are receiving this rate increase. It is not due to a change in your individual health, age, claims history, or any other individual characteristic. We are implementing this increase in accordance with the laws and regulations of New Mexico in which your policy was issued for delivery. States require insurance companies to notify them of a rate increase for long term care policies. Additionally, state regulation requires insurance carriers, like Genworth, to support rate increase requests with actuarial justification. The Premium Increase Notice and, when applicable, the *Coverage Options* page show what your new premium will be if you elect to keep your current coverage. Also shown is the percentage increase for your premium rate, which is a part of your premium. This rate increase percentage may vary slightly from the actual percentage of your premium increase. For additional information regarding premium increases, please go to genworth.com/ltcpremiums. In addition, if you are registered on genworth.com, you may select one of the coverage options shown in this letter online.

### Policy is Guaranteed Renewable and subject to future premium increases

Your long term care insurance coverage is guaranteed renewable, meaning that we cannot cancel or refuse to continue your coverage because of a change in your individual health or age. As long as you pay the required premium on time and have not used all your benefits, coverage will continue.

Guaranteed renewable does not mean that premiums are guaranteed to remain the same indefinitely. In accordance with the terms of your policy, we reserve the right to change premiums and it is likely that your premium will increase again in the future.

Please note, our ability to obtain needed future rate increases is important to Genworth Life Insurance Company's ability to pay future claims. The inability to obtain needed future rate increases may impair our ability to do so.

### Benefits

The benefit values presented in the accompanying letter are approximate due to rounding. Covered benefits payable at the time of a claim will be calculated in accordance with your policy. Benefits are payable only when you meet the terms and conditions for receiving benefits under your policy.

### Considerations related to reducing your benefits

**Value of coverage reduction options.** All of the options available to you as alternatives to paying the full premium increase may not be of equal value. Some states require policyholders to maintain minimum benefit levels, which may reduce the options available.

**Benefit Period.** Your benefit period is the period of time that is used to calculate the lifetime payment maximum. Your coverage is based on this lifetime payment maximum, not a certain period of time. If your daily/monthly benefit amount and/or the benefit period are reduced, the maximum benefits payable under your policy will automatically be reduced because the policy maximum is a function of the daily benefit amount and the benefit period.

**Benefit amounts.** In addition, other benefit amounts may be reduced. Changes to the daily/monthly maximum benefit and/or benefit increase offer will change the related original amounts and the amount of any benefit increase option increment. If you elect to drop or reduce your benefit increase option (if applicable), you will keep your increased daily/monthly maximum benefit and your premium will be adjusted accordingly. You may also reduce your daily/monthly maximum benefit and your premium will be further adjusted.

**Benefits paid or payable.** Any benefits paid or payable are deducted from the reduced policy maximum. If you have previously been on claim, adjusting your elimination period may not be appropriate. Reducing benefits while you are receiving policy benefits is generally not advisable.

**Pay nothing more.** If you can't pay further premiums you may have the option of stopping further payments and obtaining a benefit for long term care services approximately equal to the amount of premium paid, please refer to the *Coverage Options* form for further details.

090017 0 0401 402 2447 3/5 BIN:2

165239 01/28/21



### Select a Limited Benefit with No Further Premium Requirement

**You may elect an Optional Limited Benefit.** As a result of this premium increase, we are offering an Optional Limited Benefit. This endorsement allows you to elect a limited paid-up long term care insurance benefit. This benefit is available up to 120 days after the next Billing Anniversary Date on which your rate increase is effective. This benefit provides a paid-up benefit with total coverage equal to the total premium paid, excluding waived premium, less any claims paid. A policy lapse at any time during the 120-day period following the due date of the increased premium will be deemed an election of this benefit.

> **Please note:** This Endorsement could significantly reduce the policy benefits. Please review the Optional Limited Benefit Endorsement for more detailed information prior to making this election.

### Waiver of Premium benefit

If you are currently receiving a Waiver of Premium benefit, you will not be required to pay the increased premium until the Waiver of Premium benefit no longer applies, as provided for in your policy. At that time, you may want to call one of our customer service representatives to discuss options to reduce the premium increase by changing your policy benefits.

If your policy does not provide a Waiver of Premium benefit, you will be required to pay the increased premium, even if you are receiving policy benefits. Prior to paying your bill with the increased premium you may want to call one of our customer service representatives to discuss options you may have to reduce your premiums by changing your policy benefits.

### Payments by automatic withdrawal/third-party account/online banking

If you are using automatic withdrawals, the new required premium will be automatically deducted from your bank checking account. If you are using a third-party account or online banking to pay your premiums, please be sure to make the proper adjustments and arrangements for paying the new required premium amount.

### Time frame to reverse decision

If you opt to reduce your benefits or cancel your coverage, your request to reverse any such decision must be in writing, signed by you, and received by us no more than 60 days after the date of our written confirmation of your reduction/cancellation.

### Rate increase history

In accordance with the requirements of New Mexico where your policy was issued for delivery, we are providing you with the history of previous rate increases that have been implemented on policies that were underwritten by Genworth companies.

### About Genworth

Genworth companies began selling long term care insurance in 1974 and have been the largest provider of long term care insurance policies in the United States. It is important to note that Genworth regularly monitors the business performance of these policies and believes that its companies' reserves are adequate and appropriate at this time. As you review your options, you should know that A.M. Best, a global credit rating agency focused on evaluating the claims paying ability of insurance companies, downgraded its rating of Genworth Life Insurance Company's financial strength to C++ in September 2019, indicating A.M. Best's view that Genworth Life Insurance Company has "marginal ability to meet ongoing insurance obligations." To obtain information regarding Genworth company financial strength, please visit genworth.com.

