Case 3:22-cv-00055-REP Document 102-2 Filed 11/23/22 Page 1 of 12 PageID# 2659

# Let's Talk

## Caring for Each Other

Genworth

INSIDE

**1** A message from our CEO

**3** New solutions for common caregiving problems

**6** Update on global expansion

**7** Premium rate increases explained

**9** Policy and services questions

# A message from our CEO

Dear Genworth Policyholders, family, and friends,

We are all living through unprecedented uncertainty. But like your own commitment to your family and friends, our commitment to you is more certain than ever.

For over 150 years, we have stood firm, not only helping our customers navigate through global challenges like war, economic turmoil, and global unrest, but also helping them navigate the much more personal challenges that come with aging and the need for long term care. We know that the world within your own four walls can be more than difficult enough for caregivers and care recipients even without a global pandemic beyond your doorstep.

Our employees are dedicated to helping you and the people you love get through this. We're equally dedicated to the well-being of each of them. That's why we've proactively implemented steps to address their health concerns including equipping them with technology to work at home, deep cleaning all our facilities, and revising our associate time off and Family and Medical Leave Act policy.

We know that we're all in this together. We're all someone's friend, someone's neighbor, someone's family member. We know how important it is to be there for the people that count on us, especially when they need us most. Rest assured, every member of the Genworth family will be here for you and your families no matter what.

Sincerely,

*Tom McInerney*

Tom McInerney
*Caregiver to my mom*
*& President & CEO of Genworth Financial, Inc.*

# No one faces more daily challenges or overcomes more obstacles than caregivers.

In times of crisis, the challenges of caregiving don't change much. The physical and psychological challenges of confinement, as well as restricted mobility and struggles with issues like loneliness, boredom, and stress are nothing new for those who receive care and those who provide it. Caregivers have struggled with and overcome these issues daily, regardless of global events. Fortunately, now, more than ever, there are new ways to help tackle them with technology.



2

# New solutions for common caregiving problems

## Problem
**Difficulty getting to/from routine healthcare**

## Solution
Telemedicine services can provide access to healthcare via phone call, video, or email. In times of national crisis, Medicare may cover telemedicine services the same as an in-person visit. Other companies, such as Walgreens and CVS, offer telemedicine services for a fee. Visit **walgreens.com** or **cvs.com** for more information. Ask your doctor or health insurance provider.

In terms of medication, many pharmacies will deliver. In addition, other companies like Simple Meds will manage your medication needs and deliver them to you home. Mail order pharmacies will also send medication via the U.S. Postal Service, UPS, or FedEx.

## Problem
**Loneliness and lack of social interaction**

## Solution
For more urgent needs, hotlines are always available if you need someone to talk to immediately.
- For non-crisis conversation, the Friendship Line (founded by the Institute on Aging) is available 24/7 at 800.971.0016.
- If you are in suicidal crisis or emotional distress, you can reach the National Suicide Prevention Lifeline at 800.273.TALK (8255). Or text to The Crisis Text Line by texting TALK to 741741.

For everyday social interaction, social media and video calling solutions can help you stay connected to family and friends globally.

Facebook: see updates and photos posted by friends and family
Instagram: see photos posted by friends and family

Video Calling Apps:
- FaceTime: For Apple products, allows you to make a video call to someone with an Apple device
- Zoom: For all products, allows you to make video and audio calls
- Skype: For all products, allows you to make video and audio calls



## Problem
**Physically confined/homebound**

## Solution
Even when mobility is a challenge, you can still travel the world virtually with just the click of a mouse.

Museums with virtual tours:
- The Louvre
- British Museum, London
- Guggenheim Museum, New York
- National Gallery of Art, Washington, D.C.
- Musée d'Orsay, Paris
- National Museum of Modern and Contemporary Art, Seoul
- Pergamon Museum, Berlin
- Rijksmuseum, Amsterdam
- Van Gogh Museum, Amsterdam
- The J. Paul Getty Museum, Los Angeles
- Uffizi Gallery, Florence
- MASP, São Paulo
- National Museum of Anthropology, Mexico City

More interested in performing arts, nature, or even outer space? Give these a try.
- Smithsonian Online – Live Animal Webcams and Activities
- Cincinnati Zoo – Everyday at 3pm Live Animal Show and Activities
- Kennedy Center – Lunchtime Art
- Mars Curiosity Rover
- Yellowstone Virtual Tours
- Modlin Center for the Arts – Virtual Art Resources

## Problem
**Difficulty managing stress/feeling overwhelmed**

## Solution
It's important to remember to take care of yourself while you're caregiving for others. In addition to the resources available on **Genworth.com**, online support groups and hotlines can be a valuable way to connect with others while still observing stay-at-home directives.

Online:
- Look online for "caregiver support group" in your community
- Look online for specialty support groups via the Alzheimer's Association (alz.org) or American Cancer Society (cancer.org)
- There are many caregiver message boards as well as private Facebook groups for caregivers.

Telephone:
- Alzheimer's Association free 24/7 Helpline 800.272.3900
- Cancer Helpline 800.227.2345

4

# Long distance caregiving checklist

Caregiving at a distance comes with its own set of challenges. That's why we've created this simple checklist to help distant friends and family members participate from afar.

## Create
an Amazon Subscribe & Save order to send to your loved one. Include paper products, groceries, and hygiene items.

## Call
their medical offices. Do they offer telehealth? Will they continue wellness checks?

## Identify
the name and number of two neighbors who could do wellness checks if needed.

## Chat
via telephone, FaceTime, Zoom, or Google Hangouts daily or weekly.

## Ask
their caregiving agency (if applicable) about their plans for care and staffing during this time.

## Research
if their pharmacy will deliver their medications. Set it up as needed.

## Discuss
the importance of general health hygiene. Encourage your loved one to keep their surroundings clean and disinfected, particularly kitchens and bathrooms.

