105 Simsbury Dr
Ithaca, NY
14850

Genworth
PO Box 40005
Lynchburg VA
24506

May 25, ~~2022~~ 2022

Dear Sir or Maam,

Please change the third party designee on my Genworth Longterm Care Policy AAA 5187270

to   Sarah Wineholt   my daughter
425 Lansing Station Rd
Lansing, NY
14882

Remove Edythe Conway, my mother, as she has died.

Sincerely
Kathryn Dimiduk
Kathryn Dimiduk
105 Simsbury Dr Ithaca, NY 14850



**Genworth**

Genworth Life
PO Box 40005
Lynchburg, VA 24506

**Long Term Care Insurance**
Notice of right to change third party
May 08, 2022
from Genworth Life Insurance Company

147009 0 0509 410 823 1/1 BIN:0

KATHRYN C. DIMIDUK
105 SIMSBURG DR
ITHACA, NY 14850

Insured
**Kathryn C. Dimiduk**

Agent
**Douglas Krueger**
4 Mesquite Pl
Corrales, NM 87048-9615

Policy number
**AAA5187270**

Customer service
**800 795.7504**
M-Th: 8:30 - 6PM ET
F: 9 - 6PM ET
Fax: 800 876.8220
**genworth.com**

Dear Kathryn C. Dimiduk,

Thank you for being a Genworth Life policyholder. We value your business and are committed to providing quality service.

**This letter serves to note the status of your policy's third party designation.** Regulations in your state require that we contact you periodically to remind you of your right to designate at least one person to receive notifications of lapse or termination for nonpayment of premium. Naming someone to receive these notifications helps to prevent the unintentional lapse of your valuable long term care insurance coverage, and is strongly encouraged.

We want to let you know that you may change the individual(s) you have designated to receive notification should your policy ever be in danger of lapsing due to non-payment of premium.

Listed below are the person(s) who, along with you, will receive notification if your policy should be in danger of lapsing. If there are no changes to your third party information, no further action is required.

If you would like to make changes, you have various options:

- You may request changes by registering your policy online at genworth.com. Once registered, you can add or edit one or more third parties and then submit your changes directly through the web.
- If you choose not to register your policy, you can still access the third party form online at genworth.com. You can then mail or fax a completed form to us using the contact information above.
- We will also accept a written, signed and dated request from the policyholder that includes, your name, your policy number, the name(s) of the third party designee(s) and the third party designee(s) address(es). Please mail or fax the completed information to us using the information above.
- You may also call our customer service center at the number shown above.

**You are responsible for notifying us of any change in name or address for the person(s) you have designated. We ask that you review the third party designation information below, and notify us if you wish to make any changes.**

Edythe Conway
425 Lansing Station Rd
Lansing, NY 14882

47569 07/20/20

Page 1 of 2

LTRX

