

# Privacy Policy

from Genworth Life Insurance Company, Genworth Life and Annuity Insurance Company, Genworth Insurance Company and Genworth Life Insurance Company of New York[†]

Important information. **No action required by you.**

At Genworth and our family of companies, we appreciate your business and the trust you have placed in us. Our privacy philosophy reflects the value of your trust. We are committed to protecting the personal data we obtain about you. Please know that we do not sell your personal data. In order to provide services or products to you, we may use your personal data. To further understand our Privacy Policy, please review the following details.

## What personal data may we collect about you?

We may collect your personal data to provide you with the products or services you requested. We may obtain it from your application, your transactions with us, outside parties such as health providers or consumer reporting agencies. We may collect personal data about you to process transactions or claims, to determine if you qualify for coverage and to prevent fraud. Where required, we will obtain your consent before collecting it. The personal data may include:

- Name and address
- Income and assets
- Credit and payment data
- Accounts at other institutions
- Medical or health data
- Social security number or taxpayer identification number

## What do we do with your personal data?

We comply with Federal and State requirements related to the protection and use of your data. This means that we only share data where we are permitted or required to do so. We also may be required to obtain your authorization before disclosing certain types of personal data.

We may use your data in order to:

- Process transactions or claims
- Determine your eligibility for coverage
- Respond to your requests
- Prevent fraud
- Comply with regulatory requirements
- Share with you related products and services we offer

We do not sell personal data about current or former customers or their accounts. We do not share your personal data for marketing purposes with anyone outside our family of companies. When affiliates or outside companies perform a service on our behalf, we may share your personal data with them. We require them to protect your personal data, and we only permit them to use your personal data to perform these services.

Examples of outside parties who may receive your data are:

- Your agent or representative
- Your brokerage firm
- State or Federal authorities
- Your health care provider, where applicable
- Other companies or service providers supporting your policy, contract, or account

## How do we protect your personal data?

In order to protect your personal data, we maintain physical, electronic and procedural safeguards. We review these safeguards regularly in keeping with technological advancements. We restrict access to your personal data. We also train our employees in the proper handling of your personal data.

## Our commitment to keeping you informed

We will send you a Privacy Policy each year while you are our customer. In the event we broaden our data sharing practices, we will send you a new Policy.



[†]Genworth Life Insurance Company of New York is licensed in New York.     45242  01/01/18