**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

FRED HANEY, *et al.*,                                    |
individually, and on behalf of                          |
all others similarly situated,                          |
                                                        |
    Plaintiffs,                      |
                                                        |
v.                                                      |    Civil Action No. 3:22-cv-55
                                                        |
GENWORTH LIFE INSURANCE                                 |
COMPANY, *et al.*,                                      |
                                                        |
    Defendants.                      |
_____    |

## OBJECTOR JANE BELKIN'S MOTION
## FOR INCENTIVE AWARD AND ATTORNEYS' FEES

    Objector, Jane Belkin ("Belkin"), by counsel, pursuant to the Court's directive at the hearing on November 17, 2022 (*see* ECF No. 94), hereby respectfully move this Court for an incentive award and attorneys' fees pursuant to the Joint Motion to Approve Settlement with Objectors and the Joint Stipulation of Settlement with Objectors, filed on November 30, 2022, and any further relief this Court deems just and appropriate.

                    Respectfully submitted,

                    **JANE BELKIN**
                    *Objector*,

By:          /s/
                    James B. Thorsen, Esq.
                    VSB No. 18113
                    Jesse A. Roche, Esq.
                    VSB No. 82579
                    Attorneys for Jane Belkin
                    THORSENALLEN LLP
                    5413 Patterson Avenue, Suite 201
                    P. O. Box 17094
                    Richmond, Virginia 23226
                    Telephone: (804) 447-7234

Facsimile: (804) 447-7813
E-mail: jthorsen@thorsenallen.com
E-mail: jroche@thorsenallen.com

Jeffrey A. Belkin, Esquire (*pro hac vice*)
Ohio Supreme Court No. 0018294
Attorney for Jane Belkin
Jeffrey A. Belkin LLC
2519 Lafayette Drive
University Heights, OH 44118
Telephone: (216) 469-5294
Facsimile: (216) 862-9870
E-mail: jab@jabelkinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2022, a copy of the foregoing was filed electronically with the clerk of court using CM/ECF system, which will send a notice of electronic filing (NEF) to all registered users.

_____/s/_____
James B. Thorsen, Esquire
VSB No. 18113
Jesse A. Roche, Esquire
VSB No. 82579
Attorneys for Jane Belkin
THORSENALLEN LLP
5413 Patterson Avenue, Suite 201
P. O. Box 17094
Richmond, Virginia 23226
Telephone: (804) 447-7234
Facsimile: (804) 447-7813
E-mail: jthorsen@thorsenallen.com
E-mail: jroche@thorsenallen.com

2