**EXHIBIT F**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| FRED HANEY, *et al.*, individually, and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Civil Action No. 3:22-cv-55 |
| GENWORTH LIFE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

### DECLARATION OF JANE BELKIN

I, JANE BELKIN, hereby declare under penalty of perjury that:

1. I am over eighteen years of age and fully competent to make this declaration. I have personal knowledge of all the statements made herein.

2. I am an objector to the proposed Settlement Agreement in the class action of *Haney v. Genworth Life Insurance Company*, No. 3:22-cv-55, and I timely filed, by counsel, an Objection to the proposed Settlement Agreement on September 30, 2022. (*See* ECF No. 53).

3. I actively participated in this litigation by contacting and retaining counsel; producing all relevant documents related to my policy; discussing my policy and my concerns regarding the proposed Settlement Agreement with counsel; reviewing numerous court filings; and discussing potential proposals to modify the Settlement Agreement with my counsel.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on this 30th day of November, 2022.

_____
Jane Belkin  11-29-22