IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 3:22-cv-00055-REP<br><br>**CLASS ACTION** |

**JOINT MOTION TO APPROVE SETTLEMENT WITH OBJECTORS**

Pursuant to Fed. R. Civ. Pro. ("FRCP") 23(e)(5)(B), Plaintiffs Fred Haney, Marsha Merrill, Sylvia Rausch, Stephen Swenson, and Alan Wooten, on behalf of themselves and the Class, Defendants Genworth Life Insurance Company and Genworth Life Insurance Company of New York, Goldman Scarlato & Penny, P.C., Robbins Geller Rudman & Dowd LLP, Berger Montague P.C., and Phelan Petty P.C. (collectively, "Class Counsel"), Objectors Jane and Jeffrey Belkin, William and Linda Dudley, Doug and Bonnie Ebstyne, David Friedman, James Perry, Michael Podoll, and Thomas Toman (collectively, "Settling Objectors"), and ThorsenAllen, LLP, Jeffrey A. Belkin, the Vernia Law Firm, and Clinton & Peed (collectively, "Settling Objectors' Counsel") jointly move for an approval of an agreement of settlement reached between Plaintiffs, Defendants, and Settling Objectors (the "Objectors' Settlement Agreement") in the above-captioned Action.

The grounds and reasons for granting this relief are stated with particularity in the accompanying brief and other supporting papers, which are being filed contemporaneously with this Motion under Local Rule 7(F)(1).

[signatures on next page]

DATED: November 30, 2022          Respectfully submitted,

*/s/ Jonathan M. Petty (with permission)*
PHELAN PETTY PLC
JONATHAN M. PETTY, VSB No. 43100
BRIELLE M. HUNT, VSB No. 87652
3315 West Broad Street
Richmond, VA 23230
Tel: (804) 980-7100
Fax: (804) 767-4601
jpetty@phelanpetty.com
bhunt@phelanpetty.com

GOLDMAN SCARLATO & PENNY, P.C.
BRIAN DOUGLAS PENNY (*pro hac vice*)
Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Tel: (484) 342-0700
Fax: (484) 342-0701
penny@lawgsp.com

ROBBINS GELLER RUDMAN
& DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
sdavidson@rgrdlaw.com

BERGER MONTAGUE PC
GLEN L. ABRAMSON (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215)875-4604
gabramson@bm.net

*Counsel for Plaintiffs and the Settlement Class*

DATED: November 30, 2022 　　　　　*/s/ Brian E. Pumphrey*
　　　　　　　　　　　　　　　　　　MCGUIREWOODS LLP
　　　　　　　　　　　　　　　　　　BRIAN E. PUMPHREY (VSB No. 47312)
　　　　　　　　　　　　　　　　　　HEIDI E. SIEGMUND (VSB No. 89569)
　　　　　　　　　　　　　　　　　　Gateway Plaza
　　　　　　　　　　　　　　　　　　800 East Canal Street
　　　　　　　　　　　　　　　　　　Richmond, VA 23219
　　　　　　　　　　　　　　　　　　Tel: (804) 775-1000
　　　　　　　　　　　　　　　　　　Fax: (804) 775-1061
　　　　　　　　　　　　　　　　　　bpumphrey@mcguirewoods.com
　　　　　　　　　　　　　　　　　　hsiegmund@mcguirewoods.com

　　　　　　　　　　　　　　　　　　DENTONS US LLP
　　　　　　　　　　　　　　　　　　REID L. ASHINOFF (*pro hac vice*)
　　　　　　　　　　　　　　　　　　DREW MARROCCO (VSB No. 38955)
　　　　　　　　　　　　　　　　　　MICHAEL J. DUVALL (*pro hac vice*)
　　　　　　　　　　　　　　　　　　CATHARINE LUO (*pro hac vice*)
　　　　　　　　　　　　　　　　　　SAMANTHA FAHR (pro hac vice)
　　　　　　　　　　　　　　　　　　HALEY GRISSOM (pro hac vice)
　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　Tel: (212) 768-6700
　　　　　　　　　　　　　　　　　　Fax: (212) 768-6800
　　　　　　　　　　　　　　　　　　reid.ashinoff@dentons.com
　　　　　　　　　　　　　　　　　　drew.marrocco@dentons.com
　　　　　　　　　　　　　　　　　　michael.duvall@dentons.com
　　　　　　　　　　　　　　　　　　catharine.luo@dentons.com
　　　　　　　　　　　　　　　　　　samantha.fahr@dentons.com
　　　　　　　　　　　　　　　　　　haley.grissom@dentons.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

| | |
|---|---|
| DATED: November 30, 2022 | */s/ Timothy R. Clinton (with permission)* <br> CLINTON & PEED <br> TIMOTHY R. CLINTON (VSB No. 70902) <br> 777 6th Street NW, 11th Fl. <br> Washington, DC 20001 <br> Tel: (202) 621-1828 <br> Fax: (202) 204-6320 <br> tim@clintonpeed.com <br><br> THE VERNIA LAW FIRM <br> BENJAMIN J. VERNIA (*pro hac vice*) <br> 1455 Pennsylvania Ave. <br> Washington, D.C. 20004 <br> Tel: (202) 349-4053 <br> Fax: (866) 572-6728 <br> bvernia@vernialaw.com <br><br> ***Counsel for Objectors William and Linda Dudley, Doug and Bonnie Ebstyne, David Friedman, James Perry, Michael Podoll, and Thomas Toman*** <br><br> */s/ James B. Thorsen (with permission)* <br> THORSENALLEN, LLP <br> JAMES B. THORSEN (VSB No. 18113) <br> JESSE A. ROCHE (VSB No. 82579) <br> 5413 Patterson Avenue, Suite 201 <br> P.O. Box 17094 <br> Richmond, Virginia 23226 <br> Tel: (804) 447-7234 <br> Fax: (804) 447-7813 <br> jroche@thorsenallen.com <br> jthorsen@thorsenallen.com <br><br> */s/ Jeffrey A. Belkin (with permission)* <br> JEFFREY A. BELKIN (*pro hac vice*) <br> 2519 Lafayette Drive <br> University Heights, OH 44118 <br> Tel: (216) 469-5294 <br> Fax: (216) 862-9870 <br> jab@jabelkinlaw.com <br><br> ***Counsel for Objector Jane Belkin*** |

## **CERTIFICATE OF SERVICE**

I certify that on the 30th day of November, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record.

/*s/ Brian E. Pumphrey*
MCGUIREWOODS LLP
BRIAN E. PUMPHREY (VSB No. 47312)
HEIDI E. SIEGMUND (VSB No. 89569)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com

*Counsel for Defendants*