**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 3:22-cv-00055-REP<br><br>__CLASS ACTION__ |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT WITH OBJECTORS**

This matter is before the Court on the Parties' Joint Motion to Approve Settlement with Objectors (the "Motion") in the above-captioned action.  Having considered the motion, the Objectors' Settlement Agreement, the record, and the brief and oral argument on this matter, it is hereby ORDERED as follows:

1.    On November 30, 2022, the Parties entered into a Joint Stipulation of Settlement with Objectors (the "Objectors' Settlement Agreement") with objectors Jane and Jeffrey Belkin, William and Linda Dudley, Doug and Bonnie Ebstyne, David Friedman, James Perry, Michael Podoll, and Thomas Toman, and the Parties and the Objectors filed a Joint Motion to Approve Settlement with Objectors.  On December 13, 2022, the Court held a hearing on the Parties' Joint Motion to Approve Settlement with Objectors.  Having considered the Joint Motion to Approve Settlement with Objectors, its appendices, the record, and the briefs, and having held a hearing in this matter, this Court finds that the Objectors brought their objections in good faith and have

conferred a benefit on the Class and grants the Joint Motion to Approve Settlement with

Objectors pursuant to Federal Rule of Civil Procedure 23(e)(5)(B).

2.      Pursuant to the Objectors' Settlement Agreement, all objections made by the

Objectors, including ECF Nos. 48, 53, 56, 69, and 73 and any objections made orally at a Final

Approval Hearing or otherwise, are deemed withdrawn and therefore are denied as moot.


It is so ORDERED.


Dated: _____, 2022



_____
Robert E. Payne
Senior United States District Judge



Richmond, Virginia
Date:   _____, 2022

2