IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 3:22-cv-00055-REP<br><br>**CLASS ACTION** |

**JOINT MOTION FOR LEAVE TO FILE STIPULATION OF SECOND AMENDED CLASS ACTION SETTLEMENT AGREEMENT OUT OF TIME**

Plaintiffs Fred Haney, Marsha Merrill, Sylvia Rausch, Stephen Swenson, and Alan Wooten, on behalf of themselves and the Class, and Defendants Genworth Life Insurance Company and Genworth Life Insurance Company of New York (together, the "Parties") respectfully ask for leave to file out of time the accompanying Stipulation of Second Amended Class Action Settlement Agreement, which the Parties proposed and the Court ordered be submitted yesterday November 30. In support of this Motion, the Parties submit as follows:

1. The Second Amended Settlement Agreement was completed and executed by the close of business yesterday. Unfortunately, when combined and converted into final PDF form for ECF filing, the document's formatting corrupted. Defendants' counsel immediately dedicated technical resources to correct the document.

2. The difficulties continued, however, and despite Defendants' counsel's best efforts, were unable to be resolved until shortly after 1:00 AM ET. Therefore, the Parties jointly and respectfully seek leave to submit the Stipulation of Second Amended Settlement Agreement at this time.

3. The parties have attached the Stipulation of Second Amended Settlement Agreement, as well as the Second Amended Settlement Agreement itself, to this Motion.

4. Defendants' counsel have consulted with Plaintiffs' counsel, and Plaintiffs' counsel join Defendants' counsel in seeking the relief requested in this Motion.

5. The filing of the Stipulation and Second Amended Settlement Agreement today, December 1, will not delay resolution of this matter or impact any other deadlines in the case.

For the foregoing reasons, the Parties respectfully ask for leave to file out of time the accompanying Stipulation of Second Amended Class Action Settlement Agreement and Second Amended Class Action Settlement Agreement. A proposed Order granting the requested relief is attached.

[signatures on next page]

DATED: December 1, 2022              Respectfully submitted,


                                     */s/ Jonathan M. Petty (with permission)*
                                     PHELAN PETTY PLC
                                     JONATHAN M. PETTY, VSB No. 43100
                                     BRIELLE M. HUNT, VSB No. 87652
                                     3315 West Broad Street
                                     Richmond, VA 23230
                                     Tel: (804) 980-7100
                                     Fax: (804) 767-4601
                                     jpetty@phelanpetty.com
                                     bhunt@phelanpetty.com

                                     GOLDMAN SCARLATO & PENNY, P.C.
                                     BRIAN DOUGLAS PENNY (*pro hac vice*)
                                     Eight Tower Bridge, Suite 1025
                                     161 Washington Street
                                     Conshohocken, PA 19428
                                     Tel: (484) 342-0700
                                     Fax: (484) 342-0701
                                     penny@lawgsp.com

                                     ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                     STUART A. DAVIDSON (*pro hac vice*)
                                     120 East Palmetto Park Road, Suite 500
                                     Boca Raton, FL 33432
                                     Tel: (561) 750-3000
                                     Fax: (561) 750-3364
                                     sdavidson@rgrdlaw.com

                                     BERGER MONTAGUE PC
                                     GLEN L. ABRAMSON (*pro hac vice*)
                                     1818 Market Street, Suite 3600
                                     Philadelphia, PA 19103
                                     Tel: (215) 875-3000
                                     Fax: (215)875-4604
                                     gabramson@bm.net

                                     **Counsel for Plaintiffs and the Settlement Class**

DATED: December 1, 2022	/s/ *Brian E. Pumphrey*
MCGUIREWOODS LLP
BRIAN E. PUMPHREY (VSB No. 47312)
HEIDI E. SIEGMUND (VSB No. 89569)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com

DENTONS US LLP
REID L. ASHINOFF (*pro hac vice*)
DREW MARROCCO (VSB No. 38955)
MICHAEL J. DUVALL (*pro hac vice*)
CATHARINE LUO (*pro hac vice*)
SAMANTHA FAHR (pro hac vice)
HALEY GRISSOM (pro hac vice)
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
reid.ashinoff@dentons.com
drew.marrocco@dentons.com
michael.duvall@dentons.com
catharine.luo@dentons.com
samantha.fahr@dentons.com
haley.grissom@dentons.com

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I certify that on the 1st day of December, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record.

/*s/ Brian E. Pumphrey*
MCGUIREWOODS LLP
BRIAN E. PUMPHREY (VSB No. 47312)
HEIDI E. SIEGMUND (VSB No. 89569)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com

***Counsel for Defendants***