UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 3:22-cv-00055-REP<br><br>**CLASS ACTION** |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE STIPULATION OF SECOND AMENDED CLASS ACTION SETTLEMENT AGREEMENT OUT OF TIME

This matter is before the Court on the Parties' Joint Motion for Leave to File Stipulation of Second Amended Class Action Settlement Agreement Out of Time in the above-captioned action. Having considered the motion, it is hereby ORDERED as follows:

The filing of the Stipulation and Second Amended Settlement Agreement on December 1, 2022 will not delay resolution of this matter or impact any other deadlines in the case.

Therefore, the Court grants the Parties' Joint Motion for Leave to File Stipulation of Second Amended Class Action Settlement Agreement Out of Time.

It is so ORDERED.

_____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: _____, 2022