IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRED HANEY,
et al.,

    Plaintiffs,

v.

GENWORTH LIFE INSURANCE
CO., et al.,

    Defendants.

Civil Action No. 3:22-cv-55

### ORDER

Having considered the JOINT MOTION FOR LEAVE TO FILE STIPULATION OF SECOND AMENDED CLASS ACTION SETTLEMENT AGREEMENT OUT OF TIME (ECF No. 107), it is hereby ORDERED that the JOINT MOTION FOR LEAVE TO FILE STIPULATION OF SECOND AMENDED CLASS ACTION SETTLEMENT AGREEMENT OUT OF TIME (ECF No. 107) is GRANTED. It is further ORDERED that the parties shall electronically file, by 5:00 PM on December 2, 2022, the proposed JOINT STIPULATION OF SECOND AMENDED SETTLEMENT AGREEMENT and related attachments.

    It is so ORDERED.

/s/ RSP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December 1, 2022