IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 3:22-cv-00055-REP<br><br>**CLASS ACTION** |

**JOINT STIPULATION OF
SECOND AMENDED SETTLEMENT AGREEMENT**

Upon the stipulation of the Parties, through their undersigned counsel, the Parties agree as follows:

WHEREAS, on April 1, 2022, the Parties entered into a Joint Stipulation of Class Action Settlement and Release that superseded and replaced the Memorandum of Understanding (the "April 1, 2022 Class Action Settlement Agreement") (ECF No. 28-1);

WHEREAS, on April 1, 2022, Plaintiffs filed a Motion to Direct Notice of the Proposed Settlement to the Class (ECF Nos. 26–28), and on May 2, 2022, the Court issued an Order Granting Preliminary Approval of Settlement and Directing Notice to Class (ECF No. 31);

WHEREAS, on July 6, 2022, the Parties entered into an Amended Joint Stipulation of Class Action Settlement and Release (the "Amended Settlement Agreement");

WHEREAS, on August 1, 2022, the Claims Administrator sent the Class Notice to the Class (*see* ECF No. 28-5);

WHEREAS, on September 16, 2022, Plaintiffs filed a Motion for Final Approval of the Amended Settlement Agreement (ECF Nos. 33-1, 39–40);

WHEREAS, certain Class Members objected to the Amended Settlement Agreement, filing those objections between August 12, 2022 and October 19, 2022;

WHEREAS, on November 3, 2022, Plaintiffs filed a Reply Memorandum in Support of Plaintiff's Motion for Final Approval of Class Action Settlement ("Plaintiffs' Reply Memorandum in Support of Final Approval") (ECF No. 79);

WHEREAS, following extensive, arms-length negotiations, the Parties reached agreements with Objectors Jane and Jeff Belkin, William and Linda Dudley, Doug and Bonnie Ebstyne, David Friedman, James Perry, Michael Podoll, and Thomas Toman (the "Settling Objectors") to withdraw their objections in exchange for certain modifications to the Amended Settlement Agreement, subject to approval by the Court, and the Parties notified the Court of those agreements on November 16, 2022;

WHEREAS, on November 17, 2022, the Court held a hearing on Plaintiffs' Motion for Final Approval of the Settlement;

WHEREAS, the Court ordered that the Parties submit a further amended Class Action Settlement Agreement by November 30, 2022 (ECF No. 94);

WHEREAS, the Court scheduled a further Final Approval Hearing for December 13, 2022;

WHEREAS, the Parties are simultaneously entering into a Joint Stipulation of Settlement with the Settling Objectors and filing a Joint Motion to Approve Settlement with Objectors;

WHEREAS, counsel for Plaintiffs Fred Haney, Marsha Merrill, Sylvia Rausch, Stephen Swenson, and Alan Wooten ("Named Plaintiffs") and counsel for Defendants Genworth Life Insurance Company and Genworth Life Insurance Company of New York ("Genworth") hereby submit for Final Approval the Second Amended Joint Stipulation of Class Action Settlement and Release (the "Second Amended Settlement Agreement").

**THE PARTIES NOW HEREBY STIPULATE AS FOLLOWS:**

1. The Second Amended Settlement Agreement, attached hereto as Exhibit A, should be finally approved by the Court.

2. If the Second Amended Settlement Agreement or the Objectors' Settlement Agreement is not approved by the Court, the Second Amended Settlement Agreement shall be void.

[signatures on next page]

DATED: December 1, 2022                 Respectfully submitted,


                                        */s/ Jonathan M. Petty (with permission)*
                                        PHELAN PETTY PLC
                                        JONATHAN M. PETTY, VSB No. 43100
                                        BRIELLE M. HUNT, VSB No. 87652
                                        3315 West Broad Street
                                        Richmond, VA 23230
                                        Tel: (804) 980-7100
                                        Fax: (804) 767-4601
                                        jpetty@phelanpetty.com
                                        bhunt@phelanpetty.com

                                        GOLDMAN SCARLATO & PENNY, P.C.
                                        BRIAN DOUGLAS PENNY (*pro hac vice*)
                                        Eight Tower Bridge, Suite 1025
                                        161 Washington Street
                                        Conshohocken, PA 19428
                                        Tel: (484) 342-0700
                                        Fax: (484) 342-0701
                                        penny@lawgsp.com

                                        ROBBINS GELLER RUDMAN
                                        & DOWD LLP
                                        STUART A. DAVIDSON (*pro hac vice*)
                                        120 East Palmetto Park Road, Suite 500
                                        Boca Raton, FL 33432
                                        Tel: (561) 750-3000
                                        Fax: (561) 750-3364
                                        sdavidson@rgrdlaw.com

                                        BERGER MONTAGUE PC
                                        GLEN L. ABRAMSON (*pro hac vice*)
                                        1818 Market Street, Suite 3600
                                        Philadelphia, PA 19103
                                        Tel: (215) 875-3000
                                        Fax: (215)875-4604
                                        gabramson@bm.net

                                        *Counsel for Plaintiffs and the Settlement Class*

DATED: December 1, 2022

*/s/ Brian E. Pumphrey*
MCGUIREWOODS LLP
BRIAN E. PUMPHREY (VSB No. 47312)
HEIDI E. SIEGMUND (VSB No. 89569)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com

DENTONS US LLP
REID L. ASHINOFF (*pro hac vice*)
DREW MARROCCO (VSB No. 38955)
MICHAEL J. DUVALL (*pro hac vice*)
CATHARINE LUO (*pro hac vice*)
SAMANTHA FAHR (*pro hac vice*)
HALEY GRISSOM (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
reid.ashinoff@dentons.com
drew.marrocco@dentons.com
michael.duvall@dentons.com
catharine.luo@dentons.com
samantha.fahr@dentons.com
haley.grissom@dentons.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of December, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record.

/*s/ Brian E. Pumphrey*
MCGUIREWOODS LLP
BRIAN E. PUMPHREY (VSB No. 47312)
HEIDI E. SIEGMUND (VSB No. 89569)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com

*Counsel for Defendants*