# Genworth

Genworth Life
PO Box 40005
Lynchburg, VA 24506

**Long Term Care Insurance**
Plan change confirmation
August 4, 2022
from Genworth Life Insurance Company

Insured
**Garry M Davis**

Policy number
**AAA5198919**

Customer service
**800 456.7766**
M-Th: 8:30 - 6PM ET
F: 9 - 6PM ET
Fax: 800 876.8220
**genworth.com**

MR GARRY M DAVIS
124 LANCASTER AVE
PITTSBURGH, PA 15228

Dear Garry M Davis,

Thank you for being a Genworth Life Long Term Care Insurance policyholder. We value your business and are committed to providing quality service.

**The purpose of this letter is to confirm that the change you requested to be made to your policy was completed and is effective 08/04/2022.** If you did not request this change, or the details below do not look accurate, please contact us immediately. Otherwise, no additional action is needed.

Your revised premium is $888.48. Your policy is currently paid to 08/04/2022. Please be advised that the change to your policy will occur on the anniversary of its effective date. Any billing or drafting will not reflect your revised premium until after that date, so it is possible that you'll receive a bill or your account will be drafted for your old premium amount before this change goes into effect.

Enclosed is a Coverage Amendment Rider indicating the change(s) made to your policy. Please attach this rider to your policy as evidence of this change. Please contact our customer service center if you want additional information regarding your claims and benefit information.

We appreciate your association with Genworth Life. If there is anything we can do to better serve you, please do not hesitate to contact us. The MyGenworth.com site provides a policy overview and allows you to conduct many transactions with ease at your convenience.

Sincerely,

Your Customer Service Team

enclosure: ICC18-165935 11/17/16

*Exhibit A*

# Genworth Life Insurance Company

Administrative office: 3100 Albert Lankford Drive, Lynchburg, VA 24501-4948,

## COVERAGE AMENDMENT RIDER

Insured  
Garry M Davis

Policy number  
AAA5198919

Revised premium and payment mode:  
Changed to $888.48 per 3 month(s)

Effective date of Change  
08/04/2022

It is understood and agreed that the Insured's coverage is changed as of the Effective Date of Change as indicated below:

The Monthly Maximum for the Policy is changed from 9822.95 to 8500.12.

The Benefit Multiplier for the Policy is changed from 60 months to 48 months.

The Lifetime Payment Maximum is changed to $408,005.76.

This Rider is to be attached to and forms a part of the policy cited above.

This Rider takes effect on the date stated above.

Signed for Genworth Life Insurance Company

*Vidal J. Torres, Jr.*  
Secretary

*Brian K. Haendiges*  
President and Chief Executive Officer

ICC18-16593511/17/16

Page 1 of 1