# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL SYLVIA RAUSCH STEPHEN SWENSON, and, ALAN WOOTEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>　　　　　　　　　Defendants. | Civil Action No.<br><br>3:22-cv-00055-REP<br><br>CLASS ACTION |

## MOTION OF THE FRIEDMAN AND PODOLL OBJECTORS
## FOR INCENTIVE AWARDS AND ATTORNEY'S FEES

NOW COME Settlement Class members Dr. David Friedman, James Perry, Thomas Toman, Doug and Bonnie Ebstyne, William and Linda Dudley, and Michael Podoll (collectively "Objectors"), by and through their undersigned counsel, for an Order pursuant to Fed. R. Civ. P. 23 and the Joint Stipulation of Settlement with Objectors (*see* Docket Nos. 105, 106), awarding each $7,500.00 as an incentive award, and their attorneys $384,690.00 in attorney's fees.

A Proposed Order is attached.

Dated: December 2, 2022

        Respectfully submitted,

        /s/ Timothy R. Clinton
        Timothy R. Clinton (Va. Bar No. 70902)
        CLINTON & PEED
        777 6th Street NW, 11th Fl.
        Washington, DC 20001
        (202) 621-1828
        (202) 204-6320 (fax)
        tim@clintonpeed.com

        Benjamin J. Vernia*
        D.C. Bar No. 441287
        THE VERNIA LAW FIRM
        1455 Pennsylvania Ave., N.W., Suite 400
        Washington, D.C. 20004
        Tel. (202) 349-4053
        Fax (866) 572-6728
        bvernia@vernialaw.com
        * *Pro hac vice application pending*

        *Attorneys for Objectors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, I filed the foregoing Motion of the Friedman and Podoll Objectors for Incentive Awards and Attorney's Fees via the CM/ECF with the Clerk of United States District Court for the Eastern District of Virginia.

/s/ Timothy R. Clinton
Timothy R. Clinton (Va. Bar No. 70902)
CLINTON & PEED
777 6th Street NW, 11th Fl.
Washington, DC  20001
(202) 621-1828
(202) 204-6320 (fax)
tim@clintonpeed.com

*Attorney for Objectors*