# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL SYLVIA RAUSCH STEPHEN SWENSON, and, ALAN WOOTEN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>      Defendants. | Civil Action No.<br><br>3:22-cv-00055-REP |

## **[PROPOSED] ORDER**

Upon the Motion of Objecting Settlement Class members Dr. David Friedman, James Perry, Thomas Toman, Doug and Bonnie Ebstyne, William and Linda Dudley, and Michael Podoll (the "Friedman/Podoll Objectors"), pursuant to Fed. R. Civ. P. 23 and the Joint Stipulation for Settlement with Objectors, for incentive awards and attorney's fees, the Court hereby Orders that each of Friedman/Podoll Objectors shall receive an incentive award in the amount of $7,500.00, and their attorneys shall receive a fee of $384,690.00.

**SO ORDERED THIS \_\_\_\_\_th DAY OF _____, 2022**

                     _____
                     **U.S. District Court Judge**