# Exhibit B

## Exhibit B

Re: Hours of Counsel Representing the Friedman/Podoll Objectors
*Haney, et al. v. Genworth Life Ins. Co., et al.*, No. 3:22-CV-00055-REP (E.D.Va.)

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/28/22 | Vernia | 2.50 | Commun. with Mr. Jones re: Genworth case; review of case documents. |
| 09/28/22 | Vernia | 3.80 | Research, edits to objections to class action settlement. |
| 09/29/22 | Vernia | 5.20 | Research, edits to objections to class action settlement. |
| 09/29/22 | Vernia | 1.70 | Outreach to objecting clients; disc. re: same with co-counsel. |
| 09/30/22 | Vernia | 6.00 | Research, edits to objections to class action settlement. |
| 09/30/22 | Vernia | 1.90 | Outreach to objecting clients; disc. re: same with co-counsel. |
| 10/01/22 | Vernia | 0.80 | Outreach to objecting clients; disc. re: same with co-counsel. |
| 10/01/22 | Vernia | 0.50 | Commun. with Mr. Leen re: objections, background. |
| 10/02/22 | Vernia | 1.30 | Outreach to objecting clients; disc. re: same with co-counsel. |
| 10/03/22 | Vernia | 0.50 | Corresp. updating clients re: filing. |
| 10/03/22 | Vernia | 2.40 | Retrieval of other objections from docket, organization and review of same. |
| 10/03/22 | Vernia | 3.60 | Receipt, review of newly filed objections and bases (Bos, Resnikoff, Freedlander). |
| 10/03/22 | Vernia | 0.30 | Commun. with clerk re: addition of Dudleys to objection. Commun. with counsel re: same. |
| 10/04/22 | Vernia | 0.20 | Corresp. updating clients re: filing. |
| 10/04/22 | Vernia | 1.10 | Retrieval of other objections from docket, organization and review of same. |
| 10/05/22 | Vernia | 2.50 | Retrieval of other objections from docket, organization and review of same. |
| 10/05/22 | Vernia | 0.90 | Drafting amended objection to add Mr. and Mrs. Dudley; drafting motion to amend and proposed order. Commun. with co-counsel, Mr. Dudley, parties' counsel re: same. |
| 10/05/22 | Vernia | 1.20 | Drafting motion to amend to add Mr. and Mrs. Dudley to objection; commun. re: same. |
| 10/05/22 | Vernia | 2.60 | Legal research into objection procedure and practice. |
| 10/06/22 | Vernia | 2.10 | Retrieval of other objections from docket, organization and review of same. |
| 10/06/22 | Vernia | 2.30 | Commun. with Mr. Leen re: objections; prep. for same. |
| 10/06/22 | Vernia | 0.10 | Drafting amended objection to add Mr. and Mrs. Dudley; drafting motion to amend and proposed order. Commun. with co-counsel, Mr. Dudley, parties' counsel re: same. |
| 10/06/22 | Vernia | 0.10 | Corresp. updating clients re: filing. |
| 10/06/22 | Vernia | 0.50 | Drafting motion to amend to add Mr. and Mrs. Dudley to objection; commun. re: same. |
| 10/07/22 | Vernia | 0.20 | Commun. with clerk re: addition of Dudleys to objection. Commun. with counsel re: same. |
| 10/07/22 | Vernia | 0.90 | Receipt, review of newly filed objections and bases (Dimiduck). |
| 10/08/22 | Vernia | 1.10 | Legal research into objection procedure and practice. |
| 10/09/22 | Vernia | 1.90 | Legal research into objection procedure and practice. |
| 10/10/22 | Vernia | 4.60 | Legal research re: class action objections. |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/11/22 | Vernia | 0.50 | Edits to motion to amend objection; commun. with Mr. Clinton re: same; filing of same. |
| 10/11/22 | Vernia | 3.00 | Legal research re: class action objections. |
| 10/12/22 | Vernia | 0.20 | Commun. with Mr. Clinton re: amendments needed to motion to amend; drafting of same. |
| 10/12/22 | Vernia | 0.10 | Tel. conf. with Mr. Dudley re: participation. |
