IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, individually and on Behalf of All Others Similarly Situated )<br><br>Plaintiffs, )<br>)<br>)<br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK. ) | Civil Action No. 3:22-cv-00055-REP<br><br>CLASS ACTION |

## ORDER OF COURT

AND NOW this _____ day of December, 2022, after consideration of Objectors Davis and Freedlander's motion for leave to call Kathryn Dimiduk as a Witness in this matter, it is hereby ordered that Objectors' motion is granted and that they are granted leave to present the testimony of Ms. Dimiduk by Zoom at the hearing on this matter scheduled for December 13, 2022.

_____
Robert E. Payne, Judge District Court for
The Eastern District of Virginia