IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRED HANEY,
et al.,

    Plaintiffs,

v.                        Civil Action No. 3:22-cv-55

GENWORTH LIFE INSURANCE
CO., et al.,

    Defendants.

**ORDER**

Having considered Gary Davis's MOTION FOR LEAVE TO CALL KATHRYN DIMIDUK AS A WITNESS BY WAY OF ZOOM AT THE FAIRNESS HEARING ON DECEMBER 13, 2022 (ECF No. 113), it is hereby ORDERED that:

(1) By 5:00 PM on December 7, 2022, Class Counsel and counsel for Defendants shall file a response, either jointly or separately, stating their position on the matter, and shall send a copy of the response to Davis via e-mail; and

(2) In the event that the Motion is granted, Kathryn Dimiduk may appear as a witness by Zoom.

It is so ORDERED.

                                /s/
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: December _12_, 2022