IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRED HANEY,
et al.,

    Plaintiffs,

v.                                                     Civil Action No. 3:22-cv-55

GENWORTH LIFE INSURANCE
CO., et al.,

    Defendants.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the objections by Jonathan Bos (ECF Nos. 35 and 58), Peter Michael and Keiko Howard (ECF No. 37), Darrell Taylor (ECF No. 38), Paul and Marcia Berg (ECF No. 44), Henry and Anna Dowler (ECF Nos. 45 and 47), Julie Black (ECF No. 46), Ronald and Torrie Hays (ECF No. 49), Lonny and Carrol Lang (ECF No. 51), Richard Moore (ECF No. 54), Janet Arrowsmith (ECF No. 55), Sol Resnikoff (ECF No. 59), Pamela Resnikoff (ECF No. 60), John Haslett (ECF No. 62), and Michael Mack (ECF No. 64)—excluding any portion(s) of those objections relating to attorneys' fees, costs, and service awards for the Class Representatives—are OVERRULED.

Kathryn Dimiduk's objection (ECF No. 67) is OVERRULED except her objection relating to a rate increase letter prior to knowledge of the settlement agreement and her objection to the attorneys' fees.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December 12, 2022