IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRED HANEY,
et al.,

    Plaintiffs,

v.                            Civil Action No. 3:22-cv-55

GENWORTH LIFE INSURANCE
CO., et al.,

    Defendants.

## ORDER

Before the Court is a new objection by Jonathan Bos (ECF No. 121) that was received by the Court on December 9, 2022, and electronically filed on December 12, 2022. As the final approval hearing is scheduled for tomorrow, December 13, 2022, the objection is accordingly considered a late filing, but the Court will allow Bos to speak at the hearing if he chooses for no more than five minutes.

    It is so ORDERED.

                                  /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: December 12, 2022