CIVIL PROCEEDINGS – U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION
NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

JUDGE: **ROBERT E. PAYNE**    DOCKET NO.: **3:22-cv-055**
REPORTER: **KRISTA HARDING, OCR**    DATE: **DECEMBER 13, 2022**

Case Style:   FRED HANEY et al v. GENWORTH LIFE INSURANCE COMPANY et al
Counsel for Plaintiff(s):   JONATHAN PETTY, BRIAN PENNY
Counsel for Defendant(s):   BRIAN PUMPHREY, MICHAEL DUVALL, DREW MARROCCO, SAMANTHA FAHR, HALEY GRISSOM, WINSTON BROWNLOW (in-house counsel), SEAN BELL (client representative, zoom), GREGG KARAWAN (client representative, zoom)
Objector Attorneys:   ROBERT CLORE (zoom), BLAKE WEINER (zoom), JAMES THORSEN (in-person), GARY DAVIS (retired, self), TIMOTHY CLINTON (in-person), BENJAMIN VERNIA (in-person)

Matter Comes on For:   ( ) BENCH TRIAL
( ✓ ) MOTION HEARING:   MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (ECF 39), MOTION FOR ATTORNEY FEES (ECF 41)
( ) OTHER: _____

Appearances:   PARTIES        BY COUNSEL ( ✓ ) / WITH COUNSEL ( ✓ )       PRO SE ( )

Motions Before Trial:
   ( ) _____
   ( ) _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ( )    DEFENDANTS ( )    COURT ( )

OPENING STATEMENTS MADE ( )          OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( )     RESTED ( )     MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )     RESTED ( )     MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )          SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )          ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )     MONETARY REWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )     TRIAL EXHIBITS RETURNED TO COUNSEL ( )

**ADDITIONAL NOTATIONS:**
COURT DIRECTS LIST OF ZOOM PARTICIPANTS MADE PART OF RECORD; OBJECTOR JOHN HILLIARD (ECF 97) APPEARED IN PERSON; COURT HEARD SUPPLEMENTAL OBJECTIONS FROM GARY DAVIS (ECF 61, 110 W/ EXHIBIT AS ATTACHED), KATHRYN DIMIDUK (ECF 67, 102, ZOOM) AND JONATHAN BOS (ECF, 35, 58, 112, ZOOM); COURT HEARD STATEMENTS FROM ATTORNEYS ROBERT THORSEN (ECF 53), TIMOTHY CLINTON (ECF 48, 56, 73); ROBERT CLORE (ECF 51, ZOOM); COUNSEL RESPONDED ACCORDINGLY; COURT OVERRULED OBJECTION FROM BOS; OPINIONS AND ORDERS FORTHCOMING RE: DAVIS OBJECTION & ECF NOS. 39 AND 41

SET: **10:00 A.M.**    BEGAN: **10:23 A.M.**    ENDED: **3:17 P.M.**    TIME IN COURT: **3 HRS. 20 MINS.**
RECESSES:   **11:42 A.M. – 12:03 P.M.; 1:06 P.M. – 2:15 P.M.**