# List of Callers & Zoom Participants

| PRESENT | NAME | SPEAKING | INTEREST IN CASE |
|---|---|---|---|
| ✓ | 1. Sheila Beers | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 2. Sean Bell | ✗ | ☐ Attorney (on case; participating via zoom)<br>☒ Client Representative (Genworth)<br>☐ Attorney (of objector)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 3. Barbara Bloom | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 4. Penelope Bochatey | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 5. Jonathan Bos<br>(ECF Nos. 35, 58, 121) | ✓ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☒ Objector |
| ✓ | 6. Randy Brown | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 7. Louis Brownstone | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ Member of Public / ~~Policyholder~~<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 8. Don Bryngelson | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 9. Robert Clore<br>(ECF No. 51) | *made available for comment* | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☒ Attorney (of objector)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| *in-person* | 10. Gary Davis<br>(ECF No. 61, 110) | ✓ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☒ Objector |

| | | | |
|---|---|---|---|
| | 11. Allen Desmond | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 12. Kathryn Dimiduk<br>(ECF Nos. 67, 102) | ✓ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☒ Objector |
| | 13. Richard Durning | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 14. Lorraine Freedlander<br>(ECF Nos. 61, 110) | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☒ Objector |
| ✓ | 15. Julie Gabrik | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 16. William Garbus | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 17. Kathy Goddard | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| | 18. Kim Grad | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 19. Ron Good | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| | 20. Jeremy Gussick | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ Member of Public / ~~Policyholder~~<br>☐ Class Plaintiff<br>☐ Objector |

| | Name | | Selections |
|---|---|---|---|
| | 21. Patricia Haslett | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 22. Kelly Haslbeck | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ Member of Public / ~~Policyholder~~<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 23. Gregg Karawan | ✗ | ☐ Attorney (on case; participating via zoom)<br>☒ Client Representative (Genworth)<br>☐ Attorney (of objector)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| | 24. Chris Kunzi | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 25. Peter Judd | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 26. Vernice Klier | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 27. Virginia Lawrence | *made available for comment* | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 28. Walter Leen | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 29. Cynthia Lippert | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 30. Timothy Mechem | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☒ Attorney (of class member)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |

| ✓ | 31. Peggy Morgan | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
|---|---|---|---|
| ✓ | 32. Al Mosberg | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 33. Peggy Morgan | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 34. Darrel Pendergast | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 35. Susan Pendergast | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 36. Michael Podoll<br>(ECF No. 48) | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☒ Objector |
| ✓ | 37. Herbert Porter | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 38. Michael Scammon | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 39. Lisa Sitjar | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 40. Larry Slesinger | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☒ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |

| ✓ | 41. Jeff Stanford | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☑ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
|---|---|---|---|
| ✓ | 42. Blake Weiner<br>(ECF No. 51) | *made available for comment* | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☑ Attorney (of objector)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 43. Diana Williams | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☑ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 44. Carmen Winston | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☑ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 45. "3136802617" | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☑ ~~Member of Public~~ / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
| ✓ | 46. "Dad, Amy, Tim" | ✗ | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☑ Member of Public / ~~Policyholder~~<br>☐ Class Plaintiff<br>☐ Objector |
|  | 47. |  | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |
|  | 48. |  | ☐ Attorney (on case; participating via zoom)<br>☐ Attorney (in-house counsel)<br>☐ Attorney (of objector)<br>☐ Member of Public / Policyholder<br>☐ Class Plaintiff<br>☐ Objector |