# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 3:22-cv-00055-REP<br><br>**CLASS ACTION** |

## NOTICE OF CHANGE IN FIRM AFFILIATION AND ADDRESS

PLEASE TAKE NOTE that, effective January 1, 2023, Glen L. Abramson, counsel for Plaintiffs admitted *pro hac vice* in this matter by Order dated February 1, 2022 (ECF No. 14), joined the law firm of Milberg Coleman Bryson Phillips Grossman PLLC.

Mr. Abramson's new contact information is:

> Glen L. Abramson
> Milberg Coleman Bryson Phillips Grossman PLLC
> 800 S. Gay Street, Suite 1100
> Knoxville, TN  37929
> 202.932.7003
> gabramson@milberg.com

Please update your records accordingly.

DATED: January 5, 2023              **MILBERG COLEMAN BRYSON**
                                                  **PHILLIPS GROSSMAN PLLC**

By:   */s/ Jonathan M. Petty*
        Jonathan M. Petty (VSB No. 43100)
        PHELAN PETTY PLC
        3315 West Broad Street
        Richmond, VA 23230
        Tel: (804) 980-7100
        Fax: (804) 767-4601
        jpetty@phelanpetty.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on January 5, 2023, I caused a try and correct copy of the foregoing *Notice of Change in Firm Affiliation and Address* to be filed using the Court's Electronic Filing System ("ECF System"). The document is available for viewing and downloading via the ECF System, and will be served by operation of the ECF System upon all counsel of record.

*/s/ Jonathan Petty*
Jonathan Petty