IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRED HANEY,
et al.,

    Plaintiffs,

v.                            Civil Action No. 3:22-cv-55

GENWORTH LIFE INSURANCE
CO., et al.,

    Defendants.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) The JOINT MOTION TO APPROVE SETTLEMENT WITH OBJECTORS (ECF No. 105) is GRANTED; and

(2) The JOINT STIPULATION OF SETTLEMENT WITH OBJECTORS (ECF No. 106-1) is approved, and its terms are incorporated into the SECOND AMENDED SETTLEMENT AGREEMENT (ECF No. 109-1).

It is so ORDERED.

                                         /s/    REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: January 11, 2023