IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRED HANEY,
et al.,

    Plaintiffs,

v.                                   Civil Action No. 3:22-cv-55

GENWORTH LIFE INSURANCE
CO., et al.,

    Defendants.

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the objections by Gary Davis and Lorraine Freedlander (ECF No. 61) and Kathryn Dimiduk (ECF No. 67), including oral objections made during the fairness hearings on November 17, 2022, and December 13, 2022, but excluding Dimiduk's objection to the attorneys' fees, are OVERRULED.

It is so ORDERED.

                                        /s/
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: January 26, 2023