IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRED HANEY,
et al.,

    Plaintiffs,

v.                             Civil Action No. 3:22-cv-55

GENWORTH LIFE INSURANCE
CO., et al.,

    Defendants.

**ORDER**

For the reasons set forth on the record during the conference call on January 26, 2023, and having received notice that the parties and Lonny and Carrol Lang (ECF No. 51) have reached a settlement agreement, it is hereby ORDERED that:

(1) All motions related to the agreement shall be filed by January 30, 2023; and

(2) A hearing on the motions will be held on February 7, 2023, at 11:00 AM.

    It is so ORDERED.

                                      /s/     REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: January 27, 2023