IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 3:22-cv-00055-REP<br><br>**CLASS ACTION** |

## JOINT MOTION TO APPROVE THE SETTLEMENT WITH THE LANG OBJECTORS

Pursuant to Fed. R. Civ. Pro. ("FRCP") 23(e)(5)(B), Plaintiffs Fred Haney, Marsha Merrill, Sylvia Rausch, Stephen Swenson, and Alan Wooten ("Named Plaintiffs"), on behalf of themselves and the Class (collectively, "Plaintiffs"), Defendants Genworth Life Insurance Company ("GLIC") and Genworth Life Insurance Company of New York ("GLICNY") (collectively, GLIC and GLICNY, "Genworth" or "Defendants"), Goldman Scarlato & Penny, P.C., Robbins Geller Rudman & Dowd LLP, Milberg Coleman Bryson Phillips Grossman LLP, and Phelan Petty P.C. (collectively, "Class Counsel"), Objectors Lonny and Carrol Lang (collectively, the "Lang Objectors"), and Blake Weiner Law PLLC and Bandas Law Firm, P.C. (collectively, the "Lang Objectors' Counsel") jointly move for an approval of an agreement of settlement reached between Plaintiffs, Defendants, and the Lang Objectors (the "Lang Objectors' Settlement Agreement") in the above-captioned Action.

The grounds and reasons for granting this relief are stated with particularity in the accompanying brief and other supporting papers, which are being filed contemporaneously with this Motion under Local Rule 7(F)(1).

[signatures on next page]

DATED: January 30, 2023                    Respectfully submitted,


                                           */s/ Jonathan M. Petty (with permission)*
                                           PHELAN PETTY PLC
                                           JONATHAN M. PETTY, VSB No. 43100
                                           BRIELLE M. HUNT, VSB No. 87652
                                           3315 West Broad Street
                                           Richmond, VA 23230
                                           Tel: (804) 980-7100
                                           Fax: (804) 767-4601
                                           jpetty@phelanpetty.com
                                           bhunt@phelanpetty.com

                                           GOLDMAN SCARLATO & PENNY, P.C.
                                           BRIAN DOUGLAS PENNY (*pro hac vice*)
                                           Eight Tower Bridge, Suite 1025
                                           161 Washington Street
                                           Conshohocken, PA 19428
                                           Tel: (484) 342-0700
                                           Fax: (484) 342-0701
                                           penny@lawgsp.com

                                           ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                           STUART A. DAVIDSON (*pro hac vice*)
                                           120 East Palmetto Park Road, Suite 500
                                           Boca Raton, FL 33432
                                           Tel: (561) 750-3000
                                           Fax: (561) 750-3364
                                           sdavidson@rgrdlaw.com

                                           GLEN L. ABRAMSON (*pro hac vice*)
                                           MILBERG COLEMAN BRYSON PHILLIPS
                                           GROSSMAN PLLC
                                           800 S. Gay Street, Suite 1100
                                           Knoxville, TN 37929
                                           Tel: (202) 932-7003
                                           Fax : (865) 522-0049
                                           gabramson@milberg.com

                                           **Counsel for Plaintiffs and the Settlement Class**

| | |
|---|---|
| DATED: January 30, 2023 | */s/ Brian E. Pumphrey* |
| | MCGUIREWOODS LLP |
| | BRIAN E. PUMPHREY (VSB No. 47312) |
| | HEIDI E. SIEGMUND (VSB No. 89569) |
| | Gateway Plaza |
| | 800 East Canal Street |
| | Richmond, VA 23219 |
| | Tel: (804) 775-1000 |
| | Fax: (804) 775-1061 |
| | bpumphrey@mcguirewoods.com |
| | hsiegmund@mcguirewoods.com |
| | |
| | DENTONS US LLP |
| | REID L. ASHINOFF (*pro hac vice*) |
| | DREW MARROCCO (VSB No. 38955) |
| | MICHAEL J. DUVALL (*pro hac vice*) |
| | CATHARINE LUO (*pro hac vice*) |
| | SAMANTHA FAHR (*pro hac vice*) |
| | HALEY GRISSOM (*pro hac vice*) |
| | 1221 Avenue of the Americas |
| | New York, NY 10020 |
| | Tel: (212) 768-6700 |
| | Fax: (212) 768-6800 |
| | reid.ashinoff@dentons.com |
| | drew.marrocco@dentons.com |
| | michael.duvall@dentons.com |
| | catharine.luo@dentons.com |
| | samantha.fahr@dentons.com |
| | haley.grissom@dentons.com |
| | |
| | ***Counsel for Defendants*** |

DATED: January 30, 2023

*/s/ Blake A. Weiner (with permission)*
BLAKE WEINER LAW, PLLC
BLAKE A. WEINER
VSB No. 94087
1806 Summit Avenue, Suite 300
Richmond, VA 23230
Tel: (804) 482-1465
bweiner@blakeweinerlaw.com

*/s/ Robert W. Clore (with permission)*
BANDAS LAW FIRM P.C.
ROBERT W. CLORE (*pro hac vice*)
802 N. Carancahua, Suite 1400
Corpus Christie, TX 78401
Tel: (361) 698-5200
rclore@bandaslawfirm.com

**Counsel for Objectors Lonny and Carrol Lang**

## CERTIFICATE OF SERVICE

I certify that on the 30th day of January, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record.

*/s/ Brian E. Pumphrey*
MCGUIREWOODS LLP
BRIAN E. PUMPHREY (VSB No. 47312)
HEIDI E. SIEGMUND (VSB No. 89569)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com

**Counsel for Defendants**