IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 3:22-cv-00055-REP<br><br>**CLASS ACTION** |

## JOINT STIPULATION OF
## THIRD AMENDED CLASS ACTION SETTLEMENT AGREEMENT

Upon the stipulation of the Parties, through their undersigned counsel, the Parties agree as follows:

WHEREAS, on April 1, 2022, the Parties entered into a Joint Stipulation of Class Action Settlement and Release that superseded and replaced the Memorandum of Understanding (the "April 1, 2022 Class Action Settlement Agreement") (ECF No. 28-1);

WHEREAS, on April 1, 2022, Plaintiffs filed a Motion to Direct Notice of the Proposed Settlement to the Class (ECF Nos. 26–28), and on May 2, 2022, the Court issued an Order Granting Preliminary Approval of Settlement and Directing Notice to Class (ECF No. 31);

WHEREAS, on July 6, 2022, the Parties entered into an Amended Joint Stipulation of Class Action Settlement and Release (the "Amended Class Action Settlement Agreement") (ECF Nos. 33, 33-1);

WHEREAS on July 7, 2022, the Court issued an Order Granting Preliminary Approval of the Amended Settlement Agreement (ECF No. 34);

WHEREAS, on August 1, 2022, the Claims Administrator sent the Class Notice to the Class (*see* ECF No. 28-5);

WHEREAS, on September 16, 2022, Plaintiffs filed a Motion for Final Approval of the Amended Settlement Agreement (ECF Nos. 33-1, 39–40);

WHEREAS, certain Class Members, including the Lang Objectors (ECF No. 51), objected to the Amended Class Action Settlement Agreement;

WHEREAS, on November 3, 2022, Plaintiffs filed a Reply Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement ("Plaintiffs' Reply Memorandum in Support of Final Approval") (ECF No. 79);

WHEREAS, following extensive, arms-length negotiations, the Parties reached agreements with Objectors Jane and Jeff Belkin, William and Linda Dudley, Doug and Bonnie Ebstyne, David Friedman, James Perry, Michael Podoll, and Thomas Toman (the "Original Settling Objectors") to withdraw their objections in exchange for certain modifications to the Amended Class Action Settlement Agreement, subject to approval by the Court;

WHEREAS, on November 17, 2022, the Court held a hearing on Plaintiffs' Motion for Final Approval of the Settlement;

WHEREAS, on November 30, 2022, the Parties filed a Joint Motion to Approve Settlement with Objectors (ECF No. 105) and a Joint Stipulation of Settlement with Objectors (ECF No. 106-1);

WHEREAS, on December 1, 2022, the Parties filed a Second Amended Joint Stipulation of Class Action Settlement and Release ("Second Amended Class Action Settlement

Agreement") (ECF No. 109-1) implementing certain modifications to the Special Election Options agreed to in the Joint Stipulation of Settlement with Objectors (ECF No. 106-1);

WHEREAS, on December 12, 2022, the Court overruled certain objections, including objections made by the Lang Objectors (ECF Nos. 122-123);

WHEREAS, on December 13, 2022, the Court held a continued Final Approval Hearing (the "Continued Final Approval Hearing");

WHEREAS, on January 6, 2023, the Court amended the Opinion overruling certain objections, including objections made by the Lang Objectors (ECF No. 128);

WHEREAS, on January 11, 2023, the Court granted the Joint Motion to Approve Settlement with Objectors and ordered the terms of the Joint Stipulation of Settlement with Objectors incorporated into the Second Amended Class Action Settlement Agreement (ECF No. 130);

WHEREAS, following extensive, arms-length negotiations, the Parties reached an agreement with the Lang Objectors to withdraw their objections and waive any further review of them in exchange for an increase in the cash damages amount available to electing Class Members in Non-Forfeiture Status, subject to approval by the Court, and the Parties notified the Court of this agreement on January 25, 2023;

WHEREAS, the Parties are simultaneously entering into a Joint Stipulation of Settlement with the Lang Objectors and filing a Joint Motion to Approve Settlement with the Lang Objectors;

WHEREAS, the Court ordered that the Parties submit all motions related to the agreement with the Lang Objectors by January 30, 2023 (ECF No. 136);

WHEREAS, the Court set a hearing on the Joint Motion to Approve Settlement with the Lang Objectors for February 7, 2023 (ECF No. 136);

WHEREAS, counsel for Plaintiffs Fred Haney, Marsha Merrill, Sylvia Rausch, Stephen Swenson, and Alan Wooten ("Named Plaintiffs") and counsel for Defendants Genworth Life Insurance Company and Genworth Life Insurance Company of New York ("Genworth") hereby submit for Final Approval the attached Third Amended Joint Stipulation of Class Action Settlement and Release (the "Third Amended Class Action Settlement Agreement").

**THE PARTIES NOW HEREBY STIPULATE AS FOLLOWS:**

1. The Third Amended Class Action Settlement Agreement, attached hereto as Exhibit A, should be finally approved by the Court.

2. If the Third Amended Class Action Settlement Agreement or the Joint Stipulation of Settlement with the Lang Objectors is not approved by the Court, the Third Amended Class Action Settlement Agreement shall be void.

[signatures on next page]

DATED: January 30, 2023　　　　　　　　　Respectfully submitted,

*/s/ Jonathan M. Petty (with permission)*
PHELAN PETTY PLC
JONATHAN M. PETTY, VSB No. 43100
BRIELLE M. HUNT, VSB No. 87652
3315 West Broad Street
Richmond, VA 23230
Tel: (804) 980-7100
Fax: (804) 767-4601
jpetty@phelanpetty.com
bhunt@phelanpetty.com

GOLDMAN SCARLATO & PENNY, P.C.
BRIAN DOUGLAS PENNY (*pro hac vice*)
Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Tel: (484) 342-0700
Fax: (484) 342-0701
penny@lawgsp.com

ROBBINS GELLER RUDMAN
& DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
sdavidson@rgrdlaw.com

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
GLEN L. ABRAMSON (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (202) 932-7003
Fax: (865) 522-0049
gabramson@milberg.com

**Counsel for Plaintiffs and the Settlement Class**

DATED: January 30, 2023

*/s/ Brian E. Pumphrey*
MCGUIREWOODS LLP
BRIAN E. PUMPHREY (VSB No. 47312)
HEIDI E. SIEGMUND (VSB No. 89569)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com

DENTONS US LLP
REID L. ASHINOFF (*pro hac vice*)
DREW MARROCCO (VSB No. 38955)
MICHAEL J. DUVALL (*pro hac vice*)
CATHARINE LUO (*pro hac vice*)
SAMANTHA FAHR (*pro hac vice*)
HALEY GRISSOM (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
reid.ashinoff@dentons.com
drew.marrocco@dentons.com
michael.duvall@dentons.com
catharine.luo@dentons.com
samantha.fahr@dentons.com
haley.grissom@dentons.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that on the 30th day of January, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record.

/s/ *Brian E. Pumphrey*
MCGUIREWOODS LLP
BRIAN E. PUMPHREY (VSB No. 47312)
HEIDI E. SIEGMUND (VSB No. 89569)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com
***Counsel for Defendants***