**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, individually, and on behalf of all others similarly situated,<br><br>       Plaintiffs<br><br>  v.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>       Defendants. | Civil Action No.: 3:22-CV-00055-REP |

## OBJECTORS LONNY AND CARROL LANGS' MOTION FOR SERVICE AWARDS AND ATTORNEYS' FEES

NOW COME Settlement Class Members Lonny and Carrol Lang, by and through their undersigned counsel, for an Order pursuant to Fed. R. Civ. P. 23 and the Joint Stipulation of Settlement with the Lang Objectors (*see* Docket No. 140-1), awarding Lonny Lang and Carrol Lang $7,500.00 each as a service award, and attorneys' fees of $237,500. A Proposed Order is attached.

DATED: January 30, 2023	Respectfully submitted,


                                              */s/ Blake A. Weiner*
                                              Blake A. Weiner
                                              VA Bar No. 94087
                                              BLAKE WEINER LAW, PLLC
                                              1806 Summit Avenue, Suite 300
                                              Richmond, VA 23230
                                              Telephone: (804) 482-1465
                                              Email: bweiner@blakeweinerlaw.com

                                              Robert W. Clore
                                              Texas State Bar #24012436
                                              BANDAS LAW FIRM, P.C.
                                              802 N. Carancahua, Suite 1400
                                              Corpus Christi, TX 78401
                                              (361) 698–5200
                                              rclore@bandaslawfirm.com
                                              Admitted *Pro Hac Vice*

                                              *Counsel for Lonny and Carrol Lang*

**Certificate of Service**

I hereby certify that I filed the foregoing Motion via the CM/ECF with the Clerk of United States District Court for the Eastern District of Virginia which will send electronic notification to all attorneys registered for ECF thus effectuating service.

DATED:  January 30, 2023

_/s/ Blake A. Weiner_