**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| FRED HANEY, MARSHA MERRILL, SYLVIA RAUSCH, STEPHEN SWENSON, and ALAN WOOTEN, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs<br><br>      v.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>                    Defendants. | Civil Action No.: 3:22-CV-00055-REP |

## **DECLARATION OF BLAKE WEINER**

I, Blake Weiner, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am head of Blake Weiner Law, PLLC. My firm and I have successfully represented civil rights plaintiffs in Title VII and Section 1983; and also have a strong record of representing criminal defendants. I graduated *cum laude* from Georgetown Law. I was recognized as a top five brief writer for the Leahy Appellate Advocacy Competition, served as an Annual Survey Editor for the American Criminal Law Review, and was recognized for achieving the "exceptional pro bono pledge." After completing a federal clerkship, I served as an Assistant United States Attorney in Washington, D.C. before opening up my own firm.

1

3. Robert Clore and I represent objecting class members Lonny and Carrol Lang. I am admitted and in good standing in the Eastern District of Virginia.

4. My hourly rate is $450 per hour is comparable to rates for similar experience approved by this Court in *Halcom* and well below rates charged by class counsel. *See* ECF No. 43-5 at PGID#1245; PGID# 1412. I spent 18.8 hours working on this case on behalf of the Langs, resulting in a $8,460 lodestar, which I believe to be reasonable and necessary in securing the $3.225 benefit bestowed by the Langs' objection.

5. I accumulated his time between September 21, 2022 and January 24, 2023 by conferring with the Langs and Mr. Clore; analyzing and editing drafts of the written objection and supporting papers; finalizing the objection and supporting papers for filing; attending the final approval hearing; and participating in mediation.

Dated this the 30th of January 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Blake Weiner  
Blake Weiner