IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRED HANEY,
et al.,

    Plaintiffs,

v.                             Civil Action No. 3:22-cv-55

GENWORTH LIFE INSURANCE
CO., et al.,

    Defendants.

### ORDER

In order to accommodate class members and members of the public who wish to attend the hearing remotely on February 7, 2023, at 11:00 AM, it is hereby ORDERED that class members, their counsel, and members of the public who wish to attend the hearing remotely may contact the courtroom deputy (804-916-2228), until 12:00 PM on February 6, 2023, to receive information about how to access the Zoom conference.

It is so ORDERED.

                                            /s/ *RSP*
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: January **31**, 2023