IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRED HANEY,
et al.,

    Plaintiffs,

v.                               Civil Action No. 3:22-cv-55

GENWORTH LIFE INSURANCE
CO., et al.,

    Defendants.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) The JOINT MOTION TO APPROVE THE SETTLEMENT WITH THE LANG OBJECTORS (ECF No. 139) is GRANTED; and

(2) The JOINT STIPULATION OF SETTLEMENT WITH THE LANG OBJECTORS (ECF No. 140-1) is approved, and its terms are incorporated into the THIRD AMENDED SETTLEMENT AGREEMENT (ECF No. 141-1).

It is so ORDERED.

                                               /s/    REP
                                   Robert E. Payne
                                   Senior United States District Judge

Richmond, Virginia
Date: February 8, 2023