# EXHIBIT A

## INDIVIDUALS WHO HAVE VALIDLY REQUESTED EXCLUSION FROM THE CLASS

| Number | Epiq ID | Policyholder Name |
|---|---|---|
| 1 | 3 | Roger A. Fine |
| 2 | 2900 | Denise M. Chroscinski |
| 3 | 4385 | Gary C. Nash |
| 4 | 5296 | Janice C. Gould |
| 5 | 8721 | Frances M. Valiska |
| 6 | 12544 | Roger H. and Mary Lee H. Meacham |
| 7 | 15315 | Joyce Caplan Fine |
| 8 | 17384 | Robert C. Nelson |
| 9 | 17588 | Rayner W. Kelsey |
| 10 | 19052 | Lynn G. and Beth E. Turner |
| 11 | 24301 | Connie Kinkle |
| 12 | 24570 | Amy Brownell |
| 13 | 25389 | Katharina E. DeHaas |
| 14 | 26736 | Donna J. Wiskow |
| 15 | 28764 | Eileen M. Halter |
| 16 | 30092 | Robert C. Stroup |
| 17 | 39809 | Gerald L. Gould |
| 18 | 41540 | Franklyn W. and Carolyn J. Roitsch |
| 19 | 43409 | Rose Tressel |
| 20 | 45428 | Edilberto P. Felix |
| 21 | 45702 | Robert G. Neumann |
| 22 | 47185 | Donald A. Parker |
| 23 | 48346 | Roger B. Bentley |
| 24 | 50668 | Anthony Galantino |
| 25 | 53194 | Vicki Gibbs |
| 26 | 55047 | Richard E. Murphy |
| 27 | 55330 | Karen M. and Greg A. Haub |
| 28 | 58982 | Laura Lee Power |
| 29 | 60945 | Elaine K. Drabenstot |
| 30 | 61982 | Charles V. Konkle |
| 31 | 63073 | Kristen R. Dotti |
| 32 | 63745 | Winifred J. Rush |
| 33 | 63897 | Jack D. and Olivia Kindig Wells |
| 34 | 63971 | Clifford and Nancy Coss |
| 35 | 63976 | Cynthia H. Ouzts |
| 36 | 66290 | Diane J. Butt |
| 37 | 66433 | Paula L. Bentley |

| | | |
|---|---|---|
| 38 | 68672 | Rayner W. and Joanne E. Kelsey |
| 39 | 70091 | Elizabeth S. Cram |
| 40 | 70467 | Steven W. Ouzts |
| 41 | 70571 | Alice A. Neumann |
| 42 | 77884 | Margaret McKee |
| 43 | 80605 | Alvin and Sue Rykus |
| 44 | 81117 | John Mark and Susan G. Brabon |
| 45 | 84067 | Edward R. Parmer |
| 46 | 86306 | Dolores M. Sevier |
| 47 | 86624 | Cathy L. Konkle |
| 48 | 93278 | Mari Ogimachi |
| 49 | 93550 | Marian S. Fredner |
| 50 | 95538 | Gail E. Vick |
| 51 | 98697 | Ellen M. Broome |
| 52 | 102177 | Lloyd Kenneth and Carol D. Parson |
| 53 | 105700 | Billie Sue Easley |
| 54 | 106985 | Charlene E. Flynn |
| 55 | 107028 | Martha J. Nelson |
| 56 | 110940 | Larry and Joanne Graves |
| 57 | 111901 | James E. Flynn |
| 58 | 112562 | Liliana Binner |
| 59 | 112764 | Carol Hunt |
| 60 | 117589 | Kimberly A. O'Brien |
| 61 | 117778 | Orlo William and Mary Suzanne Pettit |
| 62 | 118712 | Harriet R. Greenfield |
| 63 | 120454 | Kay K. Bains |
| 64 | 120715 | Helen Gormley |
| 65 | 121642 | Barbara L. Schuhmann |
| 66 | 123702 | Cynthia A. Fadal |
| 67 | 124679 | Charles K. Valentine |
| 68 | 127073 | Karl R. Audenaerde and Greta A. Gabriels |
| 69 | 134671 | Linda B. Dumaine |
| 70 | 135372 | Janet Thomas |
| 71 | 140233 | Edward Chroscinski |
| 72 | 143601 | John Henry Campbell |
| 73 | 144398 | Delmar Norman Ford |
| 74 | 146763 | Collene S. Lehane |
| 75 | 148350 | Gerald R. Thalhammer |
| 76 | 148363 | Sylvia A. Hatem |
| 77 | 148880 | Jane Irene Goldman |
| 78 | 152548 | Catherine M. Stroup |
| 79 | 153437 | Joel Leslie Konigsberg |
| 80 | 157045 | Katherine S. and Daniel R. Frazier |
| 81 | 157613 | Pamela Senecke |