165239 01/28/21

# GENWORTH LIFE INSURANCE COMPANY

A Delaware domiciled stock insurance company (herein called We, Us and Our)
Administrative Office: 3100 Albert Lankford Drive, Lynchburg, VA 24501

**Insured/Policyholder:** Kathryn C Dimiduk

**Policy Number:** AAA5187270

## OPTIONAL LIMITED BENEFIT ENDORSEMENT
*This Endorsement adds the following Optional Limited Benefit to the Policy.*

**The Benefit**

As stated in the Policy, We will give You (the Policyholder) prior written notice of any change in the premium rates for the Policy.

Subject to the Conditions and Payment Limitations below, this Benefit provides a continuation of the Policy if, after the date of the rate increase notification and within 120 days following the effective date of any premium rate increase, your Policy lapses or is cancelled. This option may be elected at any time during this period. A lapse or cancellation of your Policy at any time during this period will be deemed to be the election of the Benefit.

**Optional Limited Benefit Allowance**

As used below, the Limited Benefit Allowance is an amount equal to A minus B, where:
A= The sum of all premium paid for the Policy, excluding any waived premium.
B= The amount of all benefits paid or payable under the Policy for expenses incurred prior to the date the Policy is continued under the provisions of this Benefit.

**Conditions**

Continuation of the Policy under the provisions of this Benefit is subject to the following conditions:
- The Policy will be continued under a paid-up status (with no further premium becoming due); subject to all of the terms and conditions of the Policy and this Benefit.
- Except as stated below, the Policy will have the same Benefits, Elimination Period requirement and other payment limits that were in effect on the date that this Benefit is implemented on the Policy.
- Any Benefit Increase provision that was in effect under the Policy will no longer apply.

**Payment Limitations**

Coverage under this Benefit ends and the Policy terminates when the first of the following occurs:
- the total amount paid under this Benefit equals the Limited Benefit Allowance; or
- the maximum amount of benefits payable under the Policy is exhausted.

In all other respects the provisions and conditions of the Policy remain the same.

Signed for Genworth Life Insurance Company,

Ward E. Bobitz
Secretary

David W. O'Leary
President and Chief Executive Officer

158271 10/17/13



**Genworth Life**
**Genworth Life of New York**
Administrative Office:
3100 Albert Lankford Drive
Lynchburg, VA 24501

# Rate Increase History

from Genworth Life Insurance Company
and Genworth Life Insurance Company of New York[†]

Page 1 of 1

- Your policy form number is located on the lower left-hand corner of the first page of your policy.

## Rate Increase History

The company has sold long term care insurance since 1974. In the past 10 years, the company has raised its rates on policy forms that are no longer available for sale. *Following is a summary of the rate increases:*

| Policy Form Series - Not every series was available in every state | Years Available for Sale | Percentage of Increase[1] | Effective Year[2] |
|---|---|---|---|
| 6484, 6667, 7003, 7012, 7021, 50000, 50001, 50003, 50004, 50006, 50013, 50018, 50020, 50021, 50022, 50023, 50024, 50029, 50100, 50107, 51000 | 1988-2003 | 0-88% | 2012-2015 |
| | | 0-60% | 2014-2017 |
| | | 0-70% | 2016-2019 |
| | | 0-136.4% | 2018-2021 |
| | | 0-117% | 2019-2022 |
| 7000, 7002, 7011, 7012, 7020, 7022, 7024, 50024, 50027, 50109, 50110, 51001, 51002 | 1993-2005 | 0-25% | 2011-2014 |
| | | 0-118% | 2012-2015 |
| | | 0-60% | 2014-2017 |
| | | 0-67% | 2016-2019 |
| | | 0-98% | 2018-2021 |
| | | 0-125.5% | 2019-2022 |
| 7011, 7012, 7030, 7031, 7032, 7033, 7034, 51005, 51006, 51007 | 1997-2004 | 0-25% | 2011-2014 |
| | | 0-97% | 2012-2016 |
| | | 0-60% | 2014-2017 |
| | | 0-67% | 2016-2019 |
| | | 0-98% | 2018-2021 |
| | | 0-136.68% | 2019-2022 |
| 7025, 7035, 7035AXREV, 7037, 7037A, 7037C, 7037C REV, 51010, 51011 | 2001-2006 | 0-60% | 2012-2015 |
| | | 0-78% | 2014-2017 |
| | | 0-67% | 2016-2019 |
| | | 0-182.7% | 2018-2021 |
| | | 0-164.6% | 2019-2022 |
| 7040 | 1999-2012 | 0-35% | 2013-2016 |
| | | 0-15% | 2016-2019 |
| | | 0-89.1% | 2018-2021 |
| | | 0-45% | 2019-2022 |
| 51014, 51012, 51015, 51014REV, 51012REV, 51015REV, 7043, 7044, 7045, 7042, 7044REV, 7042REV, 7043REV | 2003-2012 | 0-60% | 2014-2017 |
| | | 0-52.8% | 2017-2020 |
| | | 0-98% | 2018-2021 |
| | | 0-71% | 2019-2022 |

[1] The amount of the rate increase may vary by state, policy form series, or policy type. The Percentage of increase shown reflects the aggregate effect of more than one rate increase request.
[2] Future effective dates reflect rate increases allowed but not yet implemented.

150023 01/17/20          [†] Only Genworth Life Insurance Company of New York is admitted in and conducts business in New York.