## Design
a schedule to have your kids and other relatives plan to send them letters in the mail.

## Send
your loved ones the things you're finding online that make you laugh.



# Update on our global expansion

Since 2016, we've been working toward not only strengthening our company stateside but finding new ways to help provide care funding for millions of people and their families around the world. To that end, we are moving forward toward finalizing our acquisition by China Oceanwide, a privately held company based in Beijing, China.

Post-acquisition, all of Genworth's businesses in the United States will continue to be managed by the U.S. Management team currently in place. Similarly, all U.S. customers will continue to have their policies serviced the same as today.

Any decisions made by Genworth in the U.S. will be governed by the Genworth Board of Directors, which will be controlled by a 2/3 majority of American directors (6 of 9 directors). In addition, three of the directors are Security Directors, appointed by the U.S. government, who all have or qualify for national security clearance and are required to veto any decision that negatively impacts American citizens or U.S. national security.

Like their counterparts in the U.S., Chinese families need solutions to help care for their aging loved ones. With 250 million Chinese people over the age of 60, the opportunities for Genworth to help abound.[1] Our decades of expertise will help fill the current void for care funding today and address the growing needs of families for generations to come.

---

[1] Bloomberg.com; 18,000 New Businesses Open Every Day: China by Numbers, by Malcolm Scott, March 5, 2019; https://www.bloomberg.com/news/articles/2019-03-05/250-million-over-60s-13-6-million-new-jobs-china-by-numbers

6

# Premium rate increases explained

Our policies are generally held for 30-40 years, which means when they were initially priced, a lot of assumptions were made about future costs for claims that would be made decades later. Many of those assumptions were incorrect because the cost of and demand for care have both skyrocketed since.

Insurance companies, including us, have had significant losses as a result. Many have left the business. Despite losing $3.6 billion on our older legacy policies, we've decided to stay in the business and file for rate increases on these older policies and select newer ones to cover the cost of future claims.

We're mindful of the difficulty some policyholders may face as a result and are providing a wide range of available reduced benefit options. If you have specific questions regarding your policy or premiums, we encourage you to call us at 888.479.6889 or learn more at **Genworth.com/LTCpremiums**.



## Explained in 3 Easy Steps

**①** Insurance companies set aside a significant portion of premiums received to pay claims costs in the future. They invest these premiums and earn interest.

Ideally, the amount of premiums set aside to pay claims costs, plus the interest earned, is equal to future claims.



**②** Generally, industry experience has shown that many more people are keeping their policies longer than originally anticipated. While this shows that people truly value their coverage, it also leads to more claims and therefore, significantly more claims costs.

If key assumptions, like the one about how many people will keep their policy, do not turn out (or are not expected to turn out) as originally anticipated, the premiums set aside for claims costs, plus interest, may not be sufficient to cover future claims.



**③** To restore balance, insurers may request premium increases to help ensure that they are funded adequately to meet their responsibility to pay claims costs.



8

# Policy and service questions? We're ready and waiting to help. Online. On the phone. Via email.

Being able to get the information you need, when you need it, matters. We know that. That's why we have a variety of ways for you to get the service you need, as quickly and easily as possible. Stay-at-home orders may prevent many of us from accessing our offices but they will not keep us from providing the outstanding customer service you not only expect, but deserve.



### Online Self-Service

Most transactions can be processed, and questions answered online 24/7 at MyGenworth. It is available at **www.genworth.com/login**. To use self-service for the first time, you'll need to register online with your policy/contract number.

There, you can do the following:
- Make a one-time electronic payment or set up a recurring electronic payment plan
- View policy information and details
- View or download important documents
- Receive notifications when important documents are available online
- Update your address, phone number or email



### Email

You can reach us at Customer Service Email:
**LTCcustomerservice@genworth.com**



### On the Telephone

Our customer service team is available at 800.456.7766 and our claim team is available at 800.876.4582 Monday through Thursday 8:30am-6pm and Friday 9am-6pm. Hold times may be longer than usual during time of crisis, but rest assured, we will get to your call as soon as possible. We thank you in advance for your understanding and patience.

9

# Right by your side.
# Right when you need us.

Even when a global crisis means we can't be physically present with others, it's important to remember that none of us are alone. Over 43 million Americans[2] are caregivers for someone they love, and seven out of ten of us over the age of 65 will need some type of long term care support during our lives.[3] You and your families have our unwavering support now and throughout your journey as you age.

At Genworth, we're all someone's son or daughter, spouse or sibling, neighbor or friend. We understand firsthand that daily life for those who need care and their loved ones can be physically, emotionally, and psychologically exhausting. That's not to say that it isn't also full of the rewards. But even at the best of times, the pressure can be immense.

We're grateful for your trust in us and we will continue to work hard to earn it every day.

Sincerely,
*Over 1,800 Genworth employees and their families.*





CNAC Caregiving in the U.S 2020 Report; https://www.caregiving.org/caregiving-in-the-us-2020/
2018 U.S. Department of Health and Human Services, https://longtermcare.acl.gov/the-basics/how-much-care-will-you-need.html

10



**Genworth**

PO Box 40005
Lynchburg, VA 24506

Presort Standard
U.S. Postage
PAID
Permit 1209
Richmond, VA

6038-09-0019549
MS KATHRYN C DIMIDUK
105 SIMSBURG DR
ITHACA, NY 14850



338101 05/22/20 ©2020 Genworth Financial, Inc. All rights reserved.