| 10/12/22 | Vernia | 1.40 | Legal research re: class action objections. |
| 10/13/22 | Vernia | 2.30 | Legal research re: class action objections. |
| 10/13/22 | Vernia | 0.20 | Commun. with clerk, co-counsel re: pro hac vice motion. |
| 10/14/22 | Vernia | 2.00 | Prep. for hearing. |
| 10/15/22 | Vernia | 0.70 | Prep. for hearing. |
| 10/16/22 | Vernia | 3.10 | Legal research re: class action objections. |
| 10/17/22 | Vernia | 0.10 | Commun. with Mr. Duvall (for Genworth). |
| 10/17/22 | Vernia | 0.10 | Commun. with Mr. Leen to schedule call; conf. call. |
| 10/17/22 | Vernia | 0.20 | Commun. with Mr. Podoll re: his objection; review of same. |
| 10/17/22 | Vernia | 2.60 | Review of key documents, legal and factual research. |
| 10/18/22 | Vernia | 0.10 | Commun. with Mr. Duvall (for Genworth). |
| 10/18/22 | Vernia | 4.50 | Review of key documents, legal and factual research. |
| 10/18/22 | Vernia | 0.10 | Commun. with Mr. Thorsen re: potential collaboration on objections. |
| 10/18/22 | Vernia | 0.60 | Receipt, review of documents from Mr. Leen; commun. with him re: same. |
| 10/19/22 | Vernia | 0.20 | Commun. with Mr. Leen to schedule call; conf. call. |
| 10/19/22 | Vernia | 5.10 | Review of key documents, legal and factual research. |
| 10/19/22 | Vernia | 0.10 | Commun. with Mr. Thorsen re: potential collaboration on objections. |
| 10/19/22 | Vernia | 1.30 | Receipt, review of documents from Mr. Leen; commun. with him re: same. |
| 10/20/22 | Vernia | 3.10 | Prep. for, particpation in tel. conf. with Mr. Duvall (for Genworth). |
| 10/20/22 | Vernia | 1.50 | Review of key documents, legal and factual research. |
| 10/20/22 | Vernia | 0.10 | Commun. with Mr. Leen to schedule call; conf. call. |
| 10/20/22 | Vernia | 0.10 | Disc. with Mr. Clinton re: negotiations with Genworth. |
| 10/21/22 | Vernia | 0.20 | Commun. with Mr. Leen to schedule call; conf. call. |
| 10/22/22 | Vernia | 1.80 | Receipt, review of documents from Mr. Leen; commun. with him re: same. |
| 10/23/22 | Vernia | 1.00 | Commun. with Mr. Leen to schedule call; conf. call. |
| 10/23/22 | Vernia | 1.10 | Receipt, review of documents from Mr. Leen; commun. with him re: same. |
| 10/24/22 | Vernia | 1.50 | Legal research re: fairness issues; prep. for hearing. |
| 10/25/22 | Vernia | 3.80 | Legal research re: fairness issues; prep. for hearing. |
| 10/25/22 | Vernia | 1.40 | Commun. with Mr. Leen re: objections, background documents, and analysis. |
| 10/26/22 | Vernia | 0.40 | Commun. with Genworth counsel re: documents, settlement proposals. |
| 10/26/22 | Vernia | 5.00 | Legal research re: fairness issues; prep. for hearing. |
| 10/26/22 | Vernia | 0.50 | Commun. with Mr. Leen re: objections, background documents, and analysis. |
| 10/27/22 | Vernia | 0.10 | Commun. with Mr. Duvall to sched. conf. |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/28/22 | Vernia | 2.10 | Prep. for, particip. in videoconference with Genworth's counsel. |
| 10/28/22 | Vernia | 0.10 | Receipt, review of order re: hearing procedure. |
| 10/29/22 | Vernia | 0.10 | Commun. with Genworth counsel re: documents, settlement proposals. |
| 10/29/22 | Vernia | 1.60 | Legal research re: fairness issues; prep. for hearing. |
| 10/30/22 | Vernia | 2.00 | Prep. for, particip. in tel. conf. with Mr. Podoll. |
| 10/31/22 | Vernia | 0.60 | Review of Genworth documents, breakdown of objections. |
| 10/31/22 | Vernia | 0.80 | Commun. with Mr. Duvall re: settlement offer; analysis of same. |
| 10/31/22 | Vernia | 0.30 | Commun. with clients re: status, potential settlement. |
| 11/01/22 | Vernia | 0.50 | Review of Genworth documents, breakdown of objections. |
| 11/01/22 | Vernia | 0.40 | Commun. with Mr. Duvall re: settlement offer; analysis of same. |
| 11/01/22 | Vernia | 1.40 | Legal, factual research for objections. |
| 11/01/22 | Vernia | 0.10 | Commun. with Mr. Leen re: analysis of objections. |
| 11/02/22 | Vernia | 0.80 | Legal, factual research for objections. |
| 11/03/22 | Vernia | 2.20 | Legal, factual research for objections. |
| 11/03/22 | Vernia | 0.20 | Receipt, review of class counsel's reply brief. |
| 11/03/22 | Vernia | 0.10 | Receipt, review of Genworth's regulatory filing. |
| 11/04/22 | Vernia | 2.50 | Legal, factual research for objections. |
| 11/04/22 | Vernia | 0.20 | Commun. with Mr. Duvall re: settlement. |
| 11/04/22 | Vernia | 3.80 | Receipt, review of class counsel's reply brief. |
| 11/04/22 | Vernia | 0.90 | Receipt, review of Genworth's regulatory filing. |
| 11/05/22 | Vernia | 0.70 | Legal, factual research for objections. |
| 11/05/22 | Vernia | 3.10 | Receipt, review of class counsel's reply brief. |
| 11/05/22 | Vernia | 0.50 | Receipt, review of Genworth's regulatory filing. |
| 11/06/22 | Vernia | 1.10 | Receipt, review of class counsel's reply brief. |
| 11/07/22 | Vernia | 1.50 | Communications with clients, co-counsel regarding Genworth settlement discussions. |
| 11/07/22 | Vernia | 1.90 | Disc. with Mr. Podoll re: joining in settlement. |
| 11/07/22 | Vernia | 0.30 | Commun. with Mr. Podoll re: possible representation. |
| 11/08/22 | Vernia | 0.60 | Communications with clients, co-counsel regarding Genworth settlement discussions. |
| 11/08/22 | Vernia | 0.20 | Commun. with Mr. Duvall re: settlement. |
| 11/08/22 | Vernia | 0.10 | Commun. with Mr. Podoll re: possible representation. |
| 11/08/22 | Vernia | 0.20 | Commun. with co-counsel re: logistics. |
| 11/09/22 | Vernia | 2.00 | Communications with clients, co-counsel regarding Genworth settlement discussions. |
| 11/09/22 | Vernia | 0.10 | Commun. with Mr. Duvall re: settlement. |
| 11/10/22 | Vernia | 2.30 | Communications with clients, co-counsel regarding Genworth settlement discussions. |
| 11/10/22 | Vernia | 0.20 | Commun. with Mr. Duvall re: settlement. |
| 11/10/22 | Vernia | 0.20 | Commun. with Mr. Podoll re: possible representation. |
| 11/11/22 | Vernia | 0.10 | Commun. with Mr. Duvall re: settlement. |
| 11/11/22 | Vernia | 1.10 | Communications with clients, co-counsel regarding Genworth settlement discussions. |
| 11/12/22 | Vernia | 1.70 | Communications with clients, co-counsel regarding Genworth settlement discussions. |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/12/22 | Vernia | 0.20 | Commun. with Mr. Jones re: case. |
| 11/13/22 | Vernia | 3.20 | Communications with clients, co-counsel regarding Genworth settlement discussions. |
| 11/13/22 | Vernia | 0.20 | Commun. with Mr. Clinton re: case. |
| 11/14/22 | Vernia | 2.90 | Communication with clients re: settlement. |
| 11/14/22 | Vernia | 2.40 | Review and analysis of clients' settlement proposal, revising of same. |
| 11/14/22 | Vernia | 0.30 | Commun. with Mr. Clinton re: status. |
| 11/14/22 | Vernia | 0.30 | Tel. conf. with Mr. Jones to discuss strategy. |
| 11/14/22 | Vernia | 0.40 | Commun. with Mr. Duvall to discuss settlement proposal, status. |
| 11/14/22 | Vernia | 2.00 | Receipt, review of class counsel's supplement to fee petition. |
| 11/15/22 | Vernia | 2.50 | Communication with clients re: settlement. |
| 11/15/22 | Vernia | 0.20 | Commun. with Mr. Duvall to discuss settlement proposal, status. |
| 11/16/22 | Vernia | 2.10 | Communication with clients re: settlement. |
| 11/16/22 | Vernia | 0.30 | Commun. with Mr. Clinton re: status. |
| 11/16/22 | Vernia | 0.30 | Commun. with Mr. Duvall to discuss settlement proposal, status. |
| 11/16/22 | Vernia | 1.00 | Prep. for, particip. in tel. conf. with court re: settlement of objections. |
| 11/16/22 | Vernia | 0.30 | Pro hac vice, notice of appearance to represent Mr. Podoll. |
| 11/17/22 | Vernia | 5.80 | Prep. for, particip. in fairness hearing. |
| 11/17/22 | Vernia | 0.20 | Commun. with Mr. Murray of fee research issues. |
| 11/17/22 | Vernia | 0.10 | Commun. with Mr. Thorsen re: fees and incentive award disc. |
| 11/17/22 | Vernia | 0.20 | Commun. with Mr. Murray re: fees research. |
| 11/18/22 | Vernia | 0.20 | Disc. of fees and incentive awards with Mr. Murray. |
| 11/18/22 | Vernia | 0.20 | Commun. with Mr. Murray of fee research issues. |
| 11/18/22 | Vernia | 0.30 | Commun. with Mr. Murray re: fees research. |
| 11/18/22 | Vernia | 0.30 | Commun. with Mr. Leen re: status of objections. |
| 11/19/22 | Vernia | 0.60 | Review of billings, prep. of settlement position. |
| 11/21/22 | Vernia | 1.80 | Review of fee and incentive award standards, caselaw. |
| 11/21/22 | Vernia | 0.10 | Commun. with Mr. Thorsen re: settlement discussions with Genworth. |
| 11/21/22 | Vernia | 0.80 | Drafting of settlement position. |
| 11/21/22 | Vernia | 0.10 | Commun. with Mr. Murray re: fees memorandum. |
| 11/21/22 | Vernia | 0.20 | Receipt, review of court order re: schedule of remaining proceedings. |
| 11/22/22 | Vernia | 1.00 | Drafting of settlement position. |
| 11/22/22 | Vernia | 0.20 | Review of fee and incentive award standards, caselaw. |
| 11/22/22 | Vernia | 0.10 | Commun. with Mr. Clinton re: schedule, logistics issues. |
| 11/23/22 | Vernia | 0.10 | Commun. with Mr. Thorsen re: settlement discussions with Genworth. |
| 11/23/22 | Vernia | 1.10 | Drafting of settlement position. |
| | **Total Hours** | **173.50** | @ $700.00 per hour |
| *Andrew K. Murray* | | | |
| 11/18/22 | Murray | 3.00 | Research re: payment of fees for objecting counsel. |
| 11/19/22 | Murray | 3.00 | Research re: payment of fees for objecting counsel. |
| | **Total Hours** | **6.00** | @ $350.00 per hour |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| *Timothy R. Clinton* | | | |
| 9/30/22 | Clinton | 1.10 | Revising objection and preparing for e-file; finalizing and filing objection and pro hac vice motion |
| 10/11/22 | Clinton | 0.30 | Reviewing and filing motion to amend objection. |
| 10/12/22 | Clinton | 0.80 | Preparing pro hac vice motion for filing and related correspondence; filing pro hac vice motion and revising certificate of service for prior filing; arranging to have certificate of service emailed to clerk's office |
| 10/19/22 | Clinton | 0.20 | Filing amended objection |
| 10/20/22 | Clinton | 0.30 | Phone conference with Mr. Vernia re case update |
| 11/14/22 | Clinton | 0.30 | Phone conference with Mr. Vernia re case strategy |
| 11/16/22 | Clinton | 0.40 | Preparing and filing notice of appearance and pro hac vice form, and correspondence with counsel re chambers conference re objectors' settlement |
| 11/16/22 | Clinton | 0.70 | Conference call with opposing counsel and chambers re settlement |
| 11/16/22 | Clinton | 0.20 | Post-Conference call with Mr. Vernia re call with opposing counsel and chambers re settlement and next steps |
| 11/17/22 | Clinton | 3.50 | Pre-hearing calls with clerk and checking in to hearing; attending fairness hearing |
| | **Total Hours** | **7.80** | **@ $600.00 per hour** |