| # | ID | Name |
|---|---|---|
| 82 | 158397 | Robert B. Groseclose |
| 83 | 158881 | Paulette Stortz |
| 84 | 161090 | Kathy I. Voorhies |
| 85 | 161248 | Sandra J. Valentine |
| 86 | 162052 | David Thomas |
| 87 | 162708 | Dewey L. Bowen |
| 88 | 163041 | James and Cynthia Combs |
| 89 | 163249 | David Tressel |
| 90 | 163644 | Thomas F. Roberts |
| 91 | 164170 | Marilyn I. Wymore |
| 92 | 165605 | Kenneth M. and Janice L. Butner |
| 93 | 168888 | James E. and Margaret V. Byrd |
| 94 | 169304 | Susan C. Cooke |
| 95 | 170860 | Carol J Shapiro |
| 96 | 171765 | Carolyn Oswald |
| 97 | 174185 | Claudia J. Kelly |
| 98 | 177833 | William J. and Judith K. McCann |
| 99 | 178452 | Glenn C. Smith |
| 100 | 178779 | Elliot K. Sevier |
| 101 | 179056 | Lester C. and Lisa H. Caudle |
| 102 | 179738 | Jerry Hunt |
| 103 | 182917 | Susan B. Kapp |
| 104 | 186734 | Faye H. Parmer |
| 105 | 186735 | Walter Nussberger |
| 106 | 189275 | Robert M. Hustead |
| 107 | 194207 | Julie Jane Seeley |
| 108 | 197968 | Elizabeth Schacht |
| 109 | 198300 | Sandra Kornegay |
| 110 | 201579 | James Michael Wilhelm |
| 111 | 207026 | Adoracion P. Briones |
| 112 | 208867 | Michael A. and Julie Anne Ball |
| 113 | 211057 | Carl K. Fortney |
| 114 | 211257 | Joseph P. Welsh |
| 115 | 211620 | Shirley C. Tseng |
| 116 | 215168 | Rodney C. Tannehill |
| 117 | 216039 | Kirk Melvin |
| 118 | 218624 | Ramon O. Briones |
| 119 | 219717 | Jan P. and Caryl J. Dengel |
| 120 | 220377 | Gregory W. Johnson |
| 121 | 222001 | Donald C. and Patricia M. Jochem |
| 122 | 222893 | Tracey Baker |
| 123 | 223607 | Maria A. Diaz |
| 124 | 224474 | Geoffrey T. and Sandra S. Griffin |
| 125 | 225051 | Robert H. Benson |

| | | |
|---|---|---|
| 126 | 226870 | Margaret A. Harris |
| 127 | 229287 | Gerald D. Cooke |
| 128 | 232336 | Elizabeth A. Stone |
| 129 | 232514 | Judy F. Clarke |
| 130 | 233546 | Melvin Wayne Taylor |
| 131 | 234762 | Ethel Viola Blevins |
| 132 | 236528 | Donna D. Skoll |
| 133 | 240505 | Oliver C. Hood |
| 134 | 241228 | Ruel Connor Craft |
| 135 | 242137 | Robert E. Ferrea |
| 136 | 242437 | Daniel Hsu |
| 137 | 247957 | Suzanne Weisband Tovar |
| 138 | 250204 | Judy B. Massengill |
| 139 | 252486 | Loyce O. Click |
| 140 | 253065 | Kathy B. Johnson |
| 141 | 255453 | Sophia Charlotte Hughes |
| 142 | 257586 | Don and Vera Hunziker |
| 143 | 258587 | Janet D. Gortz |
| 144 | 260552 | Allen L. Kapp |
| 145 | 261080 | Mark G. and Rebecca J. Miles |
| 146 | 261853 | Hoyle S. Broome |
| 147 | 263578 | Daniel W. Drabenstot |
| 148 | 264572 | Lawrence T. Hawley |
| 149 | 266294 | Hilda Marie Oakley |
| 150 | 268802 | Gregory H. Tovar |
| 151 | 269753 | Kevan A. Vick |
| 152 | 272759 | David Mark Huffman |
| 153 | 287895 | Camille C. Mitchell |
| 154 | 296542 | Michael E. and Debra A. Riley |
| 155 | 297705 | Stacey Paynter |
| 156 | 300329 | Julia M. Cameron |
| 157 | 302274 | Doris L. Fortney |
| 158 | 304700 | Sharon Rae Donovan |
| 159 | 307408 | Cheryl S. Hawley |
| 160 | 309700 | Carol A. Hood |
| 161 | 309790 | John W. Roby and Amelia E. Hartman |
| 162 | 310349 | Jill Farmer Paris |
| 163 | 311971 | Mark I. Skoll |
| 164 | 312421 | Susan McMillan |
| 165 | 312893 | James E. and Rosemary M. Stevens |
| 166 | 314262 | Scott W. Cram |
| 167 | 320120 | J. Robert Kinkle |
| 168 | 320370 | Stephen Thomas and Jane H. Woodall |
| 169 | 321765 | Carolyn Rose Bloodworth |

- 5 -

| | | |
|---|---|---|
| 170 | 323098 | Ann Nussberger |
| 171 | 323557 | Sandra K Heitman-Boden |
| 172 | 325358 | Joanne E. Kelsey |
| 173 | 325530 | D. Patricia Powell |
| 174 | 328350 | Joseph E. and Kathleen M. McCormick |
| 175 | 328890 | Timothy Wayne Seeley |
| 176 | 329952 | Susan Bhang |
| 177 | 332005 | Joy Stanowicz |
| 178 | 334218 | Rena K. Magolnick |
| 179 | 335711 | William L. and Linda L. Dalton |
| 180 | 341653 | Merle F. Halter |
| 181 | 343872 | Elise Streicher |
| 182 | 344194 | Kathleen Toussaint |
| 183 | 344339 | Remona Thompson |
| 184 | 344801 | Lee Ann Taylor |
| 185 | 346887 | Sheryl Ellen Ford |
| 186 | 350585 | Gayle M. Ferrea |
| 187 | 350655 | Stephen E. Clarke |
| 188 | 32897 | Gary M. Davis |
| 189 | 16669 | Lorraine Freedlander |
| 190 | 120736 | Kathryn Dimiduk